UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Estate of VALERIE YOUNG by VIOLA YOUNG, as Administratrix of the Estate of Valerie Young, and in her personal capacity, SIDNEY YOUNG, and LORETTA YOUNG LEE,<br><br>                    Plaintiffs,<br><br>     - against -<br><br>STATE OF NEW YORK OFFICE OF MENTAL RETARDATION AND DEVELOPMENTAL DISABILITIES, PETER USHAKOW, personally and in his official capacity, JAN WILLIAMSON, personally and in her official capacity, SURESH ARYA, personally and in his official capacity, KATHLEEN FERDINAND, personally and in her official capacity, GLORIA HAYES, personally and in her official capacity, DR. MILOS, personally and in his official capacity,<br><br>                    Defendants. | **NOTICE OF APPEARANCE**<br><br>Docket Number 07-CV-6241 |

          PLEASE TAKE NOTICE that the undersigned appears in this

action on behalf of defendant NEW YORK STATE OFFICE OF MENTAL

RETARDATION AND DEVELOPMENTAL DISABILITIES.

Dated:  New York, New York
        July 24, 2007

                              ANDREW M. CUOMO
                              Attorney General of the State
                               of New York
                              <u>Attorney for New York State
                               Office of Mental Retardation
                               and Developmental
                               Disabilities</u>
                              By:
                              /s/_____
                              EDWARD J. CURTIS, JR.
                              Assistant Attorney General
                              120 Broadway, 24th Floor
                              New York, New York 10271
                              (212) 416-8641

```
TO:
CATAFAGO LAW FIRM, P.C.
(Jacques Catafago and Jonathan
 Bauer, of Counsel)
```
Attorneys for Plaintiff
```
Empire State Building, Suite
 4810
350 Fifth Avenue
New York, New York 10118
Tel. (212) 239-9669
Fac. (212) 239-9688
```