# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Southern District of New York

Index Number: 07 CV 6241

Date Filed: 7/6/2007

Petitioner:
**Estate of Valerie Young by Viola Young, as Administratrix of the Estate of Valerie Young, and in her personal capacity, Sidney Young, and Loretta Young Lee,**

vs.

Respondent:
**State of New York Office of Mental Retardation and Developmental Disabilities, et.al.**

**State of New York, County of Albany)ss.:**

Received these papers to be served on **Kathleen Ferdinand State of New York Office of Mental Retardation and Developmental Disabilities, 44 Holland Avenue, Albany, NY 12208.**

I, J.R. O'Rourke, being duly sworn, depose and say that on the **18th day of July, 2007 at 4:30 pm, I:**

Served the within named agency by delivering a true copy of the **Summons in a Civil Action and Complaint** to Brian Kelly as Senior Attorney of the within named agency, who advised Deponent that they are authorized to accept service of said legal documents

**Military Status:** Deponent further states upon information and belief that said person so served is not in the military service of the State of New York or of the United States as the term is defined in either the state or federal statutes

**Description** of Person Served:  Age: 56,  Sex: M.  Race/Skin Color: White,  Height: 5'9",  Weight: 160,  Hair: Gray,  Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server in good standing in the jurisdiction in which the process was served.

Subscribed and Sworn to before me on the 23rd day of July 2007 by the affiant who is personally known to me.

NOTARY PUBLIC

PATRICIA A. BURKE
Notary Public, State of New York
No. 4922372
Qualified in Albany County
Commission Expires Feb. 28, 2010

J.R. O'Rourke
Process Server

Our Job Serial Number: 2007002797

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V5.9t