

STATE OF NEW YORK

OFFICE OF THE ATTORNEY GENERAL



ANDREW M. CUOMO
Attorney General

(212) 416-8164

LESLIE G. LEACH
Deputy Attorney General
State Counsel Division

August 6, 2007

JUNE DUFFY
Assistant Attorney General in Charge
Litigation Bureau

By Hand Delivery
Honorable Lewis A. Kaplan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Estate of Valerie Young, et al. v. Young Lee, et al.; 07-cv-06241 (LAK)(DCF)

Dear Judge Kaplan:

I am an Assistant Attorney General in the Office of Andrew M. Cuomo, Attorney General of the State of New York. I respectfully write to request that the named defendants time to appear, answer, or otherwise move with respect to plaintiff's complaint be extended up to September 30, 2007. The original date to answer or otherwise move for the defendant(s) presently known to be served is on or about August 7, 2007.[1]

An extension of time is necessary to investigate the facts alleged in the Complaint, obtain the

---

[1]

Upon information and belief, service by regular mail was made on the State of New York Office of Mental Retardation and Developmental Disabilities ("OMRDD") on or about July 18, 2007, when service was accepted by Brian Kelly, Esq., Senior Attorney of OMRDD. However, the Civil Docket for this case does not indicate that OMRDD has been served the Complaint and, instead, indicates that defendants Peter Uschakow, Kathleen Ferdinand, Gloria Hayes and Suresh Arya were served the Complaint on or about July 18, 2007, when service was accepted by Mr. Kelly. Notwithstanding this, Mr. Kelley is not authorized by OMRDD to accept service on behalf of individuals. With respect to the remaining defendants named in the complaint, Jan Williamson and Dr. Milos, the status of service of the Complaint on them is presently unknown.

necessary documents, and prepare an appropriate response.[2] It will also allow plaintiffs additional time to serve or obtain confirmation of service from each of the remaining named defendants whose service status is presently unknown. By making such a request, we are not waiving any rights the defendants may have, including the right not to appear or the right to answer or move with respect to lack of personal jurisdiction. No previous requests for an extension of time have been made in this matter. I spoke to Jacques Catafago, Esq., and Jonathan Bauer, Esq., plaintiffs' counsel, and Mr. Baur would consent to an extension of time of only thirty days.

    I thank the Court for its consideration of this request.

Respectfully submitted,

*Jose L. Velez*

Jose L. Velez (JV-9465)
Assistant Attorney General

cc:    Jacques Catafago, Esq.
       The Catafago Law Firm, P.C.
       350 Fifth Avenue, Suite 4810
       New York, NY 10118

       Jonathan Bauer, Esq.
       134 east 93rd Street
       New York, NY 10128

*Granted*
8/8/07

---

[2] In addition, I will be away from my office, out of state, during the last three weeks if August.