IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESTATE OF VALERIE YOUNG, et al., | Electronically Filed |
| plaintiffs, | Case No.: 07-CV-06241 (LAK) |
| against | **DECLARATION OF JACQUES CATAFAGO, ESQ.** |
| STATE OF NEW YORK OFFICE OF MENTAL RETARDATION AND DEVELOPMENTAL DISABILITIES, *et al.*, | |
| defendants. | |

JACQUES CATAFAGO, an attorney admitted to practice before the Courts of the State of New York and this Court, certifies pursuant to 28 USC §1746 and under penalty of perjury, that the following is true and correct:

1. I am co-counsel for plaintiffs together with Jonathan Bauer, Esq. I make this Declaration of my personal knowledge.

2. On December 22, 2007 I served the Discovery Requests annexed as Exhibit B upon defendants. See Certificates of Service, Exhibit B pages 2, 4, 6, 8, 10, 12, 14, 16, 18, 20, 22 and 24.

3. On March 12, 2008 I spoke on the telephone with Assistant Attorney General Jose L. Velez in an effort to obtain compliance with the Discovery Requests. Mr. Velez adamantly refused to modify defendants' position and stated that defendants would not comply.

Dated:  New York, New York
        March 13, 2008

                                        Respectfully Submitted,

                                        s/ _____
                                        Jacques Catafago

**Exhibit A**