# *Incidents of Individual Consumer* Wednesday, April 20, 2005

| NAME | DATE | REF | WING | TIME | SHIFT | TYPE | LOCATIO |
|------|------|-----|------|------|-------|------|---------|
| YOUNG, VALERIE | 01/16/2003 | MINOR | 314 | 8:30 AM | DAY | OTHER | DINING ROO |
| YOUNG, VALERIE | 01/17/2003 | MINOR | 314 | 6:20 AM | NIGHT | ALTERCATION BETW | LIVING ROO |
| YOUNG, VALERIE | 06/22/2003 | REPORTA | 314 | 6:15 PM | EVENIN | INJURY | RECREATIO |
| YOUNG, VALERIE | 06/28/2003 | MINOR | 314 | 11:45 PM | NIGHT | INJURY-OBSERVED | BEDROOM |
| YOUNG, VALERIE | 07/04/2003 | MINOR | 314 | 6:30 PM | EVENING | INJURY-OBSERVED | BATHROOM |
| YOUNG, VALERIE | 09/18/2003 | MINOR | 314 | 3:30 PM | DAY | OTHER | HALLWAY |
| YOUNG, VALERIE | 10/30/2003 | MINOR | 314 | 5:30 PM | EVENIN | INJURY-OBSERVED | DINING ROO |
| YOUNG, VALERIE | 10/31/2003 | MINOR | 314 | 7:30 AM | DAY | INJURY-OBSERVED | HALLWAY |
| YOUNG, VALERIE | 12/14/2003 | MINOR | 314 | 7:35 PM | EVENIN | INJURY-OBSERVED | LIVING ROO |
| YOUNG, VALERIE | 01/11/2004 | MINOR | 314 | 9:10 PM | EVENIN | INJURY-OBSERVED | OTHER |
| YOUNG, VALERIE | 01/24/2004 | MINOR | 314 | 6:30 AM | NIGHT | INJURY-OBSERVED | BEDROOM |
| YOUNG, VALERIE | 01/25/2004 | MINOR | 314 | 2:45 PM | DAY | INJURY-OBSERVED | LIVING ROO |
| YOUNG, VALERIE | 01/28/2004 | MINOR | 314 | 2:00 AM | NIGHT | INJURY-OBSERVED | BEDROOM |
| YOUNG, VALERIE | 03/14/2004 | REPORTA | 314 | 7:40 PM | EVENIN | INJURY | LIVING ROO |
| YOUNG, VALERIE | 03/17/2004 | MINOR | 314 | 9:10 PM | EVENIN | INJURY-OBSERVED | BATHROOM |
| YOUNG, VALERIE | 04/17/2004 | MINOR | 314 | 10:15 PM | EVENIN | INJURY-OBSERVED | HALLWAY |
| YOUNG, VALERIE | 05/07/2004 | MINOR | 314 | 6:00 AM | NIGHT | INJURY-OBSERVED | RECREATIO |
| YOUNG, VALERIE | 05/08/2004 | MINOR | 314 | 7:20 AM | DAY | INJURY-OBSERVED | DINING ROO |
| YOUNG, VALERIE | 05/09/2004 | REPORTA | 314 | 4:30 PM | EVENIN | INJURY | HALLWAY |
| YOUNG, VALERIE | 05/09/2004 | MINOR | 314 | 2:00 PM | DAY | INJURY-OBSERVED | LIVING ROO |
| YOUNG, VALERIE | 05/10/2004 | MINOR | 314 | 2:00 PM | DAY | INJURY-OBSERVED | PROGRAM |
| YOUNG, VALERIE | 05/13/2004 | MINOR | 314 | 12:30 PM | DAY | INJURY-OBSERVED | PROGRAM |
| YOUNG, VALERIE | 05/14/2004 | MINOR | 314 | 1:50 PM | DAY | INJURY-OBSERVED | BATHROOM |
| YOUNG, VALERIE | 06/01/2004 | MINOR | 314 | 11:00 PM | EVENIN | INJURY-OBSERVED | OTHER |
| YOUNG, VALERIE | 06/04/2004 | MINOR | 314 | 9:45 AM | DAY | INJURY-OBSERVED | PROGRAM |
| YOUNG, VALERIE | 06/07/2004 | MINOR | 314 | 9:00 PM | EVENIN | INJURY-OBSERVED | BEDROOM |
| YOUNG, VALERIE | 06/18/2004 | MINOR | 314 | 3:00 PM | DAY | INJURY-OBSERVED | HALLWAY |
| YOUNG, VALERIE | 06/21/2004 | MINOR | 314 | 7:30 AM | DAY | INJURY-OBSERVED | DINING ROO |
| YOUNG, VALERIE | 06/23/2004 | MINOR | 314 | 2:30 PM | DAY | INJURY-OBSERVED | OTHER |
| YOUNG, VALERIE | 06/25/2004 | MINOR | 314 | 6:50 AM | NIGHT | INJURY-OBSERVED | BATHROOM |
| YOUNG, VALERIE | 07/06/2004 | MINOR | 314 | 4:30 AM | NIGHT | INJURY-OBSERVED | HALLWAY |

YOUNG 11/07 - 0011    *Exhibit F pg. 1*

| NAME | DATE | REF | WING | TIME | SHIFT | TYPE | LOCATIO |
|------|------|-----|------|------|-------|------|---------|
| YOUNG, VALERIE | 07/11/2004 | REPORTA | 314 | 6:00 PM | EVENIN | INJURY | WING |
| YOUNG, VALERIE | 07/14/2004 | MINOR | 314 | 8:25 PM | EVENIN | INJURY-OBSERVED | LIVING ROO |
| YOUNG, VALERIE | 07/22/2004 | MINOR | 314 | 8:00 AM | DAY | INJURY-OBSERVED | RECREATIO |
| YOUNG, VALERIE | 07/25/2004 | MINOR | 314 | 6:05 AM | NIGHT | INJURY-OBSERVED | LIVING ROO |
| YOUNG, VALERIE | 08/06/2004 | MINOR | 314 | 8:30 AM | DAY | INJURY-OBSERVED | DINING ROO |
| YOUNG, VALERIE | 08/07/2004 | MINOR | 314 | 4:30 PM | EVENIN | INJURY-OBSERVED | DINING ROO |
| YOUNG, VALERIE | 08/08/2004 | MINOR | 314 | 8:00 PM | EVENIN | INJURY-OBSERVED | RECREATIO |
| YOUNG, VALERIE | 08/08/2004 | MINOR | 314 | 5:30 AM | NIGHT | INJURY-OBSERVED | HALLWAY |
| YOUNG, VALERIE | 08/10/2004 | MINOR | 314 | 1:10 PM | DAY | other-chemical restrain | BATHROOM |
| YOUNG, VALERIE | 11/03/2004 | REPORTA | 314 | 3:50 PM | EVENIN | INJURY | PROGRA |
| YOUNG, VALERIE | 12/01/2004 | MINOR | 314 | 7:30 AM | DAY | INJURY-OBSERVED | BEDROOM |
| YOUNG, VALERIE | 12/21/2004 | SERIOUS | 314 | 5:45 AM | NIGHT | PHYSICAL ABUSE | BEDROOM |
| YOUNG, VALERIE | 12/24/2004 | MINOR | 314 | 8:15 AM | DAY | INJURY-OBSERVED | LIVING ROO |
| YOUNG, VALERIE | 04/15/2005 | REPORTA | 314 | 6:00 AM | NIGHT | INJURY | BEDROOM |

Total:        45

YOUNG 11/07 - 0012        Exhibit F pg. 2