UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ESTATE OF VALERIE YOUNG, et al.,

          Plaintiffs,

      -against-                          07 Civ. 6241 (LAK)

STATE OF NEW YORK OFFICE OF MENTAL
RETARDATION AND DEVELOPMENTAL
DISABILITIES, et al.,

          Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

      Plaintiffs' motion to compel production of documents and answers to interrogatories is denied save that defendants shall produce any responsive documents not heretofore produced. The burden that plaintiffs' seek to impose on defendants would be out of all proportion to the legitimate needs of the case.

      SO ORDERED.

Dated:      March 21, 2008

                                   Lewis A. Kaplan
                              United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/1/08