| BROOKLYN DEVELOPMENTAL SERVICES<br><br>POLICY AND PROCEDURE MANUAL | Date Issued<br>1/2004 | Page<br>1 of 3 | Topic No.<br>3.1.11 |
|---|---|---|---|
| | Chapter:<br>CONSUMER PROTECTION | | |
| | Subject: | | |
| Source References: | Topic:<br>SPECIAL OBSERVATION | | |

PURPOSE:

Special Observation provides a heightened level of supervision for consumers who present a danger to the physical well being of themselves or others.

DEFINITION:

There are 2 categories of Special Observation which may be provided to consumers.

a. One to One Supervision - Assignment of one staff to supervise a consumer for a designated period of time (i.e., time of the day or program activity shift). This kind of supervision requires that assigned staff is within arms length and maintains visual contact (including the bathroom - privacy issues do not apply) for the duration of the assignment. If the consumer presents with severe assaultiveness because of the staff's proximity, a safe distance can be maintained during the agitation period of no more than three (3) feet and advises supervisor of problems. The consumer's status is reviewed for necessary modifications to 1:1 status. One to One supervision is required exclusively for consumers who present significant danger to the physical well being of themselves or others. Examples include but are not limited to suicidal ideation or behavior, extreme aggression or critical medical conditions.

b. Close Observation - Assignment of staff to consumers in a manner which varies by physical proximity, visual contact and length of time . The ITT will define the parameters of the supervision to be provided in a manner which meets the needs of the consumer. This level of supervision will be utilized for a range of problems/situations that vary in the level of danger or threat posed to the consumer or others. Examples include but are not limited to elopement, aggression and self injury.

| SPONSIBILITY: | PROCEDURE: |
|---|---|
| Any Staff | Observes and reports consumer with dangerous behavior/situation to senior unit administrator and/or medical staff on duty. |

APPROVED

D 1451

| BROOKLYN DEVELOPMENTAL SERVICES<br>POLICY AND PROCEDURE MANUAL | Date Issued<br>1/2004 | Page<br>2 of 3 | Topic No.<br>3.1.11 |
|---|---|---|---|
| | Chapter:<br>CONSUMER PROTECTION | | |
| | Subject: | | |
| Source References: | Topic:<br>SPECIAL OBSERVATION | | |

| RESPONSIBILITY: | PROCEDURE: |
|---|---|
| Administrator/Medical Staff | 1. Evaluates behavior/situation and determines the level of supervision that is required to ensure the safety of the consumer and others. |
| | 2. Provides written rationale for need of 1:1 and projection of how long 1:1 is required. Develops written plan to reduce/remove 1:1 supervision. |
| | 3. Notifies Core Supervisor to assign staff as required. |
| | 4. Notifies the Deputy Director on working days and Clinical Control of the need to adjust the allocation of staff to the unit. |
| Core Supervisor | 1. Assigns staff to provide the level of supervision that was determined to be required. |
| | 2. Instructs assigned staff with regards to the level of supervision , reporting and documentation that is required. |
| Assigned Staff | 1. Maintains arms length supervision of assigned consumer. |
| | 2. Documents consumer's activities every 15 minutes in 1:1 log. |
| | 3. If staff needs to leave his/her consumer, (i.e., bathroom, urgency) insures that another staff covers the assigned consumer and documents such in 1:1 log or in an emergency, takes the consumer with him/her to the nearest phone to call for assistance. |

| BROOKLYN DEVELOPMENTAL SERVICES<br><br>POLICY AND PROCEDURE MANUAL | Date Issued<br>1/2004 | Page<br>3 of 3 | Topic No.<br>3.1.11 |
|---|---|---|---|
| | Chapter:<br>CONSUMER PROTECTION | | |
| | Subject: | | |
| Source References: | Topic:<br>SPECIAL OBSERVATION | | |

| RESPONSIBILITY: | PROCEDURE: |
|---|---|
| Assigned Staff | 4. If the consumer is agitated and becomes severely assaultive due to staff's proximity, staff may increase the distance between themselves and the consumer to up to three (3) feet. This must be documented in the 1:1 log and the supervisor is to be notified. |
| Supervisor | 1. Notifies TTL of any safety issues in maintaining arms length distance from 1:1 consumer. |
| TTL | 1. Meets with ITT members to review safety issues in maintaining arms length supervision of consumer. |
| | 2. If modifications are recommended, follows up to ensure that the changes are documented and implemented and that both consumer and staff are protected. |
| TTL | 1. Notifies chair of 1:1 committee of the 1:1 assignment. |
| | 2. Provides ongoing assessment of need for 1:1 based on objective criteria such as changes in presenting problems. |
| | 3. Provides chair of 1:1 committee with results of the assessment conducted in Step 2. |
| | 4. Monitors all 1:1's and close observations to ensure that guidelines are followed. |
| Chair of 1:1 Committee | 1. Reviews need for 1:1 and makes recommendation to Director/Deputy Director. |

| BROOKLYN DEVELOPMENTAL SERVICES<br><br>POLICY AND PROCEDURE MANUAL | Date Revised: 11/2001 | Page: 1 of 2 | Topic No.: 4.2.24 |
|---|---|---|---|
| | Chapter: PROVISION OF MEDICAL AND HEALTH SERVICES FOR CONSUMERS | | |
| | Subject: MEDICAL SERVICES | | |
| Source References: | Topic: REPORTING DEATHS | | |

POLICY:

All death occurring under sudden or unexplained circumstances, or which are known or suspected of being due to casualties, violence or criminal neglect shall be immediately reported to the Office of Medical Examiner/Coroner. (Also see additional reporting requirements under Incident Reporting).

The following cases are to be reported.

a) All accidental deaths, no matter what the nature of the injuries or whether the injuries were the direct or a contributory cause of death.

b) All unattended deaths.

c) All unexpected deaths in apparently healthy individuals where the circumstances are not clear.

d) Deaths by suicide or suspicion of suicide.

e) Deaths by homicide or suspicion of homicide.

f) All deaths related to drugs.

g) All deaths due to poisoning or suspected poisoning, including bacterial.

h) All deaths which occur during or are related directly to any therapeutic , diagnostic or operative procedure.

| RESPONSIBILITY: | PROCEDURE: |
|---|---|
| Residential Unit | 1. Contact Safety and Nurse on duty to secure body. |
| | 2. Notify DDO or Clinical Control (Off-duty hours). |
| | 3. Box all records and information on consumer and bring immediately to the Deputy Director of Operations. |