

**STATE OF NEW YORK**
COMMISSION ON QUALITY OF CARE AND
ADVOCACY FOR PERSONS WITH DISABILITIES
401 STATE STREET
SCHENECTADY, NEW YORK 12305-2397
(TTY) 800-624-4143
www.cqc.state.ny.us

GEORGE E. PATAKI
GOVERNOR

GARY O'BRIEN
CHAIR

ELIZABETH W. STACK
ANGELO T. MUCCIGROSSO
COMMISSIONERS

November 15, 2005

Peter Uschakow
Director
Brooklyn DDSO
888 Fountain Avenue
Brooklyn, NY  11208-5997

Re: Valerie Young
QCCID: 0506138

Dear Mr. Uschakow:

The Commission is in receipt of a November 5, 2005 letter in which Dr. Judias Beer responds to our October 24, 2005 letter of findings regarding the death of Ms. Valerie Young. We appreciate this timely and thoughtful response, and believe the planned corrective actions will help ensure a similar incident does not recur.

The Commission now considers this case closed. If you have any questions please call me at (518) 388-2862. Please thank Dr. Beer for her assistance.

Please be advised that our original letter of findings, your response, and this closing letter will be available for public inspection upon request.

Sincerely,

Mark Rappaport, RN, MS, NP-P
Quality Assurance Facility
Review Specialist II
Division of Quality Assurance
and Investigation

cc: Commissioner, OMRDD

CQC14