

**STATE OF NEW YORK**
**COMMISSION ON QUALITY OF CARE AND**
**ADVOCACY FOR PERSONS WITH DISABILITIES**
401 STATE STREET
SCHENECTADY, NEW YORK 12305-2397
(TTY) 800-624-4143
www.cqc.state.ny.us

GEORGE E. PATAKI
GOVERNOR

GARY O'BRIEN
CHAIR

ELIZABETH W. STACK
ANGELO T. MUCCIGROSSO
COMMISSIONERS

November 15, 2005

Viola Young
259 East 49th Street
Brooklyn, NY 11203

Re:   Valerie Young
QCCID:   0506138

Dear Ms. Young:

The Commission has completed its investigation into the death of your daughter, Ms. Valerie Young. Because of confidentiality laws I cannot discuss specific clinical details regarding Valerie's care. However, I can inform you that we identified several concerns about the care and treatment provided, and the facility has submitted a plan of correction addressing these concerns. We believe that the proposed changes should help prevent a similar incident from recurring.

If you would like copies of the Commission's correspondence with Brooklyn DDSO, send a request to Gary Masline, our Public Information Officer, at the above address.

The Commission now considers this case closed. If you have any questions please call me at (518) 388-2862. Thank you for giving us the opportunity to address you concerns.

Sincerely,

Mark Rappaport, RN, MS, NP-P
Quality Assurance Facility
Review Specialist II
Division of Quality Assurance
and Investigation

CQC13