1

```
 1
 2    UNITED STATES DISTRICT COURT
 3    SOUTHERN DISTRICT OF NEW YORK
 4    - - - - - - - - - - - - - - - - - - - -x
 5    ESTATE OF VALERIE YOUNG, by VIOLA
      YOUNG, as Administratrix of the
 6    Estate of Valerie Young, and in her
      personal capacity, SIDNEY YOUNG,
 7    and LORETTA YOUNG LEE,

 8                              Plaintiffs,

 9         -against-

10    STATE OF NEW YORK OFFICE OF MENTAL
      RETARDATION AND DEVELOPMENTAL
11    DISABILITIES, PETER USCHAKOW,
      personally and in his official
12    capacity, JAN WILLIAMSON, personally
      and in her official capacity, SURESH
13    ARYA, personally and in his
      individual capacity, KATHLEEN
14    FERDINAND, personally and in her
      official capacity, GLORIA HAYES,
15    personally and in her official
      capacity, DR. MILOS, personally and
16    in his official capacity;

17
                               Defendants.
18    - - - - - - - - - - - - - - - - - - - -x

19                 350 Fifth Avenue
                   New York, New York
20
                   March 27, 2008
21                 10:25 A.M.

22

23

24

25
```

157

1              JOVAN MILOS, M.D.
2     at the meeting?
3          A.   Most likely.
4          Q.   Were notes taken by anyone?
5          A.   I don't know.
6          Q.   Was the meeting video-taped or
7     tape-recorded?
8          A.   No.
9          Q.   Did you take notes?
10         A.   No.
11             MR. CATAFAGO:  Counsel, with
12     respect to anybody who took notes at
13     this meeting who was present at the
14     meeting at their facility, is that all
15     part of production?
16             MR. VELEZ:  I will say again that
17     we have produced all documents related
18     to this case.
19             MR. CATAFAGO:  Off the record.
20             (Discussion held off the record.)
21         Q.   Did you believe, after you
22     learned that Valerie Young had passed
23     away, that physical therapy twice a week
24     was sufficient for her needs?
25         A.   Yes.