```
 1
 2   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 3   ----------------------------------------X
     Estate of VALERIE YOUNG, by VIOLA YOUNG,
 4   as Administratrix of the Estate of
     Valerie Young, and in her personal
 5   capacity, SIDNEY YOUNG, and LORETTA
     YOUNG LEE,
 6                       Plaintiffs,
                                    Index No.:
 7          vs.                     07CV6241

 8   STATE OF NEW YORK OFFICE OF MENTAL
     RETARDATION AND DEVELOPMENTAL
 9   DISABILITIES, PETER USCHAKOW,
     personally and in his official
10   capacity, JAN WILLIAMSON, personally
     and in her official capacity, SURESH
11   ARYA, personally and in his official
     capacity, KATHLEEN FERDINAND,
12   personally and in her official
     capacity, GLORIA HAYES, personally and
13   in her official capacity, DR. MILOS,
     personally and in his official capacity,
14
                         Defendants.
15   ----------------------------------------X

16                  April 8, 2008
                    9:59 a.m.
17

18       Examination before trial of SURESH

19   ARYA, held at the offices of The Catafago

20   Law Firm, P.C., 350 Fifth Avenue, New

21   York, New York, pursuant to Notice,

22   before Wendy D. Boskind, a Registered

23   Professional Reporter and Notary Public

24   of the State of New York.

25
```

```
1                    Arya
2    need their help, so you take that
3    document to be billed.
4        Q.    Do you know if there were
5    such documents involving Valerie?
6        A.    She has to have Medicaid or
7    Medicare.
8        Q.    Do you know if she had it?
9        A.    Uh -- I cannot say what she
10   had, but yes, she had it.
11              Even if she did not have
12   regular, she would have emergency
13   Medicaid card, so that she will have
14   something.
15              MR. CATAFAGO:  I'm going to
16        call for the production of that.
17        According to my notes, those
18        certifications were not produced.
19              (REQUEST.)
20              MR. VELEZ:  Counsel, the full
21        medical file was produced.  Maybe
22        you just need to make a second
23        look, because it's 10,000 pages.
24              MR. CATAFAGO:  Yes, I have
25        10,000 pages, I'm telling you my
```

Case 1:07-cv-06241-LAK-DCF    Document 21-17    Filed 05/14/2008    Page 3 of 3

80

```
1                    Arya
2        Q.   Right.
3        A.   -- there is the gray record,
4   there is blue, so different binders.  It
5   may not be part of her medical records.
6   The medical record is completely
7   different.
8             MR. CATAFAGO:  So we ask for
9        all records relating to her
10       treatment.
11            (REQUEST.)
12            MR. VELEZ:  And all records
13       were produced.
14       Q.   And this is not something
15  that's destroyed, right --
16       A.   No.
17       Q.   -- this is something
18  maintained?
19       A.   It's currently kept.  The old
20  ones are destroyed.
21       Q.   How often are they destroyed?
22       A.   Until the new one is placed,
23  then you don't need the old one.
24       Q.   How --
25       A.   It's ongoing current
```