Evening Shift Sunday 6/19/05

3:30 — Rounds made at the start of shift. Visual body checks done, Verbals given. No problems to report.
3:45 — Valerie is sitting in Area C watching␣T.V.
4:00 — " " " " " " " " "
4:15 — " " " " " " " " "
4:30 — " " " " " " " " "
4:45 — " " " " " " " " "
5:00 — " " " " " " " " "
5:15 — " " " " " " " " "
5:30 — Valerie is in the dining area, eating dinner.
5:45 — Valerie is still eating
6:00 — Valerie finished eating. Diet taken well.
6:15 — Valerie is sitting in Area C watching T.V.
6:30 — " " " " " " " "
6:45 — " " " " " " " "
7:00 — " " " " " " " "
7:15 — Valerie sitting in Area C. Viewing T.V.
7:30 — Valerie sitting in Area C. Watching T.V.
7:45 — " " " " " " " "
8:00 — Valerie is being given a enema by Nurse Cheryl.
8:15 — Valerie being escorted to bathroom in

Inc cont 6/19/05
shower chair to be shared by
Staff y Thompson + G Lawrence.

11. 830 Staff noticed, Valerie Young
unresponsive immediately notified
nurse.

845 Valerie Young receiving medical
care by Nurse Aszia. EMS arrived
and took over medical care.

900 Valerie Young still receiving Medical care.

915 Valerie Young is leaving for hospital.
Staff escorted y Thompson + S. Killings.

930 Valerie Young arrived to hospital,
she's still receiving Medical care.

YOUNG 11/07 - 0130

Inv Cont 6/19/05
shower chair to be shared by
Staff J. Thompson + G. Lawrence.

11. 830 Staff noticed, Valerie Young
unresponsive immediately notified
nurse.

845 Valerie Young receiving medical
care by Nurse Azzia. EMS arrived
and took over medical care.

900 Valerie Young still receiving medical care.

915 Valerie Young is leaving for hospital.
Staff escorted J. Thompson + S. Killings.

930 Valerie Young arrived to hospital,
she's still receiving medical care.

YOUNG 11/07 - 0130