15 Check Back

Night Shift

11:15 Rounds are made Julane is asleep in bed.

- 11:30 Asleep
- 11:45 Asleep
- 12 Asleep
- 12:15 Asleep
- 12:30 Asleep
- 12:45 Asleep
- 1 Asleep
- 1:15 Asleep
- 1:30 Asleep
- 1:45 Asleep
- 2 Asleep
- 2:15 Asleep
- 2:30 Asleep
- 2:45 Asleep
- 3 Asleep
- 3:15 Asleep
- 3:30 Asleep
- 3:45 Asleep
- 4 Asleep
- 4:15 Asleep
- 4:30 Asleep

4:45 Asleep.
5:00 Asleep.
5:15 Asleep.
5:30 Asleep.
5:45 Asleep.
6:00 Awake she is on the mat on her knees waving her hand. Valarie is assisted into wheel chair for shower. with head gear
6:15 Valarie is waiting to be showered
6:30 Valarie is transported from her wheel chair to her shower chair with helmet & meds given
6:45 Valarie is being dressed. cut found in head I/R written 6:40
7:00 Valarie is assisted back into wheel chair.
7:15 Valarie is checked and turned over to D/S

R. Daley