INTEROFFICE MEMORANDUM

Date:    13-Jul-2005 11:06am EST
From:    Judith Beer
         BEERJX
Dept:    Brooklyn DDSO
Tel No:  (718) 642-6113

TO:  Peter Uschakow                    ( USCHAKPA )

CC:  Jan Williamson                    ( WILLIAJX )
CC:  Kathleen Ferdinand                ( FERDINKA )

Subject: V. Young

FYI - Mark Rappaport of CQC will be here next week, 7/20, to review Valerie's death. Apparently Mom called CQC complaining that she had previous falls, etc. We don't have to reclassify at this point.

YOUNG 11/07 - 0003