

YOUNG 9917

116 Day Shift ~~Mondays~~ Wednesday 4/20/05

9-11

Special meeting held on V. Young.

11-1

※ V. Young is to remain in "wheelchair" at all times as per Dr.