## *Memorandum*

**To: All Staff**
**From: Kathleen A. Ferdinand, T.T.L.**
**Date: 11/5/04- Reissued   12/22/04**
**Subj: Consumer Valarie Young**

---

*As per my previous memorandum to you, as a result of an unexplained injury to the above consumer, effective immediately she is being placed on 15 minute checks.*

*This means that you are to record what Ms. Young is doing every 15 minutes in the log book which has been provided.*

*Thanks for your cooperation.*

*cc: Judy Beer, Q.A.*
*Gloria Hayes, RUS*
*Linda Anderson, D.A.II*
*Dahlia Gibson, D.A.I*
*Karen Robertson, D.A.I*
*Miranda Wallace, D.A.II*
*Lillian Thomas, D.A.II*
*Toni McNeil, D.A.I*
*Jacquline Peters, D.A.II*