*Memorandum*

To: All 3-1 Mid-Level Supervisors
From: Kathleen A. Ferdinand, T.T.L.
Date: 1/20/05
Subj: Consumers on Special Observation

This is to serve as a reminder that as part of your routine rounds, you should also be checking on any consumers that are on any type of special observation. This includes consumers on 1:1 observation, consumers on 15 minute checks, and consumers requiring special positioning etc. Your review of these consumers should also include a review of their log to ensure that the required documentation is being completed.
You should also initial the log and indicate the time of your entry.

cc: Jan Williamson, DDO
Judy Beer, Q.A.
Gloria Hayes, RUS

YOUNG 11/07 - 0274