# INTEROFFICE MEMORANDUM

Date:   26-Jan-2005 04:44pm EST
From:   Kathleen Ferdinand

Dept:   FERDINKA
Tel No: Brooklyn DDSO
        (718) 642-6382

TO: Gloria Hayes                          ( HAYESGJ )

CC: Judith Beer                           ( BEERJX )

Subject: SIRC - Counsellings

As per my discussion with you , as a result of the Valarie Young incident of 12/21/04, please have the supervisors written counsel the following direct care staff for their failure to complete the 15 minute check log during their tour of duty in which Ms. Young was assigned to them.

The staff is as follows:

| Date:    | Shift:   | Responsible staff |
|----------|----------|-------------------|
| 12/17/04 | Day      | D. Council        |
| 12/17/04 | Evening  | H. Alexis         |
| 12/18/04 | Night    | S. Killings       |
| 12/18/04 | Day      | D. Council        |
| 12/18/04 | Evening  | S. Bedford        |
| 12/19/04 | Evening  | M. Thomas         |
| 12/20/04 | Night    | S. Killings       |
| 12/20/04 | Evening  | A. Williams       |
| 12/21/04 | Night    | K. Daley          |
| 12/21/04 | Day      | A. Williams       |
| 12/21/04 | Evening  | H. Alexis         |

Inaddition, both D.A.II J. Peters and D.A.I Karen Robertson should be counselled by you for not completing assignment sheets for their respective shifts and/ or making sure the assignment sheets were properly secured.

These counsellings should be submitted to my office no later than 2/11/05.

Thanks for your continued cooperation.

YOUNG 11/07 - 0267