I N T E R O F F I C E   M E M O R A N D U M

Date: 16-Feb-2005 09:44am EST
From: Gloria Hayes
      HAYESGJ
Dept: Brooklyn DDSO
Tel No: (718) 953-4852

TO: Donna Carter                           ( CARTERDB )

CC: Kathleen Ferdinand                     ( FERDINKA )

Subject: counselings

Donna,
Here is the list of staff that were counselled for not completing V. Young's 15-minute-check log:
Danielle Council
Helen Alexis
Marcelyn Thomas
Susan Beckford
Shatoya Killings
Aneita Williams