CQCAPD  Fax:5183881275  Feb 7 2008 18:21  P.08

| NAME | (Last) Young | (First) Valeri | (M.I.) | "C" NO./ODIS NUMBER | DATE OF BIRTH | GENDER F |
|------|------|------|------|------|------|------|
| ADDRESS | | BR BDC J14 | | IS CLIENT ELIGIBLE FOR MEDICARE? ☐ YES ☐ NO | MEDICARE NUMBER | |
| CONSULTING SERVICE | DR HAHN Psychiatry | | | MEDICAID NUMBER | | |

**PERTINENT CLINICAL HISTORY**

**PRESENT MEDICAL CONCERNS**

Consumer appears increasingly sedated, sleeping most of the time, ↓ ability to participate in daily activities.

**PRESENT MEDICATIONS**

Clozapin 25mg 6am - 62.5mg QHS PO, Prevacid, Colace, MoM
Tegretol 400mg 6am - 400mg 4pm - 400mg QHS PO, Remeron 45mg QHS PO
Also Topamax 100mg QHS PO    Inderal 80mg TID PO

PHYSICIAN: Milos Javan MD 6/27    Date: 09/17/07

**REPORT (FINDINGS, DIAGNOSIS, RECOMMENDATIONS)**    DATE OF REPORT: 09/17/07

- She has difficulty to mobilize in the morning / requires wheelchair to come to program. Her aggressive behavior improved.
- Pt shows good eye contact, but she doesn't produce any speech.
- She is able to follow simple command according staff.
- She is incontinent of bladder/bowel & wears diaper.
- She is cooperative c ADL assistance.
- Usg personal hygiene: appropriate. Pt has excessive drooling
- Affect: flat. Sensorium × alert
- Cognitive perception/intellect/memory/insight/judgment = impaired

Dx: Sch c M. ret

Rec: ① Considering her violent behavior is under control,
② Continue current regime of treatment
③ Serum Tegretol level b/c it is above 12ug
   Then ↓ Tegretol
④ ↓ Remeron to 30 mg HS

7/25 Tegretol 7.5

Signed: J.Hahn (RN)

FACILITY/AGENCY    OMRDD    CONSULTATION REQUEST    CQCT38