# BROOKLYN DEVELOPMENTAL CENTER

## OCCUPATIONAL THERAPY NOTE

*DVP*

**CLIENT:** Valerie Young     **CONSEC.#:** 092-0032     **WING:** 314   April 27,2005

**Client need / Target outcome:**
Issue Halo helmet as per ITT request.
Re-evaluation of wheelchair sitting posture

**Clinician's observations:**
  Valerie was transported to OT for measurement and application of a protective helmet.   She was issued a Danmar halo helmet # 9817, size medium.

  Valerie arrived lethargic and was sliding forwards in the folding wheelchair. Another wheelchair was issued and better supports Valerie when she's in this condition.   The wheelchair is an E&J chair, serial number 2453335.  The chair has the following features:
 - A high padded back cushion for support during upright sitting
 - A padded seat cushion with a fuller depth to support and maintain pelvic alignment during upright sitting.
 - A soft calf support was attached to the leg rests to prevent foot drop and possible entanglement during transport.
 - Footplate height adjustments were performed.

**Summary statement:** The newly adapted equipment was provided to Valerie and does provide supportive safety.


**Adaptive Equipment:** (x) Wheelchair    ( ) Splint   (x)Helmet
1) Wheelchair: Everest and Jennings wheelchair, serial number 2453335.
2) Splint:
3) Eating Equipment: Food guard, built up handled, Teflon coated spoon and non skid pad
4) Other: Halo helmet - size medium

**Recommendations:**
 Continue current program
 Continue ground-textured diet as related to choking precaution
 Continue to monitor and upgrade adaptive equipment as needed.



Elaine Robinson   Sr. OTR/L   April 27,2005