# CLINICAL NURSING NOTES

**Full Name of Client:** Young, Valorie
**Consecutive Number:**
**Living Unit:**

IDOC-25-NS M
REV 10/03

| YEAR / DATE | HOUR AM/PM | NURSING OBSERVATION — Entries must be legible and written in black ink. Sign full name and title after each entry, record vital signs at beginning of note, as necessary. | SIGNATURE — Sign full name and title after entry. |
|---|---|---|---|
| 11/3/04 | 10:30A | I/M while seated greater than 1 hr thoroughly chewed on and extracted two MF at 10:30 AM chewed off the remaining 2nd distal digit PA Daniel informed. Tenderness noted. Abd assess non-remarkable. | M. Laurie |
| 11/3/04 | 4:30 PM | Re-eval by PA Daniel. Family was informed. CHT B/P Rule out fracture of elbow R arm from top lip at 8:30. Accord I/M says I'm very agitated. Consult MD re-eval of 2 meds. Aggressive and assaultive — I/M needs ethics committee follow-up per PA Daniel. Refused to be placed in admin seg by MD to be followed in MH clinic. | D. Org RN |
| 11/4/04 | AM | Seen by MD for meds. Left hand and 2nd finger very agitated and totally uncooperative. Pressing / chewed up the left hand with Dr. Otto no much sentence changed the dressings. Meds taken with no difficulty. Bandage to L hand fingers remained on done with difficulty. | D. Org RN |
| 11/5/04 | PM | Referred 7 PM Dr Med to Dr Mits. Regarding I/M's aggressive behavior accepted by Dr. Med. Transferred the aid dept aggressive behavior. GSA living Johnny clothes. | tts |
| 11/5/04 | 2 PM | Q8 hr check D/C behaviors very agitated and I/M no longer holding 3 refused BP P R very difficult. | Flores |
| 11/6/04 4PM | | Meds taken with great difficulty. Very agitated and aggressive to staff. Walking around the Unit naked screaming and yelling. Its pencil agitated and aggressive complaints of pain in abdomen | Ros RN |
| 11/6/04 | 7P | Refused all meds. Complains of pain in abdomen difficulty | M Young |

Young 8366