Form 95 DVP (1-77) page 2

| DATE | NOTES |
|---|---|
| 11/01/01 | Pressure erosion on Lt 5th toe lateral aspect from flight shoewear. Local care order written. |
| 11/3/01 4:40 pm | Consumer was seen for swelling of fingers. P.E. (+) edema noted c̄ palpation. (+) tenderness noted c̄ palpation. Limited ROM — digits 2nd & 3rd of (L) Hand. Will send out to CHH-ER for evaluation to r/o Cellulitis vs. Soft tissue swelling vs. fracture. Family to be notified. |
| 11/04/01 | Above noted. Seen in ER CHH. No fracture. Contusion vs. sprain 2nd and 3rd digit Lt hand. Examined, swelling, tenderness present proximal half of Lt 2nd 3rd finger. Agitated not cooperative for detailed exam. [RECOM?] For plastic surgery clinic f/u on 11/05/01. #s To immobilize, buddy tape, give Tylenol PRN and reevaluate as needed. |
| 11/05/01 | Labs 11/03/01 CBC 3.56 \ 12.3 / 24 / 36.3 |

Young 8147