## SPECIAL CASE CONFERENCE

NAME: Valerie Young        C#: _____        UNIT: 314

REASON FOR CONFERENCE: Behavior Status Follow up

CONFERENCE DATE: December 17, 2004

### TEAM ATTENDANCE

| NAME | TITLE |
|---|---|
| R. Villanen | Jay C |
| L. Cobb | RAFT |
| T. Dotson | Teh Asst |
| Celeste Aiello | ATP Supervisor |
| Rachida Cragg | Intern / NYTCC |
| Kathleen _____ | ___ |
| Maria _____ | RuS |
| | CC HS-1 |

Young 7781

## SPECIAL CASE CONFERENCE

**NAME:** Valerie Young
**CON#:** 090-0032
**UNIT:** 314
**DATE:** 12-17-04

### SUMMARY OF MEETING

Reason for conference: follow up to incident of 11/3

DISCUSSION:

As a result of the investigation of the 11/3 incident (Valerie was sent out for evaluation of swollen fingers), the following recommendations were made and discussed by the team. Valerie has a contact book which should continue, with paying close attention to the fingers, especially after she has been agitated (engages in hand banging/swinging). A baseline for hand swinging is currently in progress. When the routine body checks are done, staff should also pay attention to the integrity of her hands. Another recommendation has been made for Valerie to continue working on her program objectives which provide alternative activities involving functional and appropriate use of her hands, i.e. attending to sensory stimulation activities for 5 minutes, developing oral hygiene and hand washing skills. The program head up will provide information as to what kinds of activities Valerie enjoys in program, so that they can be ordered for her residential unit. The possibility of posey mitts was then explored by the team. The team feels that the posey mitts will further agitate Valerie and she may injure herself in an attempt to remove the mitts (she will most likely be successful in removing them as well). {It is also noted that when Valerie is in a severe state of agitation, placing any type of adaptive apparel on her is nearly impossible.} Valerie was seen by the psychiatrist upon her return from the hospital (admitted to psych unit at Kings County from 12/1-12/13 for behavioral instability) and her current medication regimen is Inderal 240mg, Remeron 45mg and Zyprexa 40mg which was instituted by the hospital. The team agrees to continue the current medication, since she only returned a few days ago.

RECOMMENDATIONS:

1. Baseline for hand swinging to continue.
2. Continue contact book and routine body checks, paying specific attention to the hands.
3. 15 minute checks to continue.
4. Continue current medication regimen and monitor closely.
5. Valerie's favorite activities to be ordered for her unit.
6. Continue proactive program goals to utilize her hands in a functional and appropriate manner.

Prepared by: _____ Date: 12/17/04
Team leader: _____ Date: 12/__/04

Young 7782