## SPECIAL CASE CONFERENCE

NAME: _Valerie Young_____   C#: _____   UNIT: _314_

REASON FOR CONFERENCE: _Incident of 12/21_ / _Behavior Status_

CONFERENCE DATE: _December 24, 2004_

## TEAM ATTENDANCE

| NAME | TITLE |
|---|---|
| K Villanueva | Ryer |
| Karen R Robson | RN I |
| _(signature)_ | MD |
| _(signature)_ | Social |
| _(signature)_ | CC HS |
| | RN |

Young 7779

## SPECIAL CASE CONFERENCE

**NAME:** Valerie Young
**CON#:** 090-0032
**UNIT:** 314
**DATE:** 12-24-04

### SUMMARY OF MEETING

*Reason for conference: incident of 12-21-04*

*DISCUSSION:*

Valerie was sent out to the Psych ER at Kings County hospital on 12-1-04 because of extreme behavior instability: wildly psychotic, stripping, attacking others, turning over furniture and tearing curtains. She remained there until 12-13-04. While at the hospital, Clozapine was discontinued and replaced with Zyprexa 20mg BID due to leucopenia. All other medications continued (Inderal 240mg, Remeron 45mg). The team met to discuss Valerie's behavior status and incident of 12-21-04. On 12-21-04 Valerie was being dressed by staff and became agitated. She pulled away from the staff and fell onto another consumer's bedrail. She sustained a laceration on her lower lip, small laceration on the chin and abrasion on the left inpraorbital area. (Also noted was two loose lower incisors) She was referred to the dentist who performed the suturing of the wound. Valerie's mother has now made an allegation that Valerie's teeth were pulled before she gave her consent. This case is currently under investigation. The team agreed to have Valerie re-evaluated by both psychiatrists Dr. Delbrune and Dr. Hahn since Valerie is still not stable, extremely agitated and destructive (yelling, banging, running). She is also not sleeping at night. They will be asked to consult together and give conjoint recommendations for a psychotropic medication regimen. The psychologist notes that Valerie's behavior plan for destruction which includes the target behavior of banging hands will be revised and will now read banging/waving hands as a result of the 11-3-04 incident (refer to special meeting minutes 11/5).

*RECOMMENDATIONS:*

1. Conjoint evaluation to be completed by Dr. Delbrune and Dr. Hahn.
2. 15 minute checks to continue.
3. Behavior plan for destruction to be modified to include target behavior of banging/waving hands.
4. Case under investigation.

Prepared by: _____ Date: 12/24/04

Team leader: _____ Date: _____

Young 7780