IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESTATE OF VALERIE YOUNG, et al., | ECF Case |
| plaintiffs, | Case No.: 07-CV-06241 (LAK) |
| - against - | **MOTION TO QUASH AND SANCTIONS** |
| STATE OF NEW YORK OFFICE OF MENTAL RETARDATION AND DEVELOPMENTAL DISABILITIES, et al., | |
| defendants. | |

PLEASE TAKE NOTICE THAT upon the accompanying Memorandum of Law and exhibits, including the Declaration of Jonathan Bauer, signed under penalty of perjury on May 16, 2008 and all pleadings and prior proceedings heretofore had herein, the Plaintiffs, by their attorneys, the Catafago Law Firm, PC and Jonathan Bauer, Esq. hereby move pursuant to Rule 45(c) of the Federal Rules of Civil Procedure for an order quashing the subpoena served upon Dr. Richard P. Bindie, plaintiffs' expert witness, and compensatory attorney fees as a sanction.

Dated:  New York, New York
        May  19, 2008

>                         Catafago Law Firm, P.C. &
>                              Jonathan Bauer
>                           *Attorneys for Plaintiff*
>                           Empire State Building
>                        350 Fifth Ave. Suite 4810
>                            New York, N.Y. 10118
>                               (212) 239-9669
>                             (212) 239-9688 (fax)
>              s/ _____
>                            By: Jonathan Bauer

*1*