# Index to Exhibits

**Exhibit 1**  Subpoena dated May 13, 2008;

**Exhibit 2**  Check in the amount of $40 made payable to Richard Bindie;

**Exhibit 3**  Curriculum Vitae of Dr. Richard Bindie;

**Exhibit 4**  Map showing the distance between New York City, the place where the deposition is to be taken and Pottsville, Pennsylvania, the place where the deponent is employed;

**Exhibit 5**  Map showing the distance between New York City, the place where the deposition is to be taken and Schuylkill Haven, Pennsylvania, the place where the deponent resides;

**Exhibit 6**  Declaration of Jonathan Bauer, Esq. sworn to on May 19, 2008;

**Exhibit 7**  Defendants' Interrogatories, in relevant part;

**Exhibit 8**  Plaintiffs' Interrogatory Answers, in relevant part;

**Exhibit 9**  The Consent Scheduling Order herein.