# United States District Court

SOUTHERN DISTRICT OF NEW YORK

ESTATE OF VALERIE YOUNG, et al.
        Plaintiffs,
vs.
STATE OF NEW YORK OFFICE OF MENTAL RETARDATION AND DEVELOPMENTAL DISABILITIES, et al.
        Defendants.

**SUBPOENA IN A CIVIL CASE**
CASE NUMBER: 07-CV-6241 (LAK)(DCF)

TO: Dr. Richard P. Bindie, M.D.
420 South Jackson Street
Pottsville, PA 17901

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| NYS ATTORNEY GENERAL'S OFFICE<br>120 BROADWAY, 24TH FLR<br>NEW YORK, NY 10271 | MAY 22, 2008 AT 10:00 A.M. |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below): EACH AND EVERY RECORD AND/ OR NOTE RELATING TO YOUR EXPERT REPORT DATED APRIL 25, 2008. THIS INCLUDES ALL HANDWRITTEN OR TYPE WRITTEN NOTES AND/ OR EMAIL AND OTHER ELECTRONIC MEANS OF STORING DATA AND INFORMATION.

| PLACE | DATE AND TIME |
|---|---|
| NYS ATTORNEY GENERAL'S OFFICE<br>120 BROADWAY, 24TH FLR<br>NEW YORK, NY 10271 | MAY 22, 2008 AT 10:00 A.M. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, any may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30 (b) (6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)<br>*[signature]* Attorney for Defendants, New York State | DATE<br>MAY 13, 2008 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND TELEPHONE NUMBER
JOSE L VELEZ, Assistant Attorney General, Office of the Attorney General, State of New York, 120 Broadway, 24th Floor, New York, New York 10271, (212) 416-8164

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

**EXHIBIT 1**