*RICHARD P. BINDIE, M.D.*
*FORENSIC PATHOLOGIST*

Pottsville Hospital & Warne Clinic        Residence
420 South Jackson Street                  150 Avenue E
Pottsville, PA  17901                     Schuylkill Haven, PA 17972
(717)  621-5262                           (717)  385-2494

## CURRICULUM VITAE

| | |
|---|---|
| PREMEDICAL: | LaSalle College, Philadelphia, Pennsylvania, 1959-1962 |
| MEDICAL SCHOOL: | Temple University School of Medicine, Philadelphia, Pennsylvania, 1962-1966 |
| ROTATING INTERNSHIP: | Germantown Hospital and Medical Center, Philadelphia, Pennsylvania, 1966-1967 |
| OBTAINED LICENSE: | Pennsylvania, 1967 |
| PATHOLOGY RESIDENCY: | Anatomical and Clinical Pathology, Germantown Hospital, 1967-1971 (Chief Resident, 1969-1971) |
| CERTIFIED: | Anatomical Pathology by American Board of Pathology, 1972 |
| CERTIFIED: | Clinical Pathology by American Board of Pathology, 1972 |
| CERTIFIED: | Forensic Pathology by American Board of Pathology, 1992 |
| DIPLOMATE: | American Board of Pathology, Certified in Forensic Pathology |
| FELLOW: | College of American Pathologists |
| FELLOW: | American Society of Clinical Pathologists |
| FELLOW: | American Academy of Forensic Sciences |
| MEMBER: | National Association of Medical Examiners |
| MEMBER: | American Medical Association |
| MEMBER: | Pennsylvania Medical Society |
| MEMBER: | Past President and Secretary, Schuylkill County Medical Society |
| MEMBER: | Pennsylvania Association of Clinical Pathologists |
| MEMBER: | American Society of Microbiology |
| DIRECTOR: | Department of Pathology, Pottsville Hospital and Warne Clinic, Pottsville, Pennsylvania, 1975-present |

*[signature]*

RICHARD P. BINDIE, M.D.
Forensic Pathologist

**EXHIBIT 3**