

Start **420 S Jackson St**
**Pottsville, PA 17901**

End **120 Broadway**
**New York, NY 10005**

Travel **135 mi – about 2 hours 35 mins, up to 3 hours 10 mins in traffic**

| | **420 S Jackson St** **Pottsville, PA 17901** | |
|---|---|---|
| | Drive: 135 mi – about 2 hours 35 mins, up to 3 hours 10 mins in traffic | |
| | 1. Head **southeast** on **S Jackson St** toward **US-209/ Weigard Blvd** | 174 ft |
| → | 2. Turn **right** at **US-209/Weigard Blvd** | 0.1 mi / 1 min |
| ← | 3. Turn **left** at **Claude a Lord Blvd/PA-61** Continue to follow PA-61 | 16.7 mi / 25 mins |
| | 4. Take the ramp onto **I-78 E/US-22 E** Continue to follow I-78 E Partial toll road Entering New Jersey | 115 mi / 1 hour 56 mins |
| | 5. Continue on **12th St** Partial toll road | 0.3 mi / 2 mins |
| | 6. Continue on **Holland Tunnel** Entering New York | 2.0 mi / 3 mins |
| | 7. Take exit **3** toward **Brooklyn** | 223 ft |
| | 8. Merge onto **Beach St/Ericsson St** Continue to follow Beach St | 167 ft |
| → | 9. Slight **right** to stay on **Beach St** | 243 ft |
| | 10. Continue on **Walker St** | 0.2 mi / 2 mins |
| → | 11. Turn **right** at **Broadway** | 0.8 mi / 4 mins |
| ← | 12. Turn **left** at **Liberty St** | 381 ft / 1 min |
| → | 13. Turn **right** at **Nassau St** | 312 ft |
| | **120 Broadway** **New York, NY 10005** | |

**Overview**



**Start**



**End**



Map data ©2008 NAVTEQ™, Sanborn

These directions are for planning purposes only. You may find that construction projects, traffic, or other events may cause road conditions to differ from the map results.

Map data ©2008 NAVTEQ™, Sanborn

**EXHIBIT 4**