

| | |
|---|---|
| Start | **150 Avenue E**<br>Schuylkill Haven, PA 17972 |
| End | **120 Broadway**<br>New York, NY 10005 |
| Travel | **131 mi – about 2 hours 27 mins, up to 3 hours 0 mins in traffic** |

**A) 150 Avenue E**
**Schuylkill Haven, PA 17972**

Drive: 131 mi – about 2 hours 27 mins, up to 3 hours 0 mins in traffic

| | | |
|---|---|---|
| 1. | Head **north** on **Avenue E** toward **3rd St** | 0.3 mi<br>1 min |
| 2. | Turn **right** at **E Main St** | 0.6 mi<br>2 mins |
| 3. | Slight **right** at **PA-443/PA-61**<br>Continue to follow PA-61 | 11.9 mi<br>16 mins |
| 4. | Take the ramp onto **I-78 E/US-22 E**<br>Continue to follow I-78 E<br>Partial toll road<br>Entering New Jersey | 115 mi<br>1 hour 56 mins |
| 5. | Continue on **12th St**<br>Partial toll road | 0.3 mi<br>2 mins |
| 6. | Continue on **Holland Tunnel**<br>Entering New York | 2.0 mi<br>3 mins |
| 7. | Take exit **3** toward **Brooklyn** | 223 ft |
| 8. | Merge onto **Beach St/Ericsson St**<br>Continue to follow Beach St | 167 ft |
| 9. | Slight **right** to stay on **Beach St** | 243 ft |
| 10. | Continue on **Walker St** | 0.2 mi<br>2 mins |
| 11. | Turn **right** at **Broadway** | 0.8 mi<br>4 mins |
| 12. | Turn **left** at **Liberty St** | 381 ft<br>1 min |
| 13. | Turn **right** at **Nassau St** | 312 ft |

**B) 120 Broadway**
**New York, NY 10005**

**Overview**



**Start**



**End**



Map data ©2008 NAVTEQ™, Sanborn

These directions are for planning purposes only. You may find that construction projects, traffic, or other events may cause road conditions to differ from the map results.

Map data ©2008 NAVTEQ™, Sanborn

