*KAPLAN, J*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

ESTATE OF VALERIE YOUNG, et al.,

        Plaintiffs,

Case No.: 07-cv-06241 (LAK)

against

STATE OF NEW YORK OFFICE OF MENTAL
RETARDATION & DEVELOPMENTAL SERVICES,
et al.,

        defendants.



RECEIVED SEP 24 2007 JUDGE KAPLAN'S CHAMBERS

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/24/07

<u>Consent Scheduling Order</u>

Upon consent of the parties, it is hereby

**ORDERED** as follows:

1. No additional parties may be joined after December 18, 2007.

2. No amendment to the pleadings will be permitted after December 18, 2007.

3. The parties shall make required Rule 26(a)(2) disclosures with respect to:

    (a) expert witnesses on or before January 28, 2008.

    (b) rebuttal expert witnesses on or before February 11, 2008

4. All discovery, including any depositions of experts, shall be completed on or before February 29, 2008.

5. A joint pretrial order in the form prescribed in Judge Kaplan's individual rules shall be filed on or before April 4, 2008.

6. No motion for summary judgment shall be served after the deadline fixed for submission of the pretrial order. The filing of a motion for summary judgment does not relieve the parties of the obligation to file the pretrial order on time.

7. If any party claims a right to trial by jury, proposed voir dire questions and jury instructions shall be filed with the joint pretrial order.

8. Each party or group of parties aligned in interest shall submit not less than ten (10) days prior to trial (a) a trial brief setting forth a summary of its contentions and dealing with any legal and evidentiary problems anticipated at trial, and (b) any motions in limine.

**EXHIBIT 9**

9. This scheduling order may be altered or amended only on a showing of good cause not foreseeable at the date hereof. Counsel should not assume that extensions will be granted as a matter of routine.

Dated: September 2007

_____
**LEWIS A. KAPLAN**
United States District Judge

CONSENTED TO:

Catafago Law Firm, PC and
Jonathan Bauer, Esq.
*Attorneys for Plaintiffs*

_____
Jonathan Bauer

State of New York
Office of the Attorney General
*Attorneys for Defendants*

_____
Jose L. Velez
Assistant Attorney General

2