Case 1:07-cv-06241-LAK    Document 22    Filed 05/19/2008    Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

ESTATE OF VALERIE YOUNG, et al.,          ECF Case

    plaintiffs,                                    Case No.: 07-CV-06241 (LAK)

- against -                                                    **MOTION TO QUASH AND SANCTIONS**

STATE OF NEW YORK OFFICE OF MENTAL
RETARDATION AND DEVELOPMENTAL
DISABILITIES, et al.,

    defendants.

*[Stamp: USDNY DOCUMENT ELECTRONICALLY FILED  FILED: 5/21/08]*

PLEASE TAKE NOTICE THAT upon the accompanying Memorandum of Law and exhibits, including the Declaration of Jonathan Bauer, signed under penalty of perjury on May 16, 2008 and all pleadings and prior proceedings heretofore had herein, the Plaintiffs, by their attorneys, the Catafago Law Firm, PC and Jonathan Bauer, Esq. hereby move pursuant to Rule 45(c) of the Federal Rules of Civil Procedure for an order quashing the subpoena served upon Dr. Richard P. Bindie, plaintiffs' expert witness, and compensatory attorney fees as a sanction.

Dated:  New York, New York
         May 19, 2008

                                              Catafago Law Firm, P.C. &
                                              Jonathan Bauer
                                              *Attorneys for Plaintiff*
                                              Empire State Building
                                              350 Fifth Ave. Suite 4810
                                              New York, N.Y. 10118
                                              (212) 239-9669
                                              (212) 239-9688 (fax)

                                              s/
                                              By: Jonathan Bauer

*[Handwritten annotation:]* Plaintiff lacks standing to assert an objection with respect to the place of the service and the timely[?] of proper notice. Its other objections are unpersuasive. Motion denied.

SO ORDERED

*[Signature]*
LEWIS A. KAPLAN / USDJ