## Index to Exhibits filed with the Plaintiff's Reply

**Exhibit 37**  Declaration of Jacques Catafago, Esq.;

**Exhibit 38**  2007 Merriam-Webster Collegiate Dictionary 11th Ed. page 232 and copyright page;

**Exhibit 39**  Jovan Milos deposition, as relevant;

**Exhibit 40**  Gloria Hayes deposition, as relevant;

**Exhibit 41**  Kathleen Ferdinand deposition, as relevant;

**Exhibit 42**  Jan Williamson deposition, as relevant;

**Exhibit 43**  Suresh Arya deposition, as relevant;

**Exhibit 44**  Peter Uschakow deposition, as relevant;

**Exhibit 45**  Mrs. Viola Young deposition, as relevant;

**Exhibit 46**  Loretta Lee deposition, as relevant;

**Exhibit 47**  Sidney Young deposition, as relevant;

**Exhibit 48**  Wing 314 Log Book entries purportedly[*] from March 18, 2005 through June 23, 2005, Bates 9977 – 10069 (produced on legal-sized paper, re-produced to scale herein on letter-sized paper);

**Exhibit 49**  Core Office Log Book entries purportedly[*] from March 21, 2005 through June 16, 2005, Bates 9917 – 9976 (produced on legal-sized paper, repro-duced to scale herein on letter-sized paper);

**Exhibit 50**  Medical Consultations;

**Exhibit 51**  New York City Medical Examiner Autopsy;

**Exhibit 52**  Fax cover page and faxed document, July 28, 2005;

**Exhibit 53**  Core Log entries for Valerie's final three months;

**Exhibit 54**  Wing Log entries for Valerie's final three months.

---

[*] Pages for some dates and/or shifts were not produced by defendants.