## A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 2007 by Merriam-Webster, Incorporated

Library of Congress Cataloging in Publication Data

Merriam-Webster's collegiate dictionary. — Eleventh ed.
    p.   cm.
   Includes index.
   ISBN-13: 978-0-87779-807-1   (Laminated unindexed : alk. paper)
   ISBN-10: 0-87779-807-9      (Laminated unindexed : alk. paper)
   ISBN-13: 978-0-87779-808-8   (Jacketed hardcover unindexed : alk. paper)
   ISBN-10: 0-87779-808-7      (Jacketed hardcover unindexed : alk. paper)
   ISBN-13: 978-0-87779-809-5   (Jacketed hardcover with CD-ROM : alk. paper)
   ISBN-10: 0-87779-809-5      (Jacketed hardcover with CD-ROM : alk. paper)
   ISBN-13: 978-0-87779-810-1   (Leatherlook with CD-ROM : alk. paper)
   ISBN-10: 0-87779-810-9      (Leatherlook with CD-ROM : alk. paper)
   ISBN-13: 978-0-87779-813-2   (Canadian)
   ISBN-10: 0-87779-813-3      (Canadian)
   ISBN-13: 978-0-87779-814-9   (International)
   ISBN-10: 0-87779-814-1      (International)
   1. English language—Dictionaries. I. Title: Collegiate dictionary. II. Merriam-Webster, Inc.
PE1628.M36    2003
423—dc21
                                              2003003674
                                                        CIP

Merriam-Webster's Collegiate® Dictionary, Eleventh Edition, principal copyright 2003

