1

1

2   UNITED STATES DISTRICT COURT

3   SOUTHERN DISTRICT OF NEW YORK

4   - - - - - - - - - - - - - - - - - - - -x

5   ESTATE OF VALERIE YOUNG, by VIOLA
    YOUNG, as Administratrix of the
6   Estate of Valerie Young, and in her
    personal capacity, SIDNEY YOUNG,
7   and LORETTA YOUNG LEE,

8                               Plaintiffs,

9         -against-

10  STATE OF NEW YORK OFFICE OF MENTAL
    RETARDATION AND DEVELOPMENTAL
11  DISABILITIES, PETER USCHAKOW,
    personally and in his official
12  capacity, JAN WILLIAMSON, personally
    and in her official capacity, SURESH
13  ARYA, personally and in his
    individual capacity, KATHLEEN
14  FERDINAND, personally and in her
    official capacity, GLORIA HAYES,
15  personally and in her official
    capacity, DR. MILOS, personally and
16  in his official capacity;

17
                                Defendants.
18  - - - - - - - - - - - - - - - - - - - -x

19              350 Fifth Avenue
                New York, New York
20
                March 27, 2008
21              10:25 A.M.

22

23

24

25

```
 1
 2        DEPOSITION of JOVAN MILOS, M.D., one
 3   of the Defendants in the above-entitled
 4   action, held at the above time and place,
 5   taken before Gretchen A. Milton, a
 6   Shorthand Reporter and Notary Public of
 7   the State of New York, pursuant to the
 8   Federal Rules of Civil Procedure, Notice
 9   and stipulations between Counsel.
10
11
12             *     *     *
13
14
15   APPEARANCES:
16
          CATAFAGO LAW FIRM, P.C.
17             Attorneys for Plaintiffs
               350 Fifth Avenue
18             New York, New York 10118

19        BY:  JACQUES CATAFAGO, ESQ.

20

21        STATE OF NEW YORK
          OFFICE OF THE ATTORNEY GENERAL
22        ANDREW M. CUOMO
               Attorneys for Defendants
23             120 Broadway
               New York, New York 10271-0332
24
          BY:  JOSE L. VELEZ, ESQ.
25
```

```
                                        3

 1

 2      APPEARANCES:
        (Continued)
 3
            STATE OF NEW YORK
 4          OFFICE OF MENTAL RETARDATION AND
            DEVELOPMENTAL DISABILITIES
 5              Attorneys for Defendants
                75 Morton Street
 6              New York, New York 10014

 7      BY:  PATRICIA DELORY PAWLOWSKI, ESQ.

 8

 9

10
                  *     *     *
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

115

1              JOVAN MILOS, M.D.
2    order to prepare a report?
3        A.   Yes.
4        Q.   What did you do with those notes,
5    if you remember?
6        A.   I don't know where it is now.
7        Q.   When was the last time you saw
8    those notes?
9        A.   When I made the report.
10       Q.   Who did you give those notes to
11   after you made the report?
12       A.   It may be in my cabinet.
13       Q.   It may be in a cabinet?
14       A.   It may be in the cabinet.
15            MR. CATAFAGO:  Counsel, to extent
16       those notes exist we will deal with
17       it.
18            MR. VELEZ:  You have been
19       informed of any and all documents
20       relating to this case.
21            MR. CATAFAGO:  I might have a
22       problem there.  I need the document if
23       he has it.
24            MR. VELEZ:  Off the record.
25            (Discussion held off the record.)

122

1        JOVAN MILOS, M.D.
2    was weekend or... and I was not there on a
3    Sunday.
4        Q.   If you would look at the report
5    now marked as Exhibit 10, Bates No. CQC40,
6    you have the date of death as June 19,
7    2005, and the time as 9:32 p.m.
8        A.   Yes.
9        Q.   Did you learn about it that
10   evening or the next morning?
11       A.   The next morning.
12       Q.   Who specifically told you that
13   she had died?
14       A.   I don't know.  My routine is to
15   go first to my office, leave the things
16   that I brought with me, go to the nursing
17   station, go to the logbook, see what
18   happened last night.  And this is a very
19   significant event, so as soon as I
20   entered, I know what happened; that this
21   is what happened.  This has happened.
22           And who actually told me, with
23   whom I have that conversation, I don't
24   recall at this moment.
25       Q.   Did you speak to anyone about