```
 1

 2     UNITED STATES DISTRICT COURT
       SOUTHERN DISTRICT OF NEW YORK
 3     ----------------------------------------X
       Estate of VALERIE YOUNG, by VIOLA YOUNG,
 4     as Administratrix of the Estate of
       Valerie Young, and in her personal
 5     capacity, SIDNEY YOUNG, and LORETTA
       YOUNG LEE,
 6                       Plaintiffs,
                                      Index No.:
 7            vs.                     07CV6241

 8     STATE OF NEW YORK OFFICE OF MENTAL
       RETARDATION AND DEVELOPMENTAL
 9     DISABILITIES, PETER USCHAKOW,
       personally and in his official
10     capacity, JAN WILLIAMSON, personally
       and in her official capacity, SURESH
11     ARYA, personally and in his official
       capacity, KATHLEEN FERDINAND,
12     personally and in her official
       capacity, GLORIA HAYES, personally and
13     in her official capacity, DR. MILOS,
       personally and in his official capacity,
14
                         Defendants.
15     ----------------------------------------X
                           April 7, 2008
16                         10:11 a.m.

17

18           Examination before trial of KATHLEEN

19     A. FERDINAND, held at the offices of The

20     Catafago Law Firm, P.C., 350 Fifth Avenue,

21     New York, New York, pursuant to Notice,

22     before Wendy D. Boskind, a Registered

23     Professional Reporter and Notary Public

24     of the State of New York.

25
```

```
 1
 2     A P P E A R A N C E S:
 3
 4     THE CATAFAGO LAW FIRM, P.C.
 5     Attorneys for Plaintiffs
 6          Empire State Building
 7          350 Fifth Avenue
 8          New York, New York 10118
 9     BY:  JACQUES CATAFAGO, ESQ.
10          JCatafago@catafagolaw.com
11
12     STATE OF NEW YORK
13     OFFICE OF THE ATTORNEY GENERAL
14     ANDREW M. CUOMO
15     Attorneys for Defendants
16          120 Broadway
17          New York, New York 10271-0332
18     BY:  JOSE L. VELEZ, ESQ.
19          Jose.Velez@oag.state.ny.us
20
21     ALSO PRESENT:
22          PATRICIA PAWLOWSKI, ESQ.
23          Counsel's Office
24          Office of Mental Retardation
25           and Developmental Disabilities
```

250

```
 1                    Ferdinand
 2         A.    Yes, I do.
 3         Q.    What does "1:1" mean?
 4         A.    That means she got one-to-one
 5   supervision.
 6         Q.    What is "one-to-one
 7   supervision"?
 8         A.    Basically, we have one staff
 9   assigned to Valerie, to watch Valerie.
10         Q.    24 hours/seven days a week?
11         A.    I don't know how it was
12   ordered.
13               If it was ordered that way,
14   yeah.
15         Q.    And were logbooks prepared by
16   the person supervising one-to-one?
17         A.    Yes.
18         Q.    And that would have been
19   prepared?
20         A.    Excuse me?
21         Q.    And that would have been
22   maintained?
23         A.    Yes.
24               MR. CATAFAGO:  Counselor, we
25         haven't received any logbooks.
```

251

```
1                    Ferdinand
2              MR. VELEZ:  Yes, you have.
3              MR. CATAFAGO:  One-to-one
4      models?
5              MR. VELEZ:  At least 500
6      pages or --
7              MR. CATAFAGO:  Okay, I stand
8      corrected.
9         Q.   So did you look at the one-
10     to- one logbooks at all?
11             Is that part of your job, or
12     no.
13        A.   Periodically, I might look at
14     it.
15        Q.   Did you ever notice anything
16     unusual?
17        A.   But I, generally, you know,
18     when a consumer is on one-to-one, that's
19     the highest level of supervision so,
20     generally, I probably would almost ask on
21     a daily basis how the consumer is doing
22     and talk to staff and find out.
23        Q.   Who were the staff members in
24     charge of the one-to-one?
25        A.   I don't remember that.
```