```
 1
 2    UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF NEW YORK
 3    -----------------------------------------X
      Estate of VALERIE YOUNG, by VIOLA YOUNG,
 4    as Administratrix of the Estate of
      Valerie Young, and in her personal
 5    capacity, SIDNEY YOUNG, and LORETTA
      YOUNG LEE,
 6                        Plaintiffs,
                                    Index No.:
 7            vs.                   07CV6241

 8    STATE OF NEW YORK OFFICE OF MENTAL
      RETARDATION AND DEVELOPMENTAL
 9    DISABILITIES, PETER USCHAKOW,
      personally and in his official
10    capacity, JAN WILLIAMSON, personally
      and in her official capacity, SURESH
11    ARYA, personally and in his official
      capacity, KATHLEEN FERDINAND,
12    personally and in her official
      capacity, GLORIA HAYES, personally and
13    in her official capacity, DR. MILOS,
      personally and in his official capacity,
14
                          Defendants.
15    -----------------------------------------X

16                      April 10, 2008
                        10:09 a.m.
17

18          Examination before trial of JAN

19    WILLIAMSON, held at the offices of The

20    Catafago Law Firm, P.C., 350 Fifth

21    Avenue, New York, New York, pursuant to

22    Notice, before Wendy D. Boskind, a

23    Registered Professional Reporter and

24    Notary Public of the State of New York.

25
```

```
 1
 2    A P P E A R A N C E S:
 3
 4    THE CATAFAGO LAW FIRM, P.C.
 5    Attorneys for Plaintiffs
 6          Empire State Building
 7          350 Fifth Avenue
 8          New York, New York 10118
 9    BY:   JACQUES CATAFAGO, ESQ.
10          JCatafago@catafagolaw.com
11
12    STATE OF NEW YORK
13    OFFICE OF THE ATTORNEY GENERAL
14    ANDREW M. CUOMO
15    Attorneys for Defendants
16          120 Broadway
17          New York, New York 10271-0332
18    BY:   JOSE L. VELEZ, ESQ.
19          Jose.Velez@oag.state.ny.us
20
21    ALSO PRESENT:
22          PATRICIA PAWLOWSKI, ESQ.
23          Counsel's Office
24          Office of Mental Retardation
25            and Developmental Disabilities
```

```
 1                  Williamson
 2        Q.    Well, in connection with
 3   these official findings, the first page
 4   of this document, CQC 1, the State agency
 5   writes, in its official findings, quote:
 6   "The documentation that I reviewed
 7   provided little information as to Ms.
 8   Young's actual level of activity".  My
 9   question to you, ma'am, is do you know if
10   that was -- there was, in fact, any
11   documentation indicating any level of
12   physical activity for Valerie during the
13   time period from the three months prior
14   to her death until her death.
15        A.    I am not aware.
16        Q.    Incidentally, what is a "core
17   log"?
18        A.    Every residential unit has
19   what's called a "core office", it's the
20   supervisor's office, and they maintain a
21   logbook for each shift of the -- unusual
22   occurrences, let's say, that take place
23   during the course of the shift, so the
24   "core log" will record things that are
25   reported to them for their entire unit
```

```
 1                    Williamson
 2    for that shift.
 3         Q.    Only something that would be
 4    unusual would be reported?
 5         A.    Generally, something unusual,
 6    untoward, staffing issues, if somebody
 7    was sent out to the hospital.
 8         Q.    Okay.
 9         A.    It's used as a communication
10    book from shift to shift.
11         Q.    If someone was acting out?
12         A.    Could be, depends on the
13    level of the behavioral episode.
14         Q.    The different levels you
15    have, reportable and you have minor
16    occurrences.  Is something that's less
17    than a minor occurrence something that
18    still should be in the logbook?
19         A.    Minor occurrences may not
20    even be in the logbook, but something
21    that would be a reportable or serious
22    reportable should be making its way into
23    that core log.
24         Q.    Okay.  In the official State
25    finding, it continues:  "Although the
```