```
 1
 2    UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF NEW YORK
 3    -----------------------------------------X
      Estate of VALERIE YOUNG, by VIOLA YOUNG,
 4    as Administratrix of the Estate of
      Valerie Young, and in her personal
 5    capacity, SIDNEY YOUNG, and LORETTA
      YOUNG LEE,
 6                      Plaintiffs,
                                     Index No.:
 7            vs.                    07CV6241

 8    STATE OF NEW YORK OFFICE OF MENTAL
      RETARDATION AND DEVELOPMENTAL
 9    DISABILITIES, PETER USCHAKOW,
      personally and in his official
10    capacity, JAN WILLIAMSON, personally
      and in her official capacity, SURESH
11    ARYA, personally and in his official
      capacity, KATHLEEN FERDINAND,
12    personally and in her official
      capacity, GLORIA HAYES, personally and
13    in her official capacity, DR. MILOS,
      personally and in his official capacity,
14
                        Defendants.
15    -----------------------------------------X

16                    April 8, 2008
                      9:59 a.m.
17

18        Examination before trial of SURESH

19    ARYA, held at the offices of The Catafago

20    Law Firm, P.C., 350 Fifth Avenue, New

21    York, New York, pursuant to Notice,

22    before Wendy D. Boskind, a Registered

23    Professional Reporter and Notary Public

24    of the State of New York.

25
```

```
                                         2
 1
 2      A P P E A R A N C E S:
 3
 4      THE CATAFAGO LAW FIRM, P.C.
 5      Attorneys for Plaintiffs
 6           Empire State Building
 7           350 Fifth Avenue
 8           New York, New York 10118
 9      BY:  JACQUES CATAFAGO, ESQ.
10           JCatafago@catafagolaw.com
11
12      STATE OF NEW YORK
13      OFFICE OF THE ATTORNEY GENERAL
14      ANDREW M. CUOMO
15      Attorneys for Defendants
16           120 Broadway
17           New York, New York 10271-0332
18      BY:  JOSE L. VELEZ, ESQ.
19           Jose.Velez@oag.state.ny.us
20
21      ALSO PRESENT:
22           PATRICIA PAWLOWSKI, ESQ.
23           Counsel's Office
24           Office of Mental Retardation
25            and Developmental Disabilities
```

```
1                   Arya
2    been placed on one-to-one, would the team
3    have to notify the deputy director if
4    that was going to be removed?
5         A.   Uh -- because it's not --
6    stopping, is not required, so they don't
7    have to, but we will know that
8    stopping --
9         Q.   So the answer is "no".
10        A.   Yeah.
11        Q.   And how would the staff
12   document the behavior of the patient
13   during the one-to-one?
14        A.   They keep a log, a one-to-one
15   log.
16        Q.   And did you ever have --
17   withdrawn.
18             Did you ever review the one-
19   to-one logs?
20        A.   No.
21        Q.   You wouldn't look at them?
22        A.   No, I don't need to.
23        Q.   And what's the purpose of the
24   one-to-one log?
25        A.   To maintain what is the
```

48

```
 1                    Arya
 2    situation, why is -- the person is on
 3    one-to-one, there is certain reason, and
 4    they document what is going on with that
 5    person.
 6         Q.   And that was required to be
 7    done every 15 minutes?
 8         A.   It's depending on the case
 9    basis, yes.
10         Q.   I'm sorry?
11         A.   Depending on what the team
12    had made the decision.
13              It can be 15 minutes, it can
14    be half an hour, it depends on the case,
15    on case by case basis.
16         Q.   Well, the policy and
17    procedure manual you have in front of you
18    says:  "The assigned staff is to document
19    the consumer's activities every 15
20    minutes in one-to-one log" --
21         A.   Right.
22         Q.   -- but you're saying it would
23    fluctuate --
24         A.   But the team can make the
25    decision.
```