```
 1
 2    UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF NEW YORK
 3    -----------------------------------------X
      Estate of VALERIE YOUNG, by VIOLA YOUNG,
 4    as Administratrix of the Estate of
      Valerie Young, and in her personal
 5    capacity, SIDNEY YOUNG, and LORETTA
      YOUNG LEE,
 6                        Plaintiffs,
                                        Index No.:
 7            vs.                       07CV6241

 8    STATE OF NEW YORK OFFICE OF MENTAL
      RETARDATION AND DEVELOPMENTAL
 9    DISABILITIES, PETER USCHAKOW,
      personally and in his official
10    capacity, JAN WILLIAMSON, personally
      and in her official capacity, SURESH
11    ARYA, personally and in his official
      capacity, KATHLEEN FERDINAND,
12    personally and in her official
      capacity, GLORIA HAYES, personally and
13    in her official capacity, DR. MILOS,
      personally and in his official capacity,
14
                          Defendants.
15    -----------------------------------------X

16                        April 11, 2008
                          10:06 a.m.
17

18         Examination before trial of PETER

19    ALEXANDER USCHAKOW, held at the offices

20    of The Catafago Law Firm, P.C., 350 Fifth

21    Avenue, New York, New York, pursuant to

22    Notice, before Wendy D. Boskind, a

23    Registered Professional Reporter and

24    Notary Public of the State of New York.

25
```

```
 1
 2      A P P E A R A N C E S:
 3
 4      THE CATAFAGO LAW FIRM, P.C.
 5      Attorneys for Plaintiffs
 6          Empire State Building
 7          350 Fifth Avenue
 8          New York, New York 10118
 9      BY:  JACQUES CATAFAGO, ESQ.
10           JCatafago@catafagolaw.com
11
12      STATE OF NEW YORK
13      OFFICE OF THE ATTORNEY GENERAL
14      ANDREW M. CUOMO
15      Attorneys for Defendants
16          120 Broadway
17          New York, New York 10271-0332
18      BY:  JOSE L. VELEZ, ESQ.
19           Jose.Velez@oag.state.ny.us
20
21      ALSO PRESENT:
22             PATRICIA PAWLOWSKI, ESQ.
23             Counsel's Office
24             Office of Mental Retardation
25              and Developmental Disabilities
```