1

2      UNITED STATES DISTRICT COURT

3      SOUTHERN DISTRICT OF NEW YORK

4      -------------------------------------------X

5      Estate of VALERIE YOUNG, by VIOLA YOUNG, as
       Administratrix of the Estate of Valerie Young,
6      and in her personal capacity, SIDNEY YOUNG, and
       LORETTA YOUNG LEE,
7
                           Plaintiffs,
8
                 -against-                    Index No.
9                                             07CV6241

10     STATE OF NEW YORK OFFICE OF MENTAL RETARDATION
       AND DEVELOPMENTAL DISABILITIES, PETER USCHAKOW,
11     personally and in his official capacity, JAN
       WILLIAMSON, personally and in her official
12     capacity, SURESH ARYA, personally and in his
       official capacity, KATHLEEN FERDINAND, personally
13     and in her official capacity, GLORIA HAYES,
       personally and in her official capacity, DR.
14     MILOS, personally and in his official capacity,
                           Defendants.
15
       -------------------------------------------X
16

17

18              EXAMINATION BEFORE TRIAL of the

19     Plaintiff, VIOLA YOUNG, taken by the Defendant,

20     pursuant to Notice, held at the Office of the

21     Attorney General, 120 Broadway, New York, New

22     York  10271, on January 29, 2008, at 10:20 a.m.,

23     before a Notary Public of the State of New York.

24

25

1                          V, YOUNG                        53

2          Q.    Then during the years, what else in

3    terms of medical problems did Valerie have?  What

4    medical problems was she diagnosed with?

5          A.    Valerie she had surgery one time it

6    was a like a lymph node.  They did surgery on

7    that.

8          Q.    What other medical problems did she

9    have as the years went by?

10         A.    I am not sure what it was.

11         Q.    Did you just say, "I am not sure

12   what it was?"  I am not sure that I heard what

13   you said?

14         A.    I am trying to think.

15         Q.    Why don't you do it this way.  You

16   were talking about her left arm, sometimes her

17   right arm.  You mentioned the lymph node, any

18   other parts of her body were causing her

19   problems?

20         A.    (No response).

21         Q.    Problems with her legs?

22         A.    Oh, yes.

23         Q.    When did she first start having

24   problems with her legs?

25         A.    One time Valerie was in the --

1                                          54
                              V, YOUNG

2                    MR. KAISER:  Objection.

3            A.    -- Valerie was in the hospital.

4    Valerie start having problems in the last three

5    years.  She was limping.

6            Q.    With her legs?

7            A.    Yes.  On the end.

8            Q.    Why don't you continue?

9            A.    On the end Valerie would be

10   limping, I would ask the doctor what it was.  He

11   would tell me sometimes it was from her condition

12   and I don't remember what condition he would be

13   talking about.

14           Q.    You said you would ask the doctor,

15   which doctor was that?

16           A.    She was limping more with that

17   Dr. Milos.  On the end I was complaining about

18   her limping then her feet started swelling up.

19   I would ask him what is he doing about it.  He

20   would have her in this big wheelchair and tell me

21   they elevate her foot.  They would put her foot

22   in a chair to elevate it.  You know, mentally

23   challenge people, I used to ask them, why don't

24   he put her -- like they didn't order stockings.

25   When your foot is swelling, they didn't give her

```
 1                                           55
                        V, YOUNG
 2     like water pills, they didn't put those special
 3     stockings on her legs.  Like they didn't take her
 4     for a CAT scan or MRI.
 5           Q.    Are you saying you didn't agree
 6     with the medical treatment they were providing
 7     her?
 8                     MR. KAISER:  Objection.
 9           A.    No, I didn't agree with some of it.
10           Q.    Now, regarding her leg, did they
11     give you a diagnosis?  Did they tell you what
12     they thought the medical condition was?
13           A.    No, they didn't.  A lot of things
14     they didn't tell me.  Just like you said, it's
15     blacked out.  When I sent out for the
16     investigation I wanted to know why there is
17     certain things there that they don't want me to
18     see.
19                     MR. VELEZ:  I provided Counsel with
20     a copy of documents that are redacted, are not
21     blacked out so --
22                     MR. KAISER:  Objection.  Off the
23     record.
24                     (Whereupon, a discussion was
25     held off the record.)
```

56

V, YOUNG

1

2    Q.    We were talking about Valerie's

3    medical condition while she was at BBC.  We were

4    focusing on her leg.  Now, I asked you if they

5    let you know what was wrong with her leg.  Did

6    they give you a diagnosis?  I just want to

7    clarify what your answer is, did they tell you

8    and you don't remember?

