**COPY**

1

2       UNITED STATES DISTRICT COURT

3       SOUTHERN DISTRICT OF NEW YORK

4       -------------------------------------------X

5       Estate of VALERIE YOUNG, by VIOLA YOUNG, as
        Administratrix of the Estate of Valerie Young,
6       and in her personal capacity, SIDNEY YOUNG, and
        LORETTA YOUNG LEE,
7                               Plaintiffs,

8                    -against-                Index No.
                                             07CV6241
9       STATE OF NEW YORK OFFICE OF MENTAL RETARDATION
        AND DEVELOPMENTAL DISABILITIES, PETER USCHAKOW,
10      personally and in his official capacity, JAN
        WILLIAMSON, personally and in her official
11      capacity, SURESH ARYA, personally and in his
        official capacity, KATHLEEN FERDINAND, personally
12      and in her official capacity, GLORIA HAYES,
        personally and in her official capacity, DR.
13      MILOS, personally and in his official capacity,
                                Defendants.
14
        -------------------------------------------X
15

16                    EXAMINATION BEFORE TRIAL of the

17      Plaintiff, LORETTA LEE, taken by the Defendant,

18      pursuant to Notice, held at the Office of the

19      Attorney General, 120 Broadway, New York, New

20      York  10271 on January 28, 2008, at 12:45 p.m.,

21      before a Notary Public of the State of New York.

22

23

24

25

29

1                          L. LEE

2          A.    Because I work during the week and

3     I always made it my business to at least visit

4     her once a month.

5          Q.    You said you visited her on a

6     Saturday?

7          A.    Yes, that is right.

8          Q.    Do you work on Saturday?

9          A.    I work Monday to Friday.

10         Q.    Did Valerie know who you were when

11    you visited her?

12         A.    Yes, she did.

13         Q.    I want to show you a copy of the

14    complaint that's been filed in this lawsuit.

15         A.    Okay.

16         Q.    Okay.

17               Why don't you look through all the

18    pages to make sure what is on each page.

19         A.    Okay.

20         Q.    When you visited Valerie at the

21    Brooklyn Development Center, what would she be

22    doing?

23         A.    She would be sitting down.

24    Sometimes she would be walking around.  Mostly

25    she would be sitting.

1                              L. LEE

2          Q.    How long were your visits with her?

3          A.    Like an hour, a good hour.

4          Q.    Do you need a moment?  Do you want

5    to take a walk to the restroom?

6          A.    I will be okay.  It just brings

7    back memories.

8          Q.    Let me know when you are ready do

9    proceed.

10         A.    Okay.

11         Q.    What was Valerie doing the last

12   time you visited her?

13         A.    She was sitting in a wheelchair.

14         Q.    How long was that visit for?

15         A.    We were always there an hour.

16         Q.    Where was she for that hour?

17         A.    She was in the room where I had

18   last saw her.

19         Q.    Which room was that?

20         A.    The small room, it wasn't a room

21   inside where she stayed, but it was outside in

22   another small room.  I guess, they use it for

23   visiting.  For some reason they put us in there.

24         Q.    Besides the wheelchair, what else

25   was she doing at the time that you were there?

31

1                              L. LEE

2              A.    She was sitting there talking to

3    us.  She could only say words and we had brought

4    her some chicken because we know she likes that.

5    We all sat there and had chicken and french

6    fries.

7              Q.    You were there with your son?

8              A.    Yes, my oldest son.

9              Q.    What is his name?

10             A.    Myron.

11             Q.    The hospital doesn't have any

12   records of you visiting Valerie.  What proof do

13   you have that you visited Valerie?

14                   MR. KAISER:  Objection.

15             A.    (No response).

16             Q.    There is no records of you having

17   visit.  How else would you be able to show that

18   you visited Valerie?

