1

COPY

2   UNITED STATES DISTRICT COURT

3   SOUTHERN DISTRICT OF NEW YORK

4   ------------------------------------------X

5   Estate of VALERIE YOUNG, by VIOLA YOUNG, as
    Administratrix of the Estate of Valerie Young,
6   and in her personal capacity, SIDNEY YOUNG, and
    LORETTA YOUNG LEE,
7                          Plaintiffs,

8          -against-                  Index No.
                                      07CV6241
9   STATE OF NEW YORK OFFICE OF MENTAL RETARDATION
    AND DEVELOPMENTAL DISABILITIES, PETER USCHAKOW,
10  personally and in his official capacity, JAN
    WILLIAMSON, personally and in her official
11  capacity, SURESH ARYA, personally and in his
    official capacity, KATHLEEN FERDINAND, personally
12  and in her official capacity, GLORIA HAYES,
    personally and in her official capacity, DR.
13  MILOS, personally and in his official capacity,
                           Defendants.
14
    ------------------------------------------X
15

16          EXAMINATION BEFORE TRIAL of the

17   Plaintiff, SIDNEY YOUNG, taken by the Defendant,

18   pursuant to Notice, held at the Office of the

19   Attorney General, 120 Broadway, New York, New

20   York  10271, on January 28, 2008, at 11:20 a.m.,

21   before a Notary Public of the State of New York.

22

23

24

25

1           S. YOUNG

2  knew prior to her death that she was would suffer

3  a blood clot?

4           MR. KAISER: Objection.

5       A.  Yes.

6       Q.  I'm sorry. Yes?

7       A.  Yes.

8       Q.  Which ones you thought knew prior

9  to --

10      A.  I don't know who was checking her.

11 Somebody had to know about it. She was sitting

12 still. She wasn't walking around.

13      Q.  Did you think any of the defendants

14 knew that she would suffer a blood clot that

15 would lead to her death?

16          MR. KAISER: Objection.

17      A.  They would know that is how it

18 goes. If you don't move around, they would have

19 to know.

20      Q.  My question is, did any of the

21 defendants now that she was going to have a blood

22 clot that was going to kill her?

23          MR. KAISER: Objection. How is he

24 supposed to know what the defendants know?

25          MR. VELEZ: I am asking him what

```
                        S. YOUNG
1
2     does he think.
3              MR. KAISER:  That's a different
4     question.
5         A.   I don't know.
6         Q.   What do you think they knew about
7     Valerie?
8              MR. KAISER:  Objection.
9         A.   I don't know.
10        Q.   When you said that she had problems
11    with her leg, what were the problems that she had
12    with her leg?
13        A.   She just wasn't moving at all.  She
14    was sitting on one spot.  It was going on for a
15    while.
16        Q.   When you said, "she wasn't moving
17    at all, sitting on one spot," how do you know
18    that?
19        A.   Because usually when we would see
20    her, she would be moving all over the place,
21    running around and then all of a sudden, she was
22    just sitting on one spot.
23             MR. KAISER:  Objection.
24        Q.   When did you start seeing that?
25        A.   I don't recall.  Like I said I was
```

51
1                    S. YOUNG
2    there with my mother with her running back and
3    forth to the hospital, I don't remember, but I
4    know it was a lot.
5         Q.    What period are you talking about?
6              MR. KAISER:  Objection.
7         A.    Within that year.
8         Q.    2005 you are saying?
9         A.    Yes.
10             MR. KAISER:  Objection.
11        Q.    Do you know what the problem with
12   her leg was?
13             MR. KAISER:  Objection.
14        Q.    Or problems?
15        A.    No, I don't know.
16        Q.    Now, when you visited her in 2005,
17   were you concerned that she was going to have
18   some medical problems?
19             MR. KAISER:  Objection.
20        A.    I was always concerned, that is why
21   I was there.
22        Q.    You were there on a regular basis
23   you said, at least twice a month?
24             MR. KAISER:  Objection.
25        A.    Yes.

52

S. YOUNG

1
2    Q.  Do you have any proof that you were
3 there?
4    MR. KAISER: Objection.
5    A.  I don't how -- do you remember how
6 long ago that was?  I think we used to sign the
7 book in the back.  If you check the records, you
8 will see.
9    Q.  That is my point.  That was
10 an earlier question I asked.  The
11 records indicate --
12    A.  You are confusing me with all of
13 these questions.
14    MR. KAISER: Objection.
15    Q.  The records indicate that you did
16 not visit so I am asking --
17    A.  People know me there.
18    MR. KAISER: Objection.
19    A.  They knew me there.
20    Q.  Who there can I go to and confirm
21 that you were there?
22    MR. KAISER: Objection.
23    A.  I don't know.
24    Q.  Did you become aware that she
25 suffered for any specific condition related to

53

S. YOUNG

1
2   her leg that might cause a blood clot?
3            MR. KAISER: Objection.
4       A.   I don't know.
5       Q.   Now, when you visited Valerie Young
6   prior to June 19, 2005, did Valerie Young let you
7   know how she felt?
8       A.   She couldn't talk.
9       Q.   So she was not able to communicate
10  to you any concerns about her health benefits?
11           MR. KAISER: Objection. Let him
12  finish with his question before you answer.
13  Okay?
14           THE WITNESS: I let him finish.
15           MR. KAISER: Can you repeat the
16  question? I interrupted. I apologize. But he
17  did interject an answer there before you were
18  finished with your question.
19      Q.   Was she able to communicate to you
20  at all in any way that she was having medical
21  problems when you visited her in 2005?
22           MR. KAISER: Objection.
23      A.   Can you repeat that?
24      Q.   Was Valerie Young able to
25  communicate to you in any way that she had

54
S. YOUNG

1
2  medical problems in 2005 that were bothering
3  her?
4        A.   She didn't have to communicate. I
5  could tell. I knew my sister.
6        Q.   The question is, she didn't
7  communicate to you then, correct?
8        A.   She could not talk anyway. I knew
9  when something was wrong with my sister.
10       Q.   Besides you knowing something was
11  wrong, there was no way she communicated to you
12  that something was wrong with her?
13            MR. KAISER: Objection.
14       A.   No. Verbally, no.
15       Q.   When you are saying you knew
16  something was wrong, what action did you take?
17       A.   I told my mom. She looked in to
18  it.
19       Q.   Did you speak to any of the
20  defendants?
21       A.   My mom did all of the talking. She
22  knew them.
23            MR. KAISER: Objection.
24       Q.   You said you were concerned, you
25  thought something was wrong. Did you talk to any