Form 95 DVP (1-77) page 2

| DATE | NOTES |
|---|---|
| 3/14/05 | No injury noted, no [illegible]. |
| 03/16/05 | Had a mammography appointment today. Uncooperative, study not done. |
| 03/18/05 9a | Usual gait pattern — high stepping gait, left foot drop. No other abnormalities. |
| 3/20/05 | Called [illegible] — axillary pulse 70 [Room] 17 [illegible] URI [illegible] Related [illegible] 2/2 [illegible] Delays |
| 03/22/05 | Abrasion left upper eye lid temporal aspect. Cleansed with H₂O₂, Bacitracin ointment applied. Feet inspected, onychomycosis — nails debrided by podiatrist. Pes planus bilaterally. No other lesions. Knee joint inspected bilaterally. No swelling, tenderness. Good ROM — external, internal rotation bilateral hips. |
| 03/23/05 9a | Cold symptoms, nasal discharge & cough, afebrile to touch, active, in usual mental status. Throat: oropharyngeal redness. Lungs: clear to auscult. |
| 3/27/05 | [illegible] was afebrile, URI viral [illegible] included, [illegible] |

Exhibit 48   Young 8153

| Form 95 DVP (1-77) | INSTRUCTIONS |
|---|---|
| New York State Department of Mental Hygiene<br><br>INTERDISCIPLINARY TREATMENT TEAM NOTES | • Record information below as indicated by the client's behavior, condition or functioning that is felt to be of such significance that the entire treatment team should be informed.<br>• Summarize the results of each Interdisciplinary Treatment Team Conference below.<br>• For additional information on Treatment Team Reviews refer to Form 80 DVP, "Treatment Team Review." |

| Client's Name (First) | (M.I.) | (Last) | Consecutive No. |
|---|---|---|---|
| Valeri |  | Young |  |

| DATE | NOTES |
|---|---|
| 03/28/07 | 9:15a. Consumer reported with productive cough - greenish phlegm. Afebrile to touch, not in any distress. Consumed breakfast.<br>BP 116/75 HR 80 RR 16<br>⊕ conjunctival injection<br>nose: ⊕ discharge<br>throat: inflamed, ⊕ exudates<br>neck: soft, ⊕ lymph nodes enlarged, palpable<br>lungs: clear to auscult<br>CVS: RR [?] audible<br>abdomen: protuberant but soft ⊖ guarding<br>extremities: ⊖ edema, ⊕ [?] marks<br>D/P URI, constipation<br>Z-pack, Tylenol, extra fluid, Temperature check, Fleet enema, neuro eval for Lt foot drop - dragging. [signature] |
| 03/29/07 | 9:05a. Afebrile, alert, active. URI resolving. To continue current Rx. [signature] |

Exhibit 48    Young 8190

Form 95 DVP (1-77) page 2

| DATE | NOTES |
|------|-------|
| 03/30/05 | Labs 03/23/05 |
| | CBC          SMA |
| | 5.48 \ 12.5 / 42    138 / 106 / 78 |
| | / 37.0 \         4.4 / 29 / 19/0.9 |
| | Cholesterol 143       TSH 1.43 |
| | Triglyceride 53       Tegretol 8.0 |
| | HDL 67 |
| 4/3/05 | h/h hands M norm |
| 04/04/05 | Seen in eye clinic on 04/01/05. Early cataract. RTC 6 months |
| 04/07/05 | 97 Superficial laceration left upper eye lid cleansed aseptically. Steri strips applied. |
| 04/07/05 | 97 Abrasion left upper eyebrow. Cleansed aseptically. |
| 04/11/05 | Some excess cerumen both ears. Dysfunction uncooperative for irrigation risk of TM perforation. To give Debrox otic drops |

Exhibit 48   Young 8191

| Form 95 DVP (1-77) | INSTRUCTIONS |
|---|---|
| New York State Department of Mental Hygiene<br>INTERDISCIPLINARY TREATMENT TEAM NOTES | • Record information below as indicated by the client's behavior, condition or functioning that is felt to be of such significance that the entire treatment team should be informed.<br>• Summarize the results of each Interdisciplinary Treatment Team Conference below.<br>• For additional information on Treatment Team Reviews refer to Form 80 DVP, "Treatment Team Review." |

| Client's Name (First) | (M.I.) | (Last) | Consecutive No. |
|---|---|---|---|
| Valeri | | Young | |

| DATE | NOTES |
|---|---|
| 04/15/05 | 9ᵃ Consumer fell earlier today during shower and sustained laceration about 2.5 cm long. Hemostasis achieved. First sub dermis edges approximated with 3-0 Gut It x3 suture then wound closed with 3-0 Nylon x4. Prior to that wound infiltrated with 2% lidocaine.<br>Sedation from psychotropic meds ie. Zyprexa may have contributed to fall. To ↓ Zyprexa by 5mg in am.<br>Neuro eval DR CAPATI 04/07/05 noted.<br>L foot drop, high steppage RT.<br>Recommended Vit B complex.<br>To refer for PT.<br>Also to consider EMG nerve conduction studies. |
| 4/17/05 | Uns Infection ⓛ<br>11 Ang eye brow c̄ Swelling<br>DC Angumalm<br>875mg bid<br>5 Days<br>C wmj m n |
| 04/20/05 | ITT meeting held re Delirium psychiatrist attended Discussed frequent falls and injury to Lt eyelid-forehead ↓ Zyprexa to 10mg in am and then |

