# CLINICAL NURSING NOTES

Full Name of Pt: _____   Consecutive Number: _____   Living Unit: _____

| YEAR | DATE | HOUR AM | HOUR PM | NURSING OBSERVATION | SIGNATURE |
|------|------|---------|---------|---------------------|-----------|
| 05 | 3/16/05 | | 6p | Med rec'd. BP 130/80 P 72. Pt. alert, no acute distress. Pt. given meds as ordered. Pt. resting on bed, watching TV. Will continue to monitor. | [signature] |
| | | | | 8:30p BP 128/80 P 80. No c/o in any distress. No s/s seen. | [signature] |
| | 3/17/05 | 2:30p | | Pt ambulatory. c/o chest discomfort on & off. Pt c/o dinner. Meds given. No s/s noted. Tol. diet poor. Feels cold. | |
| | | | 6p | Pt c/o chest discomfort. VS 170/80 P 88 BP post chest pain. Repeated by staff. Chest pain to P&R [illegible]. Pt still c/o chest pain, dr on now. Dr. ordered r/o [illegible] | [signature] |
| | 3/17/05 | 10p | | Fleet enema given as ordered by MD. Check on pt observed resting & breathing even. BP 125/80 at 10p. | [signature] |
| | 3/17/05 | 11p | | At 11p pt she return from enema with med. BP [illegible]. VS at now she was awake, waiting, drawn down the [illegible] without any distress. Will continue c/o. | [signature] |
| | 03/18/05 | | | [illegible notes] | [signature] |
| | 03/19/05 | 3 | | [illegible] ordered by MD. No pain. Pt stable. No c/o. | [signature] |
| | 3/20/05 03/20/05 | 6a | | T-98.1 sleeping. Given [illegible] | [signature] |
| | 03/20/05 | | 15 | [illegible] | [signature] |

Exhibit 49    Young 8349

# CLINICAL NURSING NOTES

BDC-25-NS-MED
REV 10/03

Full Name of Client: Young, Valere

Consecutive Number: _____

Living Unit: 314

Entries must be legible and written in black ink. Sign full name and title after each entry, record vital signs at beginning of note, as necessary.

| YEAR DATE | HOUR AM/PM | NURSING OBSERVATION | SIGNATURE (Sign full name and title after entry) |
|---|---|---|---|
| 3/29/05 | 6:40p | Suicted in pampers for cold T-98.6(R) not in any distress Fleet enema given | V.R. |
| 3/3/05 | | Sho refused her lg bore BM. Large BM results. Stool neg. Labs drawn WB T-98.6 P-88 R-18 | V.R. |
| 3/22/05 | | entire Sm. amount of Tylenol 6sc. Sm DPearl + Smelly green BM for cold T-98.6 Pt in no distress | P.ZMRN |
| 3/21/05 3pm | Temp 98.6 Benadryl in progress. No distress noted | V.R. |
| 03/24/05 | 9pm | Fleet enema given. Sm, soft effects. Sm. large BM. | V.R. |
| 3/29/05 | | When given 7 AM med staff c/o that valere has an unsteady gait. BP 150/90 P75 R18 was sitting in chair. Please have MD evaluate | P.Farrell |
| 3/27/05 | | Dr. Peke to come to clinic morning 8:00 am for the medication check in re: a/m dizzyness. No injury noted. Watching & close. 11am is alert and able to ambulate with no problems. Notified evening & am shifts | P.Farrell |
| 03/28/05 | | Slept on/off thru the noc. Has been dizzy as reported. | _____ |
| 3/10/05 9M | Resident Valere extend to EE&T nurse take over. Bm given. Fleet enema given. Extra nursing pads. | _____ |
| 3/30/05 | | BP: Thanos. No dog to give, sleep. BP 150/88. Meds taken. Slept tonight continued as ordered. Meds taken. | _____ |
| 3/29/05 8pm | | BS well. 7-96 as 98 wont to R/B. B/B through/out returned. No meds taken. Wellness noted | _____ |
| 3/31/05 8m | | Temp 98.6. Appears comfortable. PM meds taken. No distress noted. | _____ |

