| NAME (Last) | (First) | (M.I.) | "C" NO./DDIS NUMBER | DATE OF BIRTH | GENDER |
|---|---|---|---|---|---|
| Young | Valeri | | | 08/06/55 | F |

| ADDRESS | | IS CLIENT ELIGIBLE FOR MEDICARE? | ☐ YES ☐ NO | MEDICARE NUMBER |
|---|---|---|---|---|
| | BDC 314 | | | |

| CONSULTING SERVICE | MEDICAID NUMBER |
|---|---|
| Eye Clinic OU | BZ66389C |

**PERTINENT CLINICAL HISTORY**

**PRESENT MEDICAL CONCERNS**

F/up posterior vitreous detachment

**PRESENT MEDICATIONS**

Klonopin, Topamax, Remeron, Inderal, Tegretol, Zyprexa, Prevacid, Celexa,

**PHYSICIAN** Milos Jovan MD 642-6124    **Date** 02/18/05

**REPORT (FINDINGS, DIAGNOSIS, RECOMMENDATIONS)**    **DATE OF REPORT** 2/28/05

50 y/o old female consumer c̄ PVD f/u

VK  F×F
    F×F
SC ___  poor cooperation today. Will not read charts.

SLE - Lids/Adn: Meibomian dysf
     - Conj: clear
     - Cornea clear
     A/C D×Q
mild NS OU.
Red Reflex (+) OU
Disc & macula OU very difficult
stable PVD.

A/P
- PVD
- Limited view.
- RTC × 2 wks for DFE
Pt. dilate prior to next visit c̄ Tropicamide drops

MJ

Signed ___  MJ 02/28/05

| FACILITY/AGENCY | OMRDD CONSULTATION REQUEST |
|---|---|

36 (MEO) (MR) (3-83)

Exhibit 50    Young 8174

| NAME (Last) Young (First) Valeri (M.I.) | "C" NO./DDIS NUMBER | DATE OF BIRTH 08/06/54 | GENDER F |
|---|---|---|---|
| ADDRESS BDC 314 | IS CLIENT ELIGIBLE FOR MEDICARE? ☐ YES ☐ NO | MEDICARE NUMBER | |
| CONSULTING SERVICE Eye Clinic | MEDICAID NUMBER BZ 66389C | | |

**PERTINENT CLINICAL HISTORY**

**PRESENT MEDICAL CONCERNS**

For DFE

**PRESENT MEDICATIONS**

Klonopin, Topamax, Remeron, Inderol, Tegretol, Zyprexa, Prevacid, Colace.

PHYSICIAN: Milos Jovan MD 6124     Date: 02/28/v

**REPORT (FINDINGS, DIAGNOSIS, RECOMMENDATIONS)**      DATE OF REPORT: 4/1/05

50 yr old female pt for DFE today.

VF F&F / F&F  sc  very agitated. Does not want to be seen

with Indirect ophthalmoscopy +20.
Very faintly saw trace cataracts o/u
                                             — Cataracts early
Red Reflex ⊕ ou
                                             — Red Reflex ⊕ ou
                                             — very limited Exam
                                             — RTC x 6 wks.
                                      Pl. sedate pt prior to next appt

Signed: [signature]

(USE BACK OF FORM IF NECESSARY)

| FACILITY/AGENCY | OMRDD CONSULTATION REQUEST | 35 (MED) (3-83) |

Exhibit 50    Young 8175

| NAME (Last) Young (First) Valerie (M.I.) | "C" NO./DDIS NUMBER | DATE OF BIRTH | GENDER |
|---|---|---|---|
| ADDRESS BDC 314 | IS CLIENT ELIGIBLE FOR MEDICARE? ☐ YES ☐ NO | MEDICARE NUMBER | |
| CONSULTING SERVICE OT | MEDICAID NUMBER | | |

**PERTINENT CLINICAL HISTORY**

**PRESENT MEDICAL CONCERNS**

Please evaluate for "holo" helmet.
h/o falls - face injury.

**PRESENT MEDICATIONS**

Rec'd 4/27/05 MRK

PHYSICIAN: Milos Javrin MD 6124    Date: 04/21/0_

**REPORT (FINDINGS, DIAGNOSIS, RECOMMENDATIONS)**

DATE OF REPORT: 4/27/05

Ms Young was issued a medium sized Danmar helmet today. She has been falling frequently and injuring her head.

RECOMMENDATION:    To be used as prescribed by MD.

