## BROOKLYN DEVELOPMENTAL CENTER
888 Fountain Avenue, Brooklyn, 11208
Tel. No. (718) 642-6113
Fax No. (718) 642-4707



# Fax

| To: MARK RAPPAPORT | From: JUDITH BEER |
|---|---|
| Fax No. (516) 388-2860 | Date: 7/28/05 |
| Tel. No. _____ | Pages to Follow: _____ |

Subject: VALERIE YOUNG - LOGS

Message:
_____
_____
_____
_____
_____
_____
_____

Evening Shift Sunday 6/19/05

- 3:30 — Rounds made at the start of shift. Visual body checks done, Verbals given. No problems to report.
- 3:45 — Valerie is sitting in Area C watching S.V.
- 4:00 — " " " " " " " "
- 4:15 — " " " " " " " "
- 4:30 — " " " " " " " "
- 4:45 — " " " " " " " "
- 5:00 — " " " " " " " "
- 5:15 — " " " " " " " "
- 5:30 — Valerie is in the dining area, eating dinner.
- 5:45 — Valerie is still eating
- 6:00 — Valerie finished eating Diet taken well.
- 6:15 — Valerie is sitting in Area C watching S.V.
- 6:30 — " " " " " " " "
- 6:45 — " " " " " " " "
- 7:00 — " " " " " " " "
- 7:15 — Valerie sitting in Area C. Viewing T.V.
- 7:30 — Valerie sitting in Area C. Watching T.V.
- 7:45 — " " " " " " " "
- 8:00 — Valerie is being given a enema by Nurse Cheryl +
- 8:15 — Valerie being escorted to bathroom in

Inc cont 6/19/05
shower chair to be shared by
Staff of Thompson + G Lawrence.

11. 8:30 Staff noticed, Valerie Young unresponsive immediately notified nurse.

8:45 Valerie Young receiving medical care by Nurse Aszia. EMS arrived and took over medical care.

9:00 Valerie Young still receiving medical care.

9:15 Valerie Young is leaving for hospital. Staff escorted Y Thompson + S Killings.

9:30 Valerie Young arrived to hospital, she's still receiving medical care.

Evening Shift Sunday 6/19/05

3:30 Rounds made at the start of shift. Visual body checks done, Verbals given. No problems to report.
3:45 Valerie is sitting in Area C watching T.V.
4:00 " " " " " " " "
4:15 " " " " " " " "
4:30 " " " " " " " "
4:45 " " " " " " " "
5:00 " " " " " " " "
5:15 " " " " " " " "
5:30 Valerie is in the dining area, eating dinner.
5:45 Valerie is still eating
6:00 Valerie finished eating. Diet taken well.
6:15 Valerie is sitting in Area C watching T.V.
6:30 " " " " " " " "
6:45 " " " " " " " "
7:00 " " " " " " " "
7:15 Valerie sitting in Area C. Viewing T.V.
7:30 Valerie sitting in Area C Watching TV
7:45 " " " " " " " "
8:00 Valerie is being giving a enema by Nurse Chezzie +
8:15 Valerie being escorted to bathroom in

CQCAPD          Fax:5183881275          Feb 7 2008 18:08    P.45
Jul 28 05 11:06a    Brooklyn Dev. Ctr.    9171864247U7        p.2

Evening Shift Sunday 6/19/05

3:30 Rounds made at the start of shift. Visual body checks done, verbals given. No problems to report.

3:45 Valerie is sitting in Area C watching S.V.
4:00 " " " " " " " "
4:15 " " " " " " " "
4:30 " " " " " " " "
4:45 " " " " " " " "
5:00 " " " " " " " "
5:15 " " " " " " " "

5:30 Valerie is in the dining area, eating dinner.
5:45 Valerie is still eating
6:00 Valerie finished eating. Diet taken well.
6:15 Valerie is sitting in Area C watching S.V.
6:30 " " " " " " " "
6:45 " " " " " " " "
7:00 " " " " " " " "
7:15 Valerie sitting in Area C. Viewing T.V.
7:30 Valerie sitting in Area C. Watching T.V.
7:45 " " " " " " " "

8:00 Valerie is being given a enema by Nurse Cherrie.

8:15 Valerie being escorted to bathroom

-Exhibit 52