

CORE LOG

Started Night 3/21/05

RECORD

*Exhibit 53*

4

night Shift                    Tues
                               3/22/05,

11:15
P/S

Errors FYI written on V. Young.
While upturning her mattress she grazed her
face onto the headboard and caused injury
to her left eye. It appears to be slightly
swollen and — not red.

Exhibit 53

5

Days - Tuesday                    March 22 2005

9-10

In treatment room

*Exhibit 53*

8

*Night Shift*     Wed
3/23/05

2:15/
/4:15     V Evans awoke at present

*

4:15/6:00  V. Evans ___ awake.

*Exhibit 53*

9

Dans - Wednesday _____ March 23. 2005

$\frac{2}{3}$

$\underline{1}$

- NPOS - bloodwork who done

-V. young and

*Exhibit 53*

12

Night Report          3/24/05

1145
915

V. Young,
are outside the other consumes appears
to be sleeping. no incidents reported

*Exhibit 53*

16

Night Report                    3/25/05

11:15
4:15

and              are out of bed.
, made rounds.

*Exhibit 53*

19

Night                    3/20/02

1) name is out of bed.

*Exhibit 53*

21

Days-Saturday                    march
1-3:30 ?0 - Dauno - visited by mother.

*Exhibit 53*

23

Night Report        3/27/05

5:15
6:00     Rounds made, staff reported, V. Young
is unsteady, the nurse was
notified, staff was enjoined to
oner V. Young close supervision.

Exhibit 53

26

3/28/05

115
316

"V. young, and"
are awake and out of bed.

315    Wings are quite        V.y are
516    out of bed.

*Exhibit 53*

28

Day Shift
Monday
3/28/05

9:11A  All Consumers transported to prison
except V. Young.
They remained on the wings (3/4) A
has a cold. They are with
All doctors appt was cancelled at
BDC to see eye doctor until Mon 1,
Consumers are,
, V. Young.

Exhibit 53

32

Dans-Tuesday          —          March 29,2005

9-11

4. Vitamins _____ (cold symptoms
held
back from pregnant per doctor.

*Exhibit 53*

35

Night Report

Wed
3/30/05

Melanie Went to Sleep

*Exhibit 53*

52

C: 6/+3+1

Day Shift
Sunday
4/3/06

7A 9A

was seen by the doctor for ear + V. Young for her fingers.

*Exhibit 53*



55

Are awake en 314.

*Exhibit 53*

58

Nights    Tues
6/5/05

1451
/400    I/R written on V. Young — Mrs Young
was attempting to toss her mattress onto
the floor. She slipped & hit her face into
the headboard causing abrasion to her over
her left eye, which was bleeding. Nod
notified & reminded.

600/pm    V. Young made the rest
G the nights

*Exhibit 53*



6b

night shift     wed

4:07 Valarie started removing her pamper. She
6:00 will not keep on clothing.

*Exhibit 53*



ZO4A  B  1:1  All shifts 65
Nights          Thurs
                4/2/05

IR written on Valarie Yang - Valarie was
Observed getting up from the flr. where she
sustained a scratch on her left eyebrow.
Mal.      notified & responded.

*Exhibit 53*



66

Day Shift Thursday 4/7/05

1-3??
Seen by ?

V. Ina.

*Exhibit 53*

72

Night Report     4/9/05

1:15
5:15

are out of bed     V. Young

3:15
5:15

V. Young,     are out
of bed.

Exhibit 53



*Exhibit 53*

84

*Day Shift*
*Tuesday*
*4/12/05*

9A-11A

All other consumers went to
program except    + V. Young, remained
on the wing.

*Exhibit 53*

86            Nights -      4/3/05 WED

2151
/4^5   Walking around the unit. Exhibiting uncooperative
behavior.     V. Young is Awake &

*Exhibit 53*



88

Day Shift
Wednesday
4/13/05

9A-11A

V. Young had a meeting also.

*Exhibit 53*

89

Evening _____ 4/13/05
Wed

9-1130
bed

, v+, are out of
bed

*Exhibit 53*



90

Night Report          4/14/05 –

staff reported that V. Young "has
a switch on the L eye".

*Exhibit 53*

95

5-7

6Am while Ms Young Was being Showered She droped Her self to the floor Batting Her face Causey a large Cut to Her left eye Nurse + I responded Reportable Written

Exhibit 53



96

Days-Friday                    April 15, 2005

*Exhibit 53*

100

Sans-Saturday.                    March 16, 2005

1-330

*V. Young = visited by mother
and sister

*Exhibit 53*

116

Day Shift ~~Monday~~ Wednesday 4/20/05

9-11

Special

meeting held on V. Young.

