

Exhibit 54

5

V. Young woke up at 4.15 Am

*Exhibit 54*

**YOUNG 9978**

8

Monday          NIGHT SHIFT          3/21/05

3-15 All consumers are still asleep, except
   ___  ___  , N.Y.

*Exhibit 54*

11

Night Shift                                    3/22/05

1ˢᵗ 2ⁱᵈ incident report on Valerie Young
bruise over her (l) elbw Supervisor
notified
          Valerie out of bed.

Exhibit 54

15

Night Shift                     3/23/05

Census: 17

1/3    asleep except for          All consumers
       Valerie          ; V. Young,
       are walking around the
       wing. Valerie is stripping, tearing down
       curtains + turning over mattresses. All
       are being supervised.

3/5    Wet checks done. All consumers asleep
       except for Valerie.              All
       are being supervised.

★ V. Young,              N.P.O.

*Exhibit 54*

16

Days—Wednesday          March 23, 2005

7-9

*V. Zhang              —NPOX blood—
mark Slone

_____ *Exhibit 54*

18

*Rxenen a Shift*

*consumed in Bed
except 1/6*

Exhibit 54

19

8/24/05    Night Shift

11:30

1:30

Valerie Young is Walking
Around the Ward

1:30/
2:30

Consumers resting except
for Valerie Young. All is Well

Exhibit 54

YOUNG 9984

21

Thursday    Evening shift    3/24/05

30 30
5 - 7

Vy on Enema.'    'Nurse Gave'

*Exhibit 54*

**YOUNG 9985**

22

C  17                    Night Report                    3/25/05

V·O
7·11

V - young
are out of bed

*Exhibit 54*

25

3-26-05

night Repat

V.Y Still out of bed!

V. Young Still up!

*Exhibit 54*

27

Saturday    EVENING SHIFT   3/26/05

30 30
9 -11                                              V.4

are still out of bed.

*Exhibit 54*

28

3-28-05

night Report

4 V. Young wD refuse to go back
to bed
5
6

cases informed of V. Young being
unstable; staff was informed to
closely supervise her,

*Exhibit 54*

**YOUNG  9989**

30

_____  Brenda Shute _____ 3/03/95

/q⁰⁰

/q⁰⁰ containers settlued down W

quien enema

q⁰⁰

/11⁰⁰ bed except all consumers us

*Exhibit 54*

31

Night Shift                     3/28/05

1/1    All consumers asleep
acct except for V. Yang,
all are being supervised.

1/3    All consumers
asleep except for V. Yang,
all are being supervised.

2/5    All consumers
asleep except for
Valerie.

Exhibit 54

32

Day Shift
Mondaif
3/28/05

9ᵃᵐ - 11ᵃᵐ

Eye dr. appt
Cancelled for V. Young reschedule 4/1/05

11ᵃᵐ - 1ᵖᵐ

Em
V. Young
on the wing had cold w/   remained

Exhibit 54

33

EVENING SHIFT
Monday
3/28/05

V.Y. had an enema ✓

9-11 All Consumers are asleep in bed except
V.Y.

*Exhibit 54*

34

Night Shift                    3/29/0.

11/1

all consumers asleep + quiet except for
V. Young. ———————— V. Young sitting w/
staff.

1/3

All consumers asleep except
for ____ V. Young. ,, ,, All are being
supervised.

3/5                      All consumers asleep
except for Valerie.

*Exhibit 54*

35

Day Shift
Tuesday
3/29/05

9:10ᵃ All consumers transported to
program except Y Young,
remained on the wing, they
have a cold

*Exhibit 54*



40

3-31-05

night Report

4"
V.Y.    up!

*Exhibit 54*

44

## Day Shift Friday 4/1/05

11-1

V. Vang taken to BPC Eye appt.

*Exhibit 54*

49



4-3-05

night Report

V.Y. Still up?

4

V. Young Still up

*Exhibit 54*

56

Night Sheet _____ 4/5/05

2/4   resting except V. young,  'Consumers
              who are awake
*'I/R written on V. young for
 abrasion over left eme.

