# THE CATAFAGO LAW FIRM, P.C. MEMO ENDORSED
*A Professional Corporation*

THE EMPIRE STATE BUILDING
350 Fifth Avenue, Suite 4810  New York, New York 10118

TELEPHONE: (212) 239-9669
FACSIMILE (212) 239-9688
info@catafagolaw.com

JACQUES CATAFAGO*

STEVEN W. KAISER

OF COUNSEL:
NADIENNE VINCENT
JONATHAN BAUER

* N.Y., N.J., FL., D.C. BARS

LONG ISLAND OFFICE

595 STEWART AVENUE
GARDEN CITY, NY 11530
TEL: (516) 239-8818

May 21, 2008

BY FEDERAL EXPRESS



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/08

The Hon. Lewis A. Kaplan
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: Young v. OMRDD et al. 07 CV 6241 (LAK)

Dear Judge Kaplan:

We represent the plaintiffs herein.

Plaintiffs' Reply to the Defendants' Opposition to the Motion for Sanctions (filed as Documents #20-21) is due on Friday, June 6, 2008. We write seeking permission to file a Reply Memorandum of over ten pages, not to exceed twenty pages.

Respectfully submitted,

Catafago Law Firm, PC
& Jonathan Bauer, Esq.
Attorneys for Plaintiff

By: _____
Jonathan Bauer

SO ORDERED granted

LEWIS A. KAPLAN, USDJ
6/11/08

c: Jose L. Velez, Esq.
   Assistant Attorney General (by facsimile)