JUL-14-2008  11:13          NYS OAG                                    P.02

Page 1

*Kaplan, J.*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

ESTATE OF VALERIE YOUNG, et al.,

               Plaintiffs,            Case No : 07-cv-06241-LAK-AKH

    against

STATE OF NEW YORK OFFICE OF MENTAL
RETARDATION & DEVELOPMENTAL SERVICES,
et al.,

              defendants.

.....................................................................

Stipulation to Briefing Schedule

    Whereas this Court has ordered that the defendants file their motion for summary judgment by August 1, 2008, counsel for the respective parties have consulted and hereby stipulate and agree to the following briefing schedule:

    1. Plaintiffs shall file their opposition papers by or before September 8, 2008.

    2. Defendants shall file their reply papers, if any, by or before September 29, 2008.

Dated:  July 16, 2008

*No extensions absent good cause*

United States District Judge

Stipulated and agreed:

Catafago Law Firm, PC and
Jonathan Bauer, Esq.
Attorneys for Plaintiffs

By: Jonathan Bauer, Esq.

Dated: July 14, 2008

Office of Andrew Cuomo
Attorney General, State of New York
Office of the Attorney General
Attorneys for Defendants

By: Jose L. Velez, Esq.
Assistant Attorney General

Dated: July 14, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
       7/16/08

TOTAL P.02