UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

| | | |
|---|---|---|
| Estate of VALERIE YOUNG, et al., | : | **DECLARATION OF JOSE L. VELEZ IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| Plaintiffs, | : | |
| - against - | : | |
| STATE OF NEW YORK OFFICE OF MENTAL RETARDATION AND DEVELOPMENTAL DISABILITIES, et al., | : | |
| | : | 07-CV-6241 (LAK)(DCF) ECF Case |
| Defendants. | : | |

------------------------------------------------------------------------X

JOSE L. VELEZ, an attorney admitted to practice before the Courts of the State of New York and this Court, certifies pursuant to 28 U.S.C. § 1746 and under penalty of perjury, that the following is true and correct:

1.  I am an Assistant Attorney General in the office of Andrew M. Cuomo, Attorney General of the State of New York, attorney for defendants State of New York Office of Mental Retardation and Developmental Disabilities ("OMRDD"), Brooklyn Developmental Disabilities Service Office ("BDDSO") Director Peter Uschakow, Deputy Director of Operations Jan Williamson, Residential Unit Supervisor Gloria Hayes, Treatment Team Leader Kathleen Ferdinand and Medical Doctor Jovan Milos, and Hudson Valley Developmental Disabilities Services Office Deputy Director of Operations Suresh Arya.

2.  Annexed hereto under Exhibit Tab A is a true and accurate copy of Plaintiffs' Complaint filed with the Court on July 6, 2007.

3.  Annexed hereto under Exhibit Tab B is a true and accurate copy of Defendants' Answer to the Complaint filed with the Court on September 21, 2007.

4. Annexed hereto under Exhibit Tab C is a true and correct copy of the Joint Pretrial Order, dated July 2, 2008.

5. Annexed hereto under Exhibit Tab D is a true and accurate copy of designated pages of the transcript of the deposition of plaintiff Viola Young that was taken on January 29, 2008.

6. Annexed hereto under Exhibit Tab E is a true and correct copy of designated pages of the transcript of the deposition of plaintiff Loretta Young Lee that was taken on January 28, 2008.

7. Annexed hereto under Exhibit Tab F is a true and correct copy of designated pages of the transcript of the deposition of plaintiff Sidney Young that was taken on January 28, 2008.

8. Annexed hereto under Exhibit Tab G is a true and correct copy of designated pages of the transcript of the deposition of defendant Peter Uschakow that was taken on April 11, 2008.

9. Annexed hereto under Exhibit Tab H is a true and correct copy of designated pages of the transcript of the deposition of defendant Suresh Arya that was taken on April 8, 2008.

10. Annexed hereto under Exhibit Tab I is a true and correct copy of designated pages of the transcript of the deposition of defendant Jan Williamson that was taken on April 10, 2008.

11. Annexed hereto under Exhibit Tab J is a true and correct copy of designated pages of the transcript of the deposition of defendant Kathleen Ferdinand that was taken on April

7, 2008.

12.    Annexed hereto under Exhibit Tab K is a true and correct copy of designated pages of the transcript of the deposition of defendant Gloria Hayes that was taken on April 18, 2008.

13.    Annexed hereto under Exhibit Tab L is a true and correct copy of designated designated pages of the transcript of the deposition of defendant Dr. Jovan Milos that was taken on March 27, 2008.

Dated: New York, New York
       August 1, 2008

                                      Respectfully submitted,
                                      ANDREW M. CUOMO
                                      Attorney General of the
                                          State of New York
                                      Attorney for Defendants
                                        By:

                                      S/
                                      JOSE L. VELEZ
                                      Assistant Attorney General
                                      120 Broadway, 24th Floor
                                      New York, N.Y. 10271
                                      (212) 416-8164

To:    JONATHAN BAUER, ESQ.
        The Catafago Law Firm, P.C.
        Empire State Building
        350 Fifth Avenue, Suite 4810
        New York, NY 10118
        (212) 239-9669

Docket No.  07 CV 6241 (LAK) (DCF)

_____
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

Estate of VALERIE YOUNG by VIOLA YOUNG, as Administratrix of the Estate of Valerie Young, and in her personal capacity, SIDNEY YOUNG, and LORETTA YOUNG LEE,

                        Plaintiffs,

    -against-

STATE OF NEW YORK OFFICE OF MENTAL RETARDATION AND DEVELOPMENTAL DISABILITIES, PETER USCHAKOW, personally and in his official capacity, JAN WILLIAMSON, personally and in her official capacity, SURESH ARYA, personally and in his official capacity, KATHLEEN FERDINAND, personally and in her official capacity, GLORIA HAYES, personally and in her official capacity, DR. MILOS, personally and in his official capacity,

                        Defendants.
_____

                DECLARATION
_____

        ANDREW M. CUOMO
        Attorney General of the
        State of New York

        ATTORNEY FOR
          Defendants

        Office and Post Office Address
        120 Broadway, 24th Floor
        New York, New York 10271
        (212) 416-8164

_____