# INDEX TO EXHIBITS

I. **Dr. JOVAN MILOS DECLARATION EXHIBITS**

   Exhibit A - Special Case Conference Summary of Meeting (Bates 7783 - 7784), dated November 3, 2004.

   Exhibit B - Individual Program Plan Review Meeting (Bates 7787 - 7794), dated January 12, 2005.

   Exhibit C - Annual CFA Team Meeting Discussion (Bates 7629 - 7682), dated April 13, 2005.

   Exhibit D - Special Case Conference Summary of Meeting (Bates 7743 - 7744), dated April 20, 2005.

   Exhibit E - Emergency Adaptive Equipment Shop Work Request, dated April 26, 2005.

   Exhibit F - Physical therapy referral (Bates CQC95), dated April 27, 2005, and Report (Bates CQC95).

   Exhibit G -  Radiology Report Bates CQC92 - CQC93), dated May 5, 2005

   Exhibit H - Progress Notes (Bates 0124, 8188), dated May 26 and 27, 2005.

   Exhibit I - Report of Autopsy Bates 0099 - 0104), dated June 20, 2005.

   Exhibit J - Mortality Review - Valerie Young (Bates 0111 - 0113).

II. **Dr. DIANE SIXSMITH DECLARATION EXHIBITS**

   Exhibit A - Defendants' Expert Witness Report of Dr. Diane M. Sixsmith, dated February 26, 2008.

   Exhibit B - Plaintiffs' Expert Witness Report of Richard P. Bindie, dated April 25, 2008.

   Exhibit C - Defendants' Expert Witness Rebuttal Report of Dr. Diane M. Sixsmith, dated May 8, 2008.

**III. JOSE L. VELEZ DECLARATION EXHIBITS**

Exhibit A - Plaintiffs' Complaint filed with the Court on July 6, 2007.

Exhibit B - Defendants' Answer to the Complaint filed with the Court on September 21, 2007.

Exhibit C - Joint Pretrial Order, dated July 2, 2008.

Exhibit D - Designated pages of the transcript of the deposition of plaintiff Viola Young that was taken on January 29, 2008.

Exhibit E - Designated pages of the transcript of the deposition of plaintiff Loretta Young Lee that was taken on January 28, 2008.

Exhibit F - Designated pages of the transcript of the deposition of plaintiff Sidney Young that was taken on January 28, 2008.

Exhibit G - Designated pages of the transcript of the deposition of defendant Peter Uschakow that was taken on April 11, 2008.

Exhibit H - Designated pages of the transcript of the deposition of defendant Suresh Arya that was taken on April 8, 2008.

Exhibit I - Designated pages of the transcript of the deposition of defendant Jan Williamson that was taken on April 10, 2008.

Exhibit J - Designated pages of the transcript of the deposition of defendant Kathleen Ferdinand that was taken on April 7, 2008.

Exhibit K - Designated pages of the transcript of the deposition of defendant Gloria Hayes that was taken on April 18, 2008.

Exhibit L - Designated pages of the transcript of the deposition of defendant Dr. Jovan Milos that was taken on March 27, 2008.