BROOKLYN DEVELOPMENTAL CENTER

ADAPTIVE EQUIPMENT SHOP <u>WORK REQUEST</u>

Program/RESIDENT __VALARIE YOUNG__ WING __314__ DAY PROGRAM _____

Requested by __O.T.__ Date __2-3-05__

EQUIPMENT to be repaired or modified: _____
(ie. wheelchair, chair, etc.)

SERIAL NUMBER _____
What needs to be done or problem description.

Located, repaired and installed b/r lateral elevating legrests.

Approved _____ Date _____
           Physician

Continue on other side or attach additional sheet, if necessary.

DATE Referral received: __2-3-05__   DATE Assigned: __2-3-05__
AES Assigned: __[signature]__   DATE Completed: __2-3-05__
SIGNATURE OF PERSON RECEIVING EQUIPMENT: __B. Anderson__ DATE __2-8-05__

Total work time in hours: __1 HR__

Material   ( ) H.D. polyethylene _____     Qty        ( ) Leg rests _____    Qty
used:      ( ) Kydex _____                              ( ) Wheels _____
           ( ) Foam _____                               ( ) Armrests _____
           ( ) Naughahyde _____
           ( ) Nuts _____ Bolts _____
           ( ) Webbing _____
           ( ) Other: _____

2-3 P = 1 HR

Young 8721