# ~~Emergency~~

**BROOKLYN DEVELOPMENTAL CENTER**

ADAPTIVE EQUIPMENT SHOP <u>WORK REQUEST</u>

Program/RESIDENT __Valerie Young__ WING __314__ DAY PROGRAM _____

Requested by __Staff/OTR__ Date __4.26.05__

EQUIPMENT to be repaired or modified: _____
(ie. wheelchair, chair, etc.)

SERIAL NUMBER __EZJ 2453335__

What needs to be done or problem description.

Issued Valerie Young a wheelchair with:
- padded seat & back cushions
- seat cushion was fuller in depth
- fabricated soft calf support
- adjusted footplate height

Approved _____ Date _____
              Physician

Continue on other side or attach additional sheet, if necessary.

DATE Referral received: __4.27.05__ DATE Assigned: __4.27.05__
AES Assigned: __Courtney Rogers__ DATE Completed: __4.27.05__
SIGNATURE OF PERSON RECEIVING EQUIPMENT: __Bettie Iden__ DATE __4.27.05__

Total work time in hours:        Qty        Qty

Material used:
- ( ) H.D. polyethylene _____
- ( ) Kydex _____
- ( ) Foam _____
- ( ) Naughahyde _____
- ( ) Nuts _____ Bolts _____
- ( ) Webbing _____
- ( ) Other: _____

- ( ) Leg rests _____
- ( ) Wheels _____
- ( ) Armrests _____

Young 8720