## SPECIAL CASE CONFERENCE

NAME: V. Young          C#: _____          UNIT: _____

REASON FOR CONFERENCE: Incident of 11/3/04

CONFERENCE DATE: 11-5-04

## TEAM ATTENDANCE

| NAME | TITLE |
|---|---|
| [signature] | SDADP |
| [signature] Hayes | RUS |
| K. Villanueva | [illegible] |
| M. Wain | [illegible] |
| Miles | MD |
| [signature] | [illegible] |
| [signature] | FNC |

Young 7783

## SPECIAL CASE CONFERENCE

**NAME:** Valerie Young
**CON#:** 090-0032
**UNIT:** 314
**DATE:** 11-5-04

### SUMMARY OF MEETING

Reason for conference: incident of 11-3-04

*DISCUSSION:*

The met to discuss an incident involving Valerie Young. Upon return from program, Valerie was observed with her 2nd and 3rd digits of her left hand swollen and discolored. She was sent out for evaluation to rule out fracture, which was negative. Valerie was diagnosed with a soft tissue contusion and the fingers were wrapped up. The physician stated that she will be re-evaluated as needed. Staff report that Valerie swings her hands (possibly that's how she sustained the injury?) and the psychologist will place a baseline in for that behavior. Valerie will also be placed on 15 minute checks.

*RECOMMENDATIONS:*

1. Baseline for swinging hands to be implemented.
2. 15 minute checks.
3. Hands to be re-evaluated as needed by the physician.

Prepared by: _[signature]_ Date: 11/5/04
Team leader: _[signature]_ Date: 11/5/04

Young 7784