CQCAPD                Fax:5183881275           Feb 7 2008 18:21  P.08

| NAME (Last) Young  (First) Valeri  (M.I.) | "C" NO./ODIS NUMBER  BDC 314 | | DATE OF BIRTH | GENDER F |
|---|---|---|---|---|
| ADDRESS | IS CLIENT ELIGIBLE FOR MEDICARE? ☐ YES ☐ NO | | MEDICARE NUMBER | |
| CONSULTING SERVICE  DR HAHN Psychiatry | MEDICAID NUMBER | | | |

**PERTINENT CLINICAL HISTORY**

**PRESENT MEDICAL CONCERNS**

Consumer appears increasingly sedated, sleeping most of the time, ↓ability to participate in daily activities.

**PRESENT MEDICATIONS**

Clozapin 25mg 6am – 62.5mg QHS PO, Prevacid, Colace, MoM
Tegretol 400mg 6am – 400mg 4pm – 400mg QHS PO, Remeron 45mg QHS PO
Topamax 100mg BID PO        Inderal 80mg TID PO

PHYSICIAN  Milos Javan MD 6127        Date 09/17/07

**REPORT (FINDINGS, DIAGNOSIS, RECOMMENDATIONS)**        DATE OF REPORT 09/17/07

She has difficulty to mobilize in the morning / requires wheelchair to come to program. Her aggressive behavior improved.
Pt shows good eye contact, but she doesn't produce any speech.
She is able to follow simple command according staff.
She is incontinent of bladder/bowel & wears diaper.
She is cooperative c ADL assistance.
Pt's personal hygiene: appropriate. Pt has excessive drooling.
Affect: flat. Sensorium × alert
Cognitive perception / intellect / memory / insight / judgment = impaired
Dx: Sch c b und

Rec: ① Considering her violent behavior is under control,
② Continue current regime of treatment
③ Serum Tegretol level ∵ it is above 12ug
    Then ↓ Tegretol
④ ↓ Remeron to 30mg HS

7/25 Tegretol 7.5

Signed  J.Hahn (KH)

FACILITY/AGENCY        OMRDD  CONSULTATION REQUEST        CQCT38 (3-83)