CQCAPD                Fax:5183881275              Feb  7 2006  18:11    P. 17

# Kingsbrook Jewish Medical Center

**Radiology Report**

585 Schenectady Avenue, Brooklyn, NY. 11203 • (718) 604-5461

| | | | |
|---|---|---|---|
| NAME: | YOUNG, VALERIE | Date of Birth: | 08/06/1955 |
| CQC#: | 052937 | Sex: | F |
| Dial/Pt#: | 9896150 | Date of Exam: | 05/05/2005 |
| Location: | RAD- RADIOLOGY REGISTRATION {descp} | Date of Order: | 05/05/2005  10:30 |
| Attending MD: | JOVAN MILOS | Ordered By: | JOVAN MILOS |
| Adm/Reg: | May 5 2005 10:23AM | Referred By: | UNASSIGNED |
| Discharge: | | Accession #: | 337521 |

***Final Report***

**CLINICAL HISTORY:** \ pain

**XRY 0921 - LUMBAR SACRAL COMPLETE - May 5 2005**

**REASON FOR EXAM:** Pain.

**FINDINGS:** Radiographic examination of the lumbosacral spine was performed in AP, lateral, and coned-down views.

There is narrowing and sclerosis with bridging osteophytosis noted at the L5-S1 level with mild osteophytosis seen at the other lumbar levels. The other intervertebral disc spaces appear well maintained. The foramina appear patent. Sclerosis is noted at the facet joint especially noted at the L5-S1 level. There is no evidence of fracture or dislocation.

**IMPRESSION:** Degenerative changes specifically noted at the L5-S1 level. No fracture or dislocation. If pain persists, we would recommend CT or MR.

Interpreting Physician:   LAMONT D. BROWN M.D. May 7 2005 9:46A
Transcribed by / Date:          PSC on May 7 2005 4:16P
Approved Electronically by / Date: HODGES JASON L. May 9 2005 8:29A

CQC92

Form no. X01736 rev.12/01

CQCAPD            Fax:5183881275            Feb  7 2008  13:11      P. 13

| NAME (Last) Young (First) Valeri (M.I.) | "C" NO./DDIS NUMBER | DATE OF BIRTH 08/06/55 | GENDER F |
|---|---|---|---|
| ADDRESS  BDC 314 | IS CLIENT ELIGIBLE FOR MEDICARE?  ☐ YES  ☐ NO | MEDICARE NUMBER | |
| CONSULTING SERVICE  Radiology  KJMC | MEDICAID NUMBER  BZ66389C | | |

**PERTINENT CLINICAL HISTORY**

**PRESENT MEDICAL CONCERNS**

For X-Ray L-S spine

**PRESENT MEDICATIONS**

PHYSICIAN  Milos Javan MD 642-6124    Date 05/03/05

**REPORT (FINDINGS, DIAGNOSIS, RECOMMENDATIONS)**        DATE OF REPORT

X-RAY
EXAMS: L-S SPINE

DATE: 05/05/05  TIME:    BY: CRC

Signed _____

(USE BACK OF FORM IF NECESSARY)

FACILITY/AGENCY        OMRDD        36/MED(HH) (7-03)
CONSULTATION REQUEST        CQC93