# VITAL RECORDS CERTIFICATE

# DEATH TRANSCRIPT

THE CITY OF NEW YORK - DEPARTMENT OF HEALTH AND MENTAL HYGIENE

## CERTIFICATE OF DEATH

DATE FILED: NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE 6/23/2005 2:28:30 PM

Certificate No. 156-05-028155

**1. DECEDENT'S LEGAL NAME:** VALERIE (First Name) DENISE (Middle Name) YOUNG (Last Name)

**2a. Place of Death:** New York City
**2b. Borough:** Brooklyn
**2c. Type of Place:** 2 ☒ Emergency Dept /Outpatient
**2d. Name of hospital or other facility:** Brookdale Hospital

**3a. Date of Death:** June 19, 2005
**3b. Time:** 9:32 PM
**4. Sex:** Female
**5. OCME Case No.:** K-05-03154

### 6. CAUSE OF DEATH

**PART I**
a. Immediate cause: Pulmonary embolism
b. Due to or as a consequence of: Deep veins thrombosis of lower extremities
c. Due to or as a consequence of: Inactivity due to seizure disorder of undetermined etiology

**PART II** Other significant conditions contributing to death but not resulting in the underlying cause given in Part I.

**8. Manner of Death:** ☒ Natural
**9. Autopsy:** ☒ Yes
**10.** Certifier Signature: Frede Frederic, Date June 20th, 2005
Certifier Name (Print): Frede Frederic
Medical Examiner

**11a. Usual Residence State:** N.Y.
**11b. County:** KINGS
**11c. City or Town:** BROOKLYN
**11d. Street and Number:** 259 E. 49 STREET
**ZIP Code:** 11203
**11e. Inside City Limits?** ☒ Yes

**12. Date of Birth:** AUGUST 6, 1955
**13. Age at last birthday:** 49
**14. Social Security No.:** 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

**15a. Usual Occupation:** DISABLED

**17. Birthplace:** BROOKLYN, NY.
**18. Education:** 3 ☒ High school graduate or GED
**19. Ever in U.S. Armed Forces?** 2 ☒ No
**20. Marital Status at Time of Death:** 4 ☒ Never married

**22. Father's Name:** SIDNEY A. YOUNG
**23. Mother's Maiden Name:** VIOLA McCOWAN

**24a. Informant's Name:** VIOLA YOUNG
**24b. Relationship to Decedent:** MOTHER
**24c. Address:** 259 E. 49 STREET BROOKLYN, NY. 11203

**25a. Method of Disposition:** 1 ☒ Burial
**25b. Place of Disposition:** PINELAWN MEMORIAL PARK
**25c. Location of Disposition:** FARMINGDALE, NY.
**25d. Date of Disposition:** 06/25/2005

**26a. Funeral Establishment:** HOUSE OF HILLS INC.
**26b. Address:** 1000 ST. JOHNS PL. BROOKLYN, NY. 11213

Steven P. Schwartz, Ph.D., City Registrar

Do not accept this transcript unless the security features listed on the back. Reproduction or alteration of this transcript is prohibited by §3.21 of the New York City Health Code if the purpose is the evasion of any provision of the Health Code or any other law.

**DATE ISSUED:** JUN 23, 2005
**DOCUMENT No.** U894959

VR 16 (Rev. 01/03)