```
 1
 2     UNITED STATES DISTRICT COURT
       SOUTHERN DISTRICT OF NEW YORK
 3     -----------------------------------------X
       Estate of VALERIE YOUNG, by VIOLA YOUNG,
 4     as Administratrix of the Estate of
       Valerie Young, and in her personal
 5     capacity, SIDNEY YOUNG, and LORETTA
       YOUNG LEE,
 6                     Plaintiffs,
                                      Index No.:
 7            vs.                     07CV6241

 8     STATE OF NEW YORK OFFICE OF MENTAL
       RETARDATION AND DEVELOPMENTAL
 9     DISABILITIES, PETER USCHAKOW,
       personally and in his official
10     capacity, JAN WILLIAMSON, personally
       and in her official capacity, SURESH
11     ARYA, personally and in his official
       capacity, KATHLEEN FERDINAND,
12     personally and in her official
       capacity, GLORIA HAYES, personally and
13     in her official capacity, DR. MILOS,
       personally and in his official capacity,
14
                        Defendants.
15     -----------------------------------------X

16                      April 8, 2008
                        9:59 a.m.
17

18          Examination before trial of SURESH

19     ARYA, held at the offices of The Catafago

20     Law Firm, P.C., 350 Fifth Avenue, New

21     York, New York, pursuant to Notice,

22     before Wendy D. Boskind, a Registered

23     Professional Reporter and Notary Public

24     of the State of New York.

25
```

```
 1
 2      A P P E A R A N C E S:
 3
 4      THE CATAFAGO LAW FIRM, P.C.
 5      Attorneys for Plaintiffs
 6           Empire State Building
 7           350 Fifth Avenue
 8           New York, New York 10118
 9      BY:  JACQUES CATAFAGO, ESQ.
10           JCatafago@catafagolaw.com
11
12      STATE OF NEW YORK
13      OFFICE OF THE ATTORNEY GENERAL
14      ANDREW M. CUOMO
15      Attorneys for Defendants
16           120 Broadway
17           New York, New York 10271-0332
18      BY:  JOSE L. VELEZ, ESQ.
19           Jose.Velez@oag.state.ny.us
20
21      ALSO PRESENT:
22           PATRICIA PAWLOWSKI, ESQ.
23           Counsel's Office
24           Office of Mental Retardation
25            and Developmental Disabilities
```

5

```
1                   Arya
2     your attorney.  Can you do that, sir?
3          A.   Yes.
4               (Deposition Exhibit
5          Plaintiffs' Arya 1, Notice to take
6          the deposition of the Defendant
7          Office of Mental Retardation and
8          Developmental Disabilities, marked
9          for identification, as of this
10         date.)
11         Q.   Let me just show you the
12    Notice to take the deposition of the
13    Defendant Office of Mental Retardation
14    and Developmental Disabilities.  It's
15    marked as Exhibit 1, Arya 1.
16              And I ask you, sir, do you
17    understand that you are here pursuant to
18    this notice as well as your own
19    individual capacity and official
20    capacity?
21         A.   Mm-hmm.
22         Q.   "Yes"?
23              MR. VELEZ:  You need to say
24         "Yes" or "No".
25         A.   Yes.
```

6

1           Arya
2     Q.    Okay.
3           MR. CATAFAGO:  Counsel, just
4     so we establish, he is here under
5     FRCP 30(b)(6) --
6           MR. VELEZ:  That's correct.
7           MR. CATAFAGO:  -- as well as
8     his individual and officer official
9     capacity.
10          MR. VELEZ:  That's correct,
11    counsel.
12          MR. CATAFAGO:  Thank you.
13    Q.    By whom are you presently
14    employed?
15    A.    New York State Office of
16    Mental Retardation and Mental
17    Disabilities, Hudson Valley DDSO.
18    Q.    In what capacity?
19    A.    Deputy director.
20    Q.    How long have you been --
21    A.    There since September --
22    Q.    2004?
23    A.    -- 2004.
24    Q.    And were you at BDC before
25    that?

