BROOKLYN DEVELOPMENTAL CENTER
DVP RECORD
TABLE OF CONTENTS

I. CLIENT INFORMATION                                           COLOR CODE SECTION

  1. I.D. Sheet - BDC Ø                                                TAN
  2. Diagnostic Report - IPP 4
  3. Client's Rights Statement
  4. Medicaid Certification - 75 Med. (MR)
  5. Pre-Admission Information - New Admissions only
  6. UR 3

II. MEDICAL

  1. Physical
     a. Annual Assessment DVP 30                                       RED
     b. Comprehensive Medical 34 Med.
     c. Physicians Notes

  2. Consultations - Where Applicable - 36 Med.
     a. Eye                                                             "
     b. Neurological
     c. Gynecological
     d. Podiatry
     e. Physiatry
     f. Chest X-ray
     g. Psychiatric
     h. Other

  3. Lab Tests
     a. CBC                                                             "
     b. Blood Chemistry
     c. Urinanalysis
     d. Stool
     e. Hep-B Profile (if applicable)
     f. Other

  4. Nursing
     a. Annual Assessment                                               "
     b. Quarterly Nursing Summary
     c. Nursing Notes

  5. Medication
     a. Physicians Orders                                               "
     b. Side Effect Sheet
     c. Pharmacy Review
     d. Medication and Treatment Record - 223 NS
     e. Monthly Psychotropic Drug Review
     f. AIMS form - Tardive Dyskinesia Check-list

  6. Charts
     a. Seizure - 216 Med.                                              "
     b. Weight - 199 Med.
     c. Immunizations - 9 Med.
     d. Menstrual

Young 8035

-2-

    7. <u>Dental</u>                                                            <u>COLOR CODE SECTION</u>
       a. Annual Assessment - DVP 30
       b. Dental Chart - 122 Med.                          RED
       c. Dental Notes

    8. <u>Dietary</u>
       a. Annual Assessment - DVP 30                        "
       b. Dietary Notes - DVP 95

III. <u>PROGRAM ASSESSMENTS/NOTES</u>

    1. ATP/Education                                                GREY
    2. Direct Care
    3. Occupational Therapy
    4. Physical Therapy
    5. Psychology
    6. Recreation
    7. Rehabilitation/Community Program
    8. Social Service
    9. Speech/Audiology

IV. <u>PLAN OF CARE</u>

    1. <u>Process Record</u> - DVP 1
       a. Letters of Invitation                           BLUE
       b. Follow-up Letters

    2. <u>Team Assessment</u>
       a. Annual Comprehensive Team Assessment/BDC Rev. 7/87   "
       b. Post-Institutional Plan
       c. Needs/Capabilities List-BDC 40-45
       d. Master Goal List - BDC 50
       e. Daily Activity Schedule-BDC 65

    3. <u>Program Plans</u>
       a. Program Goal Plans - DVP 55                     "
       b. Data Sheets/Supplemental Data Sheets - BDC 5/87

V. <u>PROGRAM PLAN REVIEW</u>

    1. 90 Day Review - BDC Rev. 8/86                      YELLOW
    2. Monthly Review - BDC 95.2

VI. <u>CORRESPONDENCE</u>                                                GREEN

Young 8036