# The Pottsville Hospital and Warne Clinic



Celebrating 110 years

1895 — 2005

April 25, 2008

Jonathan Bauer
Attorney at Law
134 East 93rd Street
Apt. 11A
New York, NY 10128

**Re: Case of Valerie Young**

Dear Attorney Bauer:

At your request I have reviewed and evaluated documents regarding the death of Valerie Young to formulate an opinion based on reasonable medical certainty on the causation of death of Valerie Young who expired at the age of 49 years on June 19, 2005.

I have reviewed the following documents to arrive at my opinion:

1. Letter by Mark Rappaport, RN, of the State of New York Commission on Quality of Care and Advocacy for Persons with Disabilities dated October 24, 2005 addressed to Peter Uschakow, Director, Brooklyn DDSO

2. A letter by Diane M. Sixsmith, M.D. dated February 26, 2008 addressed to Jose L. Velez, Esq., Assistant Attorney General, New York State Department of Law.

3. Case analysis report of Investigator Mark Rappaport.

4. Selective medical records of Valerie Young from Brooklyn Development Center

2. The report of the autopsy performed on the body of Valerie Young on June 20, 2005 by Frede I. Frederic, M.D. in the Brooklyn Mortuary of the Office of Chief Medical Examiner of the City of New York.

I offer the following:

 

1. The autopsy revealed massive bilateral pulmonary emboli due to deep vein thrombosis (DVT) of the legs found on posterior dissection of the lower extremities.
   The autopsy excluded anatomic causes for DVT such as cancer and other tumors, trauma, cardiovascular disease, congestive heart failure, recent surgery, and obesity. Dr. Frede concluded that the cause of the DVT was inactivity. I agree with the autopsy findings and opinion.
   I did not examine autopsy photos or microscopic slides of the lung, the veins of the legs, or other organs.

2. There are classical signs and symptoms of DVT that health care providers look for in patients to diagnose DVT and institute diagnostic testing and therapy. However, DVT is frequently asymptomatic or the symptoms are not classical. The first sign of DVT can be pulmonary emboli or sudden death. A high index of suspicion is necessary.

3. It is recommended that all patients be screened for DVT upon admission to a health care facility and then whenever there is a change in their clinical condition.
   Screening can include a check list of risk factors. Each risk factor is assigned a number. The numbers are added and the higher the sum, the more serious or higher the risk for DVT.
   There should be a plan for prophylaxis or treatment for risk categories from moderate to high to highest risk.
   The patient's physician must be notified of the DVT screening score.
   The State of New York Commission on Quality of Care and Advocacy for Persons with Disabilities had recommended a DVT risk assessment process and a plan for prophylaxis or treatment based on the results of the risk factor assessment.

4. Inactivity is a risk factor for DVT including sitting for long periods of travel in an automobile or plane.

### OPINION:

Valerie Young died as a result of bilateral massive pulmonary emboli due to deep vein thrombosis of the legs due to inactivity.
Multiple factors contributed to this inactivity including prolonged sitting in a wheelchair, multi drug therapy and drug interactions, and the patient's medical, neurological, and psychiatric conditions.

420 South Jackson Street, Pottsville, PA 17901 • (570) 621-5000

 

It was this inactivity that caused DVT in the legs. The thrombi broke loose in the legs, traveled to the lungs as pulmonary emboli and caused death.

Sincerely,

Richard P. Bindie, M.D., Forensic Pathologist

RPB/cmg

420 South Jackson Street, Pottsville, PA 17901 • (570) 621-5000

**RICHARD P. BINDIE, M.D.**
*FORENSIC PATHOLOGIST*

Pottsville Hospital & Warne Clinic
420 South Jackson Street
Pottsville, PA 17901
(717) 621-5262

Residence
150 Avenue E
Schuylkill Haven, PA 17972
(717) 385-2494

## CURRICULUM VITAE

| | |
|---|---|
| PREMEDICAL: | LaSalle College, Philadelphia, Pennsylvania, 1959-1962 |
| MEDICAL SCHOOL: | Temple University School of Medicine, Philadelphia, Pennsylvania, 1962-1966 |
| ROTATING INTERNSHIP: | Germantown Hospital and Medical Center, Philadelphia, Pennsylvania, 1966-1967 |
| OBTAINED LICENSE: | Pennsylvania, 1967 |
| PATHOLOGY RESIDENCY: | Anatomical and Clinical Pathology, Germantown Hospital, 1967-1971 (Chief Resident, 1969-1971) |
| CERTIFIED: | Anatomical Pathology by American Board of Pathology, 1972 |
| CERTIFIED: | Clinical Pathology by American Board of Pathology, 1972 |
| CERTIFIED: | Forensic Pathology by American Board of Pathology, 1992 |
| DIPLOMATE: | American Board of Pathology, Certified in Forensic Pathology |
| FELLOW: | College of American Pathologists |
| FELLOW: | American Society of Clinical Pathologists |
| FELLOW: | American Academy of Forensic Sciences |
| MEMBER: | National Association of Medical Examiners |
| MEMBER: | American Medical Association |
| MEMBER: | Pennsylvania Medical Society |
| MEMBER: | Past President and Secretary, Schuylkill County Medical Society |
| MEMBER: | Pennsylvania Association of Clinical Pathologists |
| MEMBER: | American Society of Microbiology |
| DIRECTOR: | Department of Pathology, Pottsville Hospital and Warne Clinic, Pottsville, Pennsylvania, 1975-present |

RICHARD P. BINDIE, M.D.
Forensic Pathologist