CQCAPD                    Fax:5183881275              Feb  7 2006 17:55      P. 04



| | | |
|---|---|---|
| GEORGE E. PATAKI<br>GOVERNOR | **STATE OF NEW YORK**<br>COMMISSION ON QUALITY OF CARE AND<br>ADVOCACY FOR PERSONS WITH DISABILITIES<br>401 STATE STREET<br>SCHENECTADY, NEW YORK 12305-2397<br>(TTY) 800-624-4143<br>www.cqc.state.ny.us | GARY O'BRIEN<br>CHAIR<br>ELIZABETH W. STACK<br>ANGELO T. MUCCIGROSSO<br>COMMISSIONERS |

November 15, 2005

Viola Young
259 East 49th Street
Brooklyn, NY  11203

                              Re:    Valerie Young
                      QCCID:    0506138

Dear Ms. Young:

    The Commission has completed its investigation into the death of your daughter, Ms. Valerie Young. Because of confidentiality laws I cannot discuss specific clinical details regarding Valerie's care. However, I can inform you that we identified several concerns about the care and treatment provided, and the facility has submitted a plan of correction addressing these concerns. We believe that the proposed changes should help prevent a similar incident from recurring.

    If you would like copies of the Commission's correspondence with Brooklyn DDSO, send a request to Gary Masline, our Public Information Officer, at the above address.

    The Commission now considers this case closed. If you have any questions please call me at (518) 388-2862. Thank you for giving us the opportunity to address you concerns.

                                                    Sincerely,

                                                    Mark Rappaport, RN, MS, NP-P
                                                  Quality Assurance Facility
                                                  Review Specialist II
                                                  Division of Quality Assurance
                                                  and Investigation

CQC13

AN EQUAL OPPORTUNITY/AFFIRMATIVE ACTION EMPLOYER
REASONABLE ACCOMMODATION WILL BE PROVIDED ON REQUEST