

CORE LOG

Started Night 3/21/05

RECORD

6/2/05

4

night Shift     Tues
3/22/05,

11:15
pm

Elk written on V. Long:
while upturning her mattress she grazed her
face onto the headboard and caused injury
to her left eye. It appears to be slightly
swollen and ___ not red.

5

Days-Tuesday                    march 22 2005

9-11

In treatment room (on fr)

8



Night Shift    Wed
3/23/05

2:15/
4:15    ♂ Tom's awake at present

★

4:15/6:00    V. Tom    awake.

9

Dans — Wednesday — — March 23.2005

$\frac{7}{8}$

$\underline{7}$

— V. Young and
— NPO$\S$ — bloodwork who done

12

Night Report        3/24/08

1:15

2:15

V. Young,
and outside the other consumers appears
to be sleeping. no incidents reported

16

Night Report          3/25/05

11:15
4:15

and          are but of bed.
made rounds.          V young,

YOUNG  9923

19

Night                    3/20/01 —

1) name is out of bed.

21

Days-Saturday                    march
1-3³⁰⁴⁰-Queens - visited by mother.

23

Night Report          3/27/05

5:15 / 6:00  Rounds made, staff reported, V. Young
is unsteady, the nurse was
notified, staff was enjoined to
over V. Young close supervision.

YOUNG 9926

26

3/28/05

115
316

"V. young, and"
are awake and out of bed.

315    Wings are quite          V.4 are
516    out of bed.

28

*Day Shift*
*Monday*
*3/28/05*

9-11A   All consumers transported to program
except V. Young.
they remained on the wings (3-4)
has a cold. they are with
All doctors appt was cancelled at
BDC to see eye doctor until April 1,
Consumers are:
, V. Young.

YOUNG  9928

32

Dans-Tuesden          —     March 29 2005

9-11      (1)

4 Hours ........ — .... (cold symptoms
held
back from prayers per doctor —

35

Night Report

Wed
3/30/05

4/15/
/00

Melanie went to sleep

52

C: 6/+3+1

Day Shift
Sunday
4/3/06

7A 9A

was seen by
the doctor for ear + V. Young for her fingers.



55

Are awake on 314.

YOUNG  9932

58

Nights 6/5/05 Tues

1400 — I/R written on V. Young — Ms Young
was attempting to toss her mattress onto
the floor. She slipped & hit her face into
the headboard causing abrasion to her over
her left eye, which was bleeding. Nad
notified & reminded.

0600 — V. Young made the bed
G the nights

61

*night shift* wed

Valarie started removing her camper. She will not keep on clothing.



ZO4A B 1:1 All shifts [65]
Nights         Thurs
4/2/05

IR written on Valarie Young - Valarie was
observed getting up from the flr. where she
sustained a scratch on her left eyebrow.
Kral    notified & responded.

66

Day Shift Thursday 4/7/05

1-3⁰⁰
Seen by Dr.

J. Young

YOUNG  9936

72

Night Report          4/9/05

1/15
3/15

are out of bed    . V. Young

3/15
5/15

V. Young,          are out
of bed.



84

Day Shift
Tuesday
4/12/05

9A-11A

All other consumers went to
program except _____ + V. Young, remained
on the wing.



86    Nights -    4/3/05 WED

2/5/48  Walking around the unit. Exhibiting uncooperative behavior.  V. Young is Awake &



88

Day Shift
Wednesday
4/13/05

9A 11A

V. Young had a meeting also.

89

Evening ———— 4/13/05
Wed

9-1130
bed

, or are out of



90

Night Report 4/14/03 -

staff reported that V. Young "has
a scratch on chow L eye".

95

5-7

6Am while Ms Young Was being
Showered She droped her self to
the floor Battering her face Causing
a large Cut to her left eye Nurse
+ I responded Reportable written



96

Days-Friday                        April 15, 2005

V. Young

100

Sans Saturday.                    March 16, 2005



1-330

\*U. Young visited his Mother
and sister

116

Day Shift ~~Monday~~ Wednesday 4/20/05

9-11

meeting held on V. Young. Special

11-1

*V. Young is to remain in "wheelchair" at all times as per Dr.



122

Day Shift  4/22/05  Friday

4-1

Ms. Young came to visit with Valerie

YOUNG  9948



128

*nights*                    2/24/05 8m

4/18 08

Show procedure for b. Long, will be
implemented, must als were entered

Day Shift   Monday   4/25/05   133

99

Doctor saw V. Young & removed her sutures.

137

Evening Shift                    11/26/05

3/16³⁰

Valerie Young returned from appt.

139

Day Shift    Wednesday  4/27/05

1:00 / :00

New chair + new helmet today,    Valerie got a

152

Day Shift
Sunday
5/1105

Ps. V Young mother came "by today—

155

Day Shift
Monday
5/2/02

9⁰ ₁₁⁰

V. Young went to the dentist

164

Evening Shift                    5/4/05

3/6/05

, Valerie has been on, treatment given

165

Nights 5/5/05

Completed Tür

*Picolwork
& V Young.

YOUNG 9956



173

Night          5/7/05
               Saturday

115-3/5              VY still out of bed.

YOUNG  9957

187

Night        5/11/05
             Wed

35 Rounds were Made. J.I, are both out
of bed at this time

188

Days – Wednesday, May 11 2005,

9-11

– V. Young
escurted to BBC-Dad

195

Night                    5/13/05
                         Friday

15

oh bed          Worn      are out

199

Night        Out
             5/14/05

3-5        are awake            V/

203

*Day Shift*
*Sunday*
*5/15/05*

*12:00*

*V. Young*

*mother came to see her.*

YOUNG  9962

223

Night ___ Saturday
5/21/05

11:15-1:

# Young
are all awake & out of bed at
this time

1:15-3:15

Still out of bed.    V/Y is

3:15-5:15

V/Y refuses to so to bed seat
in area A.

221

Day Shift Friday - 5/20/05

9A

N/s staff still
doing reportable incident on V Young

9H

V. Young received four sutures in head

10H

V. Young was not issued a mat should
not be using mat by bed area
at all.

226

Night Report
May 22, 2005

125

V. Young put to bed because her
feet looks swollen.

229

Nights

5/23/05 (mm)

4/5/6

nurse — giving meds to units 3/3 &
3/4. V. Young refused her meds.
Several attempts were made to give her
meds & Valerie refused. She threw her
ensure onto the floor & she said "no I
do not want it"

231

Evening Shift - Monday - 5/23/05

5/23

V.Young refused to take her meds

103 - Rdr. V.Young,                    stir up.
113

YOUNG  9967

233

Day Shift
Tuesday
5/24/05

1/8 100

the EKG.                    V. Urine refused

238

Day Shift
Thursday
5/26/05

Negat          5/26/05

11-1¹⁵

V4
temi.                Are all up at this

242

Night    Friday
5/27/05

5¹⁵-7¹⁵

N Young's feet appear swollen "Nurse
Notified."

243

Day Shift Friday stmts

- 3rd

visited by mother —    V-Young —

254

Night          Tuesday
                5/31/05

1⁵ - 3¹⁵

3¹⁵  *IR Written on VY fell out of bed.
5¹⁰
                    VY/Rene Continue

to Slide out of bed.

270

Dear - Saturday,                    June 4, 2005,

visited her mother.

279

Night              Tuesday
                   6-7-05

Young is Setting up at this time

awake              Young still

286

Night     JAhus
8/9/05

$1 - 3^{18}$

on 34 are all out w. bed
at this point.

$3^{15} - 5^{15}$

V4 remain

