530 | asleep

12-17-04

DAY Report

9:45 V. Young in Program
10:00 V. Young. refuse her A.D.L.
10:15 V. Young. Screaming
10:30 V. Young Relaxing
10:45 V. Young refuse her WORK
11:00 V. Young sitting up Still refuse her work
11:15 V. Young sitting Still refuse her Work
11:45 V. Young is during some Work
12:00 V. Young is drawing during some work
12:30 V. Young Still during some WORK
12:45 V. Young during WORK
1:00 V. Young had her lunch
1:15
1:30 Back on Program
1:45 V. Young was change
2:00 V. Young doing some WORK
2:15 V. Young is in a good mood Laughing and talking about home and mom
2:30 V. Young still Talking about home and mom
2:45 V. Young - Still cutting about her mom

**YOUNG 11/07 - 0307**

12-17-04

3:00 ", V. Young Back on Wings"

YOUNG 11/07 - 0308