## BROOKLYN DEVELOPMENTAL CENTER
888 Fountain Avenue, Brooklyn, 11208
Tel. No. (718) 642-6113
Fax No. (718) 642-4707



# Fax

To: MARK RAPPAPORT

Fax No. (516) 388-2860

Tel. No. _____

From: JUDITH BEER

Date: 7/28/05

Pages to Follow: _____

Subject: VALERIE YOUNG - LOGS

Message:

YOUNG 11/07 - 0128

Evening Shift Sunday 6/19/05

- 3:30 — Rounds made at the start of shift. Visual body checks done, verbals given. No problems to report.
- 3:45 — Valerie is sitting in Area C watching T.V.
- 4:00 — " " " " " " "
- 4:15 — " " " " " " "
- 4:30 — " " " " " " "
- 4:45 — " " " " " " "
- 5:00 — " " " " " " "
- 5:15 — " " " " " " "
- 5:30 — Valerie is in the dining area, eating dinner.
- 5:45 — Valerie is still eating
- 6:00 — Valerie's finished eating. Diet taken well.
- 6:15 — Valerie is sitting in Area C watching T.V.
- 6:30 — " " " " " " "
- 6:45 — " " " " " " "
- 7:00 — " " " " " " "
- 7:15 — Valerie sitting in Area C. Viewing T.V.
- 7:30 — Valerie sitting in Area C. Watching T.V.
- 7:45 — " " " " " " "
- 8:00 — Valerie is being given a enema by Nurse Chezzie.
- 8:15 — Valerie being escorted to bathroom in

YOUNG 11/07 - 0129

Inc cont 6/19/05
shower chair to be showered by
Staff Y.Thompson + G.Lawrence.

11. 8:30 Staff noticed, Valerie Young
unresponsive immediately notified
nurse.

8:45 Valerie Young receiving medical
care by Nurse Aszia. EMS arrived
and took over medical care.

9:00 Valerie young still receiving medical care.

9:15 Valerie Young is leaving for hospital.
Staff escorted Y.Thompson + S.Killings.

9:30 Valerie Young arrived to hospital,
she's still receiving medical care.

YOUNG 11/07 - 0130