CQCAPD    Fax:5183881275    Feb 7 2008 18:08    P.45
Jul 28 05 11:06a   Brooklyn Dev. Ctr.    9171864247U7    P.2

Evening Shift Sunday 6/19/05

3:30 Rounds made at the start of shift. Visual body checks done, verbals given. No problems to report.

3:45 Valerie is sitting in Area C watching S.V.
4:00 " " " " " " " "
4:15 " " " " " " " "
4:30 " " " " " " " "
4:45 " " " " " " " "
5:00 " " " " " " " "
5:15 " " " " " " " "

5:30 Valerie is in the dining area, eating dinner.
5:45 Valerie is still eating
6:00 Valerie finished eating Diet taken well.
6:15 Valerie is sitting in Area C watching S.V.
6:30 " " " " " " " "
6:45 " " " " " " " "
7:00 " " " " " " " "
7:15 Valerie sitting in Area C Viewing T.V.
7:30 Valerie sitting in Area C Watching T.V.
7:45 " " " " " " " "

8:00 Valerie is being giving a enema by Nurse Chezzie.
8:15 Valerie being escorted to bathroom in

CQC76