

5

8.5
5.5

V. Young woke up at 4.15 pm

8

Monday    NIGHT SHIFT    3/21/05

3-15 All consumers are still asleep, except
[illegible] , N.Y.

11

Night Shift                                    3/22/05

1⁵ 2⁽ᵗ⁾ incident report on Valerie Young
bruise over her (L) eye. Supervisor
notified.
                    Valerie out of bed.

15

Night Shift        3/23/05

Census: 17

1/3    All consumers
asleep except for     , V. Young,
Valerie     are walking around the
wing. Valerie is stripping, tearing down
curtains + turning over mattress. All
are being supervised.

3/5 Wet check done. All consumers asleep
except for Valerie.     All
are being supervised.

★ V. Young,     N.P.O

16

Days—Wednesday          March 23,2005

7-9

*V.Zhang          —NPOX blood—
mark Sloane

YOUNG 9982

18

_Rvenena Shft_

_consumed in Bed except V6_

19

8/24/05  Night shift

11³⁰

1³⁰

Valerie Young is walking around the wing

1³⁰/2³⁰

Consumers resting except for Valerie young. All is well

YOUNG  9984

21

Thursday    Evening Shift    3/24/05

30 30
5 - 7

'Nurse gave

V.y. an Enema.'

22

C  17          Night Report          3/28/0?

V·0
T·0

V - young
are out of bed

25

3-26-05

night Repat

v.y. still out of bed!

v. young still up!

27

Saturday    EVENING SHIFT   3/26/05

30 30
9 -11

are still out of bed.

V.4.

YOUNG  9988

28

3-28-05

night Report

V. young WP refuse to go back
to bed

5
6

nurses informed of V. Young being , Recube
unstable; staff was informed to
closely supervise her,

30

_____ Rhenda Shuts _____ 3/05/95

$7^{00}$

$8^{00}$ consumers settling down W/
qules, enema

$9^{00}$

$11^{00}$ bed except all consumers in

31

Night Shift                    3/28/05

1/1    All consumers asleep
awake except for V. Yang,
all are being supervised.

1/3                            All consumers
asleep except for V. Yang,
all are being supervised.

2/5                            All consumers
asleep except for
Valerie.

32

Day Shift
Monday
3/28/05

9⁰⁰-11⁰⁰

Eye dr. appt
Cancelled for V. Young' reschedule 4/1/05

11⁰⁰-1⁰⁰

Em
V. Young,
on the wing, had cold w/ sensices

YOUNG  9992

33

EVENING SHIFT.
Monday .
3/28/05

V.y. had an enema J

9-11 All consumers are asleep in bed except
V.4.

34

Night Shift                    3/29/0.

11/1
All consumers asleep + quiet except for
V. Young. ——————— V. Young sitting w/
staff.

1/3
                    All consumers asleep except
for V. Young.            All are being
supervised.
3/5                     All consumers asleep
except for Valerie.

35

Day Shift
Tuesday
3/29/05

9:10 All consumers transported to
program except V. Young
remained on the wing, they
have a cold



40

3-31-05

night Report

4"

VY,        uP!

44

## Day Shift Friday 4/1/05

11-1

V. Vang taken to BPC Eye appt.

49



4-3-05

night Report

U.Y. Still up.

4

V. Young Still up

**YOUNG  9998**

56

Night Shift _____ 4/5/05

2/4    resting except V. young,
       'Consumers
                        who are awake
* I/R written on V. young for
abrasion over Left eric.

7/7⁵

    I/R on V. Young.

YOUNG  9999

57



Day Shift    Tuesday
4 hrs

7-9

for "fall" ——— Doctor 'saw Valerie
no sutures arms.

YOUNG 10000

58

Cave                    Tues

3-5

V young
undressing. She was redirected +
redressed.

5-7

V Young showered
+ placed in her bed. She appears
very sleepy. Nurse Notified.

60



4-5-05

night Report

3 Rounds,
Vit up.

63

4-7-05

Night Report

1:55 V.Y. had an I/R written Scratch on LeftEyeBrow

YOUNG 10003

64

Thursday   Day Shift   4/7/05

1-3³⁰ Valerie seen by Dr. Capati
for neurology

65

4/7/05     Thursday Evening Shift

9:30-11     All consumers
are in their beds except V.V.

68

Eve                     Friday
                        4/8/05

9-11³⁰  Consumers had snacks + are
now sleeping in bed. Rest IV.
Are still up.

YOUNG  10006

69

4-9-05

night Report

3 pounds!
4 Viyoung                    u.P.

71

Saturday     evening Bathbtt   4/9/05

9³⁰-11³⁰   Most cons
umers are asleep in bed, except for
       V.Y.

