

### A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 2007 by Merriam-Webster, Incorporated

Library of Congress Cataloging in Publication Data

Merriam-Webster's collegiate dictionary. — Eleventh ed.
    p.   cm.
   Includes index.
   ISBN-13: 978-0-87779-807-1  (Laminated unindexed : alk. paper)
   ISBN-10: 0-87779-807-9  (Laminated unindexed : alk. paper)
   ISBN-13: 978-0-87779-808-8  (Jacketed hardcover unindexed : alk. paper)
   ISBN-10: 0-87779-808-7  (Jacketed hardcover unindexed : alk. paper)
   ISBN-13: 978-0-87779-809-5  (Jacketed hardcover with CD-ROM : alk. paper)
   ISBN-10: 0-87779-809-5  (Jacketed hardcover with CD-ROM : alk. paper)
   ISBN-13: 978-0-87779-810-1  (Leatherlook with CD-ROM : alk. paper)
   ISBN-10: 0-87779-810-9  (Leatherlook with CD-ROM : alk. paper)
   ISBN-13: 978-0-87779-813-2  (Canadian)
   ISBN-10: 0-87779-813-3  (Canadian)
   ISBN-13: 978-0-87779-814-9  (International)
   ISBN-10: 0-87779-814-1  (International)
   1. English language—Dictionaries. I. Title: Collegiate dictionary. II. Merriam-Webster, Inc.
PE1628.M36    2003
423—dc21                              2003003674
                                             CIP

Merriam-Webster's Collegiate® Dictionary, Eleventh Edition, principal copyright 2003

