# CLINICAL NURSING NOTES

Full Name of Cl: Young [illegible]
Consecutive Number: _____
Living Unit: _____

| YEAR | DATE | HOUR AM | HOUR PM | NURSING OBSERVATION (Entries must be legible and written in black ink. Sign full name and title after each entry, record vital signs at beginning of note, as necessary.) | SIGNATURE (Sign full name and title after entry.) |
|---|---|---|---|---|---|
| | 03/16/05 | | 6p | Med nurse BP 130-188/96 P 77 alert no tube refill pt. began her grand PT postmorg or lab the 1st sp. report [illegible] BP by bed westeady don't first Pull [illegible] | [signature] |
| | | | | 180/196 P 80 No P in abd this am no R seen | [illegible] |
| | 03/17/05 | | 5p | 6p repeated chest set a slow BP dinner meds given no sym noted chest pour feel [illegible] pt repeated chest pain chest pain Meaning reported by Dr's chest pain CB Drs [illegible] hourly [illegible] meds - Drug Ting at new [illegible] screen - sep - | [signature] Blank |
| | 03/17/05 | 10a | | Fleet enema given as ordered by MD. Check on observed resting & breathing BP 112/68 BP is at 4pm [illegible] checked | [illegible] Ardoch |
| | 03/17/05 | 11pm | | At 9pm she return the enema with medium BM, as of now she was awake, waiting up down the without any distress. Continue Col [illegible] | [signature] Belgol |
| | 03/18/05 | | 7a | no [illegible] [illegible] side of bed refuse [illegible] [illegible] [illegible] 1pm [illegible] | [illegible] |
| | 03/19/05 | 3 | | [illegible] readily [illegible] [illegible] No [illegible] [illegible] medical care [illegible] | [illegible] |
| | 3/20/05 03/20/05 | | | accepted medical [illegible] [illegible] culture [illegible] yours yours yours 85 [illegible] BP 130-88. 1 Suctofol given [illegible] Col [illegible] | [signature] |
| | 03/27/05 | 15 | | [illegible] [illegible] [illegible] | [illegible] |

Young 8349

# CLINICAL NURSING NOTES

BDC-25-NS-MED
REV 10/03

Full Name of Client: Young, Valerie

Consecutive Number:

Living Unit: 314

Entries must be legible and written in black ink. Sign full name and title after each entry, record vital signs at beginning of note, as necessary.

| YEAR DATE | HOUR AM/PM | NURSING OBSERVATION | SIGNATURE |
|---|---|---|---|
| 3/22/05 | 6:40P | Snoled n/ progress in cell T-98.6(P) not in any distress. Fleet enema given. | V.R. |
| 3/23/05 | | She refused her care. Bed bath given. Stool noted in lg amounts. WS T 98 P72 R18 | V.R. |
| 3/23/05 | | Stool noted in diaper & pads given BS+ | |
| 3/23/05 | | Enema given. Large amt of soft green stool. Vital signs T=98.6 | |
| 3/23/05 | | She is in no distress. | |
| 3/24/05 TN | | Temp 98.6 Resident on program. No distress noted. | V.R. |
| 3/24/05 9PM | | Fleet enema given. Soft effects. Ad, Large BM. | V.R. |
| 3/29/05 | | When awake 7AM and staff told writer that Valerie had an unsteady gait. BP 150/90 P 75. Pt was sitting in chair. Please have MD evaluate | |
| 3/29/05 | | To Dr. for the medication. Chart in no distress. | |
| 3/29/05 | | No injury noted. Resting in bed about 11 AM. No s/s of injury noted. Will cont to observe. | |
| 03-29-05 | | Slept throughout shift. Observing without difficulty | |
| 3/30/05 2PM | | Recvd a Tylenol extra strength #2 tab per name to Lt knee by pm nurse. BM/urine to chair. Stayed to up temp 98.8 | |
| 3/30/05 | | Fleet enema given. Results neg. | |
| 3/30/05 8PM | | BP thorpy continued as ordered. Meds taken as ordered. NB problem around. NB thorpy continued | |
| 3/30/05 5PM | | WS/R WSR Temp 97.8 | |
| 3/31/05 6AM | | Appears comfortable. Pt meds taken. No problem noted. | |

