BROOKLYN DEVELOPMENTAL CENTER

OCCUPATIONAL THERAPY NOTE

CLIENT: Valerie Young    CONSEC.#: 092-0032    WING: 314    April 27, 2005

Client need / Target outcome:
  Issue Halo helmet as per ITT request.
  Re-evaluation of wheelchair sitting posture

Clinician's observations:
  Valerie was transported to OT for measurement and application of a protective helmet. She was issued a Danmar halo helmet # 9817, size medium.

  Valerie arrived lethargic and was sliding forwards in the folding wheelchair. Another wheelchair was issued and better supports Valerie when she's in this condition. The wheelchair is an E&J chair, serial number 2453335. The chair has the following features:
  - A high padded back cushion for support during upright sitting
  - A padded seat cushion with a fuller depth to support and maintain pelvic alignment during upright sitting.
  - A soft calf support was attached to the leg rests to prevent foot drop and possible entanglement during transport.
  - Footplate height adjustments were performed.

Summary statement: The newly adapted equipment was provided to Valerie and does provide supportive safety.

Adaptive Equipment: (x) Wheelchair    ( ) Splint    (x) Helmet
1) Wheelchair: Everest and Jennings wheelchair, serial number 2453335.
2) Splint:
3) Eating Equipment: Food guard, built up handled, Teflon coated spoon and non skid pad
4) Other: Halo helmet - size medium

Recommendations:
  Continue current program
  Continue ground-textured diet as related to choking precaution
  Continue to monitor and upgrade adaptive equipment as needed.


Elaine Robinson   Sr. OTR/L   April 27, 2005