Form 95 DVP (1-77) page 2

| DATE | NOTES |
|---|---|
| 3/14/05 | No injury noted, no root. |
| 03/16/05 | Had a mammography appointment today. Uncooperative, study not done. |
| 03/18/05 9a | Usual gait pattern – high stepping gait, left foot drop. No other abnormalities. |
| 3/20/05 | Called to [room] — uteline pulse 70 Room 17  CH→0) mp  U RE  W/S } mod  Related Sx  2↑↑↓↓  3 Delans |
| 03/22/05 | Abrasion left upper eye lid temporal aspect. Cleansed with H₂O₂. Bacitracin ointment applied. Feet inspected, onychomycosis – nails debrided by podiatrist. Pes planus bilaterally. No other lesions. Knee joint inspected bilaterally. No swelling, tenderness. Good ROM – external, internal rotation bilateral hips. |
| 03/23/05 9a | Cold symptoms — nasal discharge & cough. Afebrile to touch. Active, in usual mental status. Throat: oropharyngeal redness. Lungs: clear to auscult. |
| 3/27/05 | ... URI — viral. Included ... |

Young 8153

Form 95 DVP (1-77) page 2

| DATE | NOTES |
|---|---|
| | if needed to Tmy in am because of sedation noted in morning hours. To schedule EMG study. OT to provide "halo" helmet. To utilize wheelchair for transportation. PT evaluation for AFO - for L foot drop. |
| 04/25/05 | Sutures L upper eyelid removed. Inflammation & swelling subsiding. |
| 04/27/05 | Seen by neurologist DR. PANDIA. Peroneal mononeuropathy. Advised splint PT & OT. EMG not possible in office setting - requires great deal of cooperation with needles that need to be inserted in muscles. Possibility is EMG under sedation in hospital setting. - for documentation purposes only. Will obtain ANA, dsDNA, ESR. |
| 05/02/05 | ↓ Zyprexa 5mg 6am - 10mg QHS PO to minimize/eliminate daytime sedation. |
| 5/4/05 4:00 pm | Seen for diarrhea X 3. w/ Tmy. Today Afebril. Tender, mildly distend abdomen. Tympanic. R, K aperture 30cc now, increase P.O fluids X24hrs, v.s. X24hrs. ? gastroenteritis. & follow up. V. Shusterman |

Young 8186

| Form 95 DVP (1-77) | INSTRUCTIONS |
|---|---|
| New York State Department of Mental Hygiene  INTERDISCIPLINARY TREATMENT TEAM NOTES | • Record information below as indicated by the client's behavior, condition or functioning that is felt to be of such significance that the entire treatment team should be informed.  • Summarize the results of each Interdisciplinary Treatment Team Conference below.  • For additional information on Treatment Team Reviews refer to Form 80 DVP, "Treatment Team Review." |

Client's Name (First): Valeri    (M.I.): [Y]    (Last): Young    Consecutive No.:

| DATE | NOTES |
|---|---|
| 04/15/05  9ᵃ | Consumer fell earlier today during shower and sustained laceration about 2.5 cm long. Hemostasis achieved. First muscle/subdermis edges approximated with 3-0 Gut II x 3 suture then wound closed with 3-0 Nylon x 4. Prior to that wound infiltrated with 2% lidocaine. Sedation from psychotropic meds ie Zyprexa may have contributed to fall. To ↓ Zyprexa by 5mg in am. Neuro eval Dr. CAPATI 04/07/05 noted. L foot drop, high steppage R. Recommended Vit B complex. To refer for PT. Also to consider EMG nerve conduction studies. |
| 4/17/05 | Urns Infection  ⓛ 1 Smg effective — c swelling  Rx Angiomax 8.75 mg hr 5D clams  c [illegible] mn |
| 04/20/05 | ITT meeting held re. Delirium, psychiatry attended. Discussed frequent falls and injury to Lt eyelid/forehead. ↓ Zyprexa to 10mg in am and then |

Young 8187

Form 95 DVP (1-77) page 2

| DATE | NOTES |
|---|---|
| 05/20/05 | Consumer sustained laceration on posterior scalp about 2 inches long. Area irrigated with $H_2O_2$, shaved, infiltrated with lidocaine 1% and sutured with 3-0 gut x 4. Hemostasis achieved. Bacitracin ointment applied. To give Keflex 500mg Q6h PO x 5 days. |
| 05/26/05 | EMG study under sedation scheduled for 06/30/05 1st Downstate Hosp. (DR MACABI) |
| 05/30/05 | $\bar{c}$ Bilateral pretibial pitting edema 1+ also bilateral feet pitting edema 1+. No calf swelling, discoloration or tenderness. No redness on Homan's test. Pt with pretibial pitting edema problem in the past also. Venous insufficiency postural (sitting in wheelchair). To continue with leg elevation. |
| 05/31/05 | $\bar{s}$ No new injury marks. |
| 07/31/05 | EKG 05/05/05 patch Reversal of arm leads. |
| 6/19/05 | To repeat BP ∠ Responded immediately to S+35 mg Code Blue wing 3/4. Pt was lying in the bathroom. Pulse was feeble, BP 110/ $O_2$ Sat rem 17 saturation |

