On July 8, 2005, Viola Young contacted the Commission and requested that we investigate the death of her daughter, Viola Young. Viola had resided at Brooklyn DC. Mom stated that prior to Viola's death, there were several incidents where Viola had fallen. Mom thought Viola needed a CAT scan, MD said no. Mom would like assigned investigator to call her: 718-756-0712. Mom's address: 259 East 49th Street, Brooklyn, NY 11203