BROOKLYN DEVELOPMENTAL CENTER

ADAPTIVE EQUIPMENT SHOP <u>WORK REQUEST</u>

Program/RESIDENT  VALARIE YOUNG   WING  3/4   DAY PROGRAM _____

Requested by  OT   Date 2-3-05

EQUIPMENT to be repaired or modified: _____
  (ie. wheelchair, chair, etc.)

SERIAL NUMBER _____
What needs to be done or problem description-

*Located, repaired and installed br lateral elevating legrests.*

Approved _____ Date _____
         Physician

Continue on other side or attach additional sheet, if necessary.

DATE Referral received: 2-3-05    DATE Assigned: 2-3-05
AES Assigned: [signature]    DATE Completed: 2-3-05
SIGNATURE OF PERSON RECEIVING EQUIPMENT: B. Anderson   DATE 2-8-05

Total work time in hours: 1 HR

Material used:
( ) H.D. polyethylene _____    Qty
( ) Kydex _____
( ) Foam _____
( ) Naughahyde _____
( ) Nuts _____ Bolts _____
( ) Webbing _____
( ) Other: _____

( ) Leg rests _____    Qty
( ) Wheels _____
( ) Armrests _____

2-3 P = 1 HR

Young 8721