# ~~Emergency~~

**BROOKLYN DEVELOPMENTAL CENTER**

ADAPTIVE EQUIPMENT SHOP <u>WORK REQUEST</u>

Program/RESIDENT: Valerie Young   WING: 314   DAY PROGRAM: _____

Requested by: Staff/OTR/L   Date: 4·26·05

EQUIPMENT to be repaired or modified: _____
(ie. wheelchair, chair, etc.)

SERIAL NUMBER: E&J 2453335

What needs to be done or problem description.

Issued Valerie Young a wheelchair with:
- padded seat & back cushions
- seat cushion was fuller in depth
- fabricated soft calf support
- adjusted footplate height

Approved _____ Date _____
         Physician

Continue on other side or attach additional sheet, if necessary.

DATE Referral received: 4·27·05   DATE Assigned: 4·27·05

AES Assigned: Courtney Rogers   DATE Completed: 4·27·05

SIGNATURE OF PERSON RECEIVING EQUIPMENT: Bettio [illegible]   DATE: 4·27·05

Total work time in hours: _____

| Material used: | Qty | | Qty |
|---|---|---|---|
| ( ) H.D. polyethylene | ____ | ( ) Leg rests | ____ |
| ( ) Kydex | ____ | ( ) Wheels | ____ |
| ( ) Foam | ____ | ( ) Armrests | ____ |
| ( ) Naughahyde | ____ | | |
| ( ) Nuts ____ Bolts | ____ | | |
| ( ) Webbing | ____ | | |
| ( ) Other: | ____ | | |

Young 8720