CQCAPD    Fax:5183881275    Feb  7 2008  18:21    P.08

| NAME (Last) Young  (First) Valeri  (M.I.) | "C" NO./ODIS NUMBER | DATE OF BIRTH | GENDER F |
|---|---|---|---|
| ADDRESS    BDC 314 | IS CLIENT ELIGIBLE FOR MEDICARE?  ☐ YES  ☐ NO | MEDICARE NUMBER | |
| CONSULTING SERVICE   DR HAHN  Psychiatry | MEDICAID NUMBER | | |

**PERTINENT CLINICAL HISTORY**

**PRESENT MEDICAL CONCERNS**

Consumer appears increasingly sedated, sleeping most of the time, ↓ability to participate in daily activities.

**PRESENT MEDICATIONS**

Clozapine 25mg 9am – 62.5mg QHS PO, Prevacid, Colace, MoM
Tegretol 400mg 9am – 400mg 4pm – 400mg QHS PO   Remeron 45mg QHS PO
      Topamax 100mg BID PO              Inderal 80mg TID PO

PHYSICIAN  Milos Javan MD 6127                        Date  09/17/07

**REPORT (FINDINGS, DIAGNOSIS, RECOMMENDATIONS)**        DATE OF REPORT  09/17/07

She has difficulty to mobilize in the morning / requires wheel chair to come to program. Her aggressive behavior improved.
Pt shows good eye contact, but she doesn't produce any speech.
She is able to follow simple command according staff.
She is incontinent of bladder / bowel & wears diaper.
She is cooperative c̄ ADL assistance.
Msc personal hygiene: appropriate. Pt has excessive drooling
   Affect: flat. Sensorium × alert
        cognitive perception / intellect / memory / insight / judgment = Impaired

Dx:  Sch c̄ h. ind

Rec: ① Considering her violent behavior is under control,
     ② Continue current regime of treatment
     ③ Serum Tegretol level ✓ it is above 12ug
          Then ↓ Tegretol               Signed  J.Hahn (MD)
     ④ ↓ Remeron to 30 mg HS

4/25 Tegretol 7.5

FACILITY/AGENCY         OMRDD    CONSULTATION REQUEST    CQCT38 (3-83)