CQCAPD          Fax:5183881275          Feb  7 2006  18:11    P. 17

# Kingsbrook Jewish Medical Center

**Radiology Report**

185 Schenectady Avenue, Brooklyn, NY. 11203 * (718) 604-5461

| | | | |
|---|---|---|---|
| NAME: | YOUNG, VALERIE | Date of Birth: | 08/06/1955 |
| #: | 052937 | Sex: | F |
| Ial/Pt#: | 9896150 | Date of Exam: | 05/05/2005 |
| Location: | RAD- RADIOLOGY REGISTRATION {descp} | Date of Order: | 05/05/2005 10:30 |
| Attending MD: | JOVAN MILOS | Ordered By: | JOVAN MILOS |
| Adm/Reg: | May 5 2005 10:23AM | Referred By: | UNASSIGNED |
| Discharge: | | Accession #: | 337521 |

***Final Report***

CLINICAL HISTORY: \ pain

XRY 0921 - LUMBAR SACRAL COMPLETE - May 5 2005

REASON FOR EXAM: Pain.

FINDINGS: Radiographic examination of the lumbosacral spine was performed in AP, lateral, and coned-down views.

There is narrowing and sclerosis with bridging osteophytosis noted at the L5-S1 level with mild osteophytosis seen at the other lumbar levels. The other intervertebral disc spaces appear well maintained. The foramina appear patent. Sclerosis is noted at the facet joint especially noted at the L5-S1 level. There is no evidence of fracture or dislocation.

IMPRESSION: Degenerative changes specifically noted at the L5-S1 level. No fracture or dislocation. If pain persists, we would recommend CT or MR.

Interpreting Physician: LAMONT D. BROWN M.D. May 7 2005 8:46A
Transcribed by / Date:    PSC on May 7 2005 4:16P
Approved Electronically by / Date: HODGES JASON L. May 9 2005 8:29A

CQC92

Form no. X01736 rev.12/01

Page 1

CQCAPD        Fax:5183881275           Feb  7 2008  13:11    P. 13

| | | | |
|---|---|---|---|
| NAME (LAST) Yaung (FIRST) Valeri (M.I.) | "C" NO./DDIS NUMBER | DATE OF BIRTH 08/06/55 | GENDER F |
| ADDRESS BDC 314 | IS CLIENT ELIGIBLE FOR MEDICARE? ☐ YES ☐ NO | MEDICARE NUMBER | |
| CONSULTING SERVICE Radiology KJMC | MEDICAID NUMBER BZ66389C | | |

**PERTINENT CLINICAL HISTORY**

**PRESENT MEDICAL CONCERNS**

Far X-Ray L-S spine

**PRESENT MEDICATIONS**

PHYSICIAN  Milos Javan MD 642-6124   Date 05/03/__

**REPORT (FINDINGS, DIAGNOSIS, RECOMMENDATIONS)**    DATE OF REPORT _____

X-RAY

EXAMS: L-S SPINE

DATE: 05/05/05  TIME:   BY: CRC

Signed _____

FACILITY/AGENCY         OMRDD         35/MED(MR) (7-03)
                CONSULTATION REQUEST       CQC93