

STATE OF NEW YORK

OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
Attorney General

(212) 416-8164

February 26, 2008

LESLIE G. LEACH
Executive Deputy Attorney General
Division of State Counsel

JUNE DUFFY
Assistant Attorney General in Charge
Litigation Bureau

By FedEx Express Mail
Jonathan Bauer, Esq.
Catafago Law Firm, P.C.
Empire State Building
350 Fifth Avenue, Suite 4810
New York, NY 10118

Re: <u>Estate of Valerie Young, et al. v. Young Lee, et al.</u>; 07-cv-06241 (LAK)(DCF)

Dear Mr. Bauer:

Enclosed are Brooklyn Developmental Center log book entries for Valerie Young for the period of early 2003 through early 2005 that are bates stamped 9088 to 9916. The names and entry information for other consumers have been redacted because they are privileged and confidential pursuant to New York Mental Hygiene Law. We are still in the process of copying additional logbook entries that will be produced once they are complete.

Do not hesitate to contact me should you have any questions regarding this matter.

Very truly,

Jose L. Velez
Assistant Attorney General