```
 1
 2     UNITED STATES DISTRICT COURT
       SOUTHERN DISTRICT OF NEW YORK
 3     ----------------------------------------X
       Estate of VALERIE YOUNG, by VIOLA YOUNG,
 4     as Administratrix of the Estate of
       Valerie Young, and in her personal
 5     capacity, SIDNEY YOUNG, and LORETTA
       YOUNG LEE,
 6                       Plaintiffs,
                                        Index No.:
 7              vs.                     07CV6241

 8     STATE OF NEW YORK OFFICE OF MENTAL
       RETARDATION AND DEVELOPMENTAL
 9     DISABILITIES, PETER USCHAKOW,
       personally and in his official
10     capacity, JAN WILLIAMSON, personally
       and in her official capacity, SURESH
11     ARYA, personally and in his official
       capacity, KATHLEEN FERDINAND,
12     personally and in her official
       capacity, GLORIA HAYES, personally and
13     in her official capacity, DR. MILOS,
       personally and in his official capacity,
14
                         Defendants.
15     ----------------------------------------X
                         April 7, 2008
16                       10:11 a.m.

17

18         Examination before trial of KATHLEEN

19     A. FERDINAND, held at the offices of The

20     Catafago Law Firm, P.C., 350 Fifth Avenue,

21     New York, New York, pursuant to Notice,

22     before Wendy D. Boskind, a Registered

23     Professional Reporter and Notary Public

24     of the State of New York.

25
```

                                2

 1
 2     A P P E A R A N C E S:
 3
 4     THE CATAFAGO LAW FIRM, P.C.
 5     Attorneys for Plaintiffs
 6          Empire State Building
 7          350 Fifth Avenue
 8          New York, New York 10118
 9     BY:  JACQUES CATAFAGO, ESQ.
10          JCatafago@catafagolaw.com
11
12     STATE OF NEW YORK
13     OFFICE OF THE ATTORNEY GENERAL
14     ANDREW M. CUOMO
15     Attorneys for Defendants
16          120 Broadway
17          New York, New York 10271-0332
18     BY:  JOSE L. VELEZ, ESQ.
19          Jose.Velez@oag.state.ny.us
20
21     ALSO PRESENT:
22          PATRICIA PAWLOWSKI, ESQ.
23          Counsel's Office
24          Office of Mental Retardation
25           and Developmental Disabilities

1                    Ferdinand
2     that the consumer is in need of services.
3         Q.    Do you know whether you have
4     ever seen such a certification in
5     connection with Valerie Young?
6         A.    Yeah, I've seen it.
7               MR. CATAFAGO:  I don't
8         believe it was produced.
9               MR. VELEZ:  It would be in
10        the medical records.
11        A.    It would be in the actual
12    medical records.
13              MR. VELEZ:  We produced the
14        full medical records.
15        Q.    And if it's not in the full
16    medical records, it doesn't exist?
17        A.    No, those -- they do that
18    certification every year, the doctor
19    signs it, so it has to be there.
20        Q.    What is the "UR 3" referred
21    to in item 6?
22        A.    I have no idea what the "UR
23    3" is.
24        Q.    Let me finish the questions.
25              MR. VELEZ:  Frankly, counsel,