1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x

JOHN COSENTINO, an Incapacitated Person,
by and through his guardian, ANTHONY
COSENTINO, and co-guardian, MARY ANN
COSENTINO,

                Plaintiffs,

       -against-

THE STATE OF NEW YORK OFFICE OF MENTAL
RETARDATION AND DEVELOPMENTAL
DISABILITIES, et al.,

                Defendants.

----------------------------------------x

    DEPOSITION of Peter Alexander

Uschakow, taken by the Plaintiffs, held at

the Office of the Attorney General Andrew M.

Cuomo, 120 Broadway, New York, New York

10271-0332, on October 30, 2007,

commencing at 10:13 a.m., before Michele

D. Lucchese, a Shorthand Reporter and

Notary Public within and for the State of New

York.

```
 2
 3    A P P E A R A N C E S:
 4    THE CATAFAGO LAW FIRM, P.C.
 5    Attorney for Plaintiffs
 6         350 Fifth Avenue
 7         New York, New York 10118
 8    BY:  JACQUES CATAFAGO, ESQ.
 9
10    STATE OF NEW YORK
11    OFFICE OF THE ATTORNEY GENERAL ANDREW M. CUOMO
12    LITIGATION BUREAU
13         120 Broadway
14         New York, New York 10271-0332
15    BY:  RACHEL C. ANELLO,
16    Assistant Attorney General
17
18    STATE OF NEW YORK
19    OFFICE OF MENTAL RETARDATION AND
20    DEVELOPMENTAL DISABILITIES
21         75 Morton Street
22         New York, New York
23    BY:  PATRICIA DELOREY PAWLOWSKI,
24    Assistant Counsel
25             (CONTINUED ON NEXT PAGE)
```

24

```
 1                  Uschakow
 2      A.    Did I?  No.
 3      Q.    Do you know who they were?
 4      A.    Do I know?
 5      Q.    During that time period?
 6      A.    No.
 7      Q.    Do you know what their
 8  qualifications or training were?
 9      A.    I'm sure they passed the direct
10  care test.
11      Q.    Do you know that for sure?
12      A.    Yes.
13            MS. ANELLO:  Objection.
14      Q.    But you don't know who they are?
15            MS. ANELLO:  This is outside the
16      scope.
17            MR. CATAFAGO:  Actually, I don't
18      think it is.
19            Can I have this series of
20      documents marked as Exhibit 2; they
21      were Bates stamped and produced by
22      defendants as D1157 through D1161.
23            (Plaintiff's Exhibit 2, documents
24      Bates stamped D1157 through D1161,
25      marked for identification, as of this
```

```
 1                    Uschakow
 2      Q.    I'm sorry, why don't you take a
 3 careful look at the purposes set forth on
 4 the first page of Exhibit 2, and tell me
 5 for the record which of those purposes do
 6 not apply to BDC in your tenure as
 7 director?
 8      A.    These four bullets?
 9      Q.    Yes, the four bullet on the first
10 page of Exhibit 2.
11      A.    That apply to BDC or to my office
12 specifically?
13      Q.    To your office specifically.
14      A.    These responsibilities are
15 delegated from my office to other
16 operational areas or other employees.
17      Q.    Who has the ultimate
18 responsibility of ensuring that these
19 purposes are satisfied and met?
20      A.    I, as the director, have ultimate
21 responsibility.
22            MR. CATAFAGO:  Let's have this
23       document marked as Plaintiff's Exhibit
24       3; it was produced and it is Bates
25       stamped D1155 and 1156.
```