1                                                        1

2      UNITED STATES DISTRICT COURT

3      SOUTHERN DISTRICT OF NEW YORK

4      ------------------------------------------X

5      Estate of VALERIE YOUNG, by VIOLA YOUNG, as
       Administratrix of the Estate of Valerie Young,
6      and in her personal capacity, SIDNEY YOUNG, and
       LORETTA YOUNG LEE,
7
                              Plaintiffs,
8
                   -against-                    Index No.
9                                               07CV6241

10     STATE OF NEW YORK OFFICE OF MENTAL RETARDATION
       AND DEVELOPMENTAL DISABILITIES, PETER USCHAKOW,
11     personally and in his official capacity, JAN
       WILLIAMSON, personally and in her official
12     capacity, SURESH ARYA, personally and in his
       official capacity, KATHLEEN FERDINAND, personally
13     and in her official capacity, GLORIA HAYES,
       personally and in her official capacity, DR.
14     MILOS, personally and in his official capacity,
                              Defendants.
15
       ------------------------------------------X
16

17

18              EXAMINATION BEFORE TRIAL of the

19     Plaintiff, VIOLA YOUNG, taken by the Defendant,

20     pursuant to Notice, held at the Office of the

21     Attorney General, 120 Broadway, New York, New

22     York  10271, on January 29, 2008, at 10:20 a.m.,

23     before a Notary Public of the State of New York.

24

25

```
 1                        V, YOUNG                    53

 2            Q.    Then during the years, what else in

 3    terms of medical problems did Valerie have?  What

 4    medical problems was she diagnosed with?

 5            A.    Valerie she had surgery one time it

 6    was a like a lymph node.  They did surgery on

 7    that.

 8            Q.    What other medical problems did she

 9    have as the years went by?

10            A.    I am not sure what it was.

11            Q.    Did you just say, "I am not sure

12    what it was?"  I am not sure that I heard what

13    you said?

14            A.    I am trying to think.

15            Q.    Why don't you do it this way.  You

16    were talking about her left arm, sometimes her

17    right arm.  You mentioned the lymph node, any

18    other parts of her body were causing her

19    problems?

20            A.    (No response).

21            Q.    Problems with her legs?

22            A.    Oh, yes.

23            Q.    When did she first start having

24    problems with her legs?

25            A.    One time Valerie was in the --
```

```
  1                             V, YOUNG
  2                  MR. KAISER:  Objection.
  3             A.    -- Valerie was in the hospital.
  4    Valerie start having problems in the last three
  5    years.  She was limping.
  6             Q.    With her legs?
  7             A.    Yes.  On the end.
  8             Q.    Why don't you continue?
  9             A.    On the end Valerie would be
 10    limping, I would ask the doctor what it was.  He
 11    would tell me sometimes it was from her condition
 12    and I don't remember what condition he would be
 13    talking about.
 14             Q.    You said you would ask the doctor,
 15    which doctor was that?
 16             A.    She was limping more with that
 17    Dr. Milos.  On the end I was complaining about
 18    her limping then her feet started swelling up.
 19    I would ask him what is he doing about it.  He
 20    would have her in this big wheelchair and tell me
 21    they elevate her foot.  They would put her foot
 22    in a chair to elevate it.  You know, mentally
 23    challenge people, I used to ask them, why don't
 24    he put her -- like they didn't order stockings.
 25    When your foot is swelling, they didn't give her
```

1              V, YOUNG

2    like water pills, they didn't put those special

3    stockings on her legs.  Like they didn't take her

4    for a CAT scan or MRI.

5         Q.    Are you saying you didn't agree

6    with the medical treatment they were providing

7    her?

8              MR. KAISER:  Objection.

9         A.    No, I didn't agree with some of it.

10        Q.    Now, regarding her leg, did they

11   give you a diagnosis?  Did they tell you what

12   they thought the medical condition was?

13        A.    No, they didn't.  A lot of things

14   they didn't tell me.  Just like you said, it's

15   blacked out.  When I sent out for the

16   investigation I wanted to know why there is

17   certain things there that they don't want me to

18   see.

