BROOKLYN DEVELOPMENTAL CENTER
DVP RECORD
TABLE OF CONTENTS

I. CLIENT INFORMATION                                        COLOR CODE SECTION

   1. I.D. Sheet - BDC Ø                                     TAN
   2. Diagnostic Report - IPP 4
   3. Client's Rights Statement
   4. Medicaid Certification - 75 Med. (MR)
   5. Pre-Admission Information - New Admissions only
   6. UR 3

II. MEDICAL

   1. Physical
      a. Annual Assessment DVP 30                         RED
      b. Comprehensive Medical 34 Med.
      c. Physicians Notes

   2. Consultations - Where Applicable - 36 Med.
      a. Eye                                               "
      b. Neurological
      c. Gynecological
      d. Podiatry
      e. Physiatry
      f. Chest X-ray
      g. Psychiatric
      h. Other

   3. Lab Tests
      a. CBC                                               "
      b. Blood Chemistry
      c. Urinanalysis
      d. Stool
      e. Hep-B Profile (if applicable)
      f. Other

   4. Nursing
      a. Annual Assessment                                 "
      b. Quarterly Nursing Summary
      c. Nursing Notes

   5. Medication
      a. Physicians Orders                                 "
      b. Side Effect Sheet
      c. Pharmacy Review
      d. Medication and Treatment Record - 223 NS
      e. Monthly Psychotropic Drug Review
      f. AIMS form - Tardive Dyskinesia Check-list

   6. Charts
      a. Seizure - 216 Med.                                "
      b. Weight - 199 Med.
      c. Immunizations - 9 Med.
      d. Menstrual

Young 8035

-2-

      7. Dental                                                                                    COLOR CODE SECTION

         a. Annual Assessment - DVP 30
         b. Dental Chart - 122 Med.                                         RED
         c. Dental Notes

      8. Dietary
         a. Annual Assessment - DVP 30                              "
         b. Dietary Notes - DVP 95

III. PROGRAM ASSESSMENTS/NOTES

      1. ATP/Education                                                          GREY
      2. Direct Care
      3. Occupational Therapy
      4. Physical Therapy
      5. Psychology
      6. Recreation
      7. Rehabilitation/Community Program
      8. Social Service
      9. Speech/Audiology

IV. PLAN OF CARE

      1. Process Record - DVP 1
         a. Letters of Invitation                                     BLUE
         b. Follow-up Letters

      2. Team Assessment
         a. Annual Comprehensive Team Assessment/BDC Rev. 7/87    "
         b. Post-Institutional Plan
         c. Needs/Capabilities List-BDC 40-45
         d. Master Goal List - BDC 50
         e. Daily Activity Schedule-BDC 65

      3. Program Plans
         a. Program Goal Plans - DVP 55                         "
         b. Data Sheets/Supplemental Data Sheets - BDC 5/87

V. PROGRAM PLAN REVIEW

      1. 90 Day Review - BDC Rev. 8/86                         YELLOW
      2. Monthly Review - BDC 95.2

VI. CORRESPONDENCE                                                       GREEN

Young 8036