BDDSO 147M 5/02

# MINOR OCCURRENCE

| 1. OVERSIGHT AGENCY | OMRDD |
|---|---|
| 2. LOCATION | BDC |
| 3. PROGRAM TYPE | |
| 4. ADDRESS | 888 Fountain Ave |
| | B'H NY 11208 |
| 5. PHONE | ( ) |

## PART A – TO BE COMPLETED BY STAFF DESIGNATED IN POLICY

| 6. SUBJECT'S NAME (Last, First) | 7. AGE | 8. SEX | 9. I.D. No |
|---|---|---|---|
| Young, Valarie | 33 | ☐ Male ☒ Female | 6396 |

**10. ADAPTIVE BEHAVIOR DEFICITS** (X All Which Apply)
MODERATE / SEVERE
- 1 ☐
- 2 ☐
- 3 ☐
- 4 ☐
- 5 ☐
- 6 ☒ Communications
- 7 ☒ Independent Living
- 8 ☒ Learning
- 9 ☒ Mobility
- 10 ☒ Self Direction

**DEVELOPMENTAL DISABILITY**
- 1 ☐ MR  2 ☐ Mild  4 ☐ Severe  3 ☐ Moderate  5 ☒ Profound
- 6 ☐ C.P.
- 7 ☐ Epilepsy
- 8 ☐ Autism
- 9 ☐ Neurological Impairment (Specify the impairment in #25)

**11. MEDICATION REGIMEN (X One Only)**
- 1 ☐ None
- 2 ☐ Antibiotic Only
- 3 ☐ Psychotropic Only
- 4 ☐ Antiepileptic Only
- 5 ☐ Antibiotic-Psychotropic
- 6 ☐ Antibiotic-Antiepileptic
- 7 ☐ Psychotropic-Antiepileptic
- 8 ☐ Psychotropic-Antiepileptic-Antibiotic
- 9 ☒ Other

**12. DATE & TIME OCCURRENCE WAS**
- 1 ☒ Observed
- 2 ☐ Found

Mo. 06  Day 24  Year 03  Hour 03  Min. 30  ☐ A.M. ☒ P.M.

**13. Number of other consumers with DD present at time of incident** 1
**14. Number of Employees Present at time of incident** 1

**15. CLASSIFICATION OF INCIDENT (X One)**
- 1 ☐ Injury-Observed
- 2 ☐ Injury-Found
- 3 ☐ Medication Error
- 4 ☐ Physical Intervention
- 5 ☐ Chemical Restraint
- 6 ☐ Altercation between 2 consumers
- 7 ☐ Bite
- 8 ☐ LWOC
- 9 ☒ Other (Specify in #21)

**16. CAUSES OF INCIDENT (X All Which Apply)**
- 1 ☐ Action of Consumer (See #19)
- 2 ☐ Physical Handicap
- 3 ☐ Seizure/Fainting
- 4 ☐ Fall
- 5 ☐ Physical Intervention
- 6 ☐ Actions of Other Consumers
- 7 ☐ Actions of Employee
- 8 ☐ Actions of Visitor
- 9 ☐ Hazardous Conditions on Facility Property
- 10 ☐ Faulty, Inadequate or Inappropriate Equipment
- 11 ☒ Other (Specify in #21)

**17. LOCATION OF INCIDENT**
- 1 ☒ Indoors  2 ☐ Outdoors

**18. SPECIFIC LOCATION**
- 1 ☒ Living Room
- 2 ☐ Bedroom
- 3 ☐ Kitchen
- 4 ☐ Bathroom
- 5 ☐ Hallway
- 6 ☐ Staircase
- 7 ☐ Dining Room
- 8 ☐ Program Room
- 9 ☐ Recreation Area
- 10 ☐ Off Facility Property
- 11 ☐ Other (Specify in #21)

**19. ACTIONS OF SUBJECT OF REPORT** (X One Only if Box #1 in Item 16 was marked)
- 1 ☐ Self Abusive
- 2 ☐ Assaultive
- 3 ☐ Provocative
- 4 ☐ Accidental
- 5 ☒ Other Specify in #21

**20. WHAT CORRECTIVE OR OTHER ACTIONS HAVE BEEN TAKEN?**
- 1 ☐ Medical Treatment
- 2 ☐ Subject Relocated
- 3 ☐ Staff Relocated
- 4 ☐ Maintenance Request
- 5 ☐ Plan Modification
- 6 ☐ Observation of Subject
- 7 ☐ Supervision of Subject

Other (Explain): Nurse

**21. DESCRIPTION OF INCIDENT:** If report is completed by someone other than the one with first knowledge of situation, attach written report of that party and reports from any others involved. (1) Describe incident and include address if different from 2, 4 or 22  (2) Give names of witnesses and others involved  (3) Specify first aid (if given)

at 3rd when I came to work I found V.Y. in a wheel chair I tried to pull her out the chair but she cannot stand up alone, and have a hard time taking steps, and will slide to the floor she cannot walk.

If take down was used: One Person ___ Two Persons ___ Face up ___ Other ___ (Describe)
If time-out was used as an approved intervention, indicate Time In ___ Time Out ___

**22. SUBJECT'S PRESENT LOCATION** (if different from residence)

| PRINT NAME OF PARTY COMPLETING THIS FORM | Title | Signature | Date |
|---|---|---|---|
| Lillian Thomas | DA II | Lillian Thomas | 6-24-03 |
| **24. PRINT NAME OF PARTY COMPLETING REVIEW** | Title | Signature | Date |
| Anna Bennett | DA II | Anna Bennett | 6/24/03 |

**YOUNG 8815**