New York State
Office of Mental Retardation
& Developmental Disabilities



# BROOKLYN DEVELOPMENTAL DISABILITIES SERVICE OFFICE

888 Fountain Avenue
Brooklyn, New York 11208-5997
(718) 642-6151- Business Hours
(718) 642-6053 – Evening/Weekend

**THOMAS A. MAUL**
Commissioner

**PETER USCHAKOW**
Director

**JAN WILLIAMSON**
Deputy Director of
Operations

**DONNA LIMITI**
Deputy Director of
Community Services

November 5, 2005

Mr. Mark Rappaport, RN, MS
Quality Assurance Facility
Review Specialist II
COMMISSION ON QUALITY OF CARE
401 State St.
Schenectady, New York 12305-2397

Re:   Valerie Young
      QCCID: 0506138

Dear Mr. Rappaport:

We are in receipt of your letter regarding the death of Valerie Young. We have reviewed your suggestions and greatly appreciate their value in helping us develop systemic monitoring of consumers who are at high risk for DVT's. As a consequence, we are currently in the process of developing a comprehensive procedure for assessing, treating and monitoring these consumers. The procedure will address all the points you highlighted including

- an assessment tool
- recommended medical regimen (including the use of TED stockings)
- guidelines for nursing
- tracking of activity
- PT guidelines for ROM
- need for PT consults and training

If you like we will be happy to forward these procedures to you upon their completion. Additionally, we have reviewed the issue of the nurse who documented administration of medication to Valerie on 6/20/05 and are taking administrative action against her. Again, we appreciate your assistance on this case.

Sincerely,

Dr. Judith Beer
Quality Assurance

cc: P. Uschakow

CQC5