

CORE LOG

Started Night 3/21/05

RECORD

6/22/05

YOUNG 9917

4

night Shift     Tues
3/22/05

Elk written on V. Long:
While upturning her mattress she grazed her
face onto the headboard and caused injury
to her left eye. It appears to be slightly
swollen and     not red.

5

Days - Tuesday                        March 22, 2005

9-1

*In treatment room (the Rs)

8



Night Shift    Wed
3/23/05

2:15/
/4:15     V Torres awake at present

*

4:15/6:00  V. Torres    awake.

9

Dans—Wednesday — March 23. 2005

-V. Young and

- NPO3 - bloodwork who done

12

Night Report          3/24/05

1115
215

V. young,
are outside the other consumer appears
to be sleeping. no incidents reported

16

Night Report     3/25/05

11:15
1:45

and         are out of bed.
, made rounds.     ✓ young,

19

Night                    3/20/04

1/15

1) name is out of bed.

21

Days-Saturday                    March
1-3:30 P.M. Aliens - visited by mother.

23

Night Report          3/27/05

515
60  Rounds made, staff reported, V. Young
is unsteady, the nurse was
notified, staff was enjoined to
ever V. Young close supervision.

26

3/28/05

115
31b

"V. young + and"
are awake and out of bed.

31t    Wings are quite        V.y are
5b     out of bed.

28

Day Shift
Monday
3/28/05

9:11A    All Consumers transported to prison
except V. Young.
they remained on the wings (3:14)A
has a cold. They are with
All doctors appt was cancelled at
BDC to see eye doctor until April 1,
Consumers are;
, V. Young.

YOUNG 9928

32

Sam-Tuesday — March 29,2005

9-11

4 Haunt — Cold symptoms
held
back from prayers per doctor

35

Night Report

Wed
3/30/05

4/15/
/00

Melanie went to sleep

YOUNG  9930

52

C: 6/+3+1

Day Shift
Sunday
4/3/08

7 to 9A

...was seen by
the doctor for ear + V. Young for her fingers.

55



Are awake on 3/4.

58

Nights Tues 6/15/05

/4:00  I/R written on V. Young - Ms Young
was attempting to toss her mattress onto
the floor. She slipped & hit her face into
the headboard causing abrasion to her over
her left eye, which was bleeding. Nod
notified & reminded.

6:00/pm  V. Young made the bed
G the nights

61

night shift   wed

Valerie started removing her camera. She will not keep on clothes.



ZO4A  B  1:1  All shifts [65]
Nights        Thurs
4/2/05

IR written on Valerie Young - Valerie was
Observed getting up from the flr. where she
Sustained a scratch on her left eyebrow.
Mol.        notified & responded.

66

Day Shift Thursday 4/7/05

1-3:30
Seen by 'One

V. Yanna.



72

Night Report       4/9/05

1:15 / 5:15

V. Young
are out of bed

3:15 / 5:15

V. Young,       are out
of bed.



82

Nights — Tues 4/12/05

V. Young are all awake At
Present.

YOUNG  9938

84

Day Shift
Tuesday
4/12/05

9A-11A

All other consumers went to program except ___ + V. Young remained on the wing.



86    Nights -    4/13/05 WED

2/5/4R  Walking around the unit. Exhibiting uncoperative behavior.



88

Day Shift
Wednesday
4/13/05

9A-11A

V. Young had a meeting also.

89

Evening ———— 4/13/05
Wed

9-11:30
bed                                    , v.i, are out of



90

Night Report                    4/14/05 –

staff reported that V. Young "has
a scratch on the L eye".

95

5-7

6Am while Ms Young was being
Showered She droped her self to
the floor Battering her face Causeing
a large Cut to Her left eye Nurse
+ I responded Reportable written



96

Days-Friday                    April 15, 2005

V. Young
seen (by Dr.

100

Sans-Saturday.                     March 16, 2005



1-330

*V. Young - visited by Walter
and sister.

116

Day Shift ~~Monday~~ Wednesday 4/20/05

9-11

meeting held on V. Young. Special

11-1

*V. Young is to remain in "wheelchair" at all times @s per Dr.

122

Day Shift  4/22/05  Friday

4-1

Ms. Young came to visit with Valerie



128

*nights*     2/24/05 8pm

4/18 06

Show procedure for G. Young, will be
implemented, must Cls were entered

Day Shift   Monday   4/25/05

133

99

Doctor saw V. Young & removed her
sutures.

137

Evening Shift          1/26/05

3/630

Valerie Young returned from appt.

139

Day Shift     Wednesday 4/27/05

1100/00

Valerie got a
new chair & new helmet today.

152

Day Shift
Sunday
5/1/05

Ps. V. Young mother came "by today—

155

Day Shift
Monday
5/2/02

9:11ᵃ

V. Young went to the dentist

164

Evening Shift                    5/4/05

3/6/05

, Valeri has been on treatment given

165

Nights 5/5/05

6'st
700
Completed Tir

*Picalwork
ε V Young.



173

Night          5/7/05
              Saturday

115-3/5                    V4 still out of bed.

YOUNG 9957

187

Night        5/11/05
             Wed

35 Rounds were Made. V.L. are both out
of bed at this time

188

Days – Wednesday , May 11 2005,

9-11

– V. Young
Descrition to BBC-Dad

195

Night                    5/13/05
                         Friday

251
ob bed              Mouse        are out

199

Night          Out
               3/14/05

3-5          are awake          VV

203

Day Shift
Sunday
5/15/05

1/8/05

Mother came to see her.

V. Young

223

Night _____ Saturday
5/21/05

11<sup>15</sup>P

# Young
are all awake & out of bed at
this time

1<sup>15</sup>-3<sup>15</sup>
VY is
still out of bed .

3<sup>15</sup>-5<sup>15</sup>
VY refuses to go to bed seat
in area A .

YOUNG  9963

221

Day Shift Friday - 5/20/05

7A

N/s staff still
doing reportable incident in V Young

9A

V. Young received four sutures in head

11A

12P V. Young was not issued a mat should
not be using mat by bed area
at all.

226

*Night Report*
May 22, 2005

125

V. Young put to Bed because her left ankle swollen.

229

Nights

5/23/05 (mm)

4/5/05
nurse — giving meds to units 3/3 &
3/4. V. Green refused her meds.
Several attempts were made to give her
meds & Valerie refused. She threw her
Ensure onto the floor & she said "no I
do not want it"

231

Evening Shift - Monday - 5/23/05

5/23 V. Young refused to take her meds

5/23 - Rdr. V. Young,                    "shut up"

233

Day Shift
Tuesday
5/24/05

1/8 100

the EKG.

V. Urine refused

YOUNG 9968

238

Day Shift
Thursday
5/26/05

Negat          5/26/05

11-1

temi                Are all up at this

242

Night    Friday
5/27/05

5¹⁵-7¹⁵

N Young's feet appear swollen "Nurse
Notified"

243

Day Shift Friday stubs

visited by mother — V-Young

YOUNG 9971

254

Night  Tuesday
5/31/05

$1^{15} - 3^{15}$

$3^{15} - 5^{15}$ *TR Written on UY fell out of bed.

V/Yourg Continue

to Slide out of bed.

270

*Saturday,*                              *June 4, 2005*

                                         *New York —*

*visited her mother.*

279

Night        Tuesday
             6-7-05

Youngs is Setting up at this time

awake        Youngs sleep

286

Night J Ahes 8/9/05

1-3[15]

on 34 are all out of bed at this point. VY

3[15]-5[15] VY remains