530 | asleep

12-17-04

DAY Report

9:45 — V. Young in Program
10:00 — V. Young refuse her A.D.L.
10:15 — V. Young screaming
10:30 — V. Young Relaxing
10:45 — V. Young refuse her WORK
11:00 — V. Young sitting up Still refuse her work
11:15 — V. Young sitting Still refuse her Work
11:45 — V. Young is during some Work
12:00 — V. Young is drawing during some work
12:30 — V. Young still during some WORK
12:45 — V. Young during WORK
1:00 — V. Young had her lunch
1:15 —
1:30 — Back on Program
1:45 — V. Young was change
2:00 — V. Young doing some WORK
2:15 — V. Young is in a good mood Laughing and talking about home and mom
2:30 — V. Young still talking about home and Mom
2:45 — V. Young — Still talking about her mom

**YOUNG 11/07 - 0307**

12-17-04

3:00 "V. Young Back on Wings"

YOUNG 11/07 - 0308