# BROOKLYN DEVELOPMENTAL CENTER
## 888 Fountain Avenue, Brooklyn, 11208
## Tel. No. (718) 642-6113
## <u>Fax No. (718) 642-4707</u>



# <u>Fax</u>

| | |
|---|---|
| To: MARK RAPPAPORT | From: JUDITH BEER |
| Fax No. (516) 388-2880 | Date: 7/28/05 |
| Tel. No. _____ | Pages to Follow: _____ |

Subject: VALERIE YOUNG - LOGS

Message:

_____

_____

_____

_____

_____

_____

_____

_____

YOUNG 11/07 - 0128

Evening Shift Sunday    6/19/05

3³⁰ rounds made at the start of shift.
Visual body checks done, Verbals
given. No problems to report.

3⁴⁵ Valerie is sitting in Area C watching S.V.
4⁰⁰  "    "    "    "    "    "    "    "    "
4¹⁵  "    "    "    "    "    "    "    "    "
4³⁰  "    "    "    "    "    "    "    "    "
4⁴⁵  "    "    "    "    "    "    "    "    "
5⁰⁰  "    "    "    "    "    "    "    "    "
5¹⁵  "    "    "    "    "    "    "    "    "

5³⁰ Valerie is in the dining area, eating
dinner.

5⁴⁵ Valerie is still eating
6⁰⁰ Valerie finished eating Diet taken well.
6¹⁵ Valerie is sitting in Area C watching S.V.
6³⁰  "    "    "    "    "    "    "    "    "
6⁴⁵  "    "    "    "    "    "    "    "    "
7⁰⁰  "    "    "    "    "    "    "    "    "

7¹⁵ Valerie sitting in Area C. Viewing T.V. (MW)
7³⁰ Valerie sitting in Area C. Watching TV (MW)
7⁴⁵  "        "        "    "    "    "    "  (MW)

8:⁰⁰ Valerie is being giving a enema by Nurse
Cherdiet.

8¹⁵ Valerie being escorted to bathroom in

(inc cont 6/19/05
shower chair to be shared by
Staff of Thompson + Lawrence.

11.    830   Staff noticed, Valerie Young
unresponsive immediately notified
nurse.

845   Valerie Young receiving medical
care by Nurse Aszia. EMS arrived
and took over medical care.

900   Valerie young still receiving medical care.

915   Valerie Young is leaving for hospital.
Staff escorted W Thompson + S. Killings.

930   Valerie Young arrived to hospital,
she's still receiving medical care.

YOUNG 11/07 - 0130