CQCAPD    Fax:5183881275       Feb 7 2008 18:08    P.45
Jul 28 05 11:06a   Brooklyn Dev. Ctr.    9171864247u7        p.2

Evening Shift Sunday 6/19/05

3:30 Rounds made at the start of shift. Visual body checks done, verbals given. No problems to report.

3:45 Valerie is sitting in Area C watching␣T.V.
4:00 "      "      "      "      "      "      "      "
4:15 "      "      "      "      "      "      "      "
4:30 "      "      "      "      "      "      "      "
4:45 "      "      "      "      "      "      "      "
5:00 "      "      "      "      "      "      "      "
5:15 "      "      "      "      "      "      "      "

5:30 Valerie is in the dining area, eating dinner.

5:45 Valerie is still eating
6:00 Valerie finished eating. Diet taken well.
6:15 Valerie is sitting in Area C watching T.V.
6:30 "      "      "      "      "      "      "      "
6:45 "      "      "      "      "      "      "      "
7:00 "      "      "      "      "      "      "      "
7:15 Valerie sitting in Area C. Viewing T.V.
7:30 Valerie sitting in Area C. Watching T.V.
7:45 "      "      "      "      "      "      "      "

8:00 Valerie is being giving a enema by Nurse Chezzie.

8:15 Valerie being escorted to bathroom in

CQC76