

YOUNG 9977

5

V. Young woke up at 4.15 Arc

8

Monday     NIGHT SHIFT     3/21/05

3-15 All consumers are still asleep, except
, N.Y.

11

Night Shift                                    3/22/05

1ˢᵗ 2ⁱᵈ incident report on Valerie Young &
bruise over her (L) elbow. Supervisor
notified
                    Valerie out of bed.

15

_Night Shift_                    3/23/05

Census: 17

1/3   All consumers
asleep except for    , V. Young,
Valerie      are walking around the
wing. Valerie is stripping, tearing down
curtains + turning over mattresses. All
are being supervised.

3/5  Wet check done. All consumers asleep
except for Valerie.         All
are being supervised.

★ V. Young,           - N.P.O

YOUNG  9981

16

Days—Wednesday          March 23, 2005

7-9

*V. Zhang               — NPOX bleak—
with Slone

YOUNG  9982

18

*[handwritten signature]*

*[handwritten notes]*

consumers in Bad
except Vi.

19

8/24/05   Night shift

11³⁰

1³⁰

Valerie Young is Walking around the ward

1³⁰/3³⁰

Consumers resting except for Valerie young. All is well

21

Thursday    Evening Shift    3/24/05

30 30
5 - 7

Vy. on Enema.    'Nurse gave'

22

C   17          Night Report          3/25/05

V - young
are out of bed

25

3-26-05

night Report

11:5

v.4 Still out of bed!

v. Young Still up!

YOUNG  9987

27

Saturday    EVENING SHIFT   3/26/05

30 30
9 -11

are still out of bed.

U.4

28

3-28-05

night Report

4 V. Young WP refuse to go back
to bed

5
6

areas informed of V. Young being
unstable; staff was informed to
closely supervise her,

30

_____ Brenda Shute _____ 3/03/95

$9^{30}$
$9^{00}$ consumers settled down W
ques, enema

$9^{30}$
$11^{00}$ bed except all consumers in

YOUNG 9990

31

Night Shift                    3/28/05

4/1    All consumers asleep
acct except for V. Yang.
All are being supervised.

4/3    All consumers
asleep except for V. Yang.
All are being supervised.

4/5    All consumers
asleep except for
Valerie.

YOUNG  9991

32

Day Shift
Monday
3/28/05



9⁰⁰-11⁰⁰

Eye dr. appt
Cancelled for V. Young rescheduled 4/1/05

11⁰⁰-1⁰⁰

Cm
V. Young,
on the wing, had cold W/       sensed

33

EVENING SHIFT
Monday
3/28/05

V.Y. had an enema ✓

9-11 All consumers are asleep in bed except
V.Y.

34

Night Shift                    3/29/0.

11/1   All consumers asleep + quiet except for
V. Young.                    V. Young sitting w/
staff.

1/3
                    All consumers asleep except
for                V. Young.          All are being
supervised.
3/5                        All consumers asleep
except for Valerie.

35

Day Shift
Tuesday
3/29/05

1810  All consumers transported to
program except V Young
remained on the wing, they
have a cold



40

3-31-05

night Report

4
v.y.        up!

44

## Day Shift Friday 4/1/05

11-1

V. Vang taken to BPC Eye appt.

49



4-3-05

night Report

U.Y. Still up.

4

U. Young Still up

**YOUNG  9998**

56

Night Sheet _____ 4/5/05

2/4   'Consumers
'resting except V. young,
who are awake.
* 'I/R written on V. young for
abrasion over left side.

7°/7⁵

I/R on V. Young.

57



Day Shift    Tuesday
4|1/06

79

for "fall"    Doctor saw Valerie
no sutures arisi

58

Cue                    Tues

3-5

V Young

undressing. She was redirected +
redressed.

5-7

V Young showered
+ placed in her bed She appears
Very Sleepy Nurse Notified.

YOUNG 10001

60



4-5-05

Night Report

3 Rounds;
Vig up.

63

4-7-05

Night Report

1⁸⁵ V.Y. had an I/R written Scratch on Left eye Brow

YOUNG 10003

64

Thursday  Day Shift  4/7/05

1-3³⁰ Valerie seen by Dr. Capasti for neurology

65

4/7/05    Thursday Evening Shift

9:30-11    All consumers
are in their beds except V.V.

YOUNG 10005

68

Eve                    Friday
                       4/8/05

9-11:30  Consumers had snacks & are
now lounging in bed w/ rest I.V.
Are still up.

69

4-9-05

night Report

3 Rounds!
4 Viyoung                    u.P.

71

Saturday     Evening Shift    4/9/05

9-11     Most cons-
umers are asleep in bed, except for
V.Y.

