THIS IS YOUR MEDICARE CARD.
IT SHOWS IF YOU HAVE HOSPITAL
INSURANCE, MEDICAL INSURANCE,
OR BOTH. IT IS FOR YOUR USE
ONLY. SHOW YOUR CARD WHEN
YOU RECEIVE HEALTH SERVICES.
ON ANY CLAIMS, BILLS OR
CORRESPONDENCE BE SURE TO USE
YOUR NAME AND CLAIM NUMBER
EXACTLY AS SHOWN ON THIS CARD.

VALERIE YOUNG            3
BROOKLYN DEV CENTER
FOR VALERIE YOUNG
888 FOUNTAIN AVE
BROOKLYN NY  11208

L  0419    237381439C1



MEDICARE — HEALTH INSURANCE
SOCIAL SECURITY ACT

NAME OF BENEFICIARY
VALERIE YOUNG
MEDICARE CLAIM NUMBER          SEX
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-C1                 FEMALE
IS ENTITLED TO                 EFFECTIVE DATE
HOSPITAL   (PART A)    1-1-91
MEDICAL    (PART B)    1-1-91
SIGN
HERE   ➡

MEDICAID
BZ66389C

Young 8751