

### A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 2007 by Merriam-Webster, Incorporated

Library of Congress Cataloging in Publication Data

Merriam-Webster's collegiate dictionary. — Eleventh ed.
　　p.　cm.
　Includes index.
　ISBN-13: 978-0-87779-807-1　(Laminated unindexed : alk. paper)
　ISBN-10: 0-87779-807-9　(Laminated unindexed : alk. paper)
　ISBN-13: 978-0-87779-808-8　(Jacketed hardcover unindexed : alk. paper)
　ISBN-10: 0-87779-808-7　(Jacketed hardcover unindexed : alk. paper)
　ISBN-13: 978-0-87779-809-5　(Jacketed hardcover with CD-ROM : alk. paper)
　ISBN-10: 0-87779-809-5　(Jacketed hardcover with CD-ROM : alk. paper)
　ISBN-13: 978-0-87779-810-1　(Leatherlook with CD-ROM : alk. paper)
　ISBN-10: 0-87779-810-9　(Leatherlook with CD-ROM : alk. paper)
　ISBN-13: 978-0-87779-813-2　(Canadian)
　ISBN-10: 0-87779-813-3　(Canadian)
　ISBN-13: 978-0-87779-814-9　(International)
　ISBN-10: 0-87779-814-1　(International)
　　1. English language—Dictionaries. I. Title: Collegiate dictionary. II. Merriam-Webster, Inc.
PE1628.M36　　2003
423—dc21　　　　　　　　　　　　　　　　　　　　　2003003674
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CIP

Merriam-Webster's Collegiate® Dictionary, Eleventh Edition, principal copyright 2003

COLLEGIATE is a registered trademark of Merriam-Webster, Incorporated

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

101112TT:QWV0807

**232   cline • clock**

us to give up the enterprise〉   b : a tire with flanged beads fitting into the wheel rim
**cline** \'klīn\ n [Gk klinein] (1938) : a gradient of morphological or physiological change in a group of related organisms usu. along a line of environmental or geographic transition — **clin·al** \'klī-nᵊl\ adj — **clin·al·ly** \-nə-lē\ adv
**-cline** n comb form [back-formation fr. -clinal] : slope 〈monocline〉
¹**cling** \'kliŋ\ vi **clung** \'kləŋ\; **cling·ing** [ME, fr. OE clingan; akin to OHG klunga tangled ball of thread] (bef. 12c)   1 a : to hold together   b : to adhere as if glued firmly   c : to hold or hold on tightly or tenaciously   2 a : to have a strong emotional attachment or dependence 〈he clung to his friends for support〉   b : to remain or linger as if resisting complete dissipation or dispersal 〈the odor clung to the room for hours〉   syn see STICK — **cling·er** \'kliŋ-ər\ n — **cling·y** \-ē\ adj
²**cling** n (ca. 1625) : an act or instance of clinging : ADHERENCE
**cling·stone** \'kliŋ-stōn\ n (1705) : any of various stone fruits (as some peaches or plums) with flesh that adheres strongly to the pit
**clin·ic** \'kli-nik\ n [F clinique, fr. Gk klinikē medical practice at the sickbed, fr. fem. of klinikos of a bed, fr. klinē bed, fr. klinein to lean, recline — more at LEAN] (1827)   1 : a class of medical instruction in which patients are examined and discussed   2 : a group meeting devoted to the analysis and solution of concrete problems or to the acquiring of specific skills or knowledge 〈writing ~s〉 〈golf ~s〉   3 a : a facility (as of a hospital) for diagnosis and treatment of outpatients   b : a group practice in which several physicians work cooperatively   4 : a facility that offers professional services or consultation usu. at discounted rates 〈a legal ~〉   5 : an exemplary display or performance 〈put on a ~ in the tournament〉
**-clinic** adj comb form [ISV, fr. Gk klinein]   1 : inclining : dipping   2 : having (so many) oblique intersections of the axes 〈triclinic〉
**clin·i·cal** \'kli-ni-kəl\ adj (ca. 1728)   1 : of, relating to, or conducted in or as if in a clinic: as   a : involving direct observation of the patient   b : based on or characterized by observable and diagnosable symptoms   2 : analytical or coolly dispassionate 〈a ~ attitude〉 — **clin·i·cal·ly** \-k(ə-)lē\ adv
**clinical thermometer** n (1875) : a thermometer for measuring body temperature that has a constriction in the tube above the bulb preventing movement of the column of liquid downward once it has reached its maximum temperature so that it continues to indicate the maximum temperature until the liquid is shaken back down into the bulb
**clinical trial** n (1946) : a scientifically controlled study of the safety and effectiveness of a therapeutic agent (as a drug or vaccine) using consenting human subjects
**cli·ni·cian** \kli-'ni-shən\ n (1875)   1 : a person qualified in the clinical practice of medicine, psychiatry, or psychology as distinguished from one specializing in laboratory or research techniques or in theory   2 : a person who conducts a clinic
**clin·i·co·path·o·log·ic** \,kli-ni-(,)kō-pa-thə-'lä-jik\ or **clin·i·co·path·o·log·i·cal** \-'lä-ji-kəl\ adj [clinical] (1898) : relating to or concerned both with the signs and symptoms directly observable by the physician and with the results of laboratory examination — **clin·i·co·path·o·log·i·cal·ly** \-ji-k(ə-)lē\ adv
¹**clink** \'kliŋk\ vb [ME, of imit. origin] vi (14c) : to give out a slight sharp short metallic sound ~ vt : to cause to clink
²**clink** n (15c) : a clinking sound
³**clink** n [prob. fr. Clink, a prison in Southwark, London, England] (1515)   1 slang : a prison cell   2 slang : JAIL, PRISON
¹**clin·ker** \'kliŋ-kər\ n [alter. of earlier klincard a hard yellowish Dutch brick] (1641)   1 : a brick that has been burned too much in the kiln   2 : stony matter fused together : SLAG
²**clink·er** \'kliŋ-kər\ n ['clink] (1733)   1 Brit : something first-rate   2 a : a wrong note   b : a serious mistake or error : BONER   c : an utter failure : FLOP   d : something of poor quality
**clink·er–built** \-,bilt\ adj [clinker, n., clinch] (1769) : having the external planks or plates overlapping like the clapboards on a house 〈a ~ boat〉
**clink·e·ty–clank** \'kliŋ-kə-tē-'klaŋk\ n [imit.] (1901) : a repeated usu. rhythmic clanking sound 〈the ~ of a loose tire chain〉
**cli·nom·e·ter** \klī-'nä-mə-tər\ n [Gk klinein to lean] (1811) : any of various instruments for measuring angles of elevation or inclination
**-clinous** adj comb form [prob. fr. NL -clinus, fr. Gk klinē bed — more at CLINIC] : having the androecium and gynoecium in a (single or different) flower or (two separate) flowers 〈diclinous〉
¹**clin·quant** \'kliŋ-kənt, klaⁿ-'käⁿ\ adj [MF, fr. prp. of clinquer to glitter, lit., to clink, of imit. origin] (1591) : glittering with gold or tinsel
²**clinquant** n [F, fr. clinquant, adj.] (1682) : TINSEL
**clin·to·nia** \klin-'tō-nē-ə\ n [NL, genus name, fr. DeWitt Clinton] (1843) : any of a genus (Clintonia) of herbs of the lily family with yellow, white, or purplish flowers
**Clio** \'klī-(,)ō, 'klē-\ n [L, fr. Gk Kleiō] (1557)   1 : the Greek Muse of history   2 pl **Cli·os** : a statuette awarded annually by a professional

