DOC-25-NS-MED
REV 10/03

# CLINICAL NURSING NOTES

Full Name of Cl[illegible]: Young Val[illegible] Consecutive Number: Living Unit:

| YEAR / DATE | HOUR AM | HOUR PM | NURSING OBSERVATION — Entries must be legible and written in black ink. Sign full name and title after each entry. record vital signs at beginning of note, as necessary. | SIGNATURE — Sign full name and title after entry. |
|---|---|---|---|---|
| 03/16/05 | | | [illegible] BP—138/86, P-78, alert [illegible] | |
| | | | [illegible] pt resting on her bed; [illegible] | |
| | | | [illegible] | |
| | | | BP—142/67, P-92. Not in any distress. To be seen | [illegible] |
| | | | by MD in AM. | |
| 3/17/05 | | | [illegible] 6Pm Reported client sat on floor, [illegible] | |
| | | | [illegible] no injury noted. Client soon fell asleep | |
| | | | VS P64 R18 B/P 105/[illegible] Client [illegible] | |
| | | | sleeping. Reported to [illegible] Client [illegible] | |
| | | | [illegible] | |
| | | | [illegible] to follow - [illegible] | [illegible] |
| 3/17/05 | | 10p | Fleet enema given as ordered by MD. check on | |
| | | | bed, observed resting & breathing. V/S BP 112/68 | |
| | | | P68 R18 at 9pm. Continue observation | [illegible] |
| 3/17/05 | | 11pm | At 9pm, she return the enema with medium B/M. | |
| | | | As of now she was awake, walking up & down the | |
| | | | [illegible] without any distress. Continue obs | [illegible] |
| 03-18-05 | | [illegible] | Up for the entire night [illegible] | |
| | | | [illegible] | |
| | | | [illegible] | [illegible] RN |
| 03-19-05 | | 3P | Is up & around the unit. Meals & medication | |
| | | | accepted readily. No complaints offered | [illegible] RN |
| 3/20/05 | [illegible] | | [illegible] | [illegible] |
| 03/20/05 | | | 6pm T-98.1 [illegible] given for cold, not in | |
| | | | any distress. | [illegible] |
| 03-2[illegible]-05 | | [illegible] | [illegible] | |
| | | | [illegible] | |
| | | | [illegible] Did not sleep for the entire night | [illegible] RN |

BDC-25-NS-MED
REV 10/03

# CLINICAL NURSING NOTES

Full Name of Client: Young Valerie

Consecutive Number:

Living Unit: 314

| YEAR / DATE | HOUR AM | HOUR PM | NURSING OBSERVATION Entries must be legible and written in black ink. Sign full name and title after each entry. record vital signs at beginning of note, as necessary. | SIGNATURE Sign full name and title after entry. |
|---|---|---|---|---|
| 03/23/05 | | | 6:40p Sudafed in progress for cold, T – 98.6 (R) | V. [signature] |
| | | | not in any distress. Fleet enema given | V. [signature] |
| | | | 8p reported had large BM. | |
| 3/23/05 | | | Client seen for cold symptoms. VS T 98° P[illegible] R18 | [signature] |
| | | | continue on Sudafed & Tylenol 650. | |
| 03/25/05 | | | Cl Tylenol & Sudafed given for cold. T – 97.6 | V. [signature] |
| | | | Not in any distress | |
| 3/24/05 | | 3pm | Temp 98.6 Cold meds in progress. No distress noted | [signature] |
| 03/24/05 | | | 9pm Fleet enema given with good effect had large BM | V. [signature] |
| 3/27/05 | | | When giving 7 AM med staff c/o that Valerie has an unsteady gait BP 150/90 P 75 R18 was sitting in | |
| | | | chair. Please have MD evaluate | [signature] |
| 3/27/05 | | | Dr Mehta [illegible] aware of client's unsteady gait | |
| | | | [illegible] she takes medication. Client in no distress | |
| | | | No injury noted, walking about 11Am no unsteady gait | |
| | | | noted. Dr. [illegible] informed will visit client on | [signature] |
| | | | rounds. | |
| 03/28/05 | | | Slept throughout the night. Abdomen is distended | |
| | | | AM medication given with some difficulty. | |
| 3/28/05 | 9A | | [illegible] Metas ordered Fleet [illegible] | [signature] |
| | | | Robitussin DM given [illegible] to check temp BID extra fluids | |
| 03/28/05 | | | Cl Fleet enema given. Robitussin in progress. Biaxin | V. [signature] |
| | | | [illegible] x day. Afebrile – T 98.8 (R) | |
| 3/29/05 | | 8Pm | A/B therapy continued as ordered. Meds taken | [signature] |
| | | | Well. Walking around. No problem noted. | [signature] |
| 3/30/05 | | 8Pm | Temp 98.0 Pulse 70 R18 A/B therapy continued | |
| 3/31/05 | | 8Pm | Appears comfortable. Diet / meds taken well. No | [signature] |
| | | | other problems noted. | |

