Form 95 DVP (1-77) page 2

| DATE | NOTES |
|---|---|
| 3/14/05 | No injury noted, no [illegible]. |
| 03/16/05 | Had a mammography appointment today. Uncooperative, study not done. |
| 03/18/05 9a | Usual gait pattern - high stepping gait, left foot drop. No other abnormalities. |
| 3/20/05 | Called [illegible] — [illegible] pulse 70 [illegible] |
| [illegible] | URI [illegible] Related Sx [illegible] 2 to 3 days |
| 03/22/05 | Abrasion left upper eye lid temporal aspect. Cleansed with H₂O₂, Bacitracin ointment applied. Feet inspected, onychomycosis - nails debrided by podiatrist. Pes planus bilaterally. No other lesions. Knee joint inspected bilaterally. No swelling, tenderness. Good ROM - external, internal rotation bilateral hips. |
| 03/23/05 9a | Cold symptoms - nasal discharge & cough, afebrile to touch, active, in usual mental status. Throat: oropharyngeal redness. Lungs: clear to auscultation. |
| 3/27/05 | [illegible] AP URI - viral. Isolated. [illegible] |

Young 8153

Form 95 DVP (1-77) page 2

| DATE | NOTES |
|---|---|
| | if needed to Tmy in am because of sedation noted in morning hours. To schedule EMG study. OT to Provide "halo" helmet. To utilize wheelchair for transportation. PT evaluation for AFO - for L foot drop. |
| 04/25/05 | Sutures L upper eyelid removed (inflammation, swelling subsiding) |
| 04/27/05 | Seen by neurologist DR. PANDIA. Peroneal mononeuropathy. Advised splint PT & OT EMG not possible in office setting - requires great deal of cooperation with needles that need to be inserted in muscles. Possibility is EMG under sedation in hospital setting. - for documentation purposes only. Will obtain ANA, dsDNA, ESR. |
| 05/02/05 | ↓ Zyprexa 5mg 6am - 10mg Q HS PO to minimize/eliminate daytime sedation. |
| 5/4/05 4:00 pm | Seen for diarrhea X3. w/ Tmy. Today Afebril. Tender, mildly distend abdomen Tympanic. R K open tube ? cc now, increase P.O fluids X24hrs, v.s. X24hrs. ? gastroenteritis. f/u follow up. |

Young 8186

| Form 95 DVP (1-77) | INSTRUCTIONS |
|---|---|
| **New York State Department of Mental Hygiene**<br>**INTERDISCIPLINARY TREATMENT TEAM NOTES** | • Record information below as indicated by the client's behavior, condition or functioning that is felt to be of such significance that the entire treatment team should be informed.<br>• Summarize the results of each Interdisciplinary Treatment Team Conference below.<br>• For additional information on Treatment Team Reviews refer to Form 80 DVP, "Treatment Team Review." |

Client's Name (First): Valeri   (M.I.)   (Last): Young   Consecutive No.:

| DATE | NOTES |
|---|---|
| 04/15/05 9ᵃ | Consumer fell earlier today during shower and sustained laceration about 2.5 cm long. Hemostasis achieved. First muscle/sub dermis edges approximated with 3-0 Gut It x3 suture then wound closed with 3-0 Nylon x 4. Prior to that wound infiltrated with 2% lidocaine. Sedation from psychotropic meds ie. Zyprexa may have contributed to fall. To ↓ Zyprexa by 5mg in am. Neuro eval Dr. CAPATI 04/07/05 noted. L foot drop, high steppage R.. Recommended Vit-B complex. To refer for PT. Also to consider EMG nerve conduction studies. |
| 4/17/05 | UTI Infection (L) 11 3mg effe hrm c swelling rc Ansmmelm 875mg h/d 25 clams c wmg m n |
| 04/20/05 | ITT meeting held Dr Delbrum psychiatrist attended. Discussed frequent falls and injury to Lt eyelid forehead. ↓ Zyprexa to 10mg in am and they |

Young 8187

Form 95 DVP (1-77) page 2

| DATE | NOTES |
|---|---|
| 05/20/05 | Consumer sustained laceration on posterior scalp about 2 inches long. Area irrigated with H₂O₂, shaved, infiltrated with Lidocaine 1% and sutured with 3-0 gut x 4. Hemostasis achieved. Bacitracin ointment applied. To give Keflex 500mg Q6h PO x 5 days. |
| 05/26/05 | EMG study under sedation scheduled for 06/30/05 1st Downstate Hosp. (Dr. MACOBI) |
| 05/20/05 | S: Bilateral pretibial pitting edema 1+ also bilateral feet pitting edema 1+. No calf swelling & discoloration & tenderness. No redness on Homan's test. Pt with pretibial pitting edema problem in the past also. Venous insufficiency postural (sitting in wheelchair). To continue with leg elevation. |
| 05/24/05 | S: No new injury wounds. |
| 05/24/05 | EKG 05/05/05 noted. Reversal of arm leads. |
| 6/19/05 | To repeat. BP ≤ Responded immediately to S → 35mg Code Blue wing 314. Pt was lying in the bathroom. Pulse was feeble, BP 110/ O₂ Sat rm 17 saturation |