COLLEGIATE is a registered trademark of Merriam-Webster, Incorporated

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

101112TT:QWV0807

us to give up the enterprise⟩   b : a tire with flanged beads fitting into the wheel rim
cline \'klīn\ n [Gk klinein] (1938) : a gradient of morphological or physiological change in a group of related organisms usu. along a line of environmental or geographic transition — clin·al \'klī-n²l\ adj — clin·al·ly \-nə-lē\ adv
-cline n comb form [back-formation fr. -clinal] : slope ⟨monocline⟩
¹cling \'kliŋ\ vi clung \'kləŋ\; cling·ing [ME, fr. OE clingan; akin to OHG klunga tangled ball of thread] (bef. 12c)   1 a : to hold together   b : to adhere as if glued firmly   c : to hold or hold on tightly or tenaciously   2 a : to have a strong emotional attachment or dependence ⟨he clung to his friends for support⟩   b : to remain or linger as if resisting complete dissipation or dispersal ⟨the odor clung to the room for hours⟩   syn see STICK — cling·er \'kliŋ-ər\ n — cling·y \'kliŋ-ē\ adj
²cling n (ca. 1625) : an act or instance of clinging : ADHERENCE
cling·stone \'kliŋ-ˌstōn\ n (1705) : any of various stone fruits (as some peaches or plums) with flesh that adheres strongly to the pit
clin·ic \'kli-nik\ n [F clinique, fr. Gk klinikē medical practice at the sickbed, fr. fem. of klinikos of a bed, fr. klinē bed, fr. klinein to lean, recline — more at LEAN] (1827)   1 : a class of medical instruction in which patients are examined and discussed   2 : a group meeting devoted to the analysis and solution of concrete problems or to the acquiring of specific skills or knowledge ⟨writing ~s⟩ ⟨golf ~s⟩   3 a : a facility (as of a hospital) for diagnosis and treatment of outpatients   b : a group practice in which several physicians work cooperatively   4 : a facility that offers professional services or consultation usu. at discounted rates ⟨a legal ~⟩   5 : an exemplary display or performance ⟨put on a ~ in the tournament⟩
-clinic adj comb form [ISV, fr. Gk klinein]   1 : inclining : dipping   2 : having (so many) oblique intersections of the axes ⟨triclinic⟩
clin·i·cal \'kli-ni-kəl\ adj (ca. 1728)   1 : of, relating to, or conducted in or as if in a clinic: as   a : involving direct observation of the patient   b : based on or characterized by observable and diagnosable symptoms   2 : analytical or coolly dispassionate ⟨a ~ attitude⟩ — clin·i·cal·ly \-k(ə-)lē\ adv
clinical thermometer n (1875) : a thermometer for measuring body temperature that has a constriction in the tube above the bulb preventing movement of the column of liquid downward once it has reached its maximum temperature so that it continues to indicate the maximum temperature until the liquid is shaken back down into the bulb
clinical trial n (1946) : a scientifically controlled study of the safety and effectiveness of a therapeutic agent (as a drug or vaccine) using consenting human subjects
cli·ni·cian \kli-'ni-shən\ n (1875)   1 : a person qualified in the clinical practice of medicine, psychiatry, or psychology as distinguished from one specializing in laboratory or research techniques or in theory   2 : a person who conducts a clinic
clin·i·co·path·o·log·ic \ˌkli-ni-(ˌ)kō-ˌpa-thə-'lä-jik\ or clin·i·co·path·o·log·i·cal \-'lä-ji-kəl\ adj [clinical] (1898) : relating to or concerned both with the signs and symptoms directly observable by the physician and with the results of laboratory examination — clin·i·co·path·o·log·i·cal·ly \-ji-k(ə-)lē\ adv
¹clink \'kliŋk\ vb [ME, of imit. origin] vi (14c) : to give out a slight sharp short metallic sound ~ vt : to cause to clink
²clink n (15c) : a clinking sound
³clink n [prob. fr. Clink, a prison in Southwark, London, England] (1515)   1 slang : a prison cell   2 slang : JAIL, PRISON
¹clin·ker \'kliŋ-kər\ n [alter. of earlier klincard a hard yellowish Dutch brick] (1641)   1 : a brick that has been burned too much in the kiln   2 : stony matter fused together : SLAG
²clink·er \'kliŋ-kər\ n [¹clink] (1733)   1 Brit : something first-rate   2 a : a wrong note   b : a serious mistake or error : BONER   c : an utter failure : FLOP   d : something of poor quality
clink·er-built \-ˌbilt\ adj [clinker, n., clinch] (1769) : having the external planks or plates overlapping like the clapboards on a house ⟨a ~ boat⟩
clink·e·ty-clank \'kliŋ-kə-tē-ˌklaŋk\ n [imit.] (1901) : a repeated usu. rhythmic clanking sound ⟨the ~ of a loose tire chain⟩
cli·nom·e·ter \klī-'nä-mə-tər\ n [Gk klinein to lean] (1811) : any of various instruments for measuring angles of elevation or inclination
-clinous adj comb form [prob. fr. NL -clinus, fr. Gk klinē bed — more at CLINIC] : having the androecium and gynoecium in a (single or different) flower (or two separate) flowers ⟨diclinous⟩
¹clin·quant \'kliŋ-kənt, klaⁿ-'käⁿ\ adj [MF, fr. prp. of clinquer to glitter, lit., to clink, of imit. origin] (1591) : glittering with gold or tinsel
²clinquant n [F, fr. clinquant, adj.] (1682) : TINSEL
clin·to·nia \klin-'tō-nē-ə\ n [NL, genus name, fr. DeWitt Clinton] (1843) : any of a genus (Clintonia) of herbs of the lily family with yellow, white, or purplish flowers
Clio \'klī-(ˌ)ō, 'klē-\ n [L, fr. Gk Kleiō] (1557)   1 : the Greek Muse of history   2 pl Cli·os : a statuette awarded annually by a professional