9    A.    I remember the last thing they told

10   me was that she had a dropped foot.  Yes, a

11   dropped foot and they were getting a brace and

12   they never did.

13   Q.    Did they explain to you what they

14   meant by dropped foot?

15   A.    No.

16   Q.    What else did they tell about her?

17   A.    All I know is she couldn't walk --

18   I mean she could walk.  They were sending her for

19   therapy.  You know, they let her sit on a

20   wheelchair too long and  they didn't let her

21   exercise.  The only time she walked was when she

22   went to therapy on Tuesday and Thursday.  The

23   therapist told me that she needed to be walked

24   around the area during the evening.  And they

25   didn't do that.

**Exhibit 45**

1                                    V, YOUNG                          57

2              Q.    Who told you that they don't walk

3       her around?

4              A.    I didn't say they didn't walk

5       around.   I said they should have walked her

6       around.   When I spoke to Dr. Milos, he said the

7       therapist walk her.   She only went to see the

8       therapist on Tuesday and Thursdays.   She needed

9       like on weekends to be walked around the room.

10      They didn't do it.   You sit down all day, you

11      have to walk around if your feet were swelling.

12             Q.    Maybe I misunderstood.   Are you

13      saying they didn't walk her around or I thought

14      somebody told you they didn't walk her around?

15             A.    I don't think they walked her

16      around.

17             Q.    That's your opinion then?

18             A.    (No response).

19             Q.    Did someone tell you that or are

20      you saying you don't think they walked her

21      around?

22             A.    I don't know if it was ordered.   It

23      should have been documented to do that.   Nobody

24      told me that there was an order for her to be

25      walked around the room.   You know, what you call

1                                              58
                        V, YOUNG

2       it.

3              Q.    If she could walk around, why was

4       she given a wheelchair?

5              MR. KAISER:  Objection.

6              A.    They said she had a dropped foot.

7       I don't know because she was always falling.

8              Q.    When you visited her, was she

9       always in a wheelchair?

10             A.    In the last few months, yes.  She

11      was always in a wheelchair and that wheelchair

12      wasn't even comfortable.  It was an old fashion

13      wheelchair.

14             Q.    So you are saying April, May, June

15      of 2005, every time you visited her she was in a

16      wheelchair?

17             A.    She would be in a wheelchair.

18             Q.    During those visits you never saw

19      her walking around or even running around?

20             A.    I took her myself try to walk her

21      around.

22             Q.    What happened?

23             A.    You would have to hold her, you

24      need two people.  I would ask, couldn't she have

25      one-to-one, and they wouldn't give it to her.

1                                                    59
                           V, YOUNG

2          Q.    Did you talk to anybody about her

3     being walked around more?

4          A.    Yes.

5          Q.    Who did you talk to?

6          A.    I talked to Dr. Milos and he told

7     me the therapist walks her.

8                Now, the therapist goes home during

9     certain time during the day.  I spoke to the

10    therapist and he told me that she should be

11    walking around, like other times.

12               If you have problems with your legs

13    swelling up, they have stockings for the wear,

14    they give you Coumadin, they give you Aspirin for

15    blood clots.  She didn't get that.

16         Q.    Did you discuss the treatment with

17    them, that she should be getting these stockings,

18    medications?  Who did you discuss that with?

19               MR. KAISER:  Objection.

20         A.    I didn't discuss it because you

21    can't tell Dr. Milos nothing.

22         Q.    So when you saw that Valerie was

23    having this problem with her leg that they told

24    you it was dropped foot you say?

25         A.    Yes, he told me they were going to

*Exhibit 45*

60

V, YOUNG

1

2    order a brace for her foot.