19                   MR. KAISER:  Object to form.

20             A.    I was there and they know it.

21             Q.    So you are saying you definitely

22   signed --

23             A.    Yes, I signed, yes.

24             Q.    Besides that, who else would be

25   able to verify that you were there?

```
 1                              32
                       L. LEE
 2          A.    The people that were there, the
 3     people that worked on that shift, yes, people who
 4     worked on that shift.
 5          Q.    I asked you to review the complaint
 6     in this lawsuit.  Have you seen this before?
 7          A.    No.
 8          Q.    Having looked at it, is it an
 9     accurate copy of the complaint that you
10     understand was filed on behalf?
11          A.    Yes.
12                MR. KAISER:  Objection.
13          Q.    Did you know any of the defendants
14     prior to June 19, 2005?
15          A.    Yes.
16          Q.    Which ones did you know?
17          A.    Ms. Ferdinand, Peter Uschakow, and
18     there was another doctor there.
19          Q.    Dr. Milos?
20          A.    Yes.
21          Q.    When you say you knew them, you met
22     them prior to June 19, 2005?
23          A.    Oh, yes.
24          Q.    Under what circumstances did you
25     meet with them?
```

1                               L. LEE

2          A.    They would come in.

3                MR. KAISER:  Objection to form.

4          Q.    On Saturday they would be there?

5          A.    I have seen them -- I have gone

6    there when I was off.  I would go with my mother.

7    I have seen them because that was the time that

8    you would mainly see them there.  It was very

9    rare because I mainly went on Saturday.

10         Q.    Prior to June 19, 2005, you met

11   with Pete Uschakow?

12         A.    Yes, I met them, yes.

13         Q.    Did you speak to him?

14         A.    Personally on a one-on-one basis,

15   no.

16         Q.    When you say met them, what did you

17   mean?

18         A.    He came in.  He was speaking to my

19   mom.

20         Q.    How about Jan Williamson, do you

21   remember meeting her?

22         A.    Let me tell you, I met all of them.

23   I just cannot recall all their names.

24         Q.    So you are saying you met Jan

25   Williamson, Suresh Arya?

34

1                            L. LEE

2                 MR. KAISER:  Objection.

3         A.    Yes.

4         Q.    Kathleen Ferdinand?

5         A.    Yes.

6         Q.    Gloria Hayes?

7                 MR. KAISER:  Objection.

8         A.    Yes.

9         Q.    And Dr. Milos?

10        A.    Yes.

11                MR. KAISER:  Objection.

12        Q.    If I could ask you to describe how

13   each one of them looks, would you be able to do

14   that?

15        A.    Ms. Ferdinand was short, a little

16   on the heavy side.  Dr. Milos, he had black hair

17   and medium built, about my height and what was

18   the other one's name?

19        Q.    Peter Uschakow.

20        A.    I haven't seen him in a while so I

21   don't recall.

22        Q.    Jan Williamson?

23        A.    I think that one was black because

24   that name sounds so familiar.  It is not like I

25   saw them all the time like I said, but I know I

*Exhibit 46*

```
 1                              L. LEE

 2    have met them throughout the years that Valerie

 3    was there.

 4            Q.    Did you meet them after June 19,

 5    2005?

 6            A.    After?

 7                  MR. KAISER:  Objection to form.

 8            Q.    Yes.

 9            A.    It was Milos, he came to the wake,

10    I saw him there.

11            Q.    Did any of the other defendants

12    come to the wake or the funeral?

13            A.    I don't recall.

14            Q.    Did you meet with any of the

15    defendants prior to June 19, 2005, to discuss

16    Valerie's condition with them at all?

17            A.    No.

18            Q.    This complaint that I just showed

19    you, were you involved in writing any of the

20    allegations contained in the complaint?  What I

21    mean, there is a lot of paragraphs here alleging

22    what happened to Valerie, were you involved in

23    writing any of these?

24            A.    Personally, no.

25            Q.    Why did you sue the State of New
```