Exhibit 48        Young 8187

Form 95 DVP (1-77) page 2

| DATE | NOTES |
|---|---|
| | if needed to Try im am because of sedation noted in morning hours. To schedule EMG study. OT to provide "halo" helmet. To utilize wheelchair for transportation. PT evaluation for AFO - for L foot drop. |
| 04/25/05 | Sutures L upper eyelid removed. Inflammation, swelling subsiding. |
| 04/27/05 | Seen by neurologist DR. PANDIA. Peroneal mononeuropathy. Advised splint PT & OT. EMG not possible in office setting - requires great deal of cooperation with needles that need to be inserted in muscles. Possibility is EMG under sedation in hospital setting. - for documentation purposes only. Will obtain ANA, dsDNA, ESR. |
| 05/02/05 | ↓ Zyprexa 5mg Qam - 10mg QHS PO to minimize/ eliminate daytime sedation. |
| 5/4/05 4:00 pm | Seen for diarrhea x 3. w/ Tny. Today Afebrile. Tender, mildly distended abdomen. Tympanic. R K aperture 30 cc now, increase P.O. fluids x 24 hrs, v/s x 24 hrs. ? Gastroenteritis. f/ follow up. |

Exhibit 48   Young 8186

| Form 95 DVP (1-77) | INSTRUCTIONS |
|---|---|
| New York State Department of Mental Hygiene<br>INTERDISCIPLINARY TREATMENT TEAM NOTES | • Record information below as indicated by the client's behavior, condition or functioning that is felt to be of such significance that the entire treatment team should be informed.<br>• Summarize the results of each Interdisciplinary Treatment Team Conference below.<br>• For additional information on Treatment Team Reviews refer to Form 80 DVP, "Treatment Team Review." |

Client's Name (First): Venkin    (M.I.):    (Last): Young    Consecutive No.:

| DATE | NOTES |
|---|---|
| 5/7/05 | R/O STUb lower Post Leg (× 3 mm) Bursa on Phal Selans 1 × 0 mn |
| 05/11/05 | X-Ray of LS spine refort noted. Degenerative changes at L5-S1. Seen by podiatrist. Onychomycosis, Tinea Pedis. Nails debrided. Lotrimin between toes. F/up 07/13/05 |
| 05/18/05 | Labs 05/07/05 CBC 3.64 ) 11.5 / 179    142 / 105 / 72<br>35.7    16 / 27 / 20 / 0.9<br>Segs/Bds 72 ANA negative C3, C4 WNL anti DNA neg To repeat 1/52, Wet |

Exhibit 48    Young 8189

Form 95 DVP (1-77) page 2

| DATE | NOTES |
|---|---|
| 05/20/05 | Consumer sustained laceration on posterior scalp about 2 inches long. Area irrigated with $H_2O_2$, shaved, infiltrated with lidocaine 1% and sutured with 3-0 gut x 4. Hemostasis achieved. Bacitracin ointment applied. To give Keflex 500mg Q6h PO x 5 days. |
| 05/26/05 | EMG study under sedation scheduled for 06/30/05 1st Downstate Hosp. (DR MACABI) |
| 05/30/05 | 5° Bilateral pretibial pitting edema 1+ also bilateral feet pitting edema 1+. No calf swelling & discoloration & tenderness. No redness on Homan's test. Pt with pretibial/feet pitting edema problem in the past also. Venous insufficiency postural (sitting in wheelchair). To continue with leg elevation. |
| 05/31/05 | S: No new injury wounds |
| 05/31/05 | EKG 05/05/05 patch Reversal of arm leads. |
| 6/19/05 | To repeat BP < Responded immediately to S → 35mg Code Blue Wing 314 Pt was lying in the bathroom Pulse was feeble q, BP 110/ $O_2$ S( ? ) rrr 17 saturation |

Exhibit 48   Young 8188

| Form 95 DVP (1-77) | INSTRUCTIONS |
|---|---|
| New York State Department of Mental Hygiene<br>INTERDISCIPLINARY TREATMENT TEAM NOTES | • Record information below as indicated by the client's behavior, condition or functioning that is felt to be of such significance that the entire treatment team should be informed.<br>• Summarize the results of each Interdisciplinary Treatment Team Conference below.<br>• For additional information on Treatment Team Reviews refer to Form 80 DVP, "Treatment Team Review." |

Client's Name (First) Valerie (M.I.) (Last) Young   Consecutive No.

| DATE | NOTES |
|---|---|
| 6/19/05<br>BDC | Pt was screaming. O₂ mask given 4 [mins] I.V. was started c̄ D5W. EMS arrived at 8:45 AM Pt was put on the monitor developed bradycardia was given 1mg IV atropine — then pacer was put also was intubated by EMS left in critical condition at 9-05 AM. Mother was informed.<br><br>Issa Madboun, MD |

(Use reverse side for continuation)

Exhibit 48   Young 8192