Exhibit 49    Young 8351

**CLINICAL NURSING NOTES**
DOC-25-NS-MED
REV 10/03

Full Name of Client: V. Young
Consecutive Number: ___
Living Unit: ___

| YEAR/DATE | HOUR AM/PM | NURSING OBSERVATION (Entries must be legible and written in black ink. Sign full name and title after each entry. record vital signs at beginning of note, as necessary.) | SIGNATURE (Sign full name and title after entry.) |
|---|---|---|---|
| 3/29/05 | 7A | Temp 98.6. Ext's fluid given, cold medication in progress. Observation ongoing. Slug'd. | [signature] |
| 4/3/05 | 3A | No edge observed. | [signature] |
| 04/03/05 | 8A | Consumer did not sleep during the night — left large bruise on left eye — good sleep. | [signature] |
| 04/03/05 | | Bill — something noted to distinct ecchymosis due to right eye — also left eye — saw Dr Brown — please see respectively — Dr Brown R.N. Please call Dr Brown re: left eye — observed O/S. | [signature] |
| 4/5/05 | | Both eyes OBS. | [signature] |
| 04/07/05 | 7A | Resident state consumer fell off bed and injured himself — small abrasions on forehead. Area cleansed aseptically — no bleeding seen. | [signature] |
| | | MD: Dr. Brown Lt eye brow area sq n.D. Area cound Bcc DMP effects OBS | [signature] |
| 4/7/05 | | Sandy W. Miles continued Tylenol 650mg gr PO BID x3 days MDS 4/11 - 4/16/05 | [signature] |
| 4/08/05 | | 2 minutes treatment 9/05 - 9:30am went to program + stopped to give ear drops in progress — but meds taken as sound MD to be | [signature] |
| 4/12/05 | 6M | Deborah. Well. Afebrile comfortable. | [signature] |
| | | BM Dr. changed to Ofloxacin 0.3% drops BID | [signature] |
| 4/13/05 | 6M | x 7 days close change — was noted and gen accord had large BM. Brown. This evening was quiet. Arousable. | [signature] |
| 4/13/05 | 6PM | Quiet/less disturbed, afebrile, comfortable. | [signature] |

Exhibit 49   Young 8347

# CLINICAL NURSING NOTES

BOC-25-NS
REV 10/1

Full Name of Client: Young
Consecutive Number:
Living Unit: 3 I/J

| YEAR DATE | HOUR AM | HOUR PM | NURSING OBSERVATION — Entries must be legible and written in black ink. Sign full name and title after each entry, record vital signs at beginning of note, as necessary. | SIGNATURE — Sign full name and title after entry. |
|---|---|---|---|---|
| 04/15/05 | | 7A | Inmate called to the unit of abrasion to R eye. Writer to examine — has abrasion to lateral R. brow/sclera/eyelid & area sclera/morning head — eye area cleaned. ONS DC ordered. To be seen by MD. No further complaint. | M Laurel? |
| 04/15/05 | | | Received C/C of head & eye pain and Dr. Nadler aware. VS: T98, P80, R18, BP 170/106, 20mg Ltd & Letters were Dx'd. Chest SoB's tender and conformed P/c, ABS/BS (6), stable UB, no vomiting noted. | [illegible] |
| 4/15/05 | 9P | | 6° no stitches noted. Sutures on R eye lid remain intact. Area of sclera & inner [illegible] location continues. Remain on I/C chart. Usual G/A — T98, R18-R18, 96-98 [illegible] 90. Meds taken well. Head aware of A/B. Weak BM this evening. & on the notices continued - hsg. Observation continued. BP 130/80. Observation continued 0630 Do Reg. No duties noted. | [illegible] |
| 04/16/05 | 7A | | [illegible] are keys. No discharge noted. No dressing noted. No redness observed no swelling noted. Inmate offered to leave room & declined. No medication requested. | [illegible] |
| 04/16/05 | | 3p | [illegible] Eye irritation & eye redness/drainage. No Rx Eye care regimen of follow up with [illegible] needed. Eye drops and OTC — eye tearing, no [illegible] try precautions and DC — eye ointment q4h 60°F - 12P, P-66 Ratio eye [illegible] [illegible] 15P - 12P - P-66 Ratio eye [illegible] yes [illegible] | [illegible] |