Signed: Myriam R. Kothencz
Chief OT

(USE BACK OF FORM IF NECESSARY)

| FACILITY/AGENCY | OMRDD CONSULTATION REQUEST | 36 (MED) (MR) (3-83) |

Exhibit 50    Young 8177

| NAME (Last) Young (First) Valeri (M.I.) | "C" NO./DDIS NUMBER | DATE OF BIRTH | GENDER F |
|---|---|---|---|
| ADDRESS BDC 314 | IS CLIENT ELIGIBLE FOR MEDICARE? ☐ YES ☐ NO | MEDICARE NUMBER | |
| CONSULTING SERVICE OT | MEDICAID NUMBER | | |

**PERTINENT CLINICAL HISTORY**

**PRESENT MEDICAL CONCERNS**

Please evaluate for helmet adjustment or new helmet fabrication because consumer is not tolerating present one and he also had recent head injury laceration.

**PRESENT MEDICATIONS**

Rec'd 5/23/05

PHYSICIAN: Milos Javan MD  642-6124    Date: 05/20/05

**REPORT (FINDINGS, DIAGNOSIS, RECOMMENDATIONS)**

DATE OF REPORT

5/26/05

Ms Young was measured for a custom Danmar helmet.
Custom head measurements are:
- Circumference = 24 ½"
- Occipital over top of head = 16"
- Over top of head ear to ear = 13 ½"
- Eyebrow to chin = 6.5"
- Eyebrow to top of head = 7.5"

Purchase Request #10922 was completed and sent to Ms Ferdinand for authorization and processing.

Items ordered were discussed with Dr Milos, prior to evaluating Ms Young.

**RECOMMENDATION:** Order helmet.

Signed: Miriam R Kithencz, Chief OT

(USE BACK OF FORM IF NECESSARY)

| | OMRDD | 35 (MED) (MR) (3-83) |
|---|---|---|
| FACILITY/AGENCY | **CONSULTATION REQUEST** | |

Exhibit 50    Young 8178

| NAME (Last) Young | (First) Valeri | (M.I.) | "C" NO./DDIS NUMBER | | DATE OF BIRTH 08/06/55 | GENDER F |
|---|---|---|---|---|---|---|
| ADDRESS | | BDC 314 | IS CLIENT ELIGIBLE FOR MEDICARE? ☐ YES ☐ NO | | MEDICARE NUMBER | |
| CONSULTING SERVICE Podiatry | | | MEDICAID NUMBER | | BZ66389C | |

**PERTINENT CLINICAL HISTORY**

**PRESENT MEDICAL CONCERNS**

F/u Onychomycosis

**PRESENT MEDICATIONS**

PHYSICIAN: Milos Jovan MD 642-6124    Date: 05/11/05

**REPORT (FINDINGS, DIAGNOSIS, RECOMMENDATIONS)**    DATE OF REPORT: 5/11/05

Consulted seen RS P/U pm-Pul toenails.
No new complaints.
O: Pulses palpable B/L
  1) elongated, thickened, discolored, dystrophic, nails # toenails 1-5 L,
     1, 3-5 R, tenderness on direct palpation
  2) interdigital maceration, erythema and pressure ulcers toes
     B/L
A: Onychomycosis, Tinea pedis, pain
P: Nails manually reduced and mechanically thinned to relieve symptoms
   of pain.
   Recommend lambswool between toes daily
   F/U 7/13/05

Signed: Rey Isaacs

MJ 05/11/05
FACILITY/AGENCY        OMRDD CONSULTATION REQUEST        36 (MED) (MR) (3-83)

(USE BACK OF FORM IF NECESSARY)

Exhibit 50    Young 8179

# Kingsbrook Jewish Medical Center

585 Schenectady Avenue, Brooklyn, NY. 11203 * (718) 604-5461

## Radiology Report

| | | | | |
|---|---|---|---|---|
| NAME: | YOUNG, VALERIE | Date of Birth: | 08/06/1955 | |
| #: | 052937 | Sex: | F | |
| ial/Pt#: | 9896150 | Date of Exam: | 05/05/2005 | |
| Location: | RAD- RADIOLOGY REGISTRATION {descp} | Date of Order: | 05/05/2005 | 10:30 |
| Attending MD: | JOVAN MILOS | Ordered By: | JOVAN MILOS | |
| Adm/Reg: | May 5 2005 10:23AM | Referred By: | UNASSIGNED | |
| Discharge: | | Accession #: | 337521 | |

***Final Report***

**CLINICAL HISTORY:** \ pain

**XRY 0921 - LUMBAR SACRAL COMPLETE - May 5 2005**

**REASON FOR EXAM:** Pain.

**FINDINGS:** Radiographic examination of the lumbosacral spine was performed in AP, lateral, and coned-down views.

There is narrowing and sclerosis with bridging osteophytosis noted at the L5-S1 level with mild osteophytosis seen at the other lumbar levels. The other intervertebral disc spaces appear well maintained. The foramina appear patent. Sclerosis is noted at the facet joint especially noted at the L5-S1 level. There is no evidence of fracture or dislocation.