11-1

*V. Young

is to remain in "wheelchair" at
all times as per Dr.

*Exhibit 53*

122

Day Shift 4/22/05 Friday

4-1

Ms. Young came to visit with Valerie

*Exhibit 53*



128

*nights* 2/24/05 8pm

4/18

Show procedure for U. Young, will be
implemented, Must this was entered.

*Exhibit 53*

Day Shift   Monday   4/25/05

133

99

Doctor saw V. Young & removed her
sutures.

YOUNG  9950

*Exhibit 53*

137

Evening Shift          4/26/05

3/16³⁰

Valerie Young returned from appt.

*Exhibit 53*

139

Day Shift    Wednesday 4/27/05

1100 | 00

New chairs & new helmet today. Valerie got a

Exhibit 53

152

Day Shift
Sunday
5/1105

PS - V. Young mother came "by today—

*Exhibit 53*

155

Day Shift
Monday
5/2/02

9 to 11°

V. Young went to the dentist

*Exhibit 53*

164

Eeenna Shut                    5/4/05

3/6/05

, Valeri has been on treatment given

YOUNG 9955

*Exhibit 53*

165

Nights 5/5/05

6'st
7:00
Completed Tar                    *Placework
                              & V Young.

*Exhibit 53*



173

Night        5/7/05
             Saturday

115-3/5              V4 still out of bed.

*Exhibit 53*

187

Night          5/11/05
               Wed

35 Rounds were Made. V.H.  are both out
of bed at this time

*Exhibit 53*

188

Days — Wednesday , May 11 2005,

9-11

escurtie the BBC-Dad

— V. Young

*Exhibit 53*

195

Night                    5/13/05
                         Friday

25
of bed          Wours         are out

*Exhibit 53*

199

Night          Out
              5/14/05

3-5        are awake                        √√

*Exhibit 53*

203

Day Shift
Sunday
5/15/0?

11/?/0?

mother came to see her.

V. Young

*Exhibit 53*

223

Night _____ Saturday
5/21/05

11:15 P

* V young
are all awake & out of bed at
this time

1:35 c                                V Y is
still out of bed .

3:15-5:15 c
             VY refuses to so to bed seat
in area A .

*Exhibit 53*

221

Day Shift Friday - 5/20/05

7A

~~~~~~~~~~~  N/S staff still
Doing reportable incident on V. Young

9A

V. Young received four sutures in head

11A

1P  V. Young was not issued a mat should
not be using mat by bed area
at all.

Exhibit 53

226

*Night Report*

May 22, 2005

125

V. Young put to bed because her left ankle swollen.

*Exhibit 53*

229

Nights

5/23/05 (nm)

4/15/05

Nurse ____ giving meds to Units 3/3 &
3/4. "V. Young refused her meds.
Several attempts were made to give her
meds & Valerie refused. She threw her
Ensure onto the Floor & she said "No I
do not want it"

*Exhibit 53*

231

Evening Shift - Monday - 5/23/05

5/
03

V. Young refused to take her meds

103 - Rdr. V. Young,                    "stir up-
/13

*Exhibit 53*

233

Day Shift
Tuesday
5/24/05

1/8/100

the EKG:                    V. Urine refused

*Exhibit 53*

238

Day shift
Thursday
5/26/05

Negat          5/26/05

11 - 1¹⁵

'V4
temi             are all up at this

*Exhibit 53*

242

Night  Friday
5/27/05

5¹⁵-7¹⁵

N Young's feet appear swollen "Nurse
Notified"

*Exhibit 53*

Day Shift Friday slobs

243

-3ºº

visited by mother   V-Young

*Exhibit 53*

254

Nigt                    Tuesday
                        5/31/05

1¹⁵ - 3¹⁵

3¹⁵ - 5¹⁸    *TR Written on VY fell out of bed.

                        VY/Crane Continue

    to Slide out of bed.

Exhibit 53

270

Dear~Saturday,                    June 4, 2005

                                  ~~the~NYN-Your~

                    visited her mother.

*Exhibit 53*

279

Night       Tuesday
6-7-05

Youngs is Setting up at this time

awake        Youngs Still

*Exhibit 53*

286

Night    J Ahus
8/9/05

1'-3'⁸

on 34 are all out w/ bed    V4±
at this point.

3'5-5'''    V4 remains

*Exhibit 53*



*Exhibit 53*