7/7⁵

  I/R on V. Young.

*Exhibit 54*

57



Day Shift    Tuesday
4 1/2 hrs

7-9

for "fall    Doctor ✓ saw Valerie
no sutures a.m.

*Exhibit 54*

58

Eve                    Tues

3-5

V Young
Undressing. She was redirected +
redressed.

5-7

V Young Showered
+ Placed In Her bed She appears
very Sleepy Nurse Notified.

*Exhibit 54*

YOUNG 10001

60

4-5-05

night Report

3 Rounds.
Vig up.

*Exhibit 54*

63

4- 7- 05

night Report

1³⁵ V.y. had an I/R written Scratch on Lefteye Brow

*Exhibit 54*

64

Thursday    Day Shift    4/7/05

1-3³⁰ Valerie seen by Dr. Capasti
for neurology

*Exhibit 54*

65

4/7/05     Thursday Evening Shift

9:30-11     All consumers
are in their beds except V.V.

*Exhibit 54*

YOUNG 10005

68

Eve                    Friday
                                4/8/05

9-11³⁰ Consumers had snacks & are
now lounging in bed about IV.
Are still up.

*Exhibit 54*

69

4-9-05

night Report

3 Pounds!
x Viyoung                    uPi

*Exhibit 54*

71

Saturday      Slumber Party   4/9/05

9-11

Most cons
umers are asleep in bed, except for
V.4.

Exhibit 54

YOUNG 10008

78

*Eue          Mon*
*4/11/05*

9-11 *X*

*VV, 1 are*

*Still out of bed.*

*Exhibit 54*

79

Night Report 4-12-05

12°° Consumers in bed sleeping Except
+ Valerie Young

*Exhibit 54*

80

Day Shift
Tuesday
4|12|05

9:00 |1A

All other consumers transported to
program except   V. Young remained
on the wing.

4A-1:00   All consumers had lunch & meds
on their trip except   V. Young
who remained on the wing

*Exhibit 54*

4-13-05

Night Report

3 Rounds:
↓ Young up at this time

4° Rounds:
U.Y still up.

*Exhibit 54*

84

Eue                    Wed
                       4/13/05

7.8

Are still out of bed,

*Exhibit 54*

85

Night                    4/14/04

800

415/
500          all the censures are accounted
for, all appears to be sleeping
except V. young
No problem or incidents reported
                    consumer accounted
for, all the consumer appears
to be sleeping except V. young

515/
515     consumer slept well except V young
she was up for most of the night

515/
615

715

YOUNG 10014

Exhibit 54

88

Night    Friday
            4/15/05

5-7 15

On Vyoune hit eye causing a large
cut,

IL Written

*Exhibit 54*

YOUNG 10015

89

Days-Friday _____ April 15 2005

★U. Young
run my Dr.

*Exhibit 54*

94

4-17-04

Night Report

4"

· v·4· up

YOUNG 10017

*Exhibit 54*

99

11/17/05 Evening shift

7³⁰/
/7³⁰

of bed                                    ✓ young out

9³⁰/
/7³⁰

V V out of bed wing

*Exhibit 54*

100

Night Report _____ 4/18/05

015/
515  are sleeping except
     V.G.                          Consumer

Exhibit 54

Day Shift   4/20/05   C-17 Wednesday

107

9-11

meeting held on 1 V. Young she Special
is ~~aaug~~ to be in Wheelchair
at all times.

*Exhibit 54*

112

Evening Ship  4/21/05

V V quien eneda

*Exhibit 54*

YOUNG 10021

114

Day Shift          4/22/05

11-1

V. Youngs mother is visiting on the Wing

1+3³⁰   V. Youns mother just left the Wing

*Exhibit 54*

128

b. minimum Shirt          8/26/05

V. Young
of bed all other consumers u.
bed

*Exhibit 54*

YOUNG 10023

138

Evening Shift

VY, has, braided

*Exhibit 54*

YOUNG 10024

147

Evening Shift
5/24/05

7:30/
9:30 g

Most consumers are asleep in bed except
V.Y.