51

1           Arya
2           Plaintiffs' Arya 9, document, which
3           is part of the policy and procedure
4           manual at BDC, Bates stamped
5           D 1605, marked for identification,
6           as of this date.)
7       Q.    I want to show you what's
8   been marked as Exhibit 9 -- Arya Exhibit
9   9, Bates stamped D 1605, and ask you
10  whether or not you recognize this
11  document.
12      A.    Yes.
13      Q.    Is this part of the policy
14  and procedure manual at BDC?
15      A.    Yes, it is.
16      Q.    And is it correct that the
17  nurse administrator was required to
18  report all pertinent matters to you, as
19  deputy director of operations?
20      A.    Yes, pertinent matters.
21      Q.    Do you recall any matters at
22  all that the nurse administrator reported
23  to you reported to you regarding Valerie
24  Young at any time?
25      A.    It's very difficult to

52

1                    Arya
2  remember those kinds of things, it
3  happened many many years.
4        Q.   Do you remember any?
5        A.   I -- it's very difficult to
6  say.
7        Q.   When would the nurse
8  administrator typically report something
9  to you?
10       A.   Anything that's unusual,
11 anything where she needed my support --
12 my assistance.
13       Q.   What kinds of things would
14 that be?
15       A.   Patient care, that's
16 something that they have difficulty in
17 getting consultants, they have
18 difficulty -- if they need more staffing,
19 yes, that's....
20       Q.   How often did you get such
21 communications from the nurse
22 administrator while you were there, as
23 deputy director?
24       A.   It can be any day, two times
25 a day --

53

```
 1                    Arya
 2        Q.   So some days it was three
 3   times a day?
 4        A.   Sometimes it was three times
 5   a day, on different occasions.
 6        Q.   Approximately how many times
 7   a year?
 8        A.   I would not -- I wasn't 24-
 9   hour on call, they used to call me at
10   home.
11        Q.   The nurse administrator.
12        A.   Yes, the nurse administrator,
13   clinical consultation.
14        Q.   Other than what you've
15   described, do you recall any specific
16   conversation you had with anyone
17   regarding Valerie Young at any time,
18   other than counsel?
19        A.   Lately, no.
20        Q.   Ever.
21        A.   What do you mean "ever"?
22             MR. VELEZ:  I will just
23        object, that's really very broad,
24        but --
25             MR. CATAFAGO:  Yes.
```

75

```
 1                    Arya
 2   need their help, so you take that
 3   document to be billed.
 4        Q.   Do you know if there were
 5   such documents involving Valerie?
 6        A.   She has to have Medicaid or
 7   Medicare.
 8        Q.   Do you know if she had it?
 9        A.   Uh -- I cannot say what she
10   had, but yes, she had it.
11             Even if she did not have
12   regular, she would have emergency
13   Medicaid card, so that she will have
14   something.
15             MR. CATAFAGO:  I'm going to
16        call for the production of that.
17        According to my notes, those
18        certifications were not produced.
19             (REQUEST.)
20             MR. VELEZ:  Counsel, the full
21        medical file was produced.  Maybe
22        you just need to make a second
23        look, because it's 10,000 pages.
24             MR. CATAFAGO:  Yes, I have
25        10,000 pages, I'm telling you my
```

80

```
1                    Arya
2        Q.   Right.
3        A.   -- there is the gray record,
4    there is blue, so different binders.  It
5    may not be part of her medical records.
6    The medical record is completely
7    different.
8             MR. CATAFAGO:  So we ask for
9        all records relating to her
10       treatment.
11            (REQUEST.)
12            MR. VELEZ:  And all records
13       were produced.
14       Q.   And this is not something
15   that's destroyed, right --
16       A.   No.
17       Q.   -- this is something
18   maintained?
19       A.   It's currently kept.  The old
20   ones are destroyed.
21       Q.   How often are they destroyed?
22       A.   Until the new one is placed,
23   then you don't need the old one.
24       Q.   How --
25       A.   It's ongoing current
```