78

_Eve_ _Mon_
_4/11/05_

9-11 ℀

VV, I are

still out of bed.

79

Night Report 4-12-05

12⁰⁵ Consumers in bed sleeping Except
Valerie Young.

YOUNG 10010

80

Day Shift
Tuesday
4/12/05

9:30/11A

All other consumers transported to
program except     V. Young remained
on the wing.

4A.100    All consumers had lunch & meds
on their trip except     V. Young
who remained on the wing

YOUNG 10011

4-13-05

Night Report

3 Rounds:
↓ Young up at this time

4 Rounds:
V.Y still up.

84

Eric                    Wed
                        4/13/05

7.8

Are still out of bed,

85

Night                          4/14/04

$00

4/50    , all the censuses are accounted
for, all appears to be sleeping
except V. young
No problem or incidents reported
1:00                      consumer accounted
3/15   for, all the consumes appeared
to be sleeping except V. young

5/15
5/15   consumer slept well except V. young
ate was up for most of the night

5/15
6/15

7/5

88

Night    Friday
         4/15/05

5-7^{15}

On Vyoune hit ew/ causin a large
cut,

IR Written

89

Days-Friday                              April 15 2005

*(handwritten)* ~~nun~~ my Dr.   *V. Young*

YOUNG  10016

94

4-17-04

Night Report

4"

. v. 4. up

YOUNG 10017

99

11/17/05  Evening shift

730/
730
of bed                    ∨ Young out

930/
1130
∨∨ out of bed Wing

100

Night Report          4/18/05

1/15 ... consumer
5/15   are sleeping except
V.G.

107

Day Shift    4/20/05    C-17 Wednesday

9-11

Meeting held on I v. Young she
is ~~duty~~ to be in wheelchair
at all times.

Special

112

Evening Ship   4/21/65

TV guten eneda

114

Day Shift          4/22/05

11-1

V. Youngs Mother is Visting in
the Wing
1+3³⁰   V. Younis Mother Just left the
Wing

128

b. m____, Shirt          8/26/05

V. Young,
of bed, all other consumers u.
bed.

YOUNG 10023

138



147

Evening Shift
5/24/05

7:30/
9:30 g

Most consumers are asleep in bed except
V.Y.

YOUNG 10025

155

Day Shift Thursday 5/5/05

9:11

KJMC appt. V. Young taken to

159

Evening Shift – Friday – 5/6/05

9PM –                    Most Consumers
11:00  in bed except for
V. Young.

160



Day Shift
Saturday
5/7/04

8:00

V. Young mother came
to see her.

Evening Shift    5/7/01

161

7ᵖ  Wing quiet all consumers
/  in bed except,      ṣ VУ
/11³⁰



162

Night Shift

to V. Y.
are out of bed all other

4

5    V. Y. is stripping
5    V. Y. is in her chair.

6

7

165

Nigh Report 5-9-05

1⁵ 2⁵

in bed resting Except Valerie and
Miller awake

Consumers

173

Evening Shift     5·1·08

4³⁰

1⁰⁰

Comanders in Bed except

YOUNG 10032

176    Overnite Shift — Thursday — 5/12/05

Most consumers
in bed except V4, DH, CD

9:00 Wing quiet mostly all consumers
11:30 in bed except V4

178

Night Shift

5-13-05

4 N-4. on is awake in bed.
V.y is out of bed and in
her chair because she was on
elw.

180

friday     EVENING SHIFT     5/13/05

$7^{30} - 9^{30}$

Most consumers
retired to their beds. V.y.
is out of bed

181

Night Shift

5-14-05

12                              the usre
is calm and quiet V.Y. ......
are out of bed.
1  Most consumers are in bed V.Y.
is still out of bed. all others consumers
are o.k. Nurse made rounds
2  The usre is calm and quiet
and calm. V.Y. as out of bed
3  Consumers are alseep the usre
is quiet. supv. made round
4  Consumers are in there beds
V.Y. is still out



192

Day Shift Tues  5/17/05

7-9

9-11

V. Young very
assaultive + abusive she
will be seen by doctor.

194

Night Shift

5-18-05

1

2

V.Y. out

V.Y. out or bed

3   V.Y. out on bed

4   V.Y.
bed

aro. out on

201

*Night*        5/20/05
                *Friday*

5-7?⁵

IR Written on Vkerg (found tong)
Nurse Notified & Sup Responded
Medication & Supplement provided

202

Day Shift 5/20/05 Friday

7-9

NF doing statements on V. Young
for cut to back of head
Reputable I/x written she
recieved 4 sutures.