COLLEGIATE is a registered trademark of Merriam-Webster, Incorporated

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

101112TT:QWV0807

**232    cline • clock**

us to give up the enterprise⟩  b : a tire with flanged beads fitting into the wheel rim
**cline** \'klīn\ n [Gk klinein] (1938) : a gradient of morphological or physiological change in a group of related organisms usu. along a line of environmental or geographic transition — **clin·al** \'klī-nᵊl\ adj — **clin·al·ly** \-nə-lē\ adv
**-cline** n comb form [back-formation fr. -clinal] : slope ⟨monocline⟩
¹**cling** \'klin\ vi clung \'kləŋ\; cling·ing \'kliŋ\ [ME, fr. OE clingan; akin to OHG klunga tangled ball of thread] (bef. 12c)  1 a : to hold together  b : to adhere as if glued firmly  c : to hold or hold on tightly or tenaciously  2 a : to have a strong emotional attachment or dependence ⟨he clung to his friends for support⟩  b : to remain or linger as if resisting complete dissipation or dispersal ⟨the odor clung to the room for hours⟩  syn see STICK — **cling·er** \'kliŋ-ər\ n — **clingy** \'kliŋ-ē\ adj
²**cling** n (ca. 1625) : an act or instance of clinging : ADHERENCE
**cling·stone** \'kliŋ-stōn\ n (1705) : any of various stone fruits (as some peaches or plums) with flesh that adheres strongly to the pit
**clin·ic** \'kli-nik\ n [F clinique, fr. Gk klinikē medical practice at the sickbed, fr. fem. of klinikos of a bed, fr. klinē bed, fr. klinein to lean, recline — more at LEAN] (1827)  1 : a class of medical instruction in which patients are examined and discussed  2 : a group meeting devoted to the analysis and solution of concrete problems or to the acquiring of specific skills or knowledge ⟨writing ~s⟩ ⟨golf ~s⟩  3 a : a facility (as of a hospital) for diagnosis and treatment of outpatients  b : a group practice in which several physicians work cooperatively  4 : a facility that offers professional services or consultation usu. at discounted rates ⟨a legal ~⟩  5 : an exemplary display or performance ⟨put on a ~ in the tournament⟩
**-clinic** adj comb form [ISV, fr. Gk klinein]  1 : inclining : dipping  2 : having (so many) oblique intersections of the axes ⟨triclinic⟩
**clin·i·cal** \'kli-ni-kəl\ adj (ca. 1728)  1 : of, relating to, or conducted in or as if in a clinic: as  a : involving direct observation of the patient  b : based on or characterized by observable and diagnosable symptoms  2 : analytical or coolly dispassionate ⟨a ~ attitude⟩ — **clin·i·cal·ly** \-k(ə-)lē\ adv
**clinical thermometer** n (1875) : a thermometer for measuring body temperature that has a constriction in the tube above the bulb preventing movement of the column of liquid downward once it has reached its maximum temperature so that it continues to indicate the maximum temperature until the liquid is shaken back down into the bulb
**clinical trial** n (1946) : a scientifically controlled study of the safety and effectiveness of a therapeutic agent (as a drug or vaccine) using consenting human subjects
**cli·ni·cian** \kli-'ni-shən\ n (1875)  1 : a person qualified in the clinical practice of medicine, psychiatry, or psychology as distinguished from one specializing in laboratory or research techniques or in theory  2 : a person who conducts a clinic
**clin·i·co·path·o·log·ic** \ˌkli-ni-(ˌ)kō-ˌpa-thə-'lä-jik\ or **clin·i·co·path·o·log·i·cal** \-'lä-ji-kəl\ adj [clinical] (1898) : relating to or concerned both with the signs and symptoms directly observable by the physician and with the results of laboratory examination — **clin·i·co·path·o·log·i·cal·ly** \-ji-k(ə-)lē\ adv
¹**clink** \'kliŋk\ vb [ME, of imit. origin] vi (14c) : to give out a slight sharp short metallic sound ~ vt : to cause to clink
²**clink** n (15c) : a clinking sound
³**clink** n [prob. fr. Clink, a prison in Southwark, London, England] (1515)  1 slang : a prison cell  2 slang : JAIL, PRISON
¹**clink·er** \'kliŋ-kər\ n [alter. of earlier klincard] (1641)  1 : a brick that has been burned too much in the kiln  2 : stony matter fused together : SLAG
²**clinker** \'kliŋ-kər\ n ['clink] (1733)  1 Brit : something first-rate  2 a : a wrong note  b : a serious mistake or error : BONER  c : an utter failure : FLOP  d : something of poor quality
**clink·er–built** \-ˌbilt\ adj [clinker, n., clinch] (1769) : having the external planks or plates overlapping like the clapboards on a house ⟨a ~ boat⟩
**clink·e·ty–clank** \'kliŋ-kə-tē-'klaŋk\ n [imit.] (1901) : a repeated usu. rhythmic clanking sound ⟨the ~ of a loose tire chain⟩
**cli·nom·e·ter** \klī-'nä-mə-tər\ n [Gk klinein to lean] (1811) : any of various instruments for measuring angles of elevation or inclination
**-clinous** adj comb form [prob. fr. NL -clinus, fr. Gk klinē bed — more at CLINIC] : having the androecium and gynoecium in a (single or different) flower or (two separate) flowers ⟨diclinous⟩
¹**clin·quant** \'kliŋ-kənt, klaⁿ-'käⁿ\ adj [MF, fr. prp. of clinquer to glitter, lit., to clink, of imit. origin] (1591) : glittering with gold or tinsel
²**clinquant** n [F, fr. clinquant, adj.] (1682) : TINSEL
**clin·to·nia** \klin-'tō-nē-ə\ n [NL, genus name, fr. DeWitt Clinton] (1843) : any of a genus (Clintonia) of herbs of the lily family with yellow, white, or purplish flowers
**Clio** \'klī-(ˌ)ō, 'klē-\ n [L, fr. Gk Kleiō] (1557)  1 : the Greek Muse of history  2 pl **Cli·os** : a statuette awarded annually by a professional