Young 8351

DC-25-NS-MED
REV 10/03

# CLINICAL NURSING NOTES

Full Name of Client: _____  Consecutive Number: _____  Living Unit: _____

| YEAR DATE | HOUR AM/PM | NURSING OBSERVATION<br>Entries must be legible and written in black ink. Sign full name and title after each entry. record vital signs at beginning of note, as necessary. | SIGNATURE<br>Sign full name and title after entry. |
|---|---|---|---|
| 3/29/05 | 7A | Temp 98.6. Extra fluid given, cold medication in progress. Observation ongoing. Slept | [signature] |
| | | No edge noted | [signature] |
| 4/3/05 | 3A | Consumer did not sleep during the night | [signature] |
| 04/03/05 | 8A | Please ensure full vital signs at end of shift - last large BM | [signature] |
| 04/03/05 | 3P | BM soft. | [signature] |
| | | Something needs to be done during the night | |
| | | Are the RNs + HODs on Sunday & Sunday nights aware of the RBP being on MD please see | [signature] |
| | | especially after breakfast. MD please see | |
| | | pt. Eye brows nod by MD. Lashes trim. | [signature] |
| 4/5/05 | | | [signature] |
| | | Eye brows obs. | |
| 04/07/05 | 7A | Routh effects | |
| | | Rose's state consumer fell and refused intake to go for small abrasion | [signature] |
| | | observed. Area cleaned aseptically | [signature] |
| | | MD Rodriguez | |
| | | Eye brows Lt eye brow from by MD. Area cleaned | [signature] |
| 4/9/05 | | eye brows obs. | |
| 4/10/05 | | Sandy D. Miles continue Belinda caught light LFT/A labs | [signature] |
| | | labs 4/11 - 4/16/05 | |
| 4/11/05 | | 11 min. to travel 6/05 - 9:30am went to program & stopped | [signature] |
| | | as sound MD to be | |
| | | Deborah ear drops in progress | [signature] |
| 4/12/05 | 6P | Well. Appears comfortable. | [signature] |
| | | BM | |
| | | Request for BM changed to Dulcolax tabs | [signature] |
| 4/13/05 | BM | 2 hr. s/p dose change, consumer was noted to pass large BM Brownish | [signature] |
| | 8PM | Pt evening was quiet, had fair appetite and swim accord | [signature] |
| | | Slept less disturbed, appears comfortable | [signature] |

Young 8347



# CLINICAL NURSES NOTES

Full Name of Client: Young, V.  Consecutive Number: _____  Living Unit: 4/4

| YEAR DATE | HOUR AM | HOUR PM | NURSING OBSERVATION | SIGNATURE |
|---|---|---|---|---|
| 5/5/05 | | 2P | Consumer Right KJMC Radiology appt - L-Ray of L-Spine done. | [signature] |
| 05/18/05 | | 6P | Fleet enema given for large BM | [signature] RN |
| 5/20/05 | 7A | | Pt Consumer was observed laying on the left side for her head. 15 minutes later ought bleeding. Pressure applied and bleeding stopped. Small amount of drainage noted from the area. No Other areas of concern at this time. Hand raised ½ of bed raised to 45 degrees. V/S Monitoring ½ of bed raised. BP 135/78 P6 R20. Skin is dry to touch. Consumer advised to lay on right side. Called MD. Dr. Lacoursiere. MS on duty at this time. Cleansed NS and vaseline gauze Due to the pt Consumer peeled off dressing. The overly skin peeled off when she removed dressing. Placed into D/W to MD. Lacoursiere ordered to apply Neosporin to the area to consumer to hrs x 5 days, PO Bactrim DS 1tab PO bid x 10 days. Applied Neosporin to area. Dressing NS saline + Neosporin DSD + hypafix. Consumer noted no other abnormalities. | [signature] RN |
| 05/20/05 | | 2P | Spr alert not in any distress. Mood enjoys food. Preakness kept intact. BP 117/74 P-78 T 99 Subves to head. | VR |
| | | 6P | In progress. BP 124/80 P-68, subves of head. rft. pt. head up in precautions kept. Consumer a little up in chair. Status Changed. No signs of sleep off and on top of covers in progress. No Signs of resume submstents. No vomiting noted. BP 135/75 pro Prob Top 98 ABone R. | [signature] RN |