Young 8188

| Form 95 DVP (1-77) | INSTRUCTIONS |
|---|---|
| New York State Department of Mental Hygiene<br>INTERDISCIPLINARY TREATMENT TEAM NOTES | • Record information below as indicated by the client's behavior, condition or functioning that is felt to be of such significance that the entire treatment team should be informed.<br>• Summarize the results of each Interdisciplinary Treatment Team Conference below.<br>• For additional information on Treatment Team Reviews refer to Form 80 DVP, "Treatment Team Review." |

Client's Name (First) Verlin   (M.I.)   (Last) Young   Consecutive No.

| DATE | NOTES |
|---|---|
| 5/7/05 | Rt stub lower post Leg (3mm) Bursa on Thd [illegible] 1 mo — |
| 05/11/05 | X-ray of LS spine [illegible] noted. Degenerative changes at L5-S1. Seen by podiatrist Onychomycosis, Tinea Pedis. Nails debrided Lotrimin between toes F/up 07/13/05 |
| 05/18/05 | Labs 05/07/05 CBC 3.64 ) 11.5 / 179    142 / 105 / 72<br>        31.7         16 / 27 / 20 / 0.9<br>Tegretol 72<br>ANA negative<br>C₃, C₄ WNL<br>anti DNA neg<br>To repeat 1/2 ket |

| Form 95 DVP (1-77) | INSTRUCTIONS |
|---|---|
| New York State Department of Mental Hygiene<br>INTERDISCIPLINARY TREATMENT TEAM NOTES | • Record information below as indicated by the client's behavior, condition or functioning that is felt to be of such significance that the entire treatment team should be informed.<br>• Summarize the results of each Interdisciplinary Treatment Team Conference below.<br>• For additional information on Treatment Team Reviews refer to Form 80 DVP, "Treatment Team Review." |

Client's Name (First) **Valeri** (M.I.) (Last) **Young** Consecutive No.

| DATE | NOTES |
|---|---|
| 03/28/05 | 9⁵⁰ a. Consumer reported with productive cough – greenish phlegm. Afebrile to touch, not in any distress. Consumed breakfast.<br>BP 116/74  HR 80  RR 16<br>⊕ conjunctival injection<br>nose: ⊕ discharge<br>throat: inflamed, ⊕ exudates<br>neck: soft, ⊕ lymph nodes enlarged palpable<br>lungs: clear to auscult<br>CVS: RR &amp; rr audible<br>abdomen: protuberant but soft, ⊖ guarding<br>extremities: ⊕ edema, ⊕ injury marks<br>D/P URI, constipation<br>Z-pack, Tylenol, extra fluid<br>Temperature check, Fleet enema<br>neuro eval for L foot drop – dragging. |
| 03/29/05 | 9³⁰ a. Afebrile, alert, active. URI resolving. To continue current Rx. |

Form 95 DVP (1-77) page 2

| DATE | NOTES |
|---|---|
| 03/30/05 | Labs 03/23/05 |
| | CBC                SMA |
| | 5.48 \ 12.5 / 42    138 | 106 | 78 |
| | / 37.0 \           4.4 | 29 | 19/0.9 |
| | Cholesterol 143     TSH 1.43 |
| | Triglycerides 53    Tegretol 8.0 |
| | HDL (?) |
| 4/3/05 | h/n hands M norm |
| 04/04/05 | Seen in eye clinic on 04/01/05. Early cataract. RTC 6 months |
| 04/07/05 | 97 Superficial laceration left upper eye lid cleansed aseptically. Steri strips applied. |
| 04/07/05 | 97 Abrasion left upper eyebrow. Cleansed aseptically. |
| 04/11/05 | Some excess cerumen both ears. Inmate uncooperative for irrigation, risk of TM perforation. To give Debrox otic drops |

Young 8191

| Form 95 DVP (1-77) | INSTRUCTIONS |
|---|---|
| New York State Department of Mental Hygiene<br>INTERDISCIPLINARY TREATMENT TEAM NOTES | • Record information below as indicated by the client's behavior, condition or functioning that is felt to be of such significance that the entire treatment team should be informed.<br>• Summarize the results of each Interdisciplinary Treatment Team Conference below.<br>• For additional information on Treatment Team Reviews refer to Form 80 DVP, "Treatment Team Review." |

Client's Name (First) Valerie (M.I.) (Last) Young    Consecutive No.

| DATE | NOTES |
|---|---|
| 6/19/05<br>BDC | Pt was screaming O₂ mask given 4 L/min I.V. was started c D5W. EMS arrived at 8:45 AM Pt was put on the monitor developed bradycardia was given 1 mg IV atropine - then pacer was put also was intubated by EMS left in critical condition at 9:05 AM Mother was informed<br>*Issa Madboun, MD* |

(Use reverse side for continuation)

Young 8192