19             MR. VELEZ:  I provided Counsel with

20   a copy of documents that are redacted, are not

21   blacked out so --

22             MR. KAISER:  Objection.  Off the

23   record.

24             (Whereupon, a discussion was

25   held off the record.)

1                                                          56
                              V, YOUNG

2              Q.    We were talking about Valerie's

3      medical condition while she was at BBC.  We were

4      focusing on her leg.  Now, I asked you if they

5      let you know what was wrong with her leg.  Did

6      they give you a diagnosis?  I just want to

7      clarify what your answer is, did they tell you

8      and you don't remember?

9              A.    I remember the last thing they told

10     me was that she had a dropped foot.  Yes, a

11     dropped foot and they were getting a brace and

12     they never did.

13             Q.    Did they explain to you what they

14     meant by dropped foot?

15             A.    No.

16             Q.    What else did they tell about her?

17             A.    All I know is she couldn't walk --

18     I mean she could walk.  They were sending her for

19     therapy.  You know, they let her sit on a

20     wheelchair too long and   they didn't let her

21     exercise.  The only time she walked was when she

22     went to therapy on Tuesday and Thursday.  The

23     therapist told me that she needed to be walked

24     around the area during the evening.  And they

25     didn't do that.

1                          V, YOUNG

2              Q.    Who told you that they don't walk

3     her around?

4              A.    I didn't say they didn't walk

5     around.  I said they should have walked her

6     around.  When I spoke to Dr. Milos, he said the

7     therapist walk her.  She only went to see the

8     therapist on Tuesday and Thursdays.  She needed

9     like on weekends to be walked around the room.

10    They didn't do it.  You sit down all day, you

11    have to walk around if your feet were swelling.

12             Q.    Maybe I misunderstood.  Are you

13    saying they didn't walk her around or I thought

14    somebody told you they didn't walk her around?

15             A.    I don't think they walked her

16    around.

17             Q.    That's your opinion then?

18             A.    (No response).

19             Q.    Did someone tell you that or are

20    you saying you don't think they walked her

21    around?

22             A.    I don't know if it was ordered.  It

23    should have been documented to do that.  Nobody

24    told me that there was an order for her to be

25    walked around the room.  You know, what you call

1         V, YOUNG

2  it.

3     Q.  If she could walk around, why was

4  she given a wheelchair?

5     MR. KAISER:  Objection.

6     A.  They said she had a dropped foot.

7  I don't know because she was always falling.

8     Q.  When you visited her, was she

9  always in a wheelchair?

10     A.  In the last few months, yes.  She

11  was always in a wheelchair and that wheelchair

12  wasn't even comfortable.  It was an old fashion

13  wheelchair.

14     Q.  So you are saying April, May, June

15  of 2005, every time you visited her she was in a

16  wheelchair?

17     A.  She would be in a wheelchair.

18     Q.  During those visits you never saw

19  her walking around or even running around?

20     A.  I took her myself try to walk her

21  around.

22     Q.  What happened?

23     A.  You would have to hold her, you

24  need two people.  I would ask, couldn't she have

25  one-to-one, and they wouldn't give it to her.

1                                              59
                            V, YOUNG

2           Q.    Did you talk to anybody about her

3      being walked around more?

4           A.    Yes.

5           Q.    Who did you talk to?

6           A.    I talked to Dr. Milos and he told

7      me the therapist walks her.

8                 Now, the therapist goes home during

9      certain time during the day.  I spoke to the

10     therapist and he told me that she should be

11     walking around, like other times.

12                If you have problems with your legs

13     swelling up, they have stockings for the wear,

14     they give you Coumadin, they give you Aspirin for

15     blood clots.  She didn't get that.

16          Q.    Did you discuss the treatment with

17     them, that she should be getting these stockings,

18     medications?  Who did you discuss that with?

19                MR. KAISER:  Objection.

20          A.    I didn't discuss it because you

21     can't tell Dr. Milos nothing.