78

Eve      Mon
4/11/05

9-11 ᵃ

V.V., 1 are
still out of bed.

79

Night Report 4-12-05

12⁵⁵ Consumers in bed sleeping Except
Valerie Young.

YOUNG 10010

80

Day Shift
Tuesday
4/12/05

9⁰ 11ᴬ

All other consumers transported to
propan except        V. Young remained
on the wing.

4ᴬ 1⁰⁰    All consumers had lunch & meds
on their trip except        V. Young
who remained on the wing

YOUNG 10011

4-13-05

Night Report



3 Rounds:
↓ Young up at this time

4° Rounds:
V.Y still up.

84

Eric                    Wed
                        4/13/05

7.8

Are still out of bed,

85

Night                              4/14/04

$$00

all the censuses are accounted
for, all appears to be sleeping
except V. Young
No problem or incidents reported
                        consumer accounted
for, all the consumes appears
to be sleeping except V. Young

consumer slept well except V. Young
she was up for most of the night

88

Night    Friday
          4/15/05

5-7¹⁵                        IR Written
On Vyoune hit ew/ causing a large
cut,

89

Days-Friday                                    April 15 2005

V. Young

YOUNG 10016

94

4-17-04

Night Report

4"

. v.4, up

YOUNG 10017

99

11/17/05  Evening shift

7:30/
7:30:

of bed                                    V Young out

9:30/
11:30

VV out of bed  Wing

100

Night Report _____ 4/18/05

P1S/
P1S Consumer
S1S ae sleeping except
V.G.

YOUNG 10019

107

Day Shift   4/20/05   C-17 Wednesday

9-11

meeting held on I.V. Young she
is ~~going~~ to be in wheelchair Special
at all times.

112

Evening Ship  4/21/05

quien eneda

114

Day Shift        4/22/05

11·1

V. Young's Mother is Visting in
the Wing
1+3³⁰  V. Young's Brother Just left the
Wing

128

b. mining Shirt          8/26/05

V. Young
of bed all other consumers u.
bed.

138



147

Evening Shift
5/24/05

7:30 /
11:30 g

Most consumers are asleep in bed except
V.Y.

YOUNG  10025

155

Day Shift Thursday 5/5/05

9:11

KJMC appt. V. Young taken to

YOUNG 10026

159

Evening Shift - Friday - 5/6/05

9:04 —                    Most Consumers
11:00 in bed except for
Vyoung.

160



Day Shift
Saturday
5/7/04

8:00

V. Young mother came
to see her.

161

Evening Shift    5/7/0?

7⁰⁰ Wing quiet all consumers
in bed except, q̄ V/S

11³⁰

162



Night Shift

to V.Y.

are out of bed all other

4

5  -V.Y. is stripping
   V.Y. is in her chair.

6

7

165

Nigh Report 5-9-05

1st 3<sup>15</sup>

in bed resting Except Valerie and Miller awake

173

Evening Shift                5·1·08

430

100

Mrs. In Bed excefk

176

Overnight Shift — Thursday — 5/12/05

Most consumers in bed except V4, DM, CD

9:00 Wing quiet mostly all consumers
11:30 in bed except V4

178

Night Shift

5-13-05

4 N-4. is awake in bed.
V.4.s is out of bed and in
her chair because she was on
floor.

180

friday     EVENING SHIFT     5/13/05

7³⁰ - 9³⁰

Most consumers
retired to their beds. V.y.
is out of bed

YOUNG 10035

181

Night Shift

8-14-05

12                              the were
is calm and quiet V.Y. _____
are out of bed.

1 Most consumers are in bed V.Y.
is still out of bed. all others consumers
are o.k. Nurse made rounds

2 The unng is calm and quiet
and calm. V.Y. as out of bed

3 Consumers are asleep the unng
is quiet. supv made rounds

4 Consumers are in there beds
V.Y. is still out

YOUNG 10036



192

Day Shift Tues 5/17/05

7-9

9-11

V. Young very
assaultive + abusive she
will be seen by doctor.

194

Night Shift

5-18-05

1

2                                              V.Y. out

V. Y. out or bed

3  V. Y. out or bed.

4  V. Y.                       oro. out or
   bed

201

Night        5/20/05
              Friday

5-7'5

IR Written on Ulcers (found to pay)
Nurse Notified & Sup Responded
Medication & Supplement provided

202

Day Shift 5/20/05 Friday

7-9

NF doing statements on V. Young
for cut to back of head
Reportable I/x written she
received 4 sutures.