**clipped** the tourist for $200〉 ~ vi   1 : to clip something   2 : to or pass rapidly   3 : to clip an opposing player in football
⁴**clip** n (15c)   1 a pl, Scot : SHEARS   b : a 2-bladed instrument [for cut]ting esp. the nails   2 : something that is clipped: as   a : a single shearing (as of sheep)   b : a crop of wool of a sheep, a [flock,] a region   c : a section of filmed, videotaped, or recorded mat[erial] : a clipping esp. from a newspaper   3 : an act of clipping   4 [: a swift] blow   5 : RATE 4a 〈continues at a brisk ~〉   6 : a single [rapid] occasion : TIME 〈he charged $10 a ~〉 — often used in the plu[ral] 〈clip 〈trained 1000 workers at a ~〉
**clip art** n (1968) : ready-made usu. copyright-free illustrations [in] books or as part of a software package from which they may be [easily] pasted or inserted as artwork
**clip·board** \'klip-,bord\ n (1885)   1 : a small writing board with [a clip] at the top for holding papers   2 : a section of computer mem[ory that] temporarily stores data (as text or a graphics image) esp. to facili[tate] movement or duplication
**clip–clop** \'klip-,kläp\ n [imit.] (1884) : the sound made by or as [of a] horse walking on a hard surface — **clip–clop** vi
**clip joint** n (1932)   1 slang : a place of public entertainment (as a [night]club) that makes a practice of defrauding patrons (as by overch[arging])   2 slang : a business that makes a practice of overcharging
**clip–on** \'klip-,än, -,ȯn\ adj (1909) : attached with a clip 〈a ~ [tie, ~] earrings〉 — **clip–on** n
**clip·per** \'kli-pər\ n (14c)   1 : one that clips something   2 : an [instru]ment for clipping esp. hair, fingernails, or toenails — usu. used [in pl.]   3 a : one that moves swiftly   b : a fast sailing ship; esp : one wit[h] slender lines, an overhanging bow, tall masts, and a large sail ar[ea]
**clip·ping** \'kli-piŋ\ n (15c) : something that is clipped off or [from] something else 〈grass ~s〉; esp : an item clipped from a public[ation]
**clip·sheet** \'klip-,shēt\ n (1926) : a sheet of newspaper materia[l issued] by an organization for clipping and reprinting
**clique** \'klēk, 'klik\ n [F] (1711) : a narrow exclusive circle or gr[oup of] persons; esp : one held together by common interests, views, or p[urpos]es — **cli·quey** \'klē-kē, 'kli-\ adj — **cli·quish** \'kli-kish\ adj — **cli·quish·ly** adv — **cli·quish·ness** n
**cli·tel·lum** \klī-'te-ləm\ n, pl **-la** \-lə\ [NL, alter. of L clitellae (pack [sad]dle] (1839) : a thickened glandular section of the body wall of [some an]nelids that secretes a viscid sac in which the eggs are deposited
**clit·ic** \'kli-tik\ n [enclitic or proclitic] (1946) : a word that is tr[eated in] pronunciation as forming a part of a neighboring word and that [is of]ten unaccented or contracted
**clit·o·ri·dec·to·my** \,kli-tə-rī-'dek-tə-mē\ also **clit·o·rec·to·m**[y \-'rek-tə-mē\ n, pl **-mies** (1866) : excision of all or part of the [clitoris]
**cli·to·ris** \'kli-tə-rəs, kli-'tor-əs\ n, pl **cli·to·ris·es** also **cli·to**[·ri·des] \kli-'tor-ə-,dēz\ [NL, fr. Gk kleitoris] (1615) : a small erectile [organ at] the anterior or ventral part of the vulva homologous to the [penis] — **cli·to·ral** \'kli-tə-rəl\ also **cli·tor·ic** \kli-'tor-ik, -'tär-\ adj
**cli·via** \'klī-vē-ə, 'kli-\ n [NL, fr. Lady Charlotte Clive †1866 du[chess of] Northumberland] (1828) : any of a genus (Clivia) of perenni[al ever]green So. African herbs of the amaryllis family with fleshy ro[ots and] umbels of large funnel-shaped flowers
**clk** abbr clerk
**clo** abbr clothing
**clo·a·ca** \klō-'ā-kə\ n, pl **-cae** \-,kē, -,sē\ [L; akin to Gk kl[yzein to] wash — more at CLYSTER] (1599)   1 : ²SEWER   2 [NL, fr. L] : [a com]mon chamber into which the intestinal and urogenital tracts di[scharge] esp. in monotreme mammals, birds, reptiles, amphibians, and e[lasmo]branch fishes; also : a comparable chamber of an invert[ebrate] : CESSPOOL 2 — **clo·a·cal** \-'ā-kəl\ adj
¹**cloak** \'klōk\ n [ME cloke, fr. AF cloque cloak, fr. ML clo[cca bell, fr.] fr. its shape] (13c)   1 : a loose outer garment   2 : something like an outer garment: as   a : something that envelops or conceals 〈[a ~ of] secrecy〉   b : a distinctive character or role 〈hung up his a[ctor's] ~ ... to become a stay-at-home father —Charles Chamberlain〉
²**cloak** vt (1509) : to cover or hide with or as if with a cloak   syn [see DIS]GUISE
**cloak–and–dagger** adj (1860) : dealing in or suggestive of m[elodra]matic intrigue and action usu. involving secret agents and espi[onage] 〈~ novel〉 — **cloak–and–dagger** n
**cloak·room** \'klōk-,rüm, -,rum\ n (ca. 1852)   1 a : a room i[n which] outdoor clothing may be placed during one's stay   b : CHECKR[OOM] : an anteroom of a legislative chamber where members may re[lax and] confer with colleagues   3 Brit : LAVATORY 2
¹**clob·ber** \'klä-bər\ n [origin unknown] (1879) slang Brit : clo[thing]
²**clobber** vt **clob·bered**; **clob·ber·ing** \-b(ə-)riŋ\ [origin unknow[n] (ca. 1943)   1 : to pound mercilessly; also : to hit with force 〈~ a [home] run〉   2 a : to defeat overwhelmingly 〈got ~ed in the election〉   b : [to] have a strongly negative impact on 〈businesses ~ed by the re[cession]〉   c : to criticize harshly 〈a film ~ed by reviewers〉
**clo·chard** \klō-'shär\ n [F, fr. clocher to limp, fr. VL *cloppicare[...]