DDC-25-NS-MED
REV 10/03

CLINICAL NURSING NOTES

Full Name of Client: V. Young

Consecutive Number:

Living Unit:

| YEAR / DATE | HOUR AM | HOUR PM | NURSING OBSERVATION Entries must be legible and written in black ink. Sign full name and title after each entry, record vital signs at beginning of note, as necessary. | SIGNATURE Sign full name and title after entry. |
|---|---|---|---|---|
| 3/29/05 | | 7Am | Temp 98.6. Extra fluid given. Cold medication in progress. Observation ongoing. She did not sleep all night. | [illegible] |
| 4/3/05 | 7A | | Consumer did not sleep during the night. | [illegible] |
| 04/03/05 | | 8/p | Fleet enema given with good effect – lg large soft BM. | [illegible] |
| 04-05-05 | 7 | | Consumer was very disruptive during the night tore up toys & head. Sustained a small laceration of lt eye brow. Area cleansed aseptically. IR completed. MD please see. | W. Layne RN |
| 4/5/05 | | | [illegible] lt eye brow [illegible] by MD. Cleansed [illegible] strip applied. OBS. | [illegible] RN |
| 04-07-05 | 7A | | Rec'd stat consumer fell & sustained injury to lt eye. On examination small abrasion over lt eye brow. Area cleansed aseptically. MD please see. | W. Layne RN |
| 4/7/05 | | | [illegible] Abrasion lt eye brow seen by MD. Area cleansed [illegible] Oint applied. OBS. | [illegible] RN |
| 4/16/05 | 11A | | [illegible] Deluxe [illegible] PMHS 4/11-4/16/05 | [illegible] |
| 4/11/05 | | | [illegible] 4/11/05 9:30AM went to program & tripped [illegible] MD to see | [illegible] |
| 4/12/05 | | BM | Deborax ear drops in progress. Diet/meds taken well. Appears comfortable. | [illegible] RN |
| 4/13/05 | | | Zyprexa [illegible] BID changed to Zyprexa AM+HS | [illegible] |
| 4/13/05 | | BM | Zyprexa dose change was noted and given accordingly. Fleet enema was given. Had large BM. Stomach slightly less distended. Appears comfortable. | [illegible] |

BDC-25-NS M
REV 10/[illegible]

# CLINICAL NURSING NOTES

Full Name of Client: Young V   Consecutive Number:   Living Unit: 31[illegible]