Young 8188

| Form 95 DVP (1-77) | INSTRUCTIONS |
|---|---|
| New York State Department of Mental Hygiene<br>INTERDISCIPLINARY TREATMENT TEAM NOTES | • Record information below as indicated by the client's behavior, condition or functioning that is felt to be of such significance that the entire treatment team should be informed.<br>• Summarize the results of each Interdisciplinary Treatment Team Conference below.<br>• For additional information on Treatment Team Reviews refer to Form 80 DVP, "Treatment Team Review." |

Client's Name (First) _Verlin_ (M.I.) (Last) _Young_   Consecutive No.

| DATE | NOTES |
|---|---|
| 5/7/05 | R L Stub lower post Leg (≈ 3mm) Bursa on thd [illegible] 1 mm |
| 05/11/05 | X-ray of LS spine report noted. Degenerative changes at L5-S1. Seen by podiatrist. Onychomycosis, Tinea Pedis. Nails debrided. Lotrimin between toes. F/up 07/13/05 |
| 05/18/05 | Labs 05/05/05<br>CBC 3.64 ) 11.5 / 179    142 / 105 / 72<br>          31.7         16 / 27 / 20 / 0.9<br>Segs 72<br>ANA negative<br>C3, C4 WNL<br>anti DNA neg<br>To repeat 1/2 ket |

| Form 95 DVP (1-77) | INSTRUCTIONS |
|---|---|
| New York State Department of Mental Hygiene<br>INTERDISCIPLINARY TREATMENT TEAM NOTES | • Record information below as indicated by the client's behavior, condition or functioning that is felt to be of such significance that the entire treatment team should be informed.<br>• Summarize the results of each Interdisciplinary Treatment Team Conference below.<br>• For additional information on Treatment Team Reviews refer to Form 80 DVP, "Treatment Team Review." |

| Client's Name (First) Valeri | (M.I.) | (Last) Young | Consecutive No. |
|---|---|---|---|

| DATE | NOTES |
|---|---|
| 03/28/05 | 9⁰⁰ a. Consumer reported with productive cough — greenish phlegm. Afebrile to touch, not in any distress. Consumed breakfast.<br>BP 116/74  HR 80  RR 16<br>⊕ conjunctival injection<br>nose: ⊕ discharge<br>throat: inflamed, ⊕ exudates<br>neck: soft, ⊕ lymph nodes enlarged, palpable<br>lungs: clear to auscult<br>CVS: RR & rhythm audible<br>abdomen: protuberant but soft, ⊖ guarding<br>extremities: ⊕ edema, ⊕ injury marks<br>D/P: URI, constipation<br>Z-pak, Tylenol, extra fluid<br>Temperature check, Fleet enema<br>neuro eval for Lt foot drop — dragging. |
| 03/29/05 | 9³⁰ a. Afebrile, alert, active<br>URI resolving. To continue current Rx. |

Form 95 DVP (1-77) page 2

| DATE | NOTES |
|---|---|
| 03/30/05 | Labs 03/23/05 |
| | CBC                    SMA |
| | 5.48  12.5 / 37.0 \ 42      138 | 106 | 78 |
| | 4.4 | 29 | 19/0.9 |
| | Cholesterol 143       TSH 1.43 |
| | Triglyceride 53      Tegretol 8.0 |
| | HDL 67 |
| 4/3/05 | h/n hands M norm |
| 04/04/05 | Seen in eye clinic on 04/01/05. Early cataract. RTC 6 months |
| 04/07/05 | 9⁷ Superficial laceration left upper eye lid cleansed aseptically. Steri strips applied. |
| 04/07/05 | 9⁷ Abrasion left upper eyebrow. Cleansed aseptically. |
| 04/11/05 | Some excess cerumen both ears. Inmate uncooperative for irrigation, risk of TM perforation. To give Debrox otic drops |

Young 8191

| Form 95 DVP (1-77) | INSTRUCTIONS |
|---|---|
| New York State Department of Mental Hygiene<br><br>INTERDISCIPLINARY TREATMENT TEAM NOTES | • Record information below as indicated by the client's behavior, condition or functioning that is felt to be of such significance that the entire treatment team should be informed.<br>• Summarize the results of each Interdisciplinary Treatment Team Conference below.<br>• For additional information on Treatment Team Reviews refer to Form 80 DVP, "Treatment Team Review." |

Client's Name (First) Valerie  (M.I.)  (Last) Young   Consecutive No.

| DATE | NOTES |
|---|---|
| 6/19/05<br>BDC | Pt was screaming. O₂ mask given 4/mins. I.V. was started c̄ DSW. EMS arrived at 8:45 AM. Pt was put on the monitor developed bradycardia was given 1mg IV atropine — then pacer was put also was intubated by EMS. left in critical condition at 9:05 AM. Mother was informed.<br><br>Issa Madboun, MD |