clipped the tourist for $200⟩ ~ vi   1 : to clip something   2 : to or pass rapidly   3 : to clip an opposing player in football
⁴clip n (15c)   1 a pl, Scot : SHEARS   b : a 2-bladed instrument ting esp. the nails   2 : something that is clipped: as   a : the a single shearing (as of sheep)   b : a crop of wool of a sheep, a a region   c : a section of filmed, videotaped, or recorded ma : a clipping esp. from a newspaper   3 : an act of clipping   4 blow   5 : RATE 4a ⟨continues at a brisk ~⟩   6 : a single in occasion : TIME ⟨he charged $10 a ~⟩ — often used in the pl clip ⟨trained 1000 workers at a ~⟩
clip art n (1968) : ready-made usu. copyright-free illustrations books or as part of a software package from which they may be pasted or inserted as artwork
clip·board \'klip-ˌbȯrd\ n (1885)   1 : a small writing board with at the top for holding papers   2 : a section of computer mem temporarily stores data (as text or a graphics image) esp. to facil movement or duplication
clip-clop \'klip-ˌkläp\ n [imit.] (1884) : the sound made by or a horse walking on a hard surface — clip-clop vi
clip joint n (1932)   1 slang : a place of public entertainment (as a club) that makes a practice of defrauding patrons (as by overcha   2 slang : a business that makes a practice of overcharging
clip-on \'klip-ˌȯn, -ˌän\ adj (1909) : attached with a clip ⟨a ~ earrings⟩ — clip-on n
clip·per \'kli-pər\ n (14c)   1 : one that clips something   2 : an ment for clipping esp. hair, fingernails, or toenails — usu. use   3 a : one that moves swiftly   b : a fast sailing ship; esp : one wi slender lines, an overhanging bow, tall masts, and a large sail a
clip·ping \'kli-piŋ\ n (15c) : something that is clipped off or something else ⟨grass ~s⟩; esp : an item clipped from a publica
clip-sheet \'klip-ˌshēt\ n (1926) : a sheet of newspaper material by an organization for clipping and reprinting
clique \'klēk, 'klik\ n [F] (1711) : a narrow exclusive circle or persons; esp : one held together by common interests, views, or es — cliqu·ey \'klē-kē, 'kli-\ adj — cliqu·ish \'klī-kish\ adj ish·ly adv — cliqu·ish·ness n
cli·tel·lum \klī-'te-ləm\ n, pl -la \-lə\ [NL, alter. of L clitellae ( dle] (1839) : a thickened glandular section of the body wall of a nelids that secretes a viscid sac in which the eggs are deposited
clit·ic \'kli-tik\ n [enclitic or proclitic] (1946) : a word that is tr pronunciation as forming a part of a neighboring word and th ten unaccented or contracted
clit·o·ri·dec·to·my \ˌkli-tə-rə-'dek-tə-mē\ also clit·o·rec·to·m tə-'rek-tə-mē\ n, pl -mies (1866) : excision of all or part of the
cli·to·ris \'kli-tə-rəs, kli-'tȯr-əs\ n, pl cli·to·ri·ses also cli·to \ˌkli-'tȯr-a-ˌdēz\ [NL, fr. Gk kleitoris] (1615) : a small erectile the anterior or ventral part of the vulva homologous to the p cli·to·ral \'kli-tə-rəl\ also cli·tor·ic \kli-'tȯr-ik, -'tär-\ adj
cli·via \'klī-vē-ə, 'klī-\ n [NL, fr. Lady Charlotte Clive †1866 d Northumberland] (1828) : any of a genus (Clivia) of perenni green So. African herbs of the amaryllis family with fleshy ro umbels of large funnel-shaped flowers
clk abbr clerk
clo abbr clothing
clo·a·ca \klō-'ā-kə\ n, pl -cae \-ˌkē, -ˌsē\ [L; akin to Gk k wash — more at CLYSTER] (1599)   1 : ²SEWER   2 [NL, fr. L] : mon chamber into which the intestinal and urogenital tracts di esp. in monotreme mammals, birds, reptiles, amphibians, and branch fishes; also : a comparable chamber of an invertebr : CESSPOOL   2 — clo·a·cal \-'ā-kəl\ adj
¹cloak \'klōk\ n [ME cloke, fr. AF cloque cloak, fr. ML clocc fr. its shape] (13c)   1 : a loose outer garment   2 : something lik an outer garment: as   a : something that envelops or conceals secrecy⟩   b : a distinctive character or role ⟨hung up his ~ . . . to become a stay-at-home father —Charles Chamberla
²cloak vt (1509) : to cover or hide with or as if with a cloak   syn GUISE
cloak-and-dagger adj (1860) : dealing in or suggestive of m matic intrigue and action usu. involving secret agents and espi ⟨~ novel⟩ — cloak-and-dagger n
cloak·room \'klōk-ˌrüm, -ˌrum\ n (ca. 1852)   1 a : a room i outdoor clothing may be placed during one's stay   b : CHECKR   : an anteroom of a legislative chamber where members may r confer with colleagues   3 Brit : LAVATORY 2
¹clob·ber \'klä-bər\ n [origin unknown] (1879) slang Brit : CLO
²clobber vt clob·bered; clob·ber·ing \-b(ə-)riŋ\ [origin unknow 1943)   1 : to pound mercilessly; also : to hit with force ⟨~ a run⟩   2 a : to defeat overwhelmingly ⟨got ~ed in the election⟩ have a strongly negative impact on ⟨businesses ~ed by the re c : to criticize harshly ⟨a film ~ed by reviewers⟩
clo·chard \klō-'shär\ n [F, fr. clocher to limp, fr. VL *cloppica