3         Q.    When was this?

4         A.    During the last months.  It was

5    never -- that was never ordered.

6         Q.    What kind of a brace?  Did they

7    tell you?

8         A.    Some brace for her foot, I am not a

9    doctor.  I don't know what kind of a brace.

10        Q.    What else did they tell you they

11   were going to do for her?

12        A.    All doctor Dr. Milos told me was to

13   keep her foot elevated.

14        Q.    So Dr. Milos told you that when she

15   went to therapy that she was walked around by the

16   therapist, that they also elevated her legs?

17        A.    Yes.  And Valerie is not going to

18   sit in a chair with her legs up in the chair.  It

19   wasn't the wheelchair where they had the thing to

20   elevate your legs in a chair.  They had her legs

21   in a chair.

22        Q.    When you visited her, she was

23   sitting in a wheelchair?

24        A.    Yes.

25        Q.    She didn't have any problems

```
 1                              V, YOUNG              61

 2      sitting in a wheelchair either?

 3                    MR. KAISER:  Objection.

 4           A.     That is all she could do was sit

 5      there because she couldn't get up.

 6           Q.     Why couldn't she get up?

 7                    MR. KAISER:  Objection.

 8           A.     At that time they said she would

 9      fall.  I guess, if she tried to walk with her

10      foot.

11           Q.     Didn't she still try to get up?

12      Wouldn't she still try to get up while she was in

13      the wheelchair?

14                    MR. KAISER:  Objection.

15           A.     Not while I was there.  Valerie she

16      couldn't talk.  Valerie couldn't express herself.

17      When Valerie was home I could look at her and see

18      when something was bothering her.  I just about

19      knew myself just being around her, I knew when

20      something was wrong with her.

21           Q.     Now, when she was sitting in the

22      wheelchair, would she sit still or move her

23      around legs around?

24           A.     No.

25           Q.     No what?
```

1                                                        62
                              V, YOUNG

2              A.     No.   She wouldn't move around the

3         last few months.

4              Q.     She would just sit still?

5              A.     Yes, they didn't have to restrain

6         her.   She would be sitting there.

7              Q.     Would she try to sometimes kick out

8         of somebody who was walking by her if she was

9         agitated?

10             A.     Not when she was in a wheelchair, I

11        don't know if she did it other times or not.

12             Q.     How many times did you see her in

13        the wheelchair sitting down?

14             A.     Every time I went there in the last

15        few months she was in the wheelchair.

16             MR. KAISER:  Objection.

17             Q.     Would you say April, May and June?

18             A.     Yes.   And her legs would be

19        swelling up too I believe.   I think her whole

20        body was swelling up.   I know her legs would be

21        swollen.   I could see that.

22             Q.     During the last few months, she

23        would walk around with the therapist, are there

24        any other times that you are aware that she would

25        walk?

1                              V, YOUNG                    63

2              MR. KAISER:  Objection.

3          A.    No.  She needed to have been

4     walking around, not only at the therapy, you need

5     to walk if your legs are swollen.  If my leg

6     swell, I take water pills.  I take Aspirin, it

7     keeps the blood thinner.  It keeps the blood from

8     clotting.  I didn't see any of that.  He didn't

9     tell me anything that he would prescribe for her.

10         Q.    Did you speak to any of the aides

11    that were around Valerie when you would visit

12    her, about whether she was being walked around?

13         A.    No, I didn't hear any of them say

14    that they walked her.

15         Q.    Did you ask them if she was being

16    walked around?

17         A.    The only thing I think she would

18    walk around is maybe when they give her a shower

19    and they said she was always falling.  That I

20    didn't understand either.  If you keep on

21    falling, you are supposed sit her out and take

22    some tests to see why you are falling.

23         Q.    Did you ask any of the BBC staff,

24    when you weren't around, if Valerie was walking

25    around or was being walked around?

1                          V, YOUNG                    64

2                MR. KAISER:  Objection.

3           A.    Yes, I would ask if they walked her

4      around.