36

L. LEE

1
2  York Office of Mental Retardation and
3  Developmental Services?
4        MR. KAISER:  Objection.
5        A.    Negligence because they did not
6  take care of Valerie like they should have.
7  Because they saw things, they just did not take
8  care of her like they should have.  I'm sorry.
9        Q.    I have to ask you these questions.
10  These are all people who are being sued either
11  entities, so I need to have it clear on the
12  record why you are suing them.
13        A.    Okay.
14        Q.    Why did you sue Brooklyn
15  Developmental Disabilities Service Director
16  Peter Uschakow?
17        MR. KAISER:  Objection.
18        A.    They were responsible for Valerie,
19  she was in their care.  They were supposed to
20  have taking better care of her.
21        Q.    When you say, "care," you are
22  talking about medical care?
23        A.    Yes, medical care.
24        Q.    Anything else besides that, how
25  about her care related to her mental retardation?

37
L. LEE

 1

 2         A.    They took care of that as far as I

 3   could see, but it was the medical towards the end

 4   there.  Can I also say something?

 5         Q.    Go ahead.

 6         A.    There were times when Valerie when

 7   she would be hurt and nobody would know.  They

 8   would tell you that they don't know what happened

 9   to her.  One time somebody knocked Valerie 's

10   tooth out.

11         Q.    How would you know?

12         A.    I was over there with my mom.  I

13   saw that she went to the hospital.  I went with

14   my mom.

15         Q.    When you say, "somebody knocked her

16   tooth out," how do you know that somebody knocked

17   her tooth out?

18         A.    Because that's what they said, her

19   tooth was knocked out.  She fell.  There was

20   another time, she had a mark on her head.  She

21   had to get stitches over her eyes, and also, I am

22   thinking of right now, there was another incident

23   right before she died, they never told us what

24   happened, she got hit in the head.

25         Q.    Did you call someone to find out

```
 1                                    38
                         L. LEE
 2    what happened?
 3              A.    My mommy did that, my mom did that.
 4              Q.    Did you try to do that?
 5              A.    No, because my mother, she was on
 6    top of things.
 7              Q.    We were talking about Peter
 8    Uschakow.  You had mentioned that the New York
 9    State Office of Mental Retardation and
10    Developmental Disabilities was negligent, is that
11    what you are saying also for Peter Uschakow?
12              A.    Yes.
13              MR. KAISER:  Objection.
14              Q.    Why did you sue Brooklyn
15    Developmental Disabilities Service Office
16    Residential Unit Supervisor Gloria Hayes?
17              MR. KAISER:  Objection.
18              A.    As far as I am concerned when
19    Valerie had her problems with her foot, they said
20    it was dropped foot.  They did not send her out
21    for any medical treatments.  They had her sitting
22    in a wheelchair and had her foot elevated.  They
23    didn't do anything.  She was like that for a
24    while.
25              Q.    What is it that you are saying
```

```
  1                              L. LEE                    39
  2      Gloria Hayes did then?
  3                  MR. KAISER:  Objection.
  4            A.    She was in charge.  She should have
  5      taken more care and wanted more of a detail of
  6      what happened.
  7            Q.    Because she was a supervisor?
  8            A.    That is right.
  9            Q.    Do you think she was negligent in
 10      any way also?
 11                  MR. KAISER:  Objection.
 12            A.    Yes, I don't feel that she should
 13      have done her job, look into these things.
 14            Q.    Why did you sue Brooklyn
 15      Developmental Disabilities Service Office
 16      Treatment Team Leader Kathleen Ferdinand?
 17                  MR. KAISER:  Objection.
 18            A.    Because the same thing, they all
 19      knew what was wrong with Valerie.  She had a
 20      problem.  They did not send her out for
 21      treatment.  They kept on telling us the same
 22      thing over and over, it was dropped foot.
 23            Q.    When you say, they all knew she had
 24      a problem, what problem are you referring to?
 25            A.    My mom asked them.
```

40

1

L. LEE

2          Q.    What problem are you referring to?

3                MR. KAISER:  Objection.

4          A.    She was hopping around.  Somebody

5    had to help her.  She couldn't walk.