Exhibit 49   Young 8348

# CLINICAL NURSING NOTES

BMC 25 NS
REV 10/07

Full Name of Client: Young, Valerie
Consecutive Number: _____
Living Unit: 324

| YEAR | HOUR | | NURSING OBSERVATION | SIGNATURE |
|---|---|---|---|---|
| DATE | AM | PM | Entries must be legible and written in black ink. Sign full name and title after each entry, record vital signs at beginning of note, as necessary. | Sign full name and title after entry. |
| 4/17/05 | | | L eyebrow swollen red and warm. Dr Manhaire informed. Awaiting B) 875mg B) 4mg 9/13 – 4/17/05. No doxy queue. | [sig] |
| 04/17/05 | 1:30 PM | | Dr. Jones to pt bedside. Pt had contusion. – [sig] |
| | 3:30 PM | | 6p Subre @ eyebrow intact, eye brow is swollen and red. Start on Augmentin 500mg po BID x 7d. Shown. Let no any issues. | [sig] |
| | | | R eyebrow – Blood oozing. Recommend ice. |
| | | | right BP – 133/63, P – 58. | [sig] |
| #4/8/05 6a | | | Check eyebrow – no bleeding no report BP 4ts bilat | |
| | | | A/B on progress. No scabs effect, suturing sutures reap. | |
| | | | Nothing but eye brows swelling slightly and no noticed. Continues to receive A/B therapy as ordered. ZT |
| 4/18/05 8AM | | | R eye brow slightly swollen. Sutures remain intact. No problems noted. |
| | | | Pt meals taken well. (A) Abdomen soft nontender. BM (-) Blood. ABI [illeg] 0130 Rx |
| 04/18/05 7A | | | Amb without difficulty. No c/o at this time. [sig] Warner RN |
| 04/18/05 | 6p | | @ Eye swelling on @ adhesive scab bleeding. V/S – stable, | [sig] |
| | | | A/B in progress. pt intact. |
| | | | Eyebrow scab looks dry. Ambulating after fleet enema, | [sig] |
| 4/19/05 | | | 4p sclera (R) eyebrow intact. (D) sclera. |
| 04/19/05 | | | 6a PC 300 QUS, pt ate eye swelling. New orders. V/S stable | [sig] |
| | | | 6p A/B in progress. (D) eyebrow swelling. Pt refused breakfast |
| | | | [illeg] suggest V/s stable. | [sig] |
| 04/20/05 | | | 6a sutures @ eyebrow intact [illeg] no swelling. No redness. |
| | | | Noted. V/S stable. | [sig] |

Exhibit 49    Young 8346

**CLINICAL NURSING NOTES**

BDC-25-NS
REV 10/1

Full Name of Client: Young, V.   Consecutive Number: _____   Living Unit: 4/4

| YEAR / DATE | HOUR AM | HOUR PM | NURSING OBSERVATION | SIGNATURE |
|---|---|---|---|---|
| 5/5/05 | | 2p | Consumer right K.J.M.C. Radiology appt. - L-spine done. | [signature] |
| 05/18/05 | | 9p | Fleet enema given for large BM. | [signature] LPN |
| 5/20/05 | 11a | | Consumer was 1 loss seen on floor left side of her head. 1st nurse on scene noted a laceration to her head. 1st nurse on scene applied pressure and bleeding. Pressure applied and bleeding stopped. Swelling present to the area. No other injuries noted. No LOC noted. Has finger to count to 3. Equal & = V/S monitoring BP 138/28 P 120 R 20. She is alert & oriented to ... BP stable BP 138/28 P 120 R 20. Consumer to be seen by MD. Laceration is clean. NS and saturine Bacitracin. Dsg to ... consumer refused dressing to ... recently crippled Nemafeur alcohol hostile reprise. According to MLM Consumer is currently ambulatory to ... RMs approx to hrs - BP 120-5/100 BP 80/60 P 10-70 R 20. Per recommendation after stay consumer DNR hyllolin. No ... per client last in any of lateral head injury. BP - 119/74 P-78 P 6 hrs precautions intact. Neurocheck q 1° head. Seizures to head. | [signature] LPN |
| 05/20/05 | | 8p | In progress q4° BP - 124/60 P - 68, suture of head intact. No precautions kept. | [signature] LPN |
| 5/21/05 | 12mn | | Consumer sitting up in chair. Sutures to head intact. No signs of pain. No s/s of distress. Slept off and on today. 500cc PO in progress. No vomiting noted. BP 135/75 Prob Top P-80 Tap P-80. | [signature] LPN |