**IMPRESSION:** Degenerative changes specifically noted at the L5-S1 level. No fracture or dislocation. If pain persists, we would recommend CT or MR.

Interpreting Physician: LAMONT D. BROWN M.D. May 7 2005 8:46A
Transcribed by / Date: PSC on May 7 2005 4:16P
Approved Electronically by / Date: HODGES JASON L. May 9 2005 8:29A

Form no. X01736 rev.12/01

Page 1

Exhibit 50    Young 8180

| NAME (Last) Young (First) Valeri (M.I.) | "C" NO./DDIS NUMBER | DATE OF BIRTH 08/06/55 | GENDER F |
|---|---|---|---|
| ADDRESS BDC 314 | IS CLIENT ELIGIBLE FOR MEDICARE? ☐ YES ☐ NO | MEDICARE NUMBER | |
| CONSULTING SERVICE Radiology KJMC | MEDICAID NUMBER BZ66389C | | |

**PERTINENT CLINICAL HISTORY**

**PRESENT MEDICAL CONCERNS**

For X-Ray L-S spine

**PRESENT MEDICATIONS**

PHYSICIAN: Milos Javan MD 642-6124   Date: 05/03/0_

**REPORT (FINDINGS, DIAGNOSIS, RECOMMENDATIONS)**

DATE OF REPORT _____

X-RAY
EXAMS: L-S SPINE
DATE: 05/05  TIME: ___  BY: CR

Signed _____

FACILITY/AGENCY

OMRDD
CONSULTATION REQUEST

36 (MED) (MR) (3-83)

Exhibit 50   Young 8181

| NAME (Last) Young | (First) John | (M.I.) | "C" NO./DDIS NUMBER | DATE OF BIRTH 03/06/57 | GENDER F |
|---|---|---|---|---|---|
| ADDRESS: BDC 314 | | | IS CLIENT ELIGIBLE FOR MEDICARE? ☐ YES ☐ NO | MEDICARE NUMBER | |
| CONSULTING SERVICE Radiology | | | MEDICAID NUMBER BZ66??? | | |

**PERTINENT CLINICAL HISTORY**

**PRESENT MEDICAL CONCERNS**

For screening mammogram

**PRESENT MEDICATIONS**

PHYSICIAN: _Miles ___ MD_    Date: _02/16/__

**REPORT (FINDINGS, DIAGNOSIS, RECOMMENDATIONS)**    DATE OF REPORT

Pt unable to consent for the examination if required

M 03/16/04

(USE BACK OF FORM IF NECESSARY)    Signed _____

FACILITY/AGENCY:    **OMRDD**
**CONSULTATION REQUEST**

Exhibit 50    Young 8183

| NAME (Last) (First) (M.I.) | C NO./DDSO NUMBER | DATE OF BIRTH | GENDER |
|---|---|---|---|
| *illegible* | | *illegible* | F |

| ADDRESS | IS CLIENT ELIGIBLE FOR MEDICARE | MEDICARE NUMBER |
|---|---|---|
| Apt 14 | YES / NO | 2273149501 |

| CONSULTING SERVICE | MEDICAID NUMBER |
|---|---|
| *illegible* Neurology | *illegible* |

**PERTINENT CLINICAL HISTORY:** *illegible*

**PRESENT MEDICAL CONCERNS:** Left foot and *illegible* for EMG *illegible*

**PRESENT MEDICATIONS:** *illegible*

**PHYSICIAN:** *illegible* MD

**REPORT (FINDINGS, DIAGNOSIS, RECOMMENDATIONS):**

Dear Dr. Milos

Pt has Peroneal Mononeuropathy
advise splint PT at
X-ray LS Spine
Pt if you want EMG should
be done under Hospital
Setting (Kings County)

4-26-05

Signed: *illegible*

FACILITY/AGENCY

OMRDD
CONSULTATION REQUEST

36 (MED) (MH) (3-83)

Exhibit 50    Young 8184