YOUNG 10025

*Exhibit 54*



155

Day Shift Thursday  5/5/05

9-11

KJMC appt.  V. Young taken to

*Exhibit 54*

159

Running Shift — Friday — 5/6/05

9d —                    Most Antrums
11:00  in  bed except for
V/young.

*Exhibit 54*

160

Day Shift
Saturday
5/7/04

8:00

V. Young mother came
to see her.

*Exhibit 54*

Evening Shift    5/7/0

161

7⁰ Wing quiet all consumers
in bed except,     q VY
11³⁰

*Exhibit 54*

162

Night Shift

To V. Y.

are out of bed all other

4

5    V.Y. is stripping

V.Y. is in her chair.

6

7

*Exhibit 54*

YOUNG 10030

165

Nigh Report 5-9-05

1ᵗ 2ᵗ in bed resting Except Consumers Valerie and Miller awake

*Exhibit 54*

173

Evening Shift 5·11·05

430

1130

Counters, 4 in Bed 4 [illegible]

Exhibit 54

176

Overnight Shift — Thursday — 5/12/05

Most consumers
in bed except V4 & DH, CD

9:00 Wing quiet mostly all consumers
11:30 in bed except V4

Exhibit 54

178

Night Shift

5-13-05

4 N-Y. ⊙ is awake in bed.
V.YS is out of bed and in
her chair because she was on
elev.

Exhibit 54

YOUNG 10034

180

friday        EVENING SHIFT     5/13/05

$7^{30} - 9^{30}$

Most consumers retired to their beds. V.y. is out of bed

*Exhibit 54*

**YOUNG 10035**

181

Night Shift

5-14-05

12                                    the ward

is calm and quiet V.Y _____
are out of bed.

1  Most consumers are in bed V.Y.
   is still out of bed. all others consumers
   are o.k. Nurse made rounds

2  The ward is calm and quiet
   and calm. V.Y as out of bed

3  Consumer are alseep the ward
   is quiet. super made round

4  Consumers are in there beds
   V.Y. is still out

*Exhibit 54*

192



Day Shift Tues  5/17/05

7-9

9-11

V. Young very
assaultive + abusive she
will be seen by doctor.

*Exhibit 54*

194

Night Shift

5-18-05

1

2

V.Y. out

V.Y. out on bed

3  V.Y. out on bed.

4  V.Y.
bed    no. out on

*Exhibit 54*

201

*Night* ___ 5/20/05
Friday

5-7¹⁵

IR Written on Ulcers (found today)
Nurse Notified & Sup Responded
Medication & Supplement provided

*Exhibit 54*

202

Day Shift 5/20/05 Friday

7-9

NB doing statements on V. Young
for cut to back of head
Reportable I/x written she
recieved 4 sutures.

9-11

V. Young was not
issued "mat" should not be
using mat by bed area.

*Exhibit 54*

203

Evenin Report        5-20-05

9$^{30}$ g$^{30}$

My        are still out of bed, no

*Exhibit 54*

YOUNG 10041

Night Report                5-21-05

3¹⁵ 5⁴⁵

Valerie still sitting in her w/c

*Exhibit 54*

205

Evening shift

5-21-05

11:30 Wing clean all most consomers are
sleeping except _____ and valerie

*Exhibit 54*

Night Report          5-22-05

11:15/15

Valerie Young out of bed.

1:15 3:15

Valerie put to bed, all other consumers in bed sleeping

:15 :15

*Exhibit 54*

207

Running Shift — Sunday — 5/22/05

Still up.                                          V. Young

*Exhibit 54*

209

Evening Shift  5/23/05

V. young attemps to hit staff
and Consumers She was remain to quiet are
Dinner is served first and Secound
first feeding done, all ate well except
V. young refused to eat Dinner
supp. She also refused to take
made, supervison and rhere notin

730

V. young refused to recreate
she is very agitated

9

V. young took her Meds. She's awake in
areo

1130

*Exhibit 54*

210

5/24/05 Nightshift

1:15/
3:15  out of bed and Yn r. young is for wte.