9-11

V. Young was not
issued 'mat" should not be
using mat by bed area.

203

Evenin Report          5-20-05

$9^{30} q^{30}$

They          are still out of bed, no

YOUNG 10041

Night Report          5-21-05

3:15 5:15

Valerie still sitting in her w/c

205

Evening shift

5-21-05

1130 11:30  II Wing clean at most Consomers are
sleeping except          and valerie

Night Report     5-22-05

11:15/15

Valerie Young out of bed.

1:15 3:15

Valerie put to bed, all other consumers
in bed sleeping

207

Morning Shift - Sunday - 5/22/05

Still up.                                                    V. Young

209

Evening Shift  5/23/05

V. young attempts to hit staff and consumers. She was remain to quiet area

5:30 Dinner is served first and second first feeding done, all ate well except V. young refused to eat dinner supp. She also refused to take meds, super visor and nurse notified

7:30

V. young refused to recreate she is very agitated

9

V. young took her Meds. She's awake in area

11:30

210

5/24/05 Nightshift

1¹⁵/
3¹⁵  out of bed andrn r. young is for wfe.

3¹⁵/  Wing is quiet r. young still
5¹⁵  out of bed

YOUNG 10047

211

Day Shift Tue. 5/24/05

11-1

V Yang
have BBC EKG best

YOUNG 10048

213

Whirled Robant _____ 5-25-03

Except Valerie Young                    in W/P

215

Evening Shift   5·25·05   Wednesday

1030
      All consumers are in bed except Ms
1130                                 V Young.

216

Night Shift

1130/ all consumers
in bed except
/130 N young.

130/ all consumers in bed asleep
except N. young.

217

Day Shift Thursday 5/26/05

9-11
Young on 311 with
class.

218

*Evening Shift*

Most consumers
settling down except

All consumers

in bed except

219

3/27/05        Night Shift

11³⁰ At the start of shift most of
the consumers asleep. V. young out of
bed.

12³⁰ V. Young in bed.

221

Evening shift.
5-27-??

[-10]

most consumes
One is bed sleep except

225



Night Report  5-29-05

11 15 15

consumers in bed sleeping Etept Valerie and
awake.

YOUNG 10056

234

6/1/05                    _Night Shift_

11³⁰    Rds. made Valerie Young out of bed,

12³⁰    Valerie Y. remain out of bed.

1³⁰    Valerie Y. being escorted to her bed.

238

6/2/05  Night Shift

11 15/
/1 15

Consumers resting except
and V. Young out of bed.

1 15/
/3 15  resting. V. Young out of bed in
her wlc.
All Consumers

3 15/
/5 15
is awake and out of bed
V. Young

241

6/3/05          Night Shift

4³⁰ Valerie Young                                    " out of
   bed.

5³⁰ Valerie Y.                           remain ᵃᵗ of bed.

YOUNG  10059

246

6/5/05   NightShift

11:15
/15

                                          V. Young
is out of bed. All other con
sumers resting

8:15/
/5:15   Wing is quiet all consumers
        resting V. Young out of bed



252

Night Report   6-7-05

Valerie act up

Valerie still up, 0

257

_Nursing Staff_     6/8/05

9pm | Wing Chores are continued. All
     | consumers are in bed except
11   | and V. Young, both are sitting quietly.

258

Thursday Night Shift  6/9/05

| 12:15 | | Consumers |
| 1:15 | in bed except V young | |

1:15 / 3:15  V young,
we walco

3:15 / 5:15  V young
is awake;

263

Evening shift

6-10-05

3-5

7-9 30 All Consumers are showerd
and is in the bed ~~~~~~~~~~
~~~~~ Except Valerie

269

Night Shift   6/13/05

and V. Young out of bed all
other Consumers asleep.

V. Young,  ,  all out of bed.

Young,  —  remain out of bed.

278

Day Shift        Wednesday
6/15/05

11-1 Lunch is served. Noon meds
V. Yang have
'BDC podiatry appts.

YOUNG 10066

279

EVENING    6/5/05

9

, V.4, and    , is up watching T.V.

10

YOUNG 10067

| 280 | 6/16/05   Night Shift |
| --- | --- |

| 1:15/<br>3:15 | V. Young up and<br>of bed. | is out |
| --- | --- | --- |

| 3:15/<br>6:15 | Wing is quiet all consumers resting<br>except V. Young. |
| --- | --- |

290

Evening Shift - Sunday - 6/19/05

7P -
Was V Young being given a enema
When being directed to
Bathroom #3 in shower chair. Once in bathroom
Mrs Young. became Unresponsive. Nurse
Supervisor notified and personnel. Saints
notified to call code blue. Dr.,
on wing. 911 was called. Ems
on wing. Victim taken to hosp. Escorted
by staff.

YOUNG 10069