clipped the tourist for $200⟩ ~ vi  1 : to clip something  2 : to or pass rapidly  3 : to clip an opposing player in football
⁴**clip** n (15c)  1 a pl, Scot : SHEARS  b : a 2-bladed instrument for cutting esp. the nails  2 : something that is clipped: as  a : a single shearing (as of sheep)  b : a crop of wool of a sheep, a flock, a region  c : a section of filmed, videotaped, or recorded material : a clipping esp. from a newspaper  3 : an act of clipping  4 : a blow  5 : RATE 4a ⟨continues at a brisk ~⟩  6 : a single item or occasion : TIME ⟨he charged $10 a ~⟩ — often used in the plural ⟨trained 1000 workers at a ~⟩
**clip art** n (1968) : ready-made usu. copyright-free illustrations in books or as part of a software package from which they may be copied, pasted or inserted as artwork
**clip·board** \'klip-ˌbȯrd\ n (1885)  1 : a small writing board with a clip at the top for holding papers  2 : a section of computer memory that temporarily stores data (as text or a graphics image) esp. to facilitate movement or duplication
**clip–clop** \'klip-ˌkläp\ n [imit.] (1884) : the sound made by or as if by a horse walking on a hard surface — **clip–clop** vi
**clip joint** n (1932)  1 slang : a place of public entertainment (as a club) that makes a practice of defrauding patrons (as by overcharging)  2 slang : a business that makes a practice of overcharging
**clip–on** \'klip-ˌȯn, -ˌän\ adj (1909) : attached with a clip ⟨a ~ tie⟩ ⟨~ earrings⟩ — **clip–on** n
**clip·per** \'kli-pər\ n (14c)  1 : one that clips something  2 : an instrument for clipping esp. hair, fingernails, or toenails — usu. used in pl.  3 a : one that moves swiftly  b : a fast sailing ship; esp : one with slender lines, an overhanging bow, tall masts, and a large sail area
**clip·ping** \'kli-piŋ\ n (15c) : something that is clipped off or from something else ⟨grass ~s⟩; esp : an item clipped from a publication
**clip–sheet** \'klip-ˌshēt\ n (1926) : a sheet of newspaper material issued by an organization for clipping and reprinting
**clique** \'klēk, 'klik\ n [F] (1711) : a narrow exclusive circle or group of persons; esp : one held together by common interests, views, or purposes — **cliqu·ey** \'klē-kē, 'kli-\ adj — **cliqu·ish** \'kli-kish\ adj — **cliqu·ish·ly** adv — **cliqu·ish·ness** n
**cli·tel·lum** \klī-'te-ləm\ n, pl **-la** \-lə\ [NL, alter. of L clitellae pack saddle] (1839) : a thickened glandular section of the body wall of an annelid that secretes a viscid sac in which the eggs are deposited
**clit·ic** \'kli-tik\ n [enclitic or proclitic] (1946) : a word that is used in pronunciation as forming a part of a neighboring word and that is often unaccented or contracted
**clit·o·ri·dec·to·my** \ˌkli-tə-rə-'dek-tə-mē\ also **clit·o·rec·to·my** \-'rek-tə-mē\ n, pl **-mies** (1866) : excision of all or part of the clitoris
**cli·to·ris** \'kli-tə-rəs, kli-'tȯr-əs\ n, pl **cli·to·ris·es** also **cli·to·ri·des** \kli-'tȯr-ə-ˌdēz\ [NL, fr. Gk kleitoris] (1615) : a small erectile organ at the anterior or ventral part of the vulva homologous to the penis — **cli·to·ral** \'kli-tə-rəl\ also **cli·tor·ic** \kli-'tȯr-ik, -'tär-\ adj
**cli·via** \'klī-vē-ə, 'kli-\ n [NL, fr. Lady Charlotte Clive †1866 duchess of Northumberland] (1828) : any of a genus (Clivia) of perennial green So. African herbs of the amaryllis family with fleshy roots and umbels of large funnel-shaped flowers
**clk** abbr clerk
**clo** abbr clothing
**clo·a·ca** \klō-'ā-kə\ n, pl **-cae** \-ˌkē, -ˌsē\ [L; akin to Gk klyzein to wash — more at CLYSTER] (1599)  1 : SEWER  2 [NL, fr. L] : the common chamber into which the intestinal and urogenital tracts discharge esp. in monotreme mammals, birds, reptiles, amphibians, and certain fishes; also : a comparable chamber of an invertebrate : CESSPOOL 2 — **clo·a·cal** \-'ā-kəl\ adj
¹**cloak** \'klōk\ n [ME cloke, fr. AF cloque bell, cloak, fr. ML clocca, fr. its shape] (13c)  1 : a loose outer garment  2 : something likened to an outer garment: as  a : something that envelops or conceals ⟨a ~ of secrecy⟩  b : a distinctive character or role ⟨hung up his actor's ~ ... to become a stay-at-home father —Charles Chamberlain⟩
²**cloak** vt (1509) : to cover or hide with or as if with a cloak  syn see DISGUISE
**cloak–and–dagger** adj (1860) : dealing in or suggestive of melodramatic intrigue and action usu. involving secret agents and espionage ⟨a ~ novel⟩ — **cloak–and–dagger** n
**cloak·room** \'klōk-ˌrüm, -ˌrum\ n (ca. 1852)  1 a : a room in which outdoor clothing may be placed during one's stay  b : CHECKROOM  2 : an anteroom of a legislative chamber where members may relax or confer with colleagues  3 Brit : LAVATORY 2
¹**clob·ber** \'klä-bər\ n [origin unknown] (1879) slang Brit : CLOTHING
²**clobber** vt **clob·bered**; **clob·ber·ing** \-b(ə-)riŋ\ [origin unknown] (1943)  1 : to pound mercilessly; also : to hit with force ⟨~ a home run⟩  2 a : to defeat overwhelmingly ⟨got ~ed in the elections⟩  b : to have a strongly negative impact on ⟨businesses ~ed by the recession⟩  c : to criticize harshly ⟨a film ~ed by reviewers⟩
**clo·chard** \klō-'shär\ n [F, fr. clocher to limp, fr. VL *cloppicare...