Young 8352

# CLINICAL NURSING NOTES

**Name of Client:** Young, Valerie  **Living Unit:** 374

| DATE | HOUR AM/PM | NURSING OBSERVATION | SIGNATURE |
|---|---|---|---|
| 02/28/05 | | 1pm Returned from neurology appt. Pt. Referred by Dr. for neurology consult. BP 128/82 P-64 R-18 T-97.8. Pt. OT | |
| | | X-ray L.S. Spine EKG in CCH. BP 142/80 M.D. | |
| 3/2/05 | | 2:15pm Dose is changed as 5mg in AM & 20 mg | |
| | BM | P/O TS starting on 3/3/05 | N Oneon RN |
| 3/4/05 | | 3:15pm reports to staff that pt had LBM x 3 this AM, BP 192/102-112/79. To FM MD | |
| | | T-98.6 P-68 R-16. Seen by Dr. Donohue at unit. Good effect to | |
| | | abdomen. listened tender. Tylenol 2 caps PO given | |
| | | 2 cc jelly PO x 24 hours V/S Q6H x 24 hours | |
| | | N Keep NPO. to FU-up | |
| | | 6pm 168-138/86 P-67 Abdomen tender | |
| | | yesterday held long soft, no tenderness. Pt | |
| | | 10p Temp 7-98.6 P 68 R 16 - Abdomen soft, not tender | |
| | | 4a - 120 - 126/78 Pt sleeping | |
| 5/5/05 | SP | Consumer kept R&R R2ME Rehabilitation Clinic appt + reg. appt L-S | |
| | | Spine done + blood work. Ambulating slow | |
| 5/12/05 6A | | Seen by Madison for 9A File for clear sum in | |
| | | Leg. BP unchanged - Began BM this pm | |
| 3/13/05 QPM | | Fleet enema given. Large BM this pm | |
| 3/15/05 BM | | Seen by Podiatrist. Nails debridement done. Placed on | |
| | | lotrimin cream to apply between toes. D/C on 3/28/05 | |
| | | Same was applied. F/up to follow up on 7/13/05 | N Oneon RN |
| | | Nursing alert in alert unit due funitaly unable to ambulated | |
| 05/17/05 | | 5pm Pt Fleet enema given | |

**CLINICAL NURSING NOTES**

DOC-25-NS-MED
REV 10/03

Full Name of Client: **YOUNG Valerie**     Consecutive Number: _____     Living Unit: **3/4**

Entries must be legible and written in black ink. Sign full name and title after each entry. Sign full name and title at beginning of note, as necessary.

| YEAR/DATE | HOUR AM | HOUR PM | NURSING OBSERVATION | SIGNATURE |
|---|---|---|---|---|
| 5/23/05 | 7A | | Slept well. Skin intact to left side of forehead. 20 clothes not soiled during the night. | Colonello RN |
| 5/24/05 | | 3 | BP 115/? [illegible] P vs 99 P 93 R 20 [illegible] eating about 50% | [signature] RN |
| 5/24/05 | | 6PM | Fingers to [illegible] of [illegible] injury noted. Forearm swollen out. Meds refused on second attempt. 9PM meds taken well. () Fleet enema. | [signature] RN |
| 5/25/05 | 7A | | This am. BM not reported yet. To observe [illegible] 1/3 meal breakfast and [illegible] afternoon meds. | D.O. RN |
| 5/25/05 | | 9P | [illegible] by RN for (R) swollen [illegible] Feet [illegible] to be seen [illegible] AM. No bruises [illegible] noted. To be seen. | [signature] RN |
| 5/27/05 | | | Client seen for bilateral edema of legs. No tenderness noted. Bruising of [illegible] on [illegible] obs. | [signature] RN |
| 5/27/05 | | | 8PM meds spitted out — will try again. Feet [illegible] elevated while on W/chair. 9 PM meds taken well. Remained on W/chair. | O.D. RN |
| 05/28/05 | | | BM. () Fleet enema given with good effect. Large [illegible] | [signature] |
| 5/31/05 | 8A | | Stuff reported that inmate was found lying on floor by her bed. No injury, was able to be ambulatory [illegible] | [signature] RN |
| 5/31/05 | | 3:15 | R/R continued [illegible] | [signature] RN |
| 6/1/05 | | | Had X-large BM this eve — Meds taken well | [signature] RN |
| 06/01/05 | | 8P | Had X-large safe [illegible] today | [signature] RN |

Young 8341

**CLINICAL NURSING NOTES**

BOC-25-NS-MED
REV 10/03

Full Name of Patient: Valarie Young
Consecutive Number:
Living Unit: 314

| YEAR | HOUR | NURSING OBSERVATION | SIGNATURE |
|---|---|---|---|
| DATE | AM / PM | Entries must be legible and written in black ink. Sign full name and title after each entry, record vital signs at beginning of note, as necessary | Sign full name and title after entry. |
| 6/19/05 | 8-30 PM | I was called by the staff to come and see Ms Young. She does not look good. On checking did not feel pulse and breathing Looks very labored. Placed pt on the floor. CPR was given and start reviving. After a heavy shot they start screaming done alone. Staff called 911 and code Blue was activated. Dr MacMadion assigned immediately at 8-30. Oxygen inhalation was given and IV was started by MD. EMS came at 8-45 and took pt at 9-35 to hospital called and informed that Consumer Pt expired. Family was informed by hospital. CASE No was 354. Medical decemed LABELLA | A[?] RN |

Young 8342