22          Q.    So when you saw that Valerie was

23     having this problem with her leg that they told

24     you it was dropped foot you say?

25          A.    Yes, he told me they were going to

1                              V, YOUNG                           60

2        order a brace for her foot.

3                Q.    When was this?

4                A.    During the last months.  It was

5        never -- that was never ordered.

6                Q.    What kind of a brace?  Did they

7        tell you?

8                A.    Some brace for her foot, I am not a

9        doctor.  I don't know what kind of a brace.

10               Q.    What else did they tell you they

11       were going to do for her?

12               A.    All doctor Dr. Milos told me was to

13       keep her foot elevated.

14               Q.    So Dr. Milos told you that when she

15       went to therapy that she was walked around by the

16       therapist, that they also elevated her legs?

17               A.    Yes.  And Valerie is not going to

18       sit in a chair with her legs up in the chair.  It

19       wasn't the wheelchair where they had the thing to

20       elevate your legs in a chair.  They had her legs

21       in a chair.

22               Q.    When you visited her, she was

23       sitting in a wheelchair?

24               A.    Yes.

25               Q.    She didn't have any problems

V, YOUNG                                         61

    2      sitting in a wheelchair either?

    3                  MR. KAISER:  Objection.

    4          A.     That is all she could do was sit

    5      there because she couldn't get up.

    6          Q.     Why couldn't she get up?

    7                  MR. KAISER:  Objection.

    8          A.     At that time they said she would

    9      fall.  I guess, if she tried to walk with her

   10      foot.

   11          Q.     Didn't she still try to get up?

   12      Wouldn't she still try to get up while she was in

   13      the wheelchair?

   14                  MR. KAISER:  Objection.

   15          A.     Not while I was there.  Valerie she

   16      couldn't talk.  Valerie couldn't express herself.

   17      When Valerie was home I could look at her and see

   18      when something was bothering her.  I just about

   19      knew myself just being around her, I knew when

   20      something was wrong with her.

   21          Q.     Now, when she was sitting in the

   22      wheelchair, would she sit still or move her

   23      around legs around?

   24          A.     No.

   25          Q.     No what?

1                                                          62
                              V, YOUNG

2              A.    No.   She wouldn't move around the

3        last few months.

4              Q.    She would just sit still?

5              A.    Yes, they didn't have to restrain

6        her.   She would be sitting there.

7              Q.    Would she try to sometimes kick out

8        of somebody who was walking by her if she was

9        agitated?

10             A.    Not when she was in a wheelchair, I

11       don't know if she did it other times or not.

12             Q.    How many times did you see her in

13       the wheelchair sitting down?

14             A.    Every time I went there in the last

15       few months she was in the wheelchair.

16             MR. KAISER:   Objection.

17             Q.    Would you say April, May and June?

18             A.    Yes.   And her legs would be

19       swelling up too I believe.   I think her whole

20       body was swelling up.   I know her legs would be

21       swollen.   I could see that.

22             Q.    During the last few months, she

23       would walk around with the therapist, are there

24       any other times that you are aware that she would

25       walk?

1                          V, YOUNG                    63

2              MR. KAISER:  Objection.

3          A.    No.  She needed to have been

4     walking around, not only at the therapy, you need

5     to walk if your legs are swollen.  If my leg

6     swell, I take water pills.  I take Aspirin, it

7     keeps the blood thinner.  It keeps the blood from

8     clotting.  I didn't see any of that.  He didn't

9     tell me anything that he would prescribe for her.

10         Q.    Did you speak to any of the aides

11    that were around Valerie when you would visit

12    her, about whether she was being walked around?

13         A.    No, I didn't hear any of them say

14    that they walked her.

15         Q.    Did you ask them if she was being

16    walked around?

17         A.    The only thing I think she would

18    walk around is maybe when they give her a shower

19    and they said she was always falling.  That I

20    didn't understand either.  If you keep on

21    falling, you are supposed sit her out and take

22    some tests to see why you are falling.