9-11

V. Young was not
issued "mat" should not be
using mat by bed area.

203

Evenin Report                5-20-08

$7^{30} q^{30}$

Thy         are still out of bed, no

Night Report          5-21-05

3'5 5'5

Valerie still sitting in her w/c

205

Evening shift

5-21-05

11:30 Wing clean et most consomers are
sleeping except        and valerie

YOUNG  10043

Night Report     5-22-05

11 15/15

Valerie Young out of bed.

1 15 3 15

Valerie put to bed, all other consumers
in bed sleeping

15 15

207

Morning Shift — Sunday — 5/22/05

Still up.    V. Young

209

Evening Shift  5/23/05

V young attempts to hit staff
and consumers she was remain to quiet area
5:30 Dinner is served first and second
first feeding done, all ate well except
V young refused to eat dinner
supp, she also refused to take
made, super Acor and rhulo notin

730

V. young refused to recreate
she is very agitated

9/

V. young took her Meds. she's awake in
1130 area (?)

210

5/24/05 Nightshift

1:15/
3:15 out of bed and yn r. young is for Wle.

3:15/ Wing is quiet r. young still
5:15 out of bed

211

Day Shift Tue. 5/24/05

11-1

V. Yang
have BBC EKG beat

213

Whirls Robant _____ 5-25-03

Except Valerie Young _____ in W/E

215

Evening Shift   5-25-05   Wednesday

1030   All consumers are in bed except Ms
       V Young.

216

Night Shift

1130/ all consumers
in bed except
/130 N young.

130/ All consumers in bed asleep
except N. young.

217

Day Shift Thursday 5/26/05

9-11

Young on 311 with class.

218

*Evening Shift*

Most consumers
settling down except

All consumers
in bed except

219

3/27/05    Night Shift

11³⁰ At the start of shift most of the consumers asleep. V young out of bed.

12³⁰ V. Young in bed.

YOUNG 10054

221

Evening shift.
5-27-05

[-10]

most consumes
One is bed sleep except
material...

225



Night Report   5-29-05

11 15 15

consumers in bed Sleeping Except Valerie and
awake.

234

6/1/05                    Night Shift

11³⁰   Rds. made Valerie Young out of bed,

12³⁰   Valerie Y. remain out of bed.

1³⁰   Valerie Y. being escorted to her bed.

YOUNG  10057



238

6/2/05   Night Shift

11⁵/1⁵

Consumers resting except
and V. Young out of bed.

1¹⁵/3¹⁵   All Consumers
resting. V. young out of bed in
her wtc.

3¹⁵/5¹⁵   V. young
is awake and out of bed

241

6/3/05                Night Shift

4³⁰ Valerie Young                            out of
bed.

5³⁰ Valerie y,                    remain out of bed.

YOUNG 10059

246

6/5/05    Night Shift

1¹⁵
/¹⁵

V. Young
is out of bed. All other consumers resting

3¹⁵/5¹⁵ Wing is quiet all consumers resting V. young out of bed



252

Night Report   6-7-05

Valerie act up

Valerie still up.   0

257

Kristina Saint    6/8/05

9pm Wing Chores are continued. All
consumers are in bed except
and V. Young, both are sitting quietly

258

Thursday Night Shift 6/9/05

12:15 / Consumers
/1:15  in bed except V young

1:15 / V young,
/3:15  we walk,

3:15 / V young,
/5:15  is awake,

263

Evening shift

6-10-05

3-5

7-9 30 All Consumers are showerd
and is in the bed ~~except~~
~~~~ Except Valerie

YOUNG 10064

269

Night Shift  6/13/05

and V. Young out of bed all
Other Consumers asleep.

V. Young,     all out of bed.

Young,     remain out of bed.

278

Day Shift    Wednesday
6/15/05

11-1 Lunch is served. Noon meds
BDC podiatry appts. V. Yang have

279

EVENING    6/5/05

9

, V.V, and    , is up watching T.V.

10

| 280 | |
|-----|---|
| | 6/16/05   Night Shift |

| 1¹⁵/3¹⁵ | V. Young and | is out |
| | of bed |
| 3¹⁵/6¹⁵ | Wing is quiet w/ consumers resting except V. Young |

290

Evening Shift — Sunday — 6/19/05

7p —
7p Mr. Young being given a enema
When being alerted to
bathroom #3 in Shower Chair. Once in bathroom
Mr. Young became Unresponsive. Nurse
Supervisor notified and responded. Santos
notified to call code blue. Dr.,
Dr. Wing. 911 ~~Code~~ was called. Ems
on Wing. Victim taken to Hosp. Escorted
by Staff.