| YEAR DATE | HOUR AM | HOUR PM | NURSING OBSERVATION — Entries must be legible and written in black ink. Sign full name and title after each entry. record vital signs at beginning of note, as necessary. | SIGNATURE — Sign full name and title after entry. |
|---|---|---|---|---|
| 04-15-05 | | 7P | I was called to the [illegible] at about 5:55 [illegible] injury to consumer. On examination a laceration of about 2.5 cm on lt eye lid. Minimal bleeding noted. Area cleansed c NS + DSD applied. To be seen by MD re further care. Await [illegible] receipt of [illegible] | [illegible] |
| 4/15/05 | | | 9Pm [illegible] seen by Dr. [illegible] and Dr. [illegible] for [illegible] lt eye lid & sutures used to close. [illegible] alert fully conscious and responsive. VS 110/[illegible] P [illegible] R18. [illegible] no vomiting noted [illegible] no distress noted. | [illegible] |
| 4/15/05 | | 9Pm | Sutures on LT eye lid remain intact. Area swollen. Head injury precaution continued. Remain on W/Chair for unsteady gait. Temp 98 Pulse 78 R/18. Fully alert & awake. Ate well. Meds taken well. Head injury precautions continued. Had BM this evening. No distress noted. BP 130/80. Observation continued. | [illegible] |
| 04-16-05 | | 7 | Sutures to lt eye lid are intact. No discharge noted although lid swollen, appears red + eye is closed. Am medication administered. Head injury precaution kept. VS checked same BP 110/78 T 98² P 72 R 18. | [illegible] |
| 4/16/05 | | [illegible] | [illegible] Sutures lt eye intact no discharge noted eye area appears red + swollen. Meals taken well [illegible] Head injury precautions [illegible] OOB [illegible] for unsteady gait. | [illegible] |
| 04/16/05 | | [illegible] | [illegible] Sutures to (lt) eye intact. Swelling persist. [illegible] BP - 120/80, P - 66. [illegible] any distress. Kept head injury precautions. | [illegible] |

BDC 25-NS [illegible]
REV 10/03

# CLINICAL NURSING NOTES

Full Name of Client: Young Valerie Consecutive Number: Living Unit: 3M

| YEAR / DATE | HOUR AM | HOUR PM | NURSING OBSERVATION Entries must be legible and written in black ink. Sign full name and title after each entry, record vital signs at beginning of note, as necessary. | SIGNATURE Sign full name and title after entry. |
|---|---|---|---|---|
| 4/17/05 | | 2PM | Lt eyebrow swollen & red seen by Dr Madhavi, ordered Augmentin 875mg BID x from 4/17-4/22/05, 1st dose given 130pm. Sutures to Lt eyebrow intact, cont to observe. — | [illegible] |
| 04/17/05 | | | 6pm Sutures (L) eyebrow intact, eyebrow is swollen and red. Started on Augmentin today as per Dr. [illegible]. Not in any distress. Head injury precautions kept. BP — 133/63, P — 68. | [illegible] |
| | | 8pm | Fleet enema given — no BM reported [illegible] to follow. | [illegible] |
| 4/18/05 | 6AM | | A/B in progress. No side effects noted such as rash or vomiting. Lt eye brow remains swollen and red. No DC noted. | [illegible] |
| 4/18/05 | | 9PM | Continues to receive A/B therapy as ordered. Lt eye brow slightly swollen. Sutures remain intact. Diet/meds taken well. No problem noted. | [illegible] RN |
| 04-19-05 | 7A | | Slept through the night. No complaints offered. All medications taken. Daily AB therapy cont'd. Sutures to lt eyelid intact. | [illegible] |
| 04/19/05 | | | 6pm (L) eye swelling and redness subsiding. A/B in progress. V/S — stable. Sutures (L) eye brow intact. | [illegible] |
| | | | 8pm Had large BM after Fleet enema. | [illegible] |
| 4/20/05 | | 2PM | Vit B complex 1 tab po QD ordered. | [illegible] |
| 04/21/05 | | | 4pm D/C Zyprexa 15mg AM & 20mg HS. New orders: Zyprexa 10mg Q AM & 20mg QHS. | [illegible] |
| | | | 6pm A/B in progress. (L) eyebrow sutures intact, redness & swelling subsiding. V/S stable. | [illegible] |
| 04/22/05 | | | 6pm Sutures (L) eyebrow intact, no swelling, no redness noted. V/S stable. | [illegible] |

BDC-25-NS
REV 10/03

# CLINICAL NURSING NOTES

Full Name of Client: Young, V.