5           Q.    What did they tell you?

6           A.    No, no more than when they get her

7      ready to put her in the shower.  It wasn't done

8      while I was there.  I would be there evenings, I

9      would go there all different times.

10          Q.    How long would you stay when you

11     visited?

12          A.    On Sundays I would stay three to

13     four hours because I didn't go to church.  I

14     would go there and I would spent time with her.

15          Q.    The other days of the week, how

16     long would you stay?

17          A.    I would go when she was coming from

18     the program, a lot of times I would be there

19     waiting for her when she would be coming from the

20     program.  Sometimes I would stay until after

21     supper and feed her myself when she couldn't feed

22     herself.

23          Q.    How much time would you end up

24     spending with her?

25          A.    A couple of hours.

1                                      65
                        V, YOUNG

2          Q.    Would you see her walk during those
3    couple of hours?

4          A.    Not in the last months, no.

5          Q.    Now, the times that you weren't
6    there except for those two hours some days, you
7    don't know whether she was walking around or
8    being walked around by other staff, correct?

9          A.    No one told me they walked her, I
10   would ask.

11              MR. KAISER:  Objection.

12         A.    I didn't see anyone walking.

13         Q.    Did any of the defendants tell you
14   that she wasn't being walked around?

15         A.    What defendants?

16         Q.    In this lawsuit you --

17              MR. KAISER:  Objection.

18         Q.    -- you have named Peter Uschakow,
19   Jan Williamson, Suresh Arya, Kathleen Ferdinand,
20   Gloria Hayes and Dr. Milos.

21              Did any of them tell you that
22   Valerie wasn't being walked around or wasn't
23   walking around on her own?

24              MR. KAISER:  Objection.

25         A.    No, she wasn't walking around on

V, YOUNG                                    66

her own.  If she was walking around with a
dropped foot, she would fall, you would have to
assist her.

      Q.    Did any of them tell you that she
wasn't being walked around with assistance; did
any of the defendants?

      MR. KAISER:  Objection.

      A.    No.

      Q.    Didn't they give Valerie some kind
of a helmet or head padding?

      A.    I did see that one time, but I
don't know if she would keep it on her head.  It
wasn't the right kind of helmet, I know that.

      Q.    What was the purpose of that?

      MR. KAISER:  Objection.

      A.    Because she was always falling.
I was always told that she would have all these
incidents.  They always told me she would be
falling.  Like there was always stitches
somewhere, if it wasn't over her eye, it would be
on her head.  The last week of her life, the last
few weeks there was one thing I didn't
understand.  I asked Ms. Ferdinand and she didn't
know.  I asked Gloria Hayes, but nobody knew at

V, YOUNG                                    67

2    that time what happened to Valerie.  I spoke to

3    Peter.  Peter said he was going to get back to

4    me.  He was going to find out, but she died

5    before I found out.  It was a big gash right back

6    here (indicating).  They could not tell me what

7    happened to Valerie back here (indicating).

8          Q.     But getting back to the helmet, the

9    reason they got her the helmet was because they

10   still wanted her to keep on walking and in case

11   she fell, the helmet would help protect her;

12   is that correct?

13              MR. KAISER:  Objection.

14         A.     It was there, but she didn't have

15   it on all the time.

16         Q.     The reason they got her the helmet

17   was to protect her when she was walking in case

18   she fell down, was that your understanding why

19   they wanted her to have the helmet?

20              MR. KAISER:  Objection.

21         A.     I don't know why they gave her the

22   helmet.  It wasn't the right helmet.  He told me

23   he was going to get her another one.  That one

24   was a little, small, short thing.

25         Q.     You are saying the last few months,

1                                                                    68

                               V, YOUNG

2     you only saw her in the wheelchair, that doesn't

3     mean that when you weren't there, she would have

4     been walking around by herself or assistance of

5     others?

6                   MR. KAISER:  Objection.

7            A.     She couldn't walk by herself.

8            Q.     How about with assistance of

9     others?

10           A.     If they had walked her, she could

11    have, you know, if they assisted her.