6          Q.    You are referring to the problem

7    relating to her gait because she would have

8    problems walking because of one of her legs?

9          A.    Yes.  Her leg would swell.

10         Q.    Why did you sue Brooklyn

11   Developmental Disabilities Service Office,

12   Medical Doctor Jovan Milos, M-I-L-O-S?

13               MR. KAISER:  Objection.

14         A.    Because he should have sent her out

15   for treatment in the beginning to see what was

16   causing.

17         Q.    You mentioned all the other

18   defendants, you mentioned negligence.  Now,

19   since, he is a doctor, do you feel also medical

20   practice is that what you are saying?

21               MR. KAISER:  Objection.

22         Q.    Is it just negligence as a doctor?

23         A.    He did not do his job like he was

24   supposed to have done.  He didn't look into the

25   situation and sent her out.

41

L. LEE

1

2          Q.    You attribute this to him being

3     negligent?

4          A.    Yes.

5          Q.    Anything else besides negligent?

6          A.    I am going with negligence.

7                MR. KAISER:  I am going to object

8     to that question.

9          Q.    So since he was treating her in

10    terms of the way the treatment he gave her?

11         A.    It was not like he should have

12    been.  He could have done more.

13         Q.    Did you think he engaged in medical

14    practice in any way?

15               MR. KAISER:  Objection.

16         A.    I don't know.

17         Q.    But you do think he was negligent?

18               MR. KAISER:  Objection.

19         A.    Yes.

20         Q.    Why did you sue Hudson Valley

21    Developmental Disability Service Office Deputy

22    Director of Operations Suresh Arya?

23               MR. KAISER:  Objection.

24         A.    Because he was working there as

25    well, and I am sure that there are notes that go,

42

L. LEE

2   that circle around and they all should have been

3   aware of what was going on with Valerie.

4          Q.    So I am clear.  You seem like you

5   are sure of what was going on with Valerie, but

6   they weren't.  What do you mean they should have

7   been aware of what was going on with Valerie?

8          A.    Because you could see Valerie was

9   having a problem, we saw it and she was there.

10         Q.    What kind of problem she was

11  having?

12         A.    She was limping.  She was having

13  problems walking.  They all saw it.  They were

14  there.  We came to visit.  She was with them all

15  the time.

16         Q.    Do you think they knew what the

17  problem was and they decided to ignore it?

18                MR. KAISER:  Objection.

19         A.    I don't think they knew what the

20  problem was.  They did not send her out to find

21  out what the problem was.

22         Q.    That is why you feel they are

23  negligent?

24         A.    That is right.

25                MR. KAISER:  Objection.

43

1                              L. LEE

2              Q.    Again, I apologize certain

3      questions I am going to ask you --

4              A.    I understand.

5              Q.    How did Valerie Young die?  What is

6      your understanding of how she died?

7                   MR. KAISER:  Objection.

8              A.    Valerie died from some type of a

9      blood clot.  If it had been treated, she would

10     have not passed away.

11             Q.    Now, do you think that any of the

12     defendants knew prior to her death that she had a

13     blood clot that would kill her?

14                  MR. KAISER:  Objection.

15             A.    I don't know, no.

16             Q.    Just so we are clear, do you think

17     any of the defendants knew prior to her dying

18     that she had this blood clot that was going to

19     kill her?

20                  MR. KAISER:  Objection.

21             A.    No.

22             Q.    Now, prior to June 19, 2005, were

23     you aware that Valerie suffered from blood clots?