Exhibit 49   Young 8352

# CLINICAL NURSING NOTES

C-25-NS-MED
EV 10/03

Name of Client: Young, Valerie    Consecutive Number: _____    Living Unit: 374

| DATE | HOUR AM/PM | NURSING OBSERVATION | SIGNATURE |
|---|---|---|---|
| 07/05/05 | | 3 pm returned from neurology appt. 1800 Neurontin RTC. Pt has monoeuropathy. Rept. Pt OT. X-ray LS spine EMG in CCH. 4/0 to N.P. | V.K. |
| 7/5/05 | 2:45 pm | RN is starting dose is charged to 5 mg in AM & 30 mg. | A. O'Connor RN |
| | BM | pt/o TS tasting 5/3/05 | |
| 05/04/05 | 3:15 pm | report by staff that pt had UBM x 3 | |
| | | T-97.8 P-reg R-20 B/P-132, 108-2-11/79. Lo-fi NG | |
| | | Listened for bowel sounds in all four quadrants. Good effort to | |
| | | abdomen. Listened. Tender sub-ang. Scraped R-L P-L. | |
| | | 20 cc jarvey p.o. V/S Q6h x 24 hours | V.K. |
| | | 1 Fleets p.o. To F/u | |
| 5/5/05 | 6pm | 108 - 138/86 P-67 Followed w/visit | V.K. |
| | | yesterday had long soft, no tender w/ hof | |
| | | T-98.6 P-reg | V.K. |
| | | 109 - 126/78 P-67. Abdomen soft, not tender | |
| | | sleepy, listless. | V.K. |
| 5/7/05 SP | | Consumer kept R/SMG appt for clinic appt - Hx of L-S spine dsc & blood work/demo in AM | [signature] |
| 5/2/05 AL | | seen by medsurg. for a/k file for clearance in AM | [signature] |
| 5/10/05 | pm | Fleet enema given. Large BM this pm | |
| 5/10/05 | 6 AM | seen by Podiatrist. Nails debrided done. Placed on Lotrimin cream to apply between toes. DC on 5/28/05. Same was applied for follow up on 7/13/05. | A. O'Connor RN |
| | | pt c/o itching, scalp lice and Retinitis & mod. occ. urticaria | |
| | | SNM Septi pushing 00 & urtholux hydroxl dry | V.K. |
| 5/17/05 | | Give 15 ml Fleet enema given. Lg. soft BM. | V.K. |

## CLINICAL NURSING NOTES

**Full Name of Client:** Young, Valerie    **Living Unit:** 3/4    **Consecutive Number:**

Entries must be legible and written in black ink. Sign full name and title after each entry. record vital signs at beginning of note, as necessary.

| DATE | HOUR AM/PM | NURSING OBSERVATION | SIGNATURE |
|---|---|---|---|
| 5/23/05 | 7A | Slept well. Skin intact to left side of [illegible] - 20 clothes noted during the night | [signature] LPN |
| 5/24/05 | 3 | [illegible] night B/P 115/73 P 18 [illegible] | [signature] |
| | | BP 115/73 Alert, [illegible] about me 11.20 fingers 8 of floor. [illegible] [illegible] 95.5 | |
| 5/25/05 6PM | | Resident refilled out meds. Refused on second attempt. 9PM meds taken Well () fleet enema this am. BM not reported yet. To observe. | [signature] RN |
| 5/26/05 LR | | Refused 7AM meds further [illegible] and [illegible] taken next [illegible] [illegible] BM [illegible] | [signature] RN |
| 5/25/05 3-11 | | Res receive [illegible] [illegible] by RN for (P) Swollen BM - [illegible] [illegible] AM NO bowel sx | [illegible] LPN |
| 5/27/05 | | 2 Client seen for [illegible] edema of legs. No tenderness noted. bolus [illegible] by elevation as needed. OBS. | [signature] RN |
| 5/27/05 | | 8PM meds spitted out - will try again. Feet/legs elevated while on w/chair - 9PM meds taken well. Remained on w/chair. | [signature] RN |
| 05/28/05 | | BM Small. Fleet enema given with good effect - Lg. large. BM. | [signature] RN |
| 5/31/05 3:15 | 8PM | Staff reported that [illegible] was found lying on floor by side of bed. No injuries noted. To be seen by RN. Participated in [illegible] | [signature] RN |
| 5/31/05 | | S/P fall. Alert, [illegible] [illegible] no [illegible] [illegible] no [illegible] | [signature] RN |
| 6/14/05 | | Had X large BM this eve - Meds taken well | [signature] RN |
| 06/15/05 | 8PM | X-large soft fleet x-large soft [illegible] today | [signature] RN |

Exhibit 49    Young 8341

# CLINICAL NURSING NOTES

BDC-25-NS-MED
REV 10/03

**Full Name of Patient:** Valerie Young

**Consecutive Number:**

**Living Unit:** 314

Entries must be legible and written in black ink. Sign full name and title after each entry, record vital signs at beginning of note, as necessary

| YEAR / DATE | HOUR AM/PM | NURSING OBSERVATION | SIGNATURE Sign full name and title after entry. |
|---|---|---|---|
| 6/19/05 | 8:30 PM | I was called by the staff to come and see Ms Young. She does not look good. On checking did not feel pulse and breathing. Looks very pale. Placed on the floor. CPR was given and start reviving. After a heavy shot, pulse start screening. Done an alone. Staff called 911 and Code Blue was activated. Dr. MacQ Dr. assigned immediately at 8:30. Oxygen inhalation was given and 9 N was started. [illegible] by MD. EMS came (at 8:45) and took pt to [illegible] Hospital called and informed. [illegible] At 9:38 [illegible] expired. Family was informed by Hospital that coroner PM. Medical examiner LABELLA. CASE No was 354. | A3 Zgr RN |

Exhibit 49   Young 8342