3:15/ Wing is quiet v. young still
5:15  out of bed

*Exhibit 54*

**YOUNG 10047**

211

Day Shift Tue. 5/24/05

11-1

V Yang
have BBC EKG beat

*Exhibit 54*

213

Whirler *Rabant* _5-25-03_

Except Valerie Young                    in WP

*Exhibit 54*

215

Evening Shift   5-25-05   Wednesday

1030
/
11°°   All consumers are in bed except Ms
V Young.

*Exhibit 54*

216

Night Shift

1/30/ all consumers
in bed except
/130 N young.

130/ all consumers in bed asleep
except N. young.

_Exhibit 54_

YOUNG 10051

217

Day Shift Thursday 5/26/05

9-11
Young on 311 with
class.

*Exhibit 54*

218

*Evening Shift*

Most consumers
settling down except

All consumers
in bed except

*Exhibit 54*

219

3/27/05          Night Shift

11³⁰ At the start of shift most of
the consumers asleep. V. young out of
bed.

12³⁰ V. Young in bed.

*Exhibit 54*

221

Evening shift.
5-27-05

[-10]

most consumes
One is bed sleep except

*Exhibit 54*

225



Night Report 5-29-05

11 15 15

consumers in bed Sleeping Except Valerie and
awake.

*Exhibit 54*

234

6/1/05            Night shift

11³⁰    Rds. made valerie Young out of bed,

12³⁰    Valerie Y. remain out of bed.

1³⁰    Valerie Y. being escorted to her bed.

*Exhibit 54*

YOUNG 10057

238

6/2/05  Night Shift

11 15/
/1 15

Consumers resting except
and V. young out of bed.

1 15/
/3 15    All consumers
resting. V. young out of bed in
her w/c.

3 15/
/5 15    V. young
is awake and out of bed

*Exhibit 54*

241

6/3/05      *Night Shift*

4³⁰ Valerie Young      out of bed.

5³⁰ Valerie y.      remain out of bed.

*Exhibit 54*

246

6/5/05    Night Shift

11¹⁵
/15

V. young
is out of bed. All other consumers resting

8¹⁵/
5¹⁵    Wing is quiet all consumers
resting V. young out of bed

*Exhibit 54*



252

Night Report — 6-7-05

Valerie got up

Valerie still up, 0

*Exhibit 54*

YOUNG 10061

257

Kenneth Saint

6/8/05

9<sup>pm</sup> "Wing Chores" are continued. All
consumers are in bed except
and V. Young, both are sitting quietly

*Exhibit 54*

258

Thursday Night Shift  6/9/05

12:15/
/1:15  in bed except V young    Consumers

1:15/
/3:5  V young,
     we walce,

3:5/
/5:5  is awake ,    V young,

*Exhibit 54*

263

Evening shift

6-10-08

3-5

7-9⁸⁰ All Consumers are showerd
and is in the bed ~~~~~~~~~
~~~~~~ Except Valerie

*Exhibit 54*

269

Night Shift  6/13/05

_____ and V. Young out of bed all
Other Consumers asleep.

V. Young,  ,  all out of bed.

Young,  _  remain out of bed.

_Exhibit 54_

278

Day Shift     Wednesday
6/15/05

11-1 Lunch is served. Noon meds
V. Yang have
BDC podiatry appts.

*Exhibit 54*

279

EVENING    6/5/05

9

, V.Y, and    , is up watching T.V.

10

*Exhibit 54*

| 280 | |
|---|---|
| | 6/16/05    Night Shift |

1¹⁵/3¹⁵  V. Young and                    is out
of bed

3¹⁵/6¹⁵  Wing is quiet all consumers resting
except V. Young

*Exhibit 54*

YOUNG 10068

| 290 | *Evening Shift - Sunday - 6/19/05* |

7P -

Pt V. Young being given a enema
When being seated to
Bathroom #3 in Shower Chair. Once in bathroom
Ms. Young became Unresponsive. Nurse
Supervisor notified and responded. Saints
notified to call code blue. Dr.,
on wing. 911 ~~code~~ was called. ; Ems
on wing. Victim taken to hospital. Escorted
by Staff.

*Exhibit 54*