23         Q.    Did you ask any of the BBC staff,

24    when you weren't around, if Valerie was walking

25    around or was being walked around?

```
 1                                    V, YOUNG            64

 2                   MR. KAISER:  Objection.

 3           A.    Yes, I would ask if they walked her

 4      around.

 5           Q.    What did they tell you?

 6           A.    No, no more than when they get her

 7      ready to put her in the shower.  It wasn't done

 8      while I was there.  I would be there evenings, I

 9      would go there all different times.

10           Q.    How long would you stay when you

11      visited?

12           A.    On Sundays I would stay three to

13      four hours because I didn't go to church.  I

14      would go there and I would spent time with her.

15           Q.    The other days of the week, how

16      long would you stay?

17           A.    I would go when she was coming from

18      the program, a lot of times I would be there

19      waiting for her when she would be coming from the

20      program.  Sometimes I would stay until after

21      supper and feed her myself when she couldn't feed

22      herself.

23           Q.    How much time would you end up

24      spending with her?

25           A.    A couple of hours.
```

V, YOUNG                                65

1

2          Q.    Would you see her walk during those

3     couple of hours?

4          A.    Not in the last months, no.

5          Q.    Now, the times that you weren't

6     there except for those two hours some days, you

7     don't know whether she was walking around or

8     being walked around by other staff, correct?

9          A.    No one told me they walked her, I

10    would ask.

11               MR. KAISER:  Objection.

12         A.    I didn't see anyone walking.

13         Q.    Did any of the defendants tell you

14    that she wasn't being walked around?

15         A.    What defendants?

16         Q.    In this lawsuit you --

17               MR. KAISER:  Objection.

18         Q.    -- you have named Peter Uschakow,

19    Jan Williamson, Suresh Arya, Kathleen Ferdinand,

20    Gloria Hayes and Dr. Milos.

21               Did any of them tell you that

22    Valerie wasn't being walked around or wasn't

23    walking around on her own?

24               MR. KAISER:  Objection.

25         A.    No, she wasn't walking around on

V, YOUNG                    66

her own.  If she was walking around with a

dropped foot, she would fall, you would have to

assist her.

     Q.    Did any of them tell you that she

wasn't being walked around with assistance; did

any of the defendants?

     MR. KAISER:  Objection.

     A.    No.

     Q.    Didn't they give Valerie some kind

of a helmet or head padding?

     A.    I did see that one time, but I

don't know if she would keep it on her head.  It

wasn't the right kind of helmet, I know that.

     Q.    What was the purpose of that?

     MR. KAISER:  Objection.

     A.    Because she was always falling.

I was always told that she would have all these

incidents.  They always told me she would be

falling.  Like there was always stitches

somewhere, if it wasn't over her eye, it would be

on her head.  The last week of her life, the last

few weeks there was one thing I didn't

understand.  I asked Ms. Ferdinand and she didn't

know.  I asked Gloria Hayes, but nobody knew at

1                                                                67
                              V, YOUNG

2    that time what happened to Valerie.  I spoke to

3    Peter.  Peter said he was going to get back to

4    me.  He was going to find out, but she died

5    before I found out.  It was a big gash right back

6    here (indicating).  They could not tell me what

7    happened to Valerie back here (indicating).

8         Q.    But getting back to the helmet, the

9    reason they got her the helmet was because they

10   still wanted her to keep on walking and in case

11   she fell, the helmet would help protect her;

12   is that correct?

13              MR. KAISER:  Objection.

14        A.    It was there, but she didn't have

15   it on all the time.

16        Q.    The reason they got her the helmet

17   was to protect her when she was walking in case

18   she fell down, was that your understanding why

19   they wanted her to have the helmet?

20              MR. KAISER:  Objection.

21        A.    I don't know why they gave her the

22   helmet.  It wasn't the right helmet.  He told me

23   he was going to get her another one.  That one

24   was a little, small, short thing.