Consecutive Number:

Living Unit: 4/4

| YEAR / DATE | HOUR AM | HOUR PM | NURSING OBSERVATION — Entries must be legible and written in black ink. Sign full name and title after each entry, record vital signs at beginning of note, as necessary. | SIGNATURE — Sign full name and title after entry. |
| --- | --- | --- | --- | --- |
| 5/5/05 | | 2P | Consumer Kept RJMC Radiology appt - X-ray of L-S Spine done | [illegible] |
| 05/18/05 | | | 3p [illegible] | V. [illegible] |
| 5/20/05 | | 7P | Consumer has a laceration on the left side of her head. 1½ inches in length and less than ¼ inch in depth. Small amount of bleeding. Pressure applied and bleeding stopped. Small amount of hair removed from the area. No other area of the head is injured. No LOC noted. Head injury precaution in progress. V/S monitored and stable. BP 138/78 P76 R20. She is alert and oriented to her surroundings. | [illegible] |
| | | | Consumer to be seen by MD. Laceration was clean c̄ N/S and remains open due to the fact consumer peeled the dressing off. | [illegible] |
| 5/20/05 | | 12M | [illegible] Dr Milos laceration cleansed + 4 sutures applied to laceration by Dr Milos. Head injury precaution in progress [illegible] Repositioning q 6h [illegible] 5/20 - 5/24/05 BP 110/[illegible] P70 [illegible] Splint [illegible] OOB [illegible] noted | [illegible] |
| 05/20/05 | | | 5pm alert, not in any distress, head injury precautions kept. BP - 117/74, P - 78, R - 18 Sutures to head intact, Keflex x q 6 hours in progress | V. [illegible] |
| | | | 9pm BP - 124/80, P - 68, sutures to head intact, head injury precautions kept. | V. [illegible] |
| 5/21/05 | 12MN | | Consumer sitting up in chair. Sutures to head intact. | [illegible] |
| | 6am | | Slept off and on. Keflex 500mg PO in progress. No signs of infection observed. Sutures intact. No vomiting noted. BP 130/78 P70 R20 T98.6. | [illegible] |

C-25-NS-MED
REV 10/03

# CLINICAL NURSING NOTES

Full Name of Client: Young Valerie    Consecutive Number:    Living Unit: 324

| DATE | HOUR AM | HOUR PM | NURSING OBSERVATION<br>Entries must be legible and written in black ink. Sign full name and title after each entry, record vital signs at beginning of note, as necessary. | SIGNATURE<br>Sign full name and title after entry. |
|---|---|---|---|---|
| 04/26/05 | | | 7pm Returned from neurology appt. (Dr. Pandya) Pt has mononeuropathy advised splint, PT + OT, X/ray (S. spine), EMG in KCH. F/u c M.D. | V.K |
| 5/2/05 | | 6PM | Zyprexa dose is changed as 5mg in AM + 20mg P.O. HS starting on 5/3/05. | [illegible] RN |
| 05/04/05 | | | 3:15pm Reported by staff that pt had LBM x 3. T-98.8 (Rectal) P-80, R-20, BP-121/70. Not in any distress. Seen by Dr. [illegible] of 4pm. Abdomen distended tender tympanic. [illegible] 30cc given stat with good effect. TO ↑ fluids P.O. x 24-hours. V/S Q6h x 24 hours. TO F/up. | V.K |
| | | | 6pm — BP — 138/86 P-67 Abdomen mildly distended but very soft, no tenderness noted. Meds given. T-98.6 (R). | V.K |
| | | | 9pm — BP - 126/78, P 68, abdomen soft, not tender, slightly distended. | V.K |
| 5/5/05 | | 2P | Consumer kept KJMC Radiology Clinic appt. X-ray of L-5 Spine done. Blood work done in Am. | [illegible] |
| 5/7/05 | AM | | Seen by Dr. Madhav for OH file for abrasion on (R) leg. B/O order x 5 days [illegible]. | [illegible] |
| 5/10/05 | | 9PM | Fleet enema given. Had large BM this PM. | |
| 5/11/05 | | 6PM | Seen by Podiatrist. Nails debridement done. Placed on Lotrimin cream to apply between toes. D/C on 5/28/05. Same was applied. For follow up on 7/13/05. | [illegible] RN |
| 5/16/05 | am | | [illegible] medication [illegible] | [illegible] |
| 05/17/05 | | | 9p Fleet enema given, had large soft BM. | V.K |