12           Q.     When was the last time you saw

13    Valerie walking on her own?

14           A.     You know, I was sick.  The last few

15    weeks, 1 remember I went to see Valerie, Valerie

16    was in the program.  First Ms. Ferdinand called

17    and said to bring Valerie over.

18                   Then she said she didn't have

19    enough staff.  I didn't feel like walking over to

20    Building 5 to see her.  Then I was admitted in

21    the hospital.  I didn't see her.  Like I wanted

22    Valerie to -- you know, she said, "Mom, I want to

23    go home, mom, I want to go home."

24                   I asked Ms. Ferdinand and she would

25    always say she doesn't have staff.  I would say

1                                    69
                         V, YOUNG

2      one staff could go with me.  I could manage.

3           Q.    When was that?

4           A.    A few weeks before she died.

5           Q.    My question was, when was the last

6      time you saw Valerie walking on her own,

7      ambulating on her own?

8           A.    I told you it was a while.  They

9      kept on saying she had a dropped foot, I didn't

10     see Valerie walk.  You remember when my daughter

11     said that we went.  I took her, my grandson and

12     we stood her up and let her walk a few steps that

13     Sunday.  We both were holding her.  That was the

14     last time 1 saw her walking, just making a few

15     steps, we didn't walk that far.

16          Q.    It was a few weeks before she

17     passed away?

18          A.    Yes.

19          Q.    You mentioned before that there

20     were swelling in her legs?

21          A.    In her legs around her ankles.

22          Q.    Did you discuss that with the

23     doctors?  Did they tell you why she had that

24     swelling?

25          A.    No, because she had an appointment

70

1                        V, YOUNG

2    for something, but I don't know.

3            Q.    Do you think that swelling in her

4    leg is what ended up leading to her death?

5                    MR. KAISER:  Objection.

6            A.    I believe yes, because when you

7    swell up, sometimes it could be a blood clot.

8            Q.    Did you think when you saw that

9    swelling that that's what was going to happened

10   to Valerie that she would get a blood clot that

11   would kill her?

12           A.    Did I think, I didn't think about

13   Valerie going like that.  Oh, boy.

14           Q.    So your answer is no, you didn't

15   think that?

16                   MR. KAISER:  Objection.

17           A.    Nobody would think that she would

18   be going that quickly.

19           Q.    But my question is, do you think

20   when you saw the swelling in her legs that

21   medical problem --

22           A.    Nobody --

23           Q.    Let me finish the question.

24                   When you saw the swelling in her

25   legs, did you think that medical problem was

71

                              V, YOUNG

1

2    going to lead to her dying.

3                    MR. KAISER:  Objection.

4           A.    Lead to her dying?

5           Q.    When you saw the swelling in her

6    legs, did you feel that this was a dangerous

7    condition that might lead to her death?

8                    MR. KAISER:  Objection.

9           A.    I worked in a hospital, I know it

10   could lead to her death.  That is why I spoke to

11   Dr. Milos.  I would ask him what he was doing, he

12   said that they were elevating her legs.  That's

13   what he told me.

14          Q.    What did you discuss with

15   Dr. Milos?  When you said you spoke to him, what

16   exactly did you tell him?

17          A.    I even asked him what was he doing

18   for Valerie.  He said, he was elevating the legs,

19   he was going to get a brace for the dropped foot,

20   but he never did.

21          Q.    Your concern was why she didn't

22   have better movement in her leg; is that right?

23                   MR. KAISER:  Objection.

24          A.    (No response).

25          Q.    Isn't that why you were speaking to

1                          V, YOUNG

2      Dr. Milos because you wanted her to have better

3      movement in her leg?

4            A.    I wanted her to move around, I

5      wanted her to walk.  You have to walk to keep the

6      circulation going.

7            Q.    Did you discuss that with

8      Dr. Milos?  Did you express to him that you were

9      concerned that she would have circulation

10     problem?

11           A.    He knew I was concerned about that.

12           Q.    Did you discuss with it with him?

13           A.    Yes, I always go in there talk to

14     him.

15           Q.    What did you tell him regarding

16     that?

17           A.    Because I would see her leg would

18     be swollen.  I don't know if he made appointments

19     or not.