24             A.    No.

25             Q.    Were you aware that she suffered

```
 1                            L. LEE                    44

 2     from any medical condition that might lead to

 3     blood clots?

 4                   MR. KAISER:  Objection.

 5          A.    No.

 6          Q.    Just so we are clear, prior to June

 7     19, 2005, did you believe that Valerie Young was

 8     in danger of suffering a blood clot due to any

 9     medical condition that she had?

10                   MR. KAISER:  Objection.

11          A.    No.

12          Q.    If you would have known you would

13     have communicated that to somebody?

14          A.    Correct.

15                   MR. KAISER:  Objection.

16          Q.    You would have spoken to your mom

17     as you testified or you would have spoken

18     directly to somebody at Brooklyn Developmental

19     Center, correct?

20                   MR. KAISER:  Objection.

21          A.    Yes.

22          Q.    You would have requested for action

23     to be taken if you thought this was going to

24     happen?

25                   MR. KAISER:  Objection.
```

45

L. LEE

2          A.    Exactly.

3          Q.    Prior to June 15, 2005 -- let me

4    take a step back.

5                Do you think that any of the

6    defendants knew that she had a medical condition

7    that would lead to a blood clot that could kill

8    her that they would have communicated to anyone

9    else in the Brooklyn Developmental Center that

10   this needs to be taken care of.

11               MR. KAISER:  Objection.

12         A.    I think they would have taken care

13   of it if they knew.

14         Q.    If they knew?

15         A.    If they knew.

16         Q.    Just so we are clear, if you would

17   have known she had a medical condition that would

18   have lead to a blood clot that could ultimately

19   killed her, you would have communicated that to

20   the Brooklyn Developmental Center staff, correct?

21         A.    Yes.

22               MR. KAISER:  Objection.

23         Q.    It is also your testimony that you

24   believe if any of the defendants knew that

25   Valerie had a medical condition that would lead

*Exhibit 46*

1                                    46
                    L. LEE

2       to a blood clot that they too would have

3       communicated to someone in the hospital treatment

4       team to get it corrected?

5                    MR. KAISER:  Objection.

6               A.    Yes.

7               Q.    This goes back to then why you are

8       saying they were negligent.  Because if they knew

9       what was going on, you feel they would have done

10      something about it because it is your thinking or

11      your opinion that since they were negligent, they

12      didn't even reach that point?

13                   MR. KAISER:  Objection.

14              A.    What I feel is since Valerie had

15      that problem that she was having, if they had

16      sent her out when she first started this, that

17      they would have caught that blood clot, okay.

18              Q.    Are you aware what medical

19      treatment she was receiving during that time?

20              A.    No, I was not aware of any medical

21      treatment.  No, I was not.

22              Q.    You are not saying that she was not

23      getting any medical treatment, is just that you

24      weren't aware of what medical treatment she was

25      receiving?

47

```
 1                              L. LEE
 2                    MR. KAISER:  Objection.
 3            A.    Right.
 4            Q.    When you say, "they should have
 5      sent her out," are you saying she should have
 6      been evaluated to see what the problem with her
 7      leg was?
 8                    MR. KAISER:  Objection.
 9            A.    Yes.
10            Q.    If they did evaluate her and didn't
11      find anything, would that be something that would
12      make you feel better?
13                    MR. KAISER:  Objection.
14            A.    Yes, if they had sent her out and
15      they would have find out, that would have been a
16      feeling.
17                    MR. KAISER:  Objection.
18            Q.    When you say, sent her out --
19            A.    Sent her out to a hospital for
20      tests.
21                    MR. KAISER:  Objection.
22            A.    For tests.
23            Q.    Do you know Brooklyn Developmental
24      Center had medical staff in the center, correct,
25      they had treating doctors there?
```

48

1                          L. LEE

2          A.    Yes, they do.  I am aware of, yes.

3    But for the length of time that Valerie was

4    having these problems, she should have been sent

5    out to a hospital for tests like MRIs to see what

6    was wrong with her leg.  That was not done.

7          Q.    So is it fair to say you disagree

8    with the medical treatment that they provided her

9    by not sending her outside?

10              MR. KAISER:  Objection.

11         A.    I agree.

12         Q.    If it was their opinion, that they

13   didn't have to sent her out to an outside

14   hospital because they did sufficient tests in the

15   Brooklyn Developmental Center to see what her

16   problem was --

17              MR. KAISER:  Objection.

18         Q.    -- how would you characterize that

19   as disagreeing with their medical opinion or

20   negligent or both?