25        Q.    You are saying the last few months,

1                                                        68
                              V, YOUNG
2       you only saw her in the wheelchair, that doesn't
3       mean that when you weren't there, she would have
4       been walking around by herself or assistance of
5       others?
6                    MR. KAISER:  Objection.
7              A.     She couldn't walk by herself.
8              Q.     How about with assistance of
9       others?
10             A.     If they had walked her, she could
11      have, you know, if they assisted her.
12             Q.     When was the last time you saw
13      Valerie walking on her own?
14             A.     You know, I was sick.  The last few
15      weeks, 1 remember I went to see Valerie, Valerie
16      was in the program.  First Ms. Ferdinand called
17      and said to bring Valerie over.
18                    Then she said she didn't have
19      enough staff.  I didn't feel like walking over to
20      Building 5 to see her.  Then I was admitted in
21      the hospital.  I didn't see her.  Like I wanted
22      Valerie to -- you know, she said, "Mom, I want to
23      go home, mom, I want to go home."
24                    I asked Ms. Ferdinand and she would
25      always say she doesn't have staff.  I would say

1                                V, YOUNG                        69

2      one staff could go with me.  I could manage.

3              Q.    When was that?

4              A.    A few weeks before she died.

5              Q.    My question was, when was the last

6      time you saw Valerie walking on her own,

7      ambulating on her own?

8              A.    I told you it was a while.  They

9      kept on saying she had a dropped foot, I didn't

10     see Valerie walk.  You remember when my daughter

11     said that we went.  I took her, my grandson and

12     we stood her up and let her walk a few steps that

13     Sunday.  We both were holding her.  That was the

14     last time I saw her walking, just making a few

15     steps, we didn't walk that far.

16             Q.    It was a few weeks before she

17     passed away?

18             A.    Yes.

19             Q.    You mentioned before that there

20     were swelling in her legs?

21             A.    In her legs around her ankles.

22             Q.    Did you discuss that with the

23     doctors?  Did they tell you why she had that

24     swelling?

25             A.    No, because she had an appointment

70

1                          V, YOUNG

2    for something, but I don't know.

3         Q.    Do you think that swelling in her

4    leg is what ended up leading to her death?

5                    MR. KAISER:  Objection.

6         A.    I believe yes, because when you

7    swell up, sometimes it could be a blood clot.

8         Q.    Did you think when you saw that

9    swelling that that's what was going to happened

10   to Valerie that she would get a blood clot that

11   would kill her?

12        A.    Did I think, I didn't think about

13   Valerie going like that.  Oh, boy.

14        Q.    So your answer is no, you didn't

15   think that?

16                   MR. KAISER:  Objection.

17        A.    Nobody would think that she would

18   be going that quickly.

19        Q.    But my question is, do you think

20   when you saw the swelling in her legs that

21   medical problem --

22        A.    Nobody --

23        Q.    Let me finish the question.

24             When you saw the swelling in her

25   legs, did you think that medical problem was

1                              V, YOUNG                    71

2       going to lead to her dying.

3                  MR. KAISER:  Objection.

4            A.    Lead to her dying?

5            Q.    When you saw the swelling in her

6       legs, did you feel that this was a dangerous

7       condition that might lead to her death?

8                  MR. KAISER:  Objection.

9            A.    I worked in a hospital, I know it

10      could lead to her death.  That is why I spoke to

11      Dr. Milos.  I would ask him what he was doing, he

12      said that they were elevating her legs.  That's

13      what he told me.

14           Q.    What did you discuss with

15      Dr. Milos?  When you said you spoke to him, what

16      exactly did you tell him?

17           A.    I even asked him what was he doing

18      for Valerie.  He said, he was elevating the legs,

19      he was going to get a brace for the dropped foot,

20      but he never did.

21           Q.    Your concern was why she didn't

22      have better movement in her leg; is that right?

23                 MR. KAISER:  Objection.

24           A.    (No response).

25           Q.    Isn't that why you were speaking to

72

1                          V, YOUNG

2      Dr. Milos because you wanted her to have better

3      movement in her leg?

4              A.    I wanted her to move around, I

5      wanted her to walk.  You have to walk to keep the

6      circulation going.

7              Q.    Did you discuss that with

8      Dr. Milos?  Did you express to him that you were

9      concerned that she would have circulation

10     problem?