DOC-25-NS-MED
REV 10/03

**CLINICAL NURSING NOTES**

Full Name of Client: Young Valerie    Consecutive Number:    Living Unit: 314

| YEAR / DATE | HOUR AM | HOUR PM | NURSING OBSERVATION<br>Entries must be legible and written in black ink. Sign full name and title after each entry. record vital signs at beginning of note, as necessary. | SIGNATURE<br>Sign full name and title after entry. |
|---|---|---|---|---|
| 5/22/05 | 7A | | Slept well. Sutures intact to left side of forehead. | |
| | | | No distress reported during the night | [illegible] |
| 5/23/05 | | | [illegible] BP 115/ . Alert, walking about well. No [illegible] of [illegible] noted [illegible] — — | [illegible] |
| 5/22/05 | | 6PM | Consumer spitted out meds. Refused on second attempt. 9PM meds taken well. Fleet enema [illegible] given. BM not reported yet. To Olsome — | [illegible] RN |
| 5/23/05 | 7A | | Refused 7AM meds [illegible] [illegible] meds | [illegible] |
| 5/27/05 | 7A | | To be seen by MD for (L) foot swollen. Both feet were elevated this AM. No broken skin noted. To be seen. | [illegible] |
| 5/27/05 | | | Client seen for bilateral edema of feet. No tenderness noted. Continue leg elevation as possible. [illegible] — — — — | [illegible] |
| 5/27/05 | | | 8PM: meds spitted out. Will try again. Feet kept elevated while on W/chair. 9PM meds taken well. Remained on W/chair — | [illegible] RN |
| 05/29/05 | 8:30 | | Fleet enema given with good effect — had large BM. | |
| 5/31/05 | 9:15 | | Staff reported that consumer was found lying on floor next to bed. No injuries noted. To be seen by MD. I/R submitted | [illegible] |
| 5/31/05 | | | 9Am seen [illegible] MD. No injury noted. | [illegible] |
| 6/14/05 | | | Had X large BM this eve. Meds taken well. | [illegible] RN |
| 06/16/05 | | | 8pm Had X-large soft BM today. | [illegible] |
| | | | | |

BDC-25-NS-MED
REV 10/03

# CLINICAL NURSING NOTES

Full Name of Client: Valarie Young. Consecutive Number: Living Unit: 314

| YEAR / DATE | HOUR AM | HOUR PM | NURSING OBSERVATION<br>Entries must be legible and written in black ink. Sign full name and title after each entry, record vital signs at beginning of note, as necessary | SIGNATURE<br>Sign full name and title after entry. |
| --- | --- | --- | --- | --- |
| 6/19/05 | | | I was called by the staff to come and see Ms Young. | |
| | | 8-30 | She does not look good. On checking did not | |
| | | PM | feel pulse and breathing. Looks very pale. Placed | |
| | | | on the floor. CPR was given and start reviving. | |
| | | | After a very short time start screaming saying | |
| | | | leave me alone. Staff called 911 and Code Blue | |
| | | | was activated. DR Macl... assessed immediately at | |
| | | | 8-30. Oxygen inhalation was given and IV was | |
| | | | started by MD. EMS came at 8-45 and took | |
| | | | over. At at 9-30 Hospital called and informed | |
| | | | that consumer PM expired. Family was informed by Hospital | |
| | | | CASE NO was 3154. Medical examiner LABELLA | AB Bzu RN |