20           Q.    What I am still trying to find out

21     from you is, did you feel by her having that

22     dropped foot, having the swelling in her legs,

23     did you think that was a condition that was going

24     to end up killing her?

25                 MR. KAISER:  Objection.

73

V, YOUNG

1

2       A.    I knew it was serious, that is why
3  I spoke to him.

4       Q.    Why did you think it was serious?

5       A.    I worked at oncology myself.  I
6  know when your feet are swelling up, something
7  should be done.  They should have stockings on.
8  If you think that you got a blood clot, if
9  anything like that, you are supposed to give
10  blood thinner and all of that stuff.  I don't
11  remember him telling me anything like that.

12       Q.    When you saw the swelling, and the
13  dropped foot, did you feel that was going to lead
14  to blood clot that's going to work its way up to
15  one of her organs and kill her?

16       MR. KATSER:  Objection.

17       A.    Why would you ask me that when you
18  know that if your feet is swollen and things like
19  that, they should be taken care of it.  Tests
20  should be done.  You should sent her out to be
21  evaluated.

22       Q.    Do you know if tests were done on
23  her?

24       A.    It wasn't explained to me.  No one
25  called and told me anything like that.

74

1                          V, YOUNG

2          Q.    You are not sure --

3          A.    Besides the last week I was sick.

4    You know, my kids told you, I was in the hospital

5    that week.   I was sick.   Because I wasn't able to

6    go over there and observe her myself.

7          Q.    But her legs were bothering her for

8    a while?

9          A.    Yes, a while, yes.

10         Q.    My question is, did you feel by her

11   having the dropped foot and swelling, did you

12   think that was going to lead --

13         A.    I couldn't understand how people

14   could get a dropped foot.  That I didn't

15   understand.

16         Q.    You were concerned about what the

17   dropped foot was and how that could be corrected?

18         A.    Yes.   I knew she needed not sitting

19   in the chair for so many hours without being

20   exercised and walked around.  By me being sick, I

21   wasn't there in the end to even complain.

22         Q.    My question is specifically, did

23   you think that the swelling in her legs was going

24   to lead to a blood clot that would travel to a

25   lung or to any other part of her body and kill

75

1                          V, YOUNG

2    her?  Were you concerned about that?

3          A.    Yes, I was concerned.

4          MR. KAISER:  Objection.

5          A.    But I told you I was sick and the

6    last few weeks I couldn't get there.  Because if

7    I had been able to go visit her, I would have

8    brought that to the attention of Dr. Milos

9    myself.  They got nurses around there.  Those

10   nurses are -- if the staff even told them things,

11   it should be documented, you write nurse's notes

12   and Dr. Milos is supposed to check it.

13         Q.    I am trying to find out, what

14   concerns you have leading up to Valerie Young's

15   death.

16               When you saw the swelling, at that

17   point were you concerned or afraid she would have

18   a blood clot that would kill her related to the

19   swelling in her legs?

20         MR. KAISER:  Objection.  Asked and

21   answered.

22         MR. VELEZ:  She is not really

23   answering.

24         MR. KAISER:  She said she was

25   concerned.

*Exhibit 45*

76
                              V, YOUNG
2              A.    I told you I was concerned.

3              Q.    You specifically knew ahead of time

4      that she would have a blood clot --

5                    MR. KAISER:  Objection.

6              A.    I didn't know that she would have a

7      blood clot.  How would I know?  I am not a

8      doctor.  I didn't know that.  I am just a nurse's

9      assistant.  I worked in oncology.  I see these

10     thing.  We had to make nurse's notes if we

11     observed something.

12             Q.    My question now is, do you think

13     any of the defendants knew that the swelling of

14     Valerie's leg would create a blood clot that

15     would kill her?

16                   MR. KAISER:  Objection.

17             A.    I can't tell you what they knew.

18     You keep on ask asking me the same question over

19     and over.

20             Q.    No.  I am asking you now about any

21     of the defendants.  My question is, I will repeat

22     it again, do you believe any of the defendants

23     when they knew that Valerie had the drooped foot

24     and the swelling that you mentioned, did any of

25     them knew that this was a condition that might