21         A.    Yes, both.

22              MR. KAISER:  Objection.

23         A.    Both.

24         Q.    Just so we are clear, you are

25   disagreeing with their medical opinion regarding

49

1                                  L. LEE

2        whether she needed to be sent out?

3              A.    Yes.

4              Q.    You think they were negligent for

5        not sending her out?

6                    MR. KAISER:  Objection.

7              A.    Yes.

8              Q.    Prior to June 19, 2005, do you

9        think Valerie Young tried to communicate, I know

10       verbally she was very limited, do you think she

11       tried to communicate to you or anyone else in

12       your family that she felt she had a serious

13       problems with her legs?

14             A.    No.

15             Q.    So what you are saying is, she did

16       not communicate any fear that she had regarding

17       her leg to you or to your mother?

18             A.    No, she could not do that.

19             Q.    Just so I am clear, prior to

20       June 19, 2005, did you contact any of the

21       defendants to communicate to them that you feared

22       for Valerie Young's health related to her

23       suffering to her medical condition to her leg?

24                   MR. KAISER:  Objection.

25             A.    I did not personally, my mother.

1                                    50
                          L. LEE

2          Q.    You are saying your mother

3     communicated to the staff at Brooklyn

4     Developmental Center that she was concerned about

5     the medical condition related?

6          A.    Yes.

7          Q.    What did she communicate to them?

8                MR. KAISER:  Objection.

9          A.    She would ask them, "Why is Valerie

10    limping like that?  What is wrong with her leg?"

11    And like I said before, they would tell her she

12    had a dropped foot.  That was their diagnosis.

13         Q.    You think that problem with the

14    dropped foot is the reason why she ended up

15    having her blood clot that killed her?

16               MR. KAISER:  Objection.

17         A.    Yes.

18         Q.    Why did you think that?

19         A.    I feel that way it was a blood

20    clot, the type of blood clot that Valerie died

21    from is a type that it travels in your body, if

22    it goes undetected, it will kill you just like

23    that.

24         Q.    You are saying you feel that way,

25    you haven't had a medical doctor tell you that

51

1                                    L. LEE

2    her dropped foot was the reason why she had the

3    clot that killed her?

4              MR. KAISER:  Objection.

5         A.    No.

6         Q.    You said your mother communicated

7    to the Brooklyn Developmental Center, so what did

8    she communicate to them?

9              MR. KAISER:  Objection.

10        A.    My mother was always going there,

11   she was always interacting with the staff members

12   that you named, always because she was always

13   going there on the weekdays and the weekends as

14   well.

15        Q.    Just for the record, the records do

16   indicate your mother did visit Valerie on a very

17   regular basis and was a very, very caring mother.

18        A.    Yes, she was.

19        Q.    But unfortunately these are the

20   same records that don't seem to indicate that

21   there was visits from other members of the

22   family.

23        A.    They have them when I did sign

24   them.  They did have them.

25        Q.    Your testimony is you did sign in

```
 1                        L. LEE

 2      to this?

 3                 MR. KAISER:  Objection.

 4           A.    Oh, yes.

 5           Q.    What did your mother communicate to

 6      the hospital regarding Valerie's leg?

 7                 MR. KAISER:  Objection.

 8           A.    She would ask them, "Why is Valerie

 9      walking like this?"

10           Q.    You know this because your mother

11      would tell you?

12           A.    Yes, and I was there at times when

13      she would ask.

14           Q.    What would be the response that she

15      got?

16           A.    They always told mommy that it was

17      her dropped foot.

18           Q.    So is it fair to say you and your

19      mother were concerned with her gait, the way she

20      was walking?  You wanted to know what was wrong

21      with her leg that lead her to walk like that?

22           A.    Yes.

23           Q.    Prior to June 19, 2005, you weren't

24      concerned that her gait or the problem with her

25      leg was going to lead to have her blood clot that
```