11             A.    He knew I was concerned about that.

12             Q.    Did you discuss with it with him?

13             A.    Yes, I always go in there talk to

14     him.

15             Q.    What did you tell him regarding

16     that?

17             A.    Because I would see her leg would

18     be swollen.  I don't know if he made appointments

19     or not.

20             Q.    What I am still trying to find out

21     from you is, did you feel by her having that

22     dropped foot, having the swelling in her legs,

23     did you think that was a condition that was going

24     to end up killing her?

25                       MR. KAISER:  Objection.

1                             V, YOUNG

2           A.     I knew it was serious, that is why

3      I spoke to him.

4           Q.     Why did you think it was serious?

5           A.     I worked at oncology myself.  I

6      know when your feet are swelling up, something

7      should be done.  They should have stockings on.

8      If you think that you got a blood clot, if

9      anything like that, you are supposed to give

10     blood thinner and all of that stuff.  I don't

11     remember him telling me anything like that.

12          Q.     When you saw the swelling, and the

13     dropped foot, did you feel that was going to lead

14     to blood clot that's going to work its way up to

15     one of her organs and kill her?

16               MR. KAISER:  Objection.

17          A.     Why would you ask me that when you

18     know that if your feet is swollen and things like

19     that, they should be taken care of it.  Tests

20     should be done.  You should sent her out to be

21     evaluated.

22          Q.     Do you know if tests were done on

23     her?

24          A.     It wasn't explained to me.  No one

25     called and told me anything like that.

```
 1                           V, YOUNG

 2            Q.    You are not sure --

 3            A.    Besides the last week I was sick.

 4      You know, my kids told you, I was in the hospital

 5      that week.  I was sick.  Because I wasn't able to

 6      go over there and observe her myself.

 7            Q.    But her legs were bothering her for

 8      a while?

 9            A.    Yes, a while, yes.

10            Q.    My question is, did you feel by her

11      having the dropped foot and swelling, did you

12      think that was going to lead --

13            A.    I couldn't understand how people

14      could get a dropped foot.  That I didn't

15      understand.

16            Q.    You were concerned about what the

17      dropped foot was and how that could be corrected?

18            A.    Yes.  I knew she needed not sitting

19      in the chair for so many hours without being

20      exercised and walked around.  By me being sick, I

21      wasn't there in the end to even complain.

22            Q.    My question is specifically, did

23      you think that the swelling in her legs was going

24      to lead to a blood clot that would travel to a

25      lung or to any other part of her body and kill
```

75

V, YOUNG

1

2   her?  Were you concerned about that?

3          A.    Yes, I was concerned.

4          MR. KAISER:  Objection.

5          A.    But I told you I was sick and the

6   last few weeks I couldn't get there.  Because if

7   I had been able to go visit her, I would have

8   brought that to the attention of Dr. Milos

9   myself.  They got nurses around there.  Those

10   nurses are -- if the staff even told them things,

11   it should be documented, you write nurse's notes

12   and Dr. Milos is supposed to check it.

13          Q.    I am trying to find out, what

14   concerns you have leading up to Valerie Young's

15   death.

16          When you saw the swelling, at that

17   point were you concerned or afraid she would have

18   a blood clot that would kill her related to the

19   swelling in her legs?

20          MR. KAISER:  Objection.  Asked and

21   answered.

22          MR. VELEZ:  She is not really

23   answering.

24          MR. KAISER:  She said she was

25   concerned.

76
V, YOUNG

2          A.    I told you I was concerned.

3          Q.    You specifically knew ahead of time

4    that she would have a blood clot --

5          MR. KAISER:  Objection.

6          A.    I didn't know that she would have a

7    blood clot.  How would I know?  I am not a

8    doctor.  I didn't know that.  I am just a nurse's

9    assistant.  I worked in oncology.  I see these

10   thing.  We had to make nurse's notes if we

11   observed something.

12         Q.    My question now is, do you think

13   any of the defendants knew that the swelling of

14   Valerie's leg would create a blood clot that

15   would kill her?

16         MR. KAISER:  Objection.

17         A.    I can't tell you what they knew.

18   You keep on ask asking me the same question over

19   and over.

20         Q.    No.  I am asking you now about any

21   of the defendants.  My question is, I will repeat

22   it again, do you believe any of the defendants

23   when they knew that Valerie had the drooped foot

24   and the swelling that you mentioned, did any of

25   them knew that this was a condition that might

77
1                              V, YOUNG

2      lead to her death?

3                    MR. KAISER:  Objection.

4           A.      It could happened.

5           Q.      I am asking you, if you believe any

6      of the defendants thought that?

7           A.      Who are you calling defendants?

8           Q.      The defendants are Peter Uschakow,

9      Jan Williamson, Suresh Arya, Kathleen Ferdinand,

10     Gloria Hayes and Dr. Milos.

11                  My question is, do you believe that

12     any of these individuals thought when Valerie had

13     the dropped foot and the swelling that you

14     mentioned, that this would lead to a condition

15     that might kill her?

16          A.      I don't know what they thought.

17                  MR. KAISER:  Objection.

18          Q.      More specifically, do you believe

19     any of them thought that Valerie would end up

20     having a blood clot that would work its way up to

21     one of her organs and kill her because of her

22     dropped foot and the swelling in her leg?

23                  MR. KAISER:  Objection.

24          A.      I don't know what they thought.  I

25     can't speak for them.  They were there all the

```
 1                          V, YOUNG

 2      time.  I only visited.  I am sure the staff or

 3      the nurses would make nurse's notes.  So there is

 4      no reason why the doctor couldn't check the

 5      nurse's notes, see when they give her showers in

 6      the afternoon that her feet are swollen.

 7           Q.    So just we are clear regarding the

 8      defendants, again, that is Peter Uschakow, Jan

 9      Williamson, Suresh Arya, Kathleen Ferdinand,

10      Gloria Hayes and Dr. Milos, do you believe that

11      any of them knew that Valerie had this

12      potentially serious condition that would kill her

13      and they just chose to ignore it?

14                MR. KAISER:  Objection.

15           A.    Dr. Milos is a doctor.  I am sure

16      it was in the nurse's notes.  He should have read

17      the nurse's notes and did something about it.

18           Q.    No.  My question is specifically,

19      do you think any of these defendants know that

20      Valerie had a potentially dangerous condition

21      that was going to kill her and they chose to

22      ignore it?

23                MR. KAISER:  Objection.

24           A.    I can't tell you what they knew.  I

25      can't speak for them and say what they knew
```

79
1                          V, YOUNG

2    because I wasn't there.

3         Q.    Let me rephrase the question this

4    way.

5               MR. KAISER:   Listen to the

6    question.

7         Q.    Do you have any proof that any of

8    these defendants knew that Valerie Young had a

9    potentially dangerous, fatal problem and

10   deliberately chose to ignore it?

11              MR. KAISER:   Objection.

12        A.    Yes.

13        Q.    What proof do you have?

14        A.    I don't have proof.

15              MR. KAISER:   Objection.

16        A.    Say that again.

17        Q.    Do you have any proof that any of

18   these defendants knew that Valerie Young suffered

19   from a medical condition in particular related to

20   her leg that was potentially dangerous and fatal,

21   that might kill her that they knew this and chose

22   to ignore it, chose not to do anything about it?

23              MR. KAISER:   Objection.

24        A.    Repeat that again.  Can you repeat

25   it?

V, YOUNG                     106

it wasn't the therapist.  He had to write an
order for that.

      Q.    But do you think he was also saying
it was the therapist --

      A.    It seemed that way to me, when he
said, "the therapist did that."

      Q.    The therapist was handling that
part of it?

      A.    That they walk her.

      Q.    That she be walked?

      A.    Yes.

      Q.    How many times did she go to
physical therapy?

      A.    Tuesday and Thursday.

      Q.    How long was she there?

      A.    I don't know.

      Q.    Did you ever attend any of these
physical therapy sessions?

      A.    No, I didn't go to the therapist
because I told you I was sick.

      Q.    Did you know who Suresh Arya was
prior to June 19, 2005?

      A.    Yes.

      Q.    Had you met him prior to June 19,

1                          V, YOUNG

2           A.    She didn't get the healthcare that

3      she was supposed to get.

4                 MR. KAISER:  Note my objection.

5           Q.    Those reasons that you just gave

6      for her death, did you at any time prior to

7      Valerie dying, did you think she might die from

8      that condition?

9                 MR. KAISER:  Objection.

10          A.    Prior to it?

11          Q.    Yes.

12          A.    I never thought Valerie would die

13     from that so fast.

14          Q.    When you say, "die from that so

15     fast," because the answer is confusing me a

16     little.  You are saying that you don't think she

17     would have died from that and also, she wouldn't

18     have died so early in her life?  What do you mean

19     by so fast?

20          A.    You know, I just didn't think that

21     this would happen.  I didn't think that would

22     happen because I am not a doctor.

23          Q.    So you are the plaintiff in this

24     lawsuit.  I want to focus on the defendants.  Did

25     you believe any of the defendants knew that she

```
                                              130
 1                        V, YOUNG

 2    would die from those reasons that you just gave?

 3                 MR. KAISER:  Objection.

 4          A.    Do I think that the defendants

 5    knew?

 6          Q.    That she might die from those

 7    reasons?

 8          A.    I cannot tell you what I think

 9    other people thought, I don't know.  I cannot

10    tell you what I think, what other people thought,

11    I can't tell you that.

12          Q.    I guess, we kind of went through

13    this before.

14                 Do you have any proof that any of

15    the defendants knew that she would suffer a blood

16    clot that would end up killing her because of her

17    leg problems?

18                 MR. KAISER:  Objection.

19          Q.    Do you have any proof that any of

20    the defendants knew that the condition that

21    Valerie suffered from her leg would lead her to

22    suffer a blood clot that would end up killing

23    her?

24                 MR. KAISER:  Objection.

25          A.    I can't answer that.  I don't know
```

```
 1                          V, YOUNG
 2     what they knew about her medical conditions.
 3          Q.    But as we sit here, you don't have
 4     any proof that any of these defendants knew that
 5     she was going to suffer from this condition and
 6     chose to ignore it?
 7          A.    I can't answer it.
 8          Q.    When you spoke to Dr. Milos or
 9     anyone else in the Brooklyn Developmental Center,
10     but probably with Dr. Milos regarding her leg
11     condition, did any of them mention to you that
12     she suffered from a condition called edema,
13     E-D-E-M-A?
14          A.    That is like swelling of the --
15          Q.    Yes.
16          A.    No.
17          Q.    They didn't mention to you the name
18     of the condition?
19          A.    No.
20          Q.    Are you aware that prior to
21     June 19, 2005, Valerie suffered from edema?
22          A.    Repeat that again.
23          Q.    Are you aware that prior to Valerie
24     dying, if she suffered from edema?
25          A.    I noticed the swelling in her feet.
```

132

1                                  V, YOUNG

2      That is why I spoke to Dr. Milos about it.

3              Q.    You are aware of the problems, you

4      are just saying you weren't told that she

5      suffered from edema?

6              A.    I saw it and I knew that's what it

7      was.   That is why I was questioning it.

8              Q.    Did anyone explain to you edema is

9      water retention?

10             A.    I knew that already and she didn't

11     get no Lasis, I get it around my leg.  I take

12     Lasis twice a day, L-A-S-I-S.  Because if you

13     don't, it will build up around your lungs and

14     your heart, the fluid.

15             Q.    You said the fluids will?

16             A.    Yes.  You are supposed to take

17     blood thinner too.

18             Q.    You said people who suffer from

19     edema, which is water retention in the legs, they

20     are supposed to take blood thinners also?

21                  MR. KAISER:  Objection.

22             A.    I think so.

23             Q.    What are you basing that opinion

24